# EXHIBIT A

4/29/2024  Filed in Office of Tiffany M Russell Clerk of Court of Orange County FL

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

PORTRAIT CONSTRUCTION OF FLORIDA,       Case No.: 2023-CA-008213-O
INC. f/k/a MARK BARON CONSTRUCTION,
INC. d/b/a MARK PORTRAIT CONSTRUCTION,
a Florida corporation,

      Plaintiff/Counter-Defendant

vs.

LN APARTMENTS, LLC, a Florida limited
liability company,

      Defendant/Counter-Plaintiff,

CHARLAN BROCK & ASSOCIATES, INC.,
a Florida corporation,

      Defendant.

_____/

LN APARTMENTS, LLC, a Florida limited
liability company,

      Third-Party Plaintiff,

vs.

TRAVELERS CASUALTY AND SURETY
COMPANY  OF AMERICA, et al.,

      Third-Party Defendants.

_____/

PORTRAIT CONSTRUCTION OF FLORIDA,
INC., a Florida corporation,

      Third-Party Plaintiff,

vs.

**PORTRAIT CONSTRUCTION OF FLORIDA, INC.'S SECOND AMENDED COMPLAINT**

ARMSTRONG AIR & ELECTRIC, INC f/k/a
ARMSTRONG AIR CONDITION & HEATING
OF CENTRAL FLORIDA, INC., et al.

      Third-Party Defendants.

_____/

## PORTRAIT CONSTRUCTION OF FLORIDA, INC.'S SECOND AMENDED COMPLAINT

Plaintiff/Counter-Defendant, PORTRAIT CONSTRUCTION OF FLORIDA,

INC. f/k/a MARK BARON CONSTRUCTION, INC. d/b/a MARK PORTRAIT

CONSTRUCTION[1] ("Portrait"), by and through its undersigned counsel hereby files

this Second Amended Complaint against Defendants, LN APARTMENTS, LLC

("LN Apartments"); and CHARLAN, BROCK & ASSOCIATES, INC. d/b/a

CHARLAN BROCK ARCHITECTS ("CBA"), and states as follows:

## PARTIES, JURISDICTION, AND VENUE

1.    This is an action for damages in excess of $9,000,000.00, exclusive of

interest, costs, and attorneys' fees, and is otherwise within the subject matter

jurisdiction of the Circuit Court, and more particularly, the Business Court Division.

2.    Portrait is a Florida corporation licensed and authorized to do business

in Orange County, Florida.

3.    LN Apartments is a Florida limited liability company licensed and

---

[1] On December 28, 2020, Mark Baron Construction, Inc. amended its corporate name to Portrait Construction of Florida, Inc.

authorized to conduct business in Orange County, Florida.

4.    CBA is a Florida corporation licensed and authorized to do business in Orange County, Florida.

5.    Venue is proper pursuant to Florida Statutes Sections 47.011 and 47.051, as the cause of action accrued in Orange County, Florida.

## GENERAL ALLEGATIONS

6.    Portrait served as the general contractor for the in-progress construction of the Futura at Nona Cove Apartments located at 19465 Boggy Creek Road, Orlando, Florida, which is further described by the following legal description: "Lot 1, of NONA COVE, according to the plat thereof, recorded in Plat Book 101, Page 128, of the public records of Orange County, Florida" ("the Project").

7.    LN Apartments is the owner of the real property identified as the Project in Paragraph 6 above.

8.    On or about November 5, 2020, Portrait and LN Apartments entered into a U.S. Department of Housing and Urban Development ("HUD") Construction Contract (the "HUD Contract"); AIA A201-2017 Modified General Conditions of the Contract for Construction (the "A201"); and Ancillary Agreement to Construction Contract (the "Ancillary Agreement") (the HUD Contract, the A201, and the Ancillary Agreement are collectively referred to as the "Contract") for the

construction of the Project. A true and correct copy of the Contract is attached hereto as **Composite Exhibit A.**

9.     The Contract is subject to the HUD Multifamily Accelerated Processing Guide and other rules and regulations applicable to HUD managed projects.

10.     The Contract included an initial not to exceed maximum price of $41,302,367.00.

11.     On or about October 14, 2019, LN Apartments and CBA entered into an AIA B108-2009 Modified Standard Form of Agreement Between Owner and Architect for CBA to provide architectural design services, and other related services, for the design of the Project (the "Architect Agreement"). A true and correct copy of the Architect Agreement is attached hereto as **Exhibit B.**

12.     CBA, through its licensed professionals, served as the architect of record for the Project and provided professional architectural services for the Project, and was responsible for designing, inspecting, and approving the Project's design and construction.

13.     Throughout the design, construction, inspection, and approval of the Project, CBA, through its licensed professionals, was under a professional duty to Portrait, among others, to use reasonable care and to ensure the design and

construction of the Project complied with all applicable building codes and applicable design and construction standards.

14.     CBA, through its licensed professionals, owed a duty to Portrait to use reasonable care and to perform its scope of work with due care so as not to cause harm, and to follow all applicable building codes, industry standards, and the Project's permitted plans and specifications.

15.     Pursuant to the Contract, LN Apartments is obligated to, among other things, make progress payments to Portrait for the subject work on a monthly basis.

16.     Pursuant to the Contract, LN Apartments is subject to express and implied contractual duties to refrain from actions or omissions to hinder, obstruct, or otherwise unreasonably delay Portrait's performance of the work.

17.     On or about March 22, 2023, Portrait filed its initial Complaint in this action against LN Apartments for Breach of Contract and Owner Interference. *See* Docket No. 3.

18.     On or about April 4, 2023, Portrait obtained service of process on LN Apartments related to the initial Complaint in this action. *See* Docket No. 10.

19.     Mere days after Portrait brought its legal action against LN Apartments, on or about April 10, 2023, LN Apartments purportedly terminated Portrait as the general contractor for the Project.

20.     At the time of LN Apartments' purported termination of Portrait, the Project was approximately 92% complete.

21.     Since the purported termination, Portrait remains to be paid significant sums of money for materials and services provided by it and its subcontractors and suppliers up to the point of the purported termination, including unpaid retainage. A true and correct copy of the involved payment applications are attached hereto as **Composite Exhibit C.**[2]

22.     On July 7, 2023, Portrait recorded its claim of lien against LN Apartments in the amount of $6,976,419.34, which represents the amount owed by LN Apartments for all work and materials provided up to the point of the purported termination, including unpaid retainage ("Claim of Lien"). A copy of the Claim of Lien is attached hereto as **Exhibit D.**

23.     Pursuant to Fla. Stat. § 713.06, on August 4, 2023, Portrait served its Contractor's Final Payment Affidavit on LN Apartments at least 5 days before institution of this action ("Final Payment Affidavit"). A true and correct copy of the Final Payment Affidavit and proof of delivery is attached hereto as **Composite Exhibit E.**

24.     In addition to the lienable amounts owed pursuant to the Claim of Lien,

---

[2] Payment Applications Nos. 26 & 27 are partially unpaid. Payment Applications Nos. 28 & 29 are completely unpaid. Portrait is also seeking full payment on all retainage amounts held by LN Apartments.

*Portrait Construction of Florida, LLC v. LN Apartments, LLC*

LN Apartments additionally owes Portrait significant sums for other non-lienable items.

25. Portrait is not required to comply with Florida Statute Section 558 as Portrait does not meet the definition of a "Claimant" under Section 558.002(3) and the Project has not reached the stage of completion under Section 558.003.

26. Each and every condition precedent, if any, to the filing of this action has been performed or has occurred, or such performance or occurrence has been waived or otherwise excused.

27. Portrait hired the undersigned law firm to represent it in this matter and is obligated to pay reasonable fees for the firm's services.

## COUNT I - FORECLOSURE OF CONSTRUCTION LIEN

28. Portrait re-alleges and incorporates the allegations of Paragraphs 1 through 27 above of its Second Amended Complaint as if fully set forth herein.

29. This is an action to foreclose a construction lien on real property pursuant to Fla. Stat. Chapter 713.

30. Portrait furnished the first of its work on or about December 1, 2020.

31. Portrait furnished the last of its work no earlier than April 17, 2023.

32. Portrait remains unpaid $6,976,419.34 for lienable work and materials provided under the Contract.

Kirwin Norris, P.A. • 15 W. Church St., Suite 301, Orlando, Florida • T: (407) 740-6600 • F: (407) 740-6363

*Portrait Construction of Florida, LLC v. LN Apartments, LLC*

33.    On July 7, 2023, within 90 days of its last furnishing, Portrait recorded a Claim of Lien. **Exhibit D.**

34.    On or about July 13, 2023, pursuant to Fla. Stat. § 713.08(4)(c), Portrait timely served a copy of the recorded Claim of Lien on LN Apartments.

35.    Despite receiving Portrait's Claim of Lien, LN Apartments has failed and/or refused to pay Portrait in accordance with Florida Construction Lien Law, Fla. Stat. Chapter 713.

36.    This action has been filed within one (1) year of recording the Claim of Lien.

37.    Portrait has retained the services of the undersigned law firm to represent it in this action and has promised to pay it a reasonable attorneys' fee, for which LN Apartments is liable in accordance with Fla. Stat. § 713.29.

**WHEREFORE**, PORTRAIT CONSTRUCTION OF FLORIDA, INC. f/k/a MARK BARON CONSTRUCTION, INC. d/b/a MARK PORTRAIT CONSTRUCTION respectfully requests this honorable Court enter a judgment for the payment of outstanding amounts due and owing, together with interest, attorneys' fees, costs, and any such other relief deemed appropriate by this Court. Portrait further requests that if no payment on the judgment is made by LN Apartments, that the real property be sold at public auction and that proceeds of the

sale be tendered to Portrait.

## COUNT II – BREACH OF CONTRACT AGAINST
## LN APARTMENTS FOR WRONGFUL TERMINATION

38.    Portrait re-alleges and incorporates the allegations of paragraphs 1

through 27 above of its Second Amended Complaint as if fully set forth herein.

39.    On or about November 5, 2020, Portrait and LN Apartments entered

into the Contract for the construction of the Project. **Exhibit A.**

40.    LN Apartments is subject to the procedures and requirements of Article

14.2 of the A201 as related to contract termination. **Exhibit A.**

41.    Article 14.2 of the A201 states in pertinent part:

> **§ 14.2 Termination by the Owner for Cause**
> **§ 14.2.1** The Owner may terminate the Contract if the Contractor
> > .1  repeatedly refuses or fails to supply enough properly skilled workers or proper materials;
> > .2  fails to make payment to Subcontractors or suppliers in accordance with the respective
> >     agreements between the Contractor and the Subcontractors or suppliers;
> > .3  repeatedly disregards applicable laws, statutes, ordinances, codes, rules and
> >     regulations, or lawful orders of a public authority; or
> > .4  otherwise is guilty of substantial breach of a provision of the Contract Documents.
>
> **§ 14.2.2** When any of the reasons described in Section 14.2.1 exist, and upon certification by
> the Architect that sufficient cause exists to justify such action, the Owner may, without
> prejudice to any other rights or remedies of the Owner and after giving the Contractor and the
> Contractor's surety, if any, seven days' notice, terminate employment of the Contractor and
> may, subject to any prior rights of the surety…

42.    On or about April 10, 2023, LN Apartments served its purported notice

of termination letter on Portrait, wherein LN Apartments provided notice that

Portrait's termination for cause as general contractor would be effective on April 17,

2023 (the "April 10th Letter"). A true and correct copy of the April 10th Letter is

attached hereto as **Exhibit F.**

43.    The April 10th Letter is devoid of any instruction or request from LN
Apartments to Portrait to "cure" any purported material breaches, instead the
contents of the letter informs Portrait its employment as contractor is terminated after
the expiration of 7-day's time. **Exhibit F.**

44.    Article 14.2.2 makes any purported owner termination contingent upon
the architect's "certification" that the termination is justified. *See* Par. 41 above.

45.    The April 10th Letter baldly states the architect of record determined
"sufficient cause exists" to justify the termination. **Exhibit F.**

46.    Based on information and belief, the architect of record did not render
an impartial determination as to purportedly determining sufficient cause to
terminate.

47.    On April 18, 2023, upon information and  belief, LN Apartments'
representative informed a certain Portrait retained subcontractor that Portrait was
terminated as the general contractor and the said subcontractor must immediately
vacate the Project.

48.    On or about April 21, 2023, LN Apartments served its second purported
notice of termination letter on Portrait, which is devoid of reasons justifying the
termination (the "April 20th Letter"). A true and correct copy of the April 20th Letter

*Portrait Construction of Florida, LLC v. LN Apartments, LLC*

is attached hereto as **Exhibit G.**

49.   LN Apartments termination was wrongful, *inter alia*, because:

a.   prior to the time LN Apartments terminated Portrait, LN Apartments was in material breach of the Contract, which said breaches are as follows:

i.   LN Apartments' repeated and ongoing active owner interference that hindered, obstructed, and otherwise unreasonably delayed Portrait's performance of the work by causing Portrait to expend time and costs related to extra tasks not contemplated in the Contract.

ii.   LN Apartments' failure to timely and fully pay Portrait money that was earned by and owed to Portrait for work and materials provided to the Project.

iii.   LN Apartments' repeated failure to add revised interior design drawings and specifications to the applicable contract documents, delaying Portrait's performance.

iv.   LN Apartments' repeated failure to provide at least five (5) material construction change directives, despite repeated requests, delaying Portrait's performance.

Kirwin Norris, P.A. • 15 W. Church St., Suite 301, Orlando, Florida • T: (407) 740-6600 • F: (407) 740-6363

*Portrait Construction of Florida, LLC v. LN Apartments, LLC*

v. LN Apartments' repeated failure to agree to multiple critical requests for change orders initiated by Portrait.

vi. LN Apartments' unreasonably delayed responses and/or outstanding responses of needed requests for information (RFIs), delaying Portrait's performance.

vii. LN Apartments' failure and refusal to cause the architect of record to provide approvals of needed submittals, delaying Portrait's performance.

b. LN Apartments' breached its duty of good faith and fair dealing under the Contract through its retaliatory behavior of terminating Portrait immediately after Portrait filed its legal action against LN Apartments.

c. LN Apartments termination was wrongful due to the architect of record's failure to remain impartial when "certifying" the purported reasons supporting LN Apartments' termination.

d. LN Apartments' purported termination notice to Portrait, as set forth in the April 10 Letter, was insufficient and did not comply with the requirements of the Contract.

50. Prior to LN Apartments' termination, Portrait was entitled to additional

time to perform as a result of owner caused delays and was not in material breach of the Contract, but instead was reasonably on schedule to complete the Project.

51.    As a result of LN Apartments' wrongful termination, Portrait suffered damages in an amount to be determined at trial, which include but are not limited to (a) reasonable lost profits; b) materials, labor, and services performed for the construction (including unpaid retainage); and (c) overhead expenses.

52.    Portrait is entitled to recover from LN Apartments its damages, costs, and pre-judgment interest and post-judgment interest at the statutory rate.

**WHEREFORE**, PORTRAIT CONSTRUCTION OF FLORIDA, INC. f/k/a MARK BARON CONSTRUCTION, INC. d/b/a MARK PORTRAIT CONSTRUCTION respectfully requests this honorable Court enter a judgment for damages in favor of Portrait, together with interest, costs, and any such other relief deemed appropriate by this Court.

## COUNT III – BREACH OF CONTRACT AGAINST
## LN APARTMENTS FOR FAILURE TO MAKE PROGRESS PAYMENTS

53.    Portrait re-alleges and incorporates the allegations of paragraphs 1 through 27 above of its Second Amended Complaint as if fully set forth herein.

54.    On or about November 5, 2020, Portrait and LN Apartments entered into the Contract for the construction of the Project. **Exhibit A.**

55.    Pursuant to the Contract, LN Apartments is obligated to make progress

payments to Portrait for the subject work on a monthly basis.

56.    LN Apartments is without cause or justification to withhold said payments related to the provision of work, materials, and other items as described in the payment applications attached hereto as **Exhibit C.**

57.    LN Apartments materially breached the Contract by failing to make payments to Portrait pursuant to the subject payment applications. **Exhibit C.**

58.    As a result of LN Apartments' material breach of the Contract, Portrait has suffered construction schedule delays and other damages, which are ongoing and include interest, costs, and/or other fees.

59.    Portrait is entitled to recover from LN Apartments its damages, costs, and pre-judgment interest and post-judgment interest at the statutory rate.

**WHEREFORE**, PORTRAIT CONSTRUCTION OF FLORIDA, INC. f/k/a MARK BARON CONSTRUCTION, INC. d/b/a MARK PORTRAIT CONSTRUCTION respectfully requests this honorable Court enter a judgment for damages in favor of Portrait, together with interest, costs, and any such other relief deemed appropriate by this Court.

## COUNT IV – BREACH OF CONTRACT AGAINST LN APARTMENTS FOR OWNER INTERFERENCE

60.    Portrait re-alleges and incorporates the allegations of paragraphs 1 through 27, and 49 above of its Second Amended Complaint as if fully set forth

14

herein.

61.    On or about November 5, 2020, Portrait and LN Apartments entered into the Contract for the construction of the Project. **Exhibit A.**

62.    Pursuant to the Contract, LN Apartments is subject to express and implied contractual duties to refrain from actions or omissions that interfere with, hinder, obstruct, or otherwise unreasonably delay Portrait's performance of the work.

63.    LN Apartments' failure to provide time extensions when Portrait is entitled to time extensions as a result of owner caused delays.

64.    LN Apartments' failure to make progress payments to Portrait has interfered with, hindered, obstructed, and otherwise unreasonably delayed Portrait's performance of the work as the subcontractors will not perform their respective services without payment.

65.    LN Apartments' overly burdensome administration of the Contract over the course of the Project's construction has interfered with, hindered, obstructed, and otherwise unreasonably delayed Portrait's performance of the work by unnecessarily causing Portrait to expend time and costs related to extra tasks not contemplated in the Contract.

66.    LN Apartments' unreasonable interpretation of construction standards

and tolerances, that are otherwise acceptable within the construction industry, has interfered with, hindered, obstructed, and otherwise unreasonably delayed Portrait's performance of the work by unnecessarily causing Portrait to add, subtract, or modify work that otherwise conforms with the Project's applicable design plans and specifications.

67.    The allegations set forth in Paragraphs 49, 63 – 66 are incorporated herein by reference and constitute material breaches under the Contract.

68.    As a result of LN Apartments' material breaches of the Contract, Portrait has and will continue to suffer damages related to costs involving, including but not limited to, extended general conditions; carrying costs (e.g. taxes, permits, insurance, employee related costs); de-mobilization and re-mobilization of crews and equipment; ruined relationships with existing subcontractors; retaining replacement subcontractors; and subcontractor related liquidated damages claims.

69.    Portrait is entitled to recover from LN Apartments its damages, costs, and pre-judgment interest and post-judgment interest at the statutory rate.

**WHEREFORE**, PORTRAIT CONSTRUCTION OF FLORIDA, INC. f/k/a MARK BARON CONSTRUCTION, INC. d/b/a MARK PORTRAIT CONSTRUCTION respectfully requests this honorable Court enter a judgment for damages in favor of Portrait, together with interest, costs, and any such other relief

deemed appropriate by this Court.

## COUNT V – QUANTUM MERUIT AGAINST LN APARTMENTS

70.    Portrait re-alleges and incorporates the allegations of paragraphs 1 through 27 above of its Second Amended Complaint as if fully set forth herein.

71.    Portrait at the request of LN Apartments provided goods and services for the construction of the Project in the form of labor, services and materials that were ultimately incorporated into the Project but were allegedly outside the scope of the Contract.

72.    LN Apartments assented to and received the labor, services and materials provided by Portrait for the Project that were outside the scope of the Contract.

73.    Portrait conferred a benefit upon LN Apartments by performing the labor and supplying the services and materials under circumstances where, in the ordinary course of common affairs, a reasonable person receiving such a benefit normally would expect to pay for it.

74.    Portrait expected to be paid for the labor, services and materials provided by it to LN Apartments, and LN Apartments was aware of such expectation.

75.    LN Apartments voluntarily accepted and retained the benefit of

Portrait's labor, services and materials but has failed and refused to pay Portrait the value thereof, and thus LN Apartments was unjustly enriched.

76.     Portrait is entitled to recover from LN Apartments its damages, costs, and pre-judgment interest and post-judgment interest at the statutory rate.

**WHEREFORE**, PORTRAIT CONSTRUCTION OF FLORIDA, INC. f/k/a MARK BARON CONSTRUCTION, INC. d/b/a MARK PORTRAIT CONSTRUCTION respectfully requests this honorable Court enter a judgment for damages in favor of Portrait, together with interest, costs, and any such other relief deemed appropriate by this Court.

## COUNT VI – PROFESSIONAL NEGLIGENCE AGAINST CBA

77.     Portrait re-alleges and incorporates the allegations of Paragraphs 1 through 27 above of its Second Amended Complaint as if fully set forth herein.

78.     CBA, through its licensed professionals, served as the architect of record for the Project and owed a duty to Portrait, as general contractor, to exercise reasonable care, technical skill and ability, and diligence as ordinarily required of like architects in the State of Florida, including without limitation: providing final drawings of a sufficiently high standard that clearly and accurately indicate or illustrate all essential parts of the work to be completed, and performing construction administration duties such as inspecting that the work identified in its drawings was

performed in accordance with the permit plans and specifications, and in accordance with the applicable building codes, manufacturers' recommendations, and industry standards in effect at the time of construction.

79.     Portrait reasonably relied on the plans, specifications, approvals, and other design directives and materials created by CBA before and during Portrait's construction of the Project.

80.     CBA, through its licensed professionals, breached the duties set forth in Paragraph 78 above during the design and construction of the Project in that CBA's performance of its professional design services were not within the standard of care used by similar professionals under similar circumstances; the drawing were not of a sufficiently high standard to clearly and accurately indicate or illustrate all essential parts of the work; and its construction administration services were not within the standard of care used by similar professionals under similar circumstances.

81.     As a direct and proximate cause of CBA's breaches, Portrait has suffered damages, including, but not limited to, damages in an amount equal to any recovery by LN Apartments against Portrait, along with all costs incurred by Portrait in its defense.

**WHEREFORE**, PORTRAIT CONSTRUCTION OF FLORIDA, INC. f/k/a MARK   BARON   CONSTRUCTION,   INC.   d/b/a   MARK   PORTRAIT

Kirwin Norris, P.A. • 15 W. Church St., Suite 301, Orlando, Florida • T: (407) 740-6600 • F: (407) 740-6363

*Portrait Construction of Florida, LLC v. LN Apartments, LLC*

CONSTRUCTION respectfully requests this honorable Court enter a judgment against CHARLAN, BROCK & ASSOCIATES, INC. d/b/a CHARLAN BROCK ARCHITECTS, and in favor of Portrait for damages in amount equal to any recovery by LN APARTMENTS against Portrait, along with all costs incurred by Portrait in its defense, and any such other relief deemed appropriate by this Court.

Dated: April 24, 2024

**KIRWIN NORRIS, P.A.**
/s/ KENNETH J. IDLE
BRIAN P. KIRWIN, ESQ.
Florida Bar No.: 867799
KENNETH J. IDLE, ESQ.
Florida Bar No.: 20988
15 W. Church, St., Suite 301
Orlando, FL 32801
bpk@kirwinnorris.com
kji@kirwinnorris.com
jaf@kirwinnorris.com
Ph.    (407) 740-6600
Fax.   (407) 740-6363
*Counsel for Portrait and Travelers*

# COMPOSITE

# EXHIBIT A

## ANCILLARY AGREEMENT TO CONSTRUCTION CONTRACT

THIS ANCILLARY AGREEMENT TO CONSTRUCTION CONTRACT (this "Agreement") is entered into as of this 5th day of November , 2020 by and between LN APARTMENTS, LLC, a Florida limited liability company (the "Owner") and MARK BARON CONSTRUCTION, INC., a Florida corporation dba MARK PORTRAIT CONSTRUCTION (the "Contractor").

### BACKGROUND

A.     Owner has, contemporaneously with the execution of this Agreement, executed a "Construction Contract With Guaranteed Maximum Price" on U.S. Department of Housing and Urban Development ("HUD") form HUD-92442M (the "Contract") to construct HUD Project No.: 067-35564, which is commonly known as the Futura at Nona Cove Apartments project in Orange County, Florida (the "Project").

B.     The parties acknowledge that HUD permits side agreements to the Contract, provided that such side agreements are disclosed to HUD and, provided, further, that the Contract takes precedence in the event of a conflict between the Contract and any such side agreements.

C.     Consistent with the foregoing, Owner and Contractor desire to clarify and supplement the Contract by way of side agreement to the extent set forth herein.

**NOW, THEREFORE,** for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1.     Defined Terms. Capitalized terms used but not defined in this Agreement have the meanings ascribed to such terms in the Contract.

2.     Conflict. OWNER AND CONTRACTOR AGREE THAT TO THE EXTENT THAT ANY TERM, PROVISION OR REQUIREMENT OF THIS AGREEMENT EXPRESSLY CONFLICTS WITH THE TERMS OF THE CONSTRUCTION CONTRACT, THE TERMS, PROVISIONS OR REQUIREMENTS OF THE CONSTRUCTION CONTRACT SHALL PREVAIL.

3.     Clarifications. Owner and Contractor agree to the following clarifications (terms in this Section have the same meaning as the A201-2017 attached to the Contract):

    a.  Contractor shall primarily use its Procore web-based account for transmission of information and documentation in digital form. The Parties may work collaboratively using project access to Procore, email, and other complimentary forms of digital transmission in their communication of information or documentation of the Work. The Parties are not preparing an E203-2013.

    b.  The Parties will not be using Building Information Modeling (BIM) for this Project, accordingly Section 1.8 of the A201-2017 is inapplicable.

c.  The Owner shall secure and pay for all necessary permits, utilities, municipal fees, approvals, easements, assessments construction materials testing, and charges required for construction, use or occupancy of permanent structures or for permanent changes in existing facilities as required by all authorities having jurisdiction including but not limited to Orange County Utilities, City of Orlando, Florida Department of Environmental Protection, South Florida Water Management District, and if elected any Private Provider Inspection Engineering Services in accordance with FL Statute 553.791.

d.  All notices by Owner or Contractor under the Contract shall be effective seventy-two (72) hours after delivery, except in the case of a bona fide emergency stated in the notice, in which case notice shall be effective immediately upon delivery.

e.  Contractor shall provide, on a phase-by-phase basis, temporary metered water and temporary metered utilities until the each phase of the Project that is subject to obtaining a temporary certificate of occupancy has obtained a temporary certificate of occupancy and has been turned over to the Owner.

f.  For Section 3.7.1 of the A201-2017, see Section 3.c., above.

g.  Because there are no allowances for this Project, Section 3.8 of the A201-2017 is inapplicable.

h.  The submittal process for the Work will be integrated amongst the Project team for the Architect and their respective consultants' review within the standard of care. The submittal process will transmit via electronic documents in the Contractor's Procore account, and be transmitted to Architect, Architect's appropriate scope consultant and the review determinations shall be distributed to Contractor's Subcontractors, vendors and consultants. Per the requirements of HUD Inspector, a log for reviewed submittals will be kept at the Project site.

i.  Contractor may reasonably rely on submittals approved by the Architect as provided by the Contract Documents.

j.  Contractor is responsible to review Shop Drawings, Product Data, Samples, and similar submittals, and Architect is responsible to approve Shop Drawings, Product data, Samples, and similar submittals in accordance with the Contract Documents.

k.  As a condition precedent to Owner's right to clean up under Sections 3.15.2 and 6.3 of the A201-2017, Owner shall give Contractor seventy-two (72) hours' notice and opportunity to cure before cleaning up (except in cases of bona fide emergency).

l.  Owner and those for whom it is responsible shall comply with Contractor's reasonable safety protocols communicated to such parties by Contractor (including OSHA required protocols implemented by Contractor).

Page 2 of 6

m. Architect shall endeavor to respond reasonably quickly to avoid delay to emergency requests for review of items such as submittals, provided that emergency requests for review are infrequent.

n. Any decision by Architect as to aesthetic effect (see Section 4.2.13 of the A201-2017) and order for minor change in the Work shall be subject to Owner's prior written approval.

o. Issuance of any Construction Change Directive must comply with the appropriate requirements and procedures of HUD.

p. To clarify the form of contract described in Section 9.2 of the A201-2017, the Contract is a Cost-Plus-type form as described in the Contract.

q. In connection with Substantial Completion, the Parties shall comply with the HUD permission to occupy requirements and procedures.

r. Partial occupancy of the project shall be confirmed by separate agreements addressing such issues as when warranties for the Work commence, which shall be on a phase-by-phase basis after turnover of the Work to the Owner.

s. Owner shall be responsible for repair or replacement of Work damaged by Owner's forces (nothing in this Section 3.s. shall preclude Owner's ability to make claims from insurance or recovery from the responsible party or parties for any such damage).

t. For the purposes of Section 14.1.1 of the A201-2017, Contractor may terminate the Work only if Work is stopped for a period of sixty (60) days for any of the reasons set out in that Section. Notwithstanding Section 14.1.3 of the A201-2017, Contractor shall not be entitled to overhead and profit on Work not executed in the event that Work is stopped by reason of Issuance of an order of a court or other public authority having jurisdiction that requires all Work to be stopped or an act of government, such as a declaration of national emergency, that requires all Work to be stopped.

u. The term "Actual Cost of Construction" as used in the 92442M shall exclude: (1) legal fees and costs incurred by Contractor in any disputes with Owner, any subcontractors, suppliers, or other lienors arising out of or related to the Project; (2) all costs arising out of the fault or negligence of Contractor or anyone for whom Contractor is responsible; (3) all costs of repairing defective or non-conforming work that is damaged by Contractor or any other person performing work through or under Contractor; (4) costs incurred by Contractor in satisfying indemnification obligations; (5) costs incurred by Contractor in defending claims for which Contractor or any its subcontractors or suppliers are responsible; and (8) costs for work not provided by the Contract Documents or executed Change Order or executed Construction Change Directive.

v. For all Claims and disputes arising out of or related to the Contract or the Work, the method of binding dispute resolution shall be litigation in a court of competent jurisdiction. Interim Decisions shall be advisory only and shall not be binding on the Owner or Contractor. The exclusive venue for any and all Claims and disputes arising out of or related to this Contract shall be the state and federal courts in and for the County where the Project is located; Owner and Contractor expressly submit to this exclusive venue and waive all defenses of forum non conveniens.

4. Value Engineering. Owner and Contractor have agreed to value engineering measures and alternatives that reduced the budget by a net $3,736,419.17, as set out in the Value Engineering and Alternatives List as clarified in the Clarifications, Modifications & Assumptions document, and the savings have already been included in the updated HUD-2328 (dated September 21, 2020) attached collectively as Schedule B (the "Value Engineering Measures"). Owner and Contractor further agree as follows:

a. Contractor shall not perform Work descoped by Value Engineering Measures, and shall perform, in compliance with the Value Engineering Measures, all Work not descoped.

b. Contractor shall cooperate with the Owner and the Architect for the Work in developing revised drawings and specifications to incorporate the Value Engineering Measures, as described in Schedule B. Owner is responsible for all costs associated with revising drawings and specifications.

c. Owner and Contractor expressly contemplate that the, drawings, and specifications shall require revision and development (and submission to the City of Orlando) prior to issuance of the final construction drawing set to incorporate the Value Engineering Measures, and that the budget (as reduced as set out in Schedule B) includes the costs and expenses attributable to such revision and development consistent with the Contract and reasonably inferable therefrom, without increase as long as drawing and specification changes are consistent with the value engineering list set out in Schedule B. Contractor and Owner shall cooperate to execute such further documents, specifications, and contract Change Order as may be necessary to incorporate the revisions and development for the Value Engineering Measures in Schedule B

d. Contractor may only enter agreements for the purchase or supply of lumber and trusses with the prior written approval of the Owner which shall not be reasonably withheld.

5. Insurance. Owner and Contractor shall obtain the insurance coverages and comply with the requirements set out in the attached Schedule A.

6. Independent Remedy. The rights and obligations of the parties under this Agreement shall exist independently and exclusively of any other rights or obligations under the

Contract or any other Contract Documents, and irrespective of any approval or lack thereof by HUD.

7.    Binding Effect. This Agreement shall be binding upon both parties hereto and each such party's successors or assigns.

8.    Governing Law. This Agreement shall be construed under and governed by the laws of the state where the Project is located.

9.    Entire Agreement. This Agreement constitutes the entire agreement between the parties hereto pertaining to the matters expressly set forth herein and may not be amended, except by written agreement executed by the parties hereto.

10.    Survival. This Agreement shall survive any termination or expiration of the Contract.

11.    Counterparts; Electronic Signature. This Agreement may be executed in any number of counterparts, each of which so executed shall be deemed to be an original, and such counterparts shall together constitute but one and the same Agreement. The parties shall be entitled to sign and transmit an electronic signature of this Agreement (whether by facsimile, PDF or other email transmission), which signature shall be binding on the party whose name is contained therein. Any party providing an electronic signature agrees to promptly execute and deliver to the other parties an original signed Agreement upon request.

12.    Severability. To the extent that any term or condition of this Agreement is unenforceable, the remaining provisions shall remain in full force and effect.

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement as of the date first written above.

CONTRACTOR:

**MARK BARON CONSTRUCTION, INC. dba MARK
PORTRAIT CONSTRUCTION, a Florida corporation**

By: _Bruce L Abbey_  Pres
Name: _BRUCE L. ABBEY_
Title: _PRESIDENT_

OWNER:

**LN APARTMENTS, LLC, a Florida limited liability
company**

By:  **FLN APTS, LLC, a Florida limited liability company,
its Manager**

By: _____

**Reinerio P. Faife, Manager**

CONTRACTOR:

**MARK BARON CONSTRUCTION, INC. dba MARK
PORTRAIT CONSTRUCTION, a Florida corporation**

By: _____

Name: _____

Title: _____

OWNER:

**LN APARTMENTS, LLC, a Florida limited liability
company**

By:  **FLN APTS, LLC, a Florida limited liability company,
its Manager**

By: _____

**Reinerio P. Faife, Manager**

SCHEDULE A

4834-5763-5535 v.1

Schedule "A"

## ARTICLE 11  INSURANCE AND BONDS

**OWNER RECOMMENDS THE CONTRACTOR SHOW THIS SECTION TO INSURANCE AGENTS TO ENSURE MINIMUM COVERAGES AND LIMITATIONS ARE MET.**

### § 11.1  OWNER CONTROLLED INSURANCE PROGRAM

Owner and Contractor acknowledge, understand and agree that Owner has arranged with Willis of Florida, Inc. (the "OCIP Administrator") to administer for this Project, an Owner Controlled Insurance Program ("OCIP") for Work performed on or at the Project Site, for the Commercial General Liability ("CGL"), and Excess Liability insurance policies. Contractor, Owner, and all eligible Subcontractors shall enroll in the OCIP. The "Project Insurance Manual" has been made available to Contractor for its review, comment and approval, and is attached hereto as **Exhibit "A"** and is incorporated herein so as to become a part of the Contract Documents. In the event of a conflict between the terms of the Project Insurance Manual and this Agreement, the terms of this Agreement shall control. OCIP coverages shall apply only to those operations of each Enrolled Party performed at the Project Site in connection with the Work, and only to Enrolled Parties that are eligible for the OCIP.  The OCIP does not include insurance for off-Site activities or regularly established workplaces, plants, factories, offices, shops, warehouses, permanent yards or other off-Site locations of Contractor or any Subcontractor, even if such locations are for fabrication of materials to be used at the Project Site.

**§ 11.1.1  Bid Procedure**.  The Owner has selected Gross Bid - All contractors submitting bids for the Project, without exception, shall include in their base bid the total, first dollar cost of General Liability and Umbrella/Excess insurance for on-site work, regardless of the risk financing technique employed for its General Liability exposures, including, but not limited to, insurance premiums, expected losses with any retention or deductible amount, loss handling expenses and administrative expenses.  For the purposes of calculating these insurance costs, contractors shall assume the same coverages and limits described in the Contract Documents.

If the Contractor carries a deductible or self-insured retention under any of its policies, then the following may be requested:

- Rating pages from the Deductible Agreement showing the Deductible and Loss rates or a letter from your insurance carrier evidencing the deductible rate and loss content rate; or

- Three (3) years of loss history for all entities that retain losses.  Paid, outstanding and total incurred losses must be evidenced by policy period; and

- Three (3) years of payroll history for all entities.

Each Contractor shall submit the cost of the OCIP insurance costs in their bid, including all required supporting documentation, to the Owner or the Owner's representative.  In so doing, each Contractor warrants that all insurance premium calculations have been correctly identified. The contract amount will be based on the total estimated cost of the Work including insurance costs.  A deductive change order will be processed to remove the insurance costs.

Costs for overlapping insurance coverage maintained by the Enrolled Parties will not be reimbursable.

All subsequent change orders will be submitted net excluding the cost of insurance.

**§ 11.1.2  Eligible Parties and Enrolled Parties**.  Each of the following, who will perform any labor at the Project Site, is an "Eligible Party": Contractor, all Subcontractors of all tiers, and any such other persons or entities as Owner may designate, in its sole and absolute discretion.

OCIP Draft Insurance Language GL Only – Gross Bid – No Cert Tracking

*This sample contract language is being supplied by WTW for informational purposes only and is intended only to provide suggestions for contract provisions when using an OCIP. We are not attorneys and neither this document nor the suggestions contained herein are intended to replace the advice of legal counsel.  Nothing contained herein shall be construed as a contract document or a substitute thereof.  Please consult your attorney when developing any contract or insurance policy language.  The actual insurance policies exclusively govern details concerning coverage, exclusions, and limitations.*

Enrolled Parties are Eligible Parties who have been awarded work and for whom the Owner has agreed to furnish the OCIP Coverages; who have submitted all necessary enrollment information, have met all enrollment requirements. The OCIP Administrator will issue OCIP certificates of insurance to each Enrolled Party evidencing Commercial General Liability and Excess Liability. Redacted copies of the OCIP policies will be made available by the OCIP Administrator to any Enrolled Party upon written request by that Enrolled Party.

**§ 11.1.3 Excluded Parties and Their Insurance Obligations.** Excluded Parties and Eligible Parties that are not enrolled in the OCIP shall obtain and maintain the insurance coverage specified in the Agreement as if an OCIP was not in place. The OCIP Coverages do not cover the following "Excluded Parties":

.1 Contractor and any Subcontractors of any tier that do not perform any actual labor on or at the Site including, without limitation, subcontractors who perform clean up services or provide temporary equipment, safety equipment, or barricade services;

.2 Contractor and Subcontractors whose Work includes blasting operations and demolition by blasting or wrecking ball;

.3 Hazardous Materials remediation, removal, and/or transportation companies and their consultants;

.4 Architects, surveyors, engineers, and soil testing contractors, and their consultants;

.5 Vendors, suppliers, material dealers, manufacturing representatives, truckers, haulers, drivers, common carriers, and others who do not perform Work at or on the Site or who merely transport, pick up, deliver, or carry materials, personnel, parts or equipment, or any other items or persons to or from the Site;

.6 Material dealers; manufacturing representatives, equipment rental companies who perform equipment maintenance (does not apply to those who provide operators);

.7 Contractors whose sole scope of work includes Exterior Insulation and Finish Systems

.8 Guard services, janitorial services and food services companies; and

.9 Any other person or entity that Owner, acting in its sole discretion, elects to exclude, even if otherwise eligible.

**§ 11.1.4 Owner's Obligations.** For Eligible Parties, Owner shall (a) pay the costs of premiums for the OCIP coverages and (b) receive or pay, as the case may be, all adjustments to such costs, whether by way of dividends, retroactive adjustments, return premiums, other moneys due, audits or otherwise. Contractor hereby assigns to Owner the right to receive all such adjustments and shall require each of its Subcontractors of every tier to assign to Owner the right to receive all such adjustments. Owner's obligation to obtain insurance under the OCIP shall not relieve or limit, or be construed to relieve or limit, Contractor or any of its Subcontractors of any tier of any responsibility, liability, or obligation imposed by the Contract Documents, the OCIP insurance policies, the Project Insurance Manual, or by law, including, without limitation, any indemnification obligations which Contractor or any of its Subcontractors have to Owner. Nothing contained herein shall create a fiduciary duty from Owner to Contractor.

**§ 11.1.5 Contractor's Obligations.** Contractor shall incorporate the terms of this Article 11 into all Subcontracts whether enrolled or excluded. All Eligible Parties (unless excluded by Owner or OCIP Insurer) shall enroll in the OCIP via the Project on-line administration system, WTW ComPAS, and shall comply with all the OCIP Administrator's instructions for properly enrolling in the OCIP. The following provisions apply to Enrolled Parties only and which Enrolled Parties:

OCIP Draft Insurance Language GL Only – Gross Bid – No Cert Tracking

*This sample contract language is being supplied by WTW for informational purposes only and is intended only to provide suggestions for contract provisions when using an OCIP. We are not attorneys and neither this document nor the suggestions contained herein are intended to replace the advice of legal counsel. Nothing contained herein shall be construed as a contract document or a substitute thereof. Please consult your attorney when developing any contract or insurance policy language. The actual insurance policies exclusively govern details concerning coverage, exclusions, and limitations.*

.1    shall comply with and shall require all of its Subcontractors (of all tiers) that are Enrolled Parties to comply with the OCIP Administrator's instructions for enrolling in the OCIP. All enrollments are on-line only via WTW ComPAS administration portal.

.2    shall maintain enrollment in the OCIP, and shall endeavor to ensure all of its enrolled Subcontractors of all tiers enroll and maintain enrollment in the OCIP. Enrollment shall take place within five (5) days of a receipt of a Notice to Proceed, and prior to commencement of any work.

.3    hereby assign to Owner the right to receive all adjustments to the cost of premiums for the OCIP Policies and shall require that each of its Subcontractors of every tier assign to Owner the right to receive all such adjustments.

.4    shall comply with all of the requirements set forth in this Section 11.1.5, the Project Insurance Manual, and the OCIP Policies.

.5    shall provide to each Subcontractor of all tiers a copy of the Project Insurance Manual and shall endeavor to ensure such Subcontractors' compliance with the provisions of the OCIP Policies (for Enrolled Parties), the Project Insurance Manual and this Article 11. The failure of an Enrolled Party to provide each of its enrolled Subcontractors with a copy of the same shall not relieve the Enrolled Party, or any such enrolled Subcontractors of any of the obligations contained therein.

.6    hereby acknowledge that Owner and the OCIP Administrator are not agents, partners, or guarantors of the insurance companies providing the OCIP Policies (each individually referred to hereafter as "OCIP Insurer" and collectively, the "OCIP Insurers"), that other than deductibles or SIR's required under the Policies, neither Owner nor the OCIP Administrator is responsible for any claims or disputes between or among Contractor, its Subcontractors, and any OCIP Insurer(s), and that neither Owner nor the OCIP Administrator guarantees the solvency, or the availability of limits, of any OCIP Insurer(s) or OCIP Policy(ies). Any type of insurance coverage or limits of liability in addition to the OCIP Policies that an Enrolled Party or its Subcontractors of any tier require for its or their own protection, or that is required by applicable laws or regulations, shall be such Enrolled Party's or its Subcontractors' sole responsibility.

.7    shall fully cooperate with, and require all of its Subcontractors (of all tiers) that are Enrolled Parties to fully cooperate with the OCIP Administrator and the OCIP Insurers, as applicable, in its or their administration of the OCIP including, but not limited to: (1) Attending meetings held in connection with the OCIP; (2) Complying with all administrative, safety, insurance, and other requirements outlined herein or the Contract Documents; (3) complying with and following the claim reporting procedures established for the OCIP; (4) assisting and cooperating with the reporting, investigation, and adjustment of all claims and/or demands which Owner, Contractor, OCIP Administrator, and/or OCIP Insurers are called upon to adjust or defend against arising out of operations at the Project Site.

**§ 11.1.6** OCIP Coverages shall apply only to the Work of each Enrolled Party performed on or at the Project Site. All of the insurance policies provided through the OCIP shall be primary insurance and non-contributing with any other insurance carried by the Enrolled Parties. OCIP coverages shall not apply to ineligible and/or Excluded Parties.

**§ 11.1.7** The OCIP shall provide only the following insurance to Enrolled Parties (this is a summary only – for a more detailed listing, see the "Project Insurance Manual" attached hereto as **Exhibit "A"** and the actual policies):

OCIP Draft Insurance Language GL Only – Gross Bid – No Cert Tracking

*This sample contract language is being supplied by WTW for informational purposes only and is intended only to provide suggestions for contract provisions when using an OCIP. We are not attorneys and neither this document nor the suggestions contained herein are intended to replace the advice of legal counsel. Nothing contained herein shall be construed as a contract document or a substitute thereof. Please consult your attorney when developing any contract or insurance policy language. The actual insurance policies exclusively govern details concerning coverage, exclusions, and limitations.*

    .1   **On-Site OCIP CGL Insurance**. CGL insurance insuring against claims for bodily injury, property damage, personal injury and advertising injury. The CGL policy shall be no less comprehensive and no more restrictive than the coverage provided by Insurance Services Office ("ISO") form for CGL Insurance (CG 00-01-04-13). The CGL policy shall be on an occurrence basis with combined single limits of One Million and 00/100 Dollars ($1,000,000.00) per occurrence, Two Million and 00/100 Dollars ($2,000,000.00) in the general aggregate and Two Million and 00/100 Dollars ($2,000,000.00) in the Products\Completed Operations aggregate. By its terms or appropriate endorsements, the CGL insurance shall include coverage for the following: Bodily Injury, Property Damage, Fire Legal Liability, Personal Injury, Blanket Contractual, Independent Contractors, and Premises Operations. The policy cannot be endorsed to exclude the perils of explosion (X), collapse (C) and underground (U) exposures. The CGL policy shall include Products & Completed Operations Liability coverage for any applicable statute of limitations or repose. The CGL policy shall include contractual liability insurance throughout the period of time that the Work is being performed. The CGL insurance policy provided under the OCIP shall be primary and non-contributory for all Enrolled Parties and the limits of liability apply to all insureds combined; and

    .2   **On-Site OCIP Excess Liability Insurance**. Excess Liability Insurance shall provide excess liability for 11.1.7.1 above and shall be on a per occurrence basis with a limit of liability of at least Five Million and 00/100 Dollars ($5,000,000.00) per occurrence where applicable. Limits apply to all insureds combined. The Excess Liability insurance shall cover personal injury, bodily injury, property damage, premises/operations liability, contractual liability, advertising injury liability and Products & Completed Operations Liability coverage. The Excess Liability policy shall provide Products & Completed Operations Liability coverage for any applicable statute of limitations or repose. The Excess insurance policy provided under the OCIP shall be primary and non-contributory for all Enrolled Parties.

**§ 11.1.8  OCIP Deductibles**. The OCIP's CGL Policy is an occurrence based policy and is subject to a deductible in the amount of $25,000.00 per occurrence. At Owner's discretion, Enrolled Contractor, in the event of a loss, shall be responsible for the policy deductible up to $25,000 each occurrence.

**§ 11.1.9  Owner's Election to Modify or Discontinue the OCIP**. Owner may, for any reason, modify the OCIP Coverages, discontinue the OCIP, or request that Contractor or any of its Subcontractors of any tier withdraw from the OCIP upon thirty (30) days written notice. Upon such notice Contractor and/or one or more of its Subcontractors, as specified by Owner in such notice, shall obtain and thereafter maintain during the performance of the Work, all additional insurance required in this Agreement as a result of the OCIP not being in place or such party no longer being covered by the OCIP. The form, content, limits of liability, cost, and the insurer issuing such replacement insurance shall be subject to Owner's approval. Owner shall pay Contractor for the reasonable cost of replacement coverage required by this Section.

**§ 11.1.10  OCIP Termination**. If Owner terminates the OCIP for any reason, Contractor, Enrolled Parties, Eligible Parties that are not enrolled, and Excluded Parties shall not perform Work on or at the Project Site (including corrective, repair or warranty work) unless and until the insurance policies and coverages specified in this Article 11 are in effect.

**§ 11.1.11  OCIP Insurance Policies Establish the OCIP Coverages**. During the period of time in which an OCIP is in place, Owner will provide OCIP insurance coverages, subject to the deductibles, terms and conditions, exclusions, and limitations contained in the provisions of the OCIP policies. The OCIP Administrator shall make redacted copies of the OCIP insurance policies available to any Eligible Party or Enrolled Party requesting to review such copies in writing. The summary descriptions of the OCIP Coverages in this Article, or elsewhere, are not intended to be complete or to alter or amend any provision of the actual OCIP Coverages. In the event that any provision of Article

OCIP Draft Insurance Language GL Only – Gross Bid – No Cert Tracking

*This sample contract language is being supplied by WTW for informational purposes only and is intended only to provide suggestions for contract provisions when using an OCIP. We are not attorneys and neither this document nor the suggestions contained herein are intended to replace the advice of legal counsel. Nothing contained herein shall be construed as a contract document or a substitute thereof. Please consult your attorney when developing any contract or insurance policy language. The actual insurance policies exclusively govern details concerning coverage, exclusions, and limitations.*

11, the Contract Documents, the Project Insurance Manual or elsewhere, conflicts with the OCIP insurance policies, the provisions of the actual OCIP insurance policies shall govern. Owner's provision of the OCIP insurance policies meets Owner's obligation to provide OCIP insurance under the Agreement and, in the event of a conflict between the provisions of the policies and any summary or description of the provisions contained herein or otherwise, the provisions of the policy shall control and shall be conclusively presumed to fulfill Owner's obligation to provide OCIP insurance.

**§ 11.1.12 Contractor's Other Insurance Requirements**. Contractor shall procure, carry, maintain and pay for, the following insurance from commencement of the Work through Final Completion of the Work unless stated otherwise herein:

.1    **Workers' Compensation – State of Florida**. Statutory coverage and Employer's Liability with a One Million and 00/100 Dollars ($1,000,000.00) limit for each of the following exposures: bodily injury by accident (each accident); bodily injury by disease (each employee); and bodily injury by disease (policy limit). Worker's compensation must provide coverage in the state where the Project is covered.

.2    **Off Site Commercial General Liability**. Commercial General Liability Insurance (CGL) (broad form coverage) insuring against claims for bodily injury, property damage, personal injury and advertising injury for operation performed off the Project Site that shall be no less comprehensive and no more restrictive than the coverage provided by Insurance Services Office ("ISO") form for Commercial General Liability Insurance (CG 00-01-04-13) (the "Off-Site CGL Policy"). The Off-Site CGL Policy shall be on an occurrence basis with combined single limits of:

| | |
|---|---|
| Each Occurrence | $1,000,000 |
| Damage to Rented Premises | $50,000 |
| Medical Expenses | $10,000 |
| Personal & Advertising Injury | $1,000,000 |
| General Aggregate | $2,000,000 |
| Products &Completed Operations Aggregate | $2,000,000 |

By its terms or appropriate endorsements, Contractor's Off-Site CGL Policy shall include coverage for Bodily Injury, Property Damage, Fire Legal Liability (not less than the replacement value of the portion of the premises occupied), Personal Injury, Blanket Contractual, Independent Contractors, and Premises Operations and products manufactured, assembled or otherwise worked upon away from the Project Site. The Off-Site CGL Policy shall include provisions for breach of conditions, cross-liability and severability of interests. The Off-Site CGL Policy shall include Products/Completed Operations Liability coverage for a period of the statute of repose applicable to the Project state following completion of all of the Work covered under this Agreement. The policy shall contain no exclusions and/or limitations for residential construction including condominiums and shall apply on a Per Project basis. The Off-Site CGL Policy shall establish Owner and the Additional Insureds as additional insureds on a primary and noncontributory basis, by means of standard ISO endorsement CG2010 (11/85) or its equivalent CG2010 (10/01) and CG2037 (10/01). Any insurance or self-insurance maintained by Project Owner shall be excess of and non-contributory with the coverage afforded by the Contractor with their Off Site CGL policy.

.3    **Automobile Liability**. Automobile Liability Insurance insuring against claims for bodily injury and property damage and covering the ownership, maintenance or use of any auto or all owned/leased and non-owned and hired vehicles used in the performance of the Work, both on and off the Project Site, including loading and unloading. The coverage shall be provided

OCIP Draft Insurance Language GL Only – Gross Bid – No Cert Tracking

*This sample contract language is being supplied by WTW for informational purposes only and is intended only to provide suggestions for contract provisions when using an OCIP. We are not attorneys and neither this document nor the suggestions contained herein are intended to replace the advice of legal counsel. Nothing contained herein shall be construed as a contract document or a substitute thereof. Please consult your attorney when developing any contract or insurance policy language. The actual insurance policies exclusively govern details concerning coverage, exclusions, and limitations.*

by ISO form for Commercial Auto Coverage (CA-00-01-10-01) or equivalent. The limit shall be a combined single limit of a minimum of One Million and 00/100 Dollars ($1,000,000). The automobile liability insurance policy shall establish Owner and the Additional Insureds as additional insureds on a primary and noncontributory basis by means of a CA20480299 Designated Insured endorsement, or equivalent endorsement(s).

.4   **Excess Liability**. Excess Liability shall be an occurrence based, follow form with regard to coverage and endorsements specified in this agreement policy and have a limit in an amount not less than $5,000,000.00 per occurrence and $5,000,000.00 in the aggregate where applicable and "drop down" for defense and indemnity in the event of exhaustion of the underlying insurance. By its terms, the Excess Policy shall cover:

  .1   Personal injury;
  .2   Contractual Liability;
  .3   X.C.U. Liability;
  .4   Off-Site CGL;
  .5   Automobile Liability;
  .6   Employer's Liability, and,
  .7   Owner and the Additional Insureds on a primary and noncontributory basis by means of an endorsement acceptable to Owner. The Excess liability coverages are separate from the OCIP coverages. Any insurance or self-insurance maintained by Project Owner shall be excess of and non-contributory with the coverage afforded by the Contractor with their Excess Liability.

.5   **Contractual Liability Insurance**. This coverage shall be carried, on a blanket broad form basis, throughout the period of time that the Work is being performed and thereafter for a period of three (3) years and shall be in a minimum amount of One Million and 00/100 Dollars ($1,000,000.00). This coverage is to insure Contractor's indemnity under the Contract Documents, and shall insure against the risks enumerated therein.

.6   **Property Insurance**. Contractor and Subcontractors are responsible for their tools equipment including, but not limited to, tools, construction trailers and their contents, temporary fencing, temporary structures, scaffolding, staging forms and other personal property and/or equipment that is used in performance of the Work but are not actually incorporated into the Work, whether owned, leased, rented or borrowed or in the care, custody or control of Contractor or any Subcontractor. Contractor acknowledges and agrees that Owner will not be responsible for any loss or damage to their tools and equipment. If insured, the Contractor's insurance policies covering tools and equipment will include a waiver of subrogation and any other rights of recovery in favor of Owner, their designated indemnitees and all Subcontractors by endorsement. If uninsured, the Contractor will hold harmless Owner, their designated indemnitees and all Subcontractors for loss or damage to their tools, materials and equipment.

**§ 11.1.13 Deductibles**. Contractor's Off-Site CGL, Automobile Liability, Excess Liability insurance policies shall all be occurrence-based policies. Contractor shall be responsible to pay, or otherwise satisfy, all deductibles or self-insured retentions for Contractor's Off-Site CGL, Automobile Liability, Excess Liability insurance policies. Owner is not responsible to pay for, or to satisfy, the deductibles or self-insured retentions applicable to Contractor's Off-Site CGL, Automobile Liability, Excess Liability insurance policies or any other policies carried by Contractor.

This sample contract language is being supplied by WTW for informational purposes only and is intended only to provide suggestions for contract provisions when using an OCIP. We are not attorneys and neither this document nor the suggestions contained herein are intended to replace the advice of legal counsel. Nothing contained herein shall be construed as a contract document or a substitute thereof. Please consult your attorney when developing any contract or insurance policy language. The actual insurance policies exclusively govern details concerning coverage, exclusions, and limitations.

**§ 11.1.14  Subcontractor's Other Insurance Requirements as Enrolled Parties.**  Contractor shall require all of its Subcontractors that are enrolled in the OCIP to procure and maintain throughout the performance of the Work the following insurance:

.1   **Workers' Compensation – State of Florida.**  Statutory coverage and Employer's Liability with a One Million and 00/100 Dollars ($1,000,000.00) limit for each of the following exposures: bodily injury by accident (each accident); bodily injury by disease (each employee); and bodily injury by disease (policy limit). Worker's compensation must provide coverage in the state where the Project is covered.

.2   **Automobile Liability.**  Automobile Liability insurance with a limit of at least $1,000,000.00 combined single limit or $3,000,000 if hauling hazardous materials insuring against claims for bodily injury and property damage and covering the ownership, maintenance or use of any auto or all owned/leased and non-owned and hired vehicles used in the performance of the Subcontractors' Work on the Project, both on and off the Project Site, including loading and unloading, with limits established in Contractor's Subcontracts or otherwise required to enroll in the OCIP. The Subcontractors' Automobile Liability insurance policies shall establish Owner and the Additional Insureds as additional insureds under the policy, on a primary and noncontributory basis by means of an endorsement form acceptable to Owner; and,

.3   **Off-Site Commercial General Liability (CGL).**  Off-Site CGL Insurance covering all of the Work and operations performed by such Subcontractors for the Project off the Project Site with limits established in Contractor's Subcontracts, provided, however, that the Subcontractors' Off-Site CGL policies shall not have limits less than $1,000,000.00 per occurrence and $2,000,000.00 in the aggregate where applicable.. The policy shall contain no exclusions and/or limitations for residential construction including condominiums and shall apply on a Per Project basis. The Subcontractors' Off-Site CGL policies shall establish Owner and the Additional Insureds as additional insureds under the CGL policies, on a primary and noncontributory basis by means of an ISO endorsement CG 2010 11/85, or its equivalent CG2010 (10/01) and CG2037 (10/01).

**§ 11.1.15  Insurance Requirements of All Subcontractors Excluded from the OCIP.**  Contractor shall require all of its Subcontractors that are not enrolled in the OCIP to procure and maintain throughout the performance of the Work the following insurance:

.1   **Commercial General Liability (CGL).**  CGL Insurance covering all of the Work and operations performed by such Subcontractors in connection with the Project (both on and off the Project Site) with limits established in Contractor's Subcontracts, provided, however, that the Subcontractors' CGL policies shall not have limits less than One Million and 00/100 Dollars ($1,000,000.00) per occurrence and Two Million and 00/100 Dollars ($2,000,000.00) in the aggregate where applicable and shall apply on a Per Project basis. The policy shall contain no exclusions and/or limitations for residential construction including condominiums. The Subcontractors' CGL policies shall establish Owner and the Additional Insureds as additional insureds under the CGL policies, on a primary and noncontributory basis by means of an ISO endorsement CG 2010 11/85, or its equivalent CG2010 (10/01) and CG2037 (10/01).

.2   **Worker's Compensation State of Florida.**  Statutory coverage and Employer's Liability with a One Million and 00/100 Dollars ($1,000,000.00) limit for each of the following exposures: bodily injury by accident (each accident); bodily injury by disease (each employee); and bodily injury by disease (policy limit). Worker's compensation must provide coverage in the state where the Project is covered;

OCIP Draft Insurance Language GL Only – Gross Bid – No Cert Tracking

*This sample contract language is being supplied by WTW for informational purposes only and is intended only to provide suggestions for contract provisions when using an OCIP. We are not attorneys and neither this document nor the suggestions contained herein are intended to replace the advice of legal counsel. Nothing contained herein shall be construed as a contract document or a substitute thereof. Please consult your attorney when developing any contract or insurance policy language. The actual insurance policies exclusively govern details concerning coverage, exclusions, and limitations.*

**.3    Automobile Liability**.  Automobile liability insurance, with a limit of at least One Million and 00/100 Dollars ($1,000,000.00) or Three Million and 00/100 Dollars ($3,000,000.00) if hauling hazardous materials combined single limit,  insuring against claims for bodily injury and property damage and covering the ownership, maintenance or use of any auto or all owned/leased and non-owned and hired vehicles used in the performance of the Subcontractors' Work on the Project, both on and off the Project Site, including loading and unloading, with limits established in Contractor's Subcontracts;

**.4    Excess Liability**.  Excess Liability shall be an occurrence based policy and have a limit in an amount not less than Two Million and 00/100 Dollars ($2,000,000.00) per occurrence and Two Million and 00/100 Dollars ($2,000,000.00) in the aggregate where applicable and "drop down" for defense and indemnity in the event of exhaustion of the underlying insurance.  By its terms, the Off-Site Excess Policy shall cover:

> .1    Personal injury;
> .2    Contractual Liability;
> .3    X.C.U. Liability;
> .4    CGL;
> .5    Automobile Liability; and
> .6    Employer's Liability.
> .7    Owner and the Additional Insureds on a primary and noncontributory basis by means of an endorsement acceptable to Owner.

**.5**    The insurance required by Subcontractors Excluded from the OCIP shall be the primary insurance and non-contributory to any of the Owner's insurance. Any insurance or self-insurance maintained by Owner shall be excess of and non-contributory with the coverage afforded by the Subcontractors / Contractor.

**§ 11.1.16 Insurance Required by Florida Law**.  In addition to the foregoing, Contractor shall purchase and maintain, at its sole cost and expense, such insurance coverage and is required by Chapter 489, Florida Statutes.  In the event of a conflict between the insurance requirements of this Contract and the insurance requirements of Chapter 489, Florida

**§ 11.1.17 No Wrap-Up Exclusion**.  No insurance policy shall contain any wrap-up exclusion or wrap-up excess endorsement that would bar or limit available coverage where the Named Insured is not enrolled in the OCIP.  All insurance policies shall be primary to, and not contribute with, any OCIP insurance in any circumstance where the Named Insured is not enrolled in the OCIP.

**§ 11.1.18**    All insurance policies provided by Contractor pursuant to this Contract shall be on an occurrence basis with the exception of Contractors Professional and Pollution Liability. Coverages shall be maintained without interruption from the date of commencement of the Work until two years after the date of Final Payment, except for completed operations coverage, which shall be maintained for Ten (10) years after Final Completion of the Project.

**§ 11.1.19**    The insurance required by this Article to be furnished by Contractor and its Subcontractors shall be issued by Insurance Companies having a general policy holders rating of a minimum by A.M. Best's of A; financial class VII or better and financial rating acceptable to Owner. Contractor shall require the foregoing carriers to include provisions in said policies waiving their rights of subrogation against Owner, to the extent applicable.  Contractor hereby waives any and all rights of recovery against Owner for injury or loss due to any hazard or occurrence covered by any of the foregoing policies

**§ 11.1.20**    The Contractor shall not commence or continue with any portion of the Work under the Contract until it has obtained all insurance required to be provided by Contractor under this Article 11 or the Agreement.  If not

OCIP Draft Insurance Language GL Only – Gross Bid – No Cert Tracking

*This sample contract language is being supplied by WTW for informational purposes only and is intended only to provide suggestions for contract provisions when using an OCIP. We are not attorneys and neither this document nor the suggestions contained herein are intended to replace the advice of legal counsel.  Nothing contained herein shall be construed as a contract document or a substitute thereof.  Please consult your attorney when developing any contract or insurance policy language.  The actual insurance policies exclusively govern details concerning coverage, exclusions, and limitations.*

so provided, the Owner shall have the immediate right to procure the required insurance on behalf of the Contractor and charge the Contractor for the cost thereof, but the Owner shall have no obligation to do so.

**§ 11.1.21**      Unless otherwise expressly provided herein, the deductible on all insurance required of Contractor or its subcontractors under this Article 11 or the Agreement, are borne by the policy holder.

**§ 11.1.22**      Owner and the "Additional Insureds" , if any, shall be identified as "additional insureds" and "named insured" on all general liability and other policies identified in this Article 11, including without limitation all policies covering completed and ongoing operations. The Contractor, Subcontractors of all tiers commercial general liability policies shall also provide the following ISO endorsements: ISO CG 20 10 1185, CG2010 (10/01) and CG2037 (10/01). or its equivalent.

**§ 11.1.23**      These certificates and the insurance policies required by this Article 11 shall contain a provision that coverages afforded under the policies will not be canceled or allowed to expire until at least 30 days' prior written notice has been given to the Owner. Within three (3) business days of the date the Contractor becomes aware of an impending or actual cancellation or expiration of any insurance required of Contractor by the Contract Documents, the Contractor shall provide notice to the Owner of such impending or actual cancellation or expiration. Upon receipt of notice from the Contractor, the Owner shall, unless the lapse in coverage arises from an act or omission of the Owner, have the right to stop the Work until the lapse in coverage has been cured by the procurement of replacement coverage by the Contractor. The furnishing of notice by the Contractor shall not relieve the Contractor of any contractual obligation to provide any required coverage.

**§ 11.1.24**      Contractor shall endeavor to furnish copies of such Subcontractor insurance policies and or certificates and renewals of same to Owner upon request.

**§ 11.1.25** Contractor's obligations under this Article 11 are material obligations. Failure by Contractor or its subcontractors to provide and maintain the insurance required by this Agreement shall be grounds for termination, and Contractor shall be liable for all losses, damages, costs and expenses associated with the failure to maintain the required insurance.

### § 11.2 Owner's Insurance

**§ 11.2**      The Owner shall purchase and maintain insurance, including the OCIP, of the types and limits of liability, containing the endorsements, and subject to the terms and conditions, as described in the Agreement or elsewhere in the Contract Documents.  The Owner shall purchase and maintain the required insurance from an insurance company or in companies lawfully authorized to issue insurance in the jurisdiction where the project is located.

*This sample contract language is being supplied by WTW for informational purposes only and is intended only to provide suggestions for contract provisions when using an OCIP. We are not attorneys and neither this document nor the suggestions contained herein are intended to replace the advice of legal counsel. Nothing contained herein shall be construed as a contract document or a substitute thereof. Please consult your attorney when developing any contract or insurance policy language. The actual insurance policies exclusively govern details concerning coverage, exclusions, and limitations.*

GL OCIP sample insurance manual – Add Alternate - insurance certificates tracked by WTW both enrolled and excluded.

**Willis Towers Watson**



# FUTURA COMPANY

## Nona Cove Apartments

## OCIP PROJECT INSURANCE MANUAL

Version 1
July 2020

# Table of Contents

**SECTION 1**   **Overview** ........................................................................................................ 1
About This Manual ............................................................................................. 2
    What This Manual Does ................................................................................ 2
    What This Manual Does Not Do .................................................................. 2
    General Provisions ...................................................................................... 3

**SECTION 2**   **Project Directory & Definitions** ................................................................... 4
OCIP Project Directory ....................................................................................... 4
OCIP Administrator ............................................................................................. 4
OCIP Insurers ..................................................................................................... 4
Project Definitions .............................................................................................. 5

**SECTION 3**   **OCIP Insurance Coverage** ............................................................................ 9
Summary Description of OCIP Coverages ......................................................... 9
    Commercial General Liability ...................................................................... 9
    Excess Liability ......................................................................................... 10
Evidence of OCIP Coverages .......................................................................... 11

**SECTION 4**   **Contractor Required Insurance** ................................................................ 14

**SECTION 5**   **Contractor Responsibilities** ...................................................................... 15
Enrollment ........................................................................................................ 17

**SECTION 6**   **Accident Reporting & Claim Procedures** ................................................. 25

**SECTION 7**   **OCIP Forms & Exhibits** .............................................................................. 27

SAMPLE ONLY

## Section

# 1

# Overview

*Welcome to Futura Company's Owner Controlled Insurance Program (OCIP)*

Futura Company ("Sponsor) has arranged for the Nona Cove Apartments Project to be insured under an Owner Controlled Insurance Program ("OCIP") during construction.

The insurance program described in this OCIP Project Insurance Manual ("Manual") is made available by the Sponsor to achieve a very specific purpose: **TO PROVIDE AN EFFICIENT INSURANCE AND CLAIM DELIVERY SYSTEM AT THE MOST REASONABLE COST.**

The prevention of accidents and property loss from occurring is most important. A combined Loss Prevention effort by all parties led by sound and reasonable management is a total prerequisite. Contractors are expected to take all reasonable and lawful actions deemed necessary to prevent accidents and losses and to cooperate fully with the safety and loss control programs implemented on the Project.

An OCIP is a series of insurance policies issued by one or more insurance companies to cover the Enrolled Party on a given contract. The OCIP requirements do not create any contractual relationship between the Subcontractors and Sponsor. An Enrolled Party shall be responsible for compliance with all OCIP requirements for itself and all its Enrolled Subcontractors of all tiers. Certain Subcontractors are **excluded** (as defined in Section 2) from this OCIP. The OCIP provides coverage for Enrolled Parties (as defined in Section 2) for their Work activities performed at the Project Site (as defined in Section 2). Sponsor has arranged at its own cost for the following coverage for OCIP participants: Commercial General Liability and Excess Liability. This coverage shall be primary insurance for all activities performed on or at the Project Site. Refer to Section 4 for additional insurance to be provided by Contractors.

Participation is mandatory, except for those identified as Excluded Parties, BUT IT IS NOT AUTOMATIC. Sponsor has the right to determine eligibility. Each Eligible Party must follow the enrollment procedures outlined in this Manual. Eligible Parties include all Subcontractors providing direct labor on the Project. Upon OCIP enrollment completion, an Eligible Party will become an Enrolled Party.

Contractor and all Subcontractors are required to maintain their own insurance programs, whether they are enrolled in the OCIP or not. An Enrolled Party should notify its General Liability and Excess Liability insurer(s) to endorse its coverages to be excess and contingent, over the coverages provided under this OCIP for on-site activities, at its own expense.

*NOTE: Insurance coverages and limits provided under the OCIP are limited in scope and apply only to Work performed on-site after the OCIP enrollment date. Please be sure to share this Manual with your insurance representative. Any additional coverage you may wish to purchase will be at your option and expense.*

# About This Manual

The insurance protection provided by the OCIP, as well as your rights and responsibilities under the program, is as much a part of your Contract as the actual work specifications. All terms and conditions of this Manual are incorporated by reference into your Contract.

This Manual does not, and is not intended to, provide coverage interpretations or complete information about coverages. The terms and conditions of the respective OCIP insurance policies will govern how coverage is applied.

## What This Manual Does

This Manual:

- ★ Identifies responsibilities of the various parties involved in the Project
- ★ Provides a basic summary of the OCIP coverage and program structure
- ★ Describes audit and administrative procedures
- ★ Will be updated as necessary

## What This Manual Does Not Do

This Manual does not:

- ★ Provide OCIP coverage interpretations
- ★ Provide complete information about OCIP coverages
- ★ Provide answers to specific claims questions

# General Provisions

Contractors shall comply with each of the provisions stated herein:

1. **Mandatory Compliance**

   Participation is mandatory, except for those identified as Excluded Parties.

2. **Meeting Attendance**

At the request of Sponsor, Contractors shall attend any meetings held to explain and discuss the OCIP.

3. **OCIP Insurance Manual Incorporated into Bid Specifications and Contract**

This Manual will be a part of the bid specifications and bidders are expected to be familiar with the requirements prior to submitting their bid. In addition, this Manual will be incorporated by reference into the successful bidders awarding Contract and accordingly, all provisions require mandatory compliance.

The Manual may only be updated during the course of the Project by the Sponsor and distributed by the OCIP Administrator and is subject to review and final approval by the Sponsor. Any revised versions shall replace and supersede any previous versions.

4. **Bid Method for OCIP Insurance Cost – Add Alternate**

In consideration of the insurance coverage provided by the Owner, each Eligible Contractors and Enrolled Contractors (unless excluded) is required to submit its bid price for the original scope of work and subsequent change orders excluding first dollar insurance costs for coverages provided by the OCIP. Each Eligible and Enrolled Contractor shall provide an OCIP Insurance Add Alternate line item for the cost of insurance coverage provided by the Owner for work performed at the Project Site. In calculating insurance costs, use the limits of insurance specified in the contract documents. The identified cost for insurance coverage is subject to review and approval by the Owner and the OCIP Administrator.

5. **Commencement of Work**

Contractors and Subcontractors shall not commence work at the Project Site until:

a) If enrolled under the OCIP, having received an OCIP certificate of insurance issued by the OCIP Administrator and provided a compliant and accepted certificate of insurance as required for non-OCIP coverages to the OCIP Administrator;

b) If excluded under the OCIP, having provided a compliant and accepted certificate of insurance as required to the OCIP Administrator.

**Section**

**2**

# OCIP Project Directory

## Sponsor: Futura Company

| Position | Contact | Phone | E-mail |
|---|---|---|---|
| Risk Manager | | | |
| Claims | | | |
| Safety | | | |

## OCIP Administrator: Willis Towers Watson

| Position | Contact | Phone | E-mail |
|---|---|---|---|
| OCIP Program Lead | | | |
| OCIP Program Manager | | | |
| OCIP Senior Claim Service Consultant | | | |

## OCIP Insurers

| Line of Coverage | Insurer(s) |
|---|---|
| Commercial General Liability | Insert Name of Insurance Carrier |
| Excess Liability (Lead Layer) | Insert Name of Insurance Carrier |

# Project Definitions

*The following list identifies key definitions used in this Manual.*

| | |
|---|---|
| **BID METHOD FOR OCIP INSURANCE COST:** | Add Alternate – Owner has selected Add Alternate method for this Project that requires the Eligible Contractors and Enrolled Contractors (unless excluded) to submit its bid price for the original scope of work and subsequent change orders excluding first dollar insurance costs for coverages provided by the OCIP. Each Eligible and Enrolled Contractor shall provide an OCIP Insurance Add Alternate line item for the cost of insurance coverage provided by the Owner for work performed at the Project Site. In calculating insurance costs, use the limits of insurance specified in the contract documents. The identified cost for insurance coverage is subject to review and approval by the Owner and the OCIP Administrator. |
| **CONTRACT:** | As used in this Manual, the Contract or Agreement by and between Owner and the Contractor (the Contract) or between the Contractor and its Subcontractors; or between the Subcontractors and their lower tiered Subcontractors. The terms "Contract" and "Agreement" are used interchangeably. |
| **CONTRACTOR:** | As used in this Manual, "Contractor" includes: design builder, construction managers, general contractors, separate contractors, contractors, joint venture entities and subcontractors of all tiers that perform work at the Project Site where the Sponsor is obligated to provide OCIP coverage on the Project. A "Contractor" may be either an "Enrolled Contractor" or an "Excluded Party". |
| **ELIGIBLE PARTIES:** | Contractors and Subcontractors of all tiers performing labor or services at the Project Site are eligible to be enrolled in the OCIP. Suppliers that perform or subcontract installation, temporary labor services, employee leasing companies providing direct labor, joint ventures and all joint ventures partners are considered Eligible Parties. Sponsor may, at its discretion, include a Subcontractor who otherwise, by definition, would be an Excluded Party. |
| **ENROLLED PARTIES:** | Eligible Parties who have been awarded work and for whom the Sponsor has agreed by written Contract to furnish the OCIP Coverages; who have submitted all necessary enrollment forms, have met all enrollment requirements and have been issued a OCIP Certificate of Insurance by the |



SAMPLE ONLY

OCIP Administrator. The date of the enrollment shall be established on the OCIP Certificate of Insurance.

**EXCLUDED/INELIGIBLE PARTIES:**

The following parties may not participate or be enrolled in the OCIP and Excluded Parties must obtain and maintain and shall require each of their Subcontractors of all tiers to obtain and maintain the insurance specified in Section 4. Please contact the OCIP Administrator for questions regarding OCIP eligibility:

(a) Contractors and Subcontractors of any tier that do not perform any actual labor on or at the Project Site;

(b) Architects, surveyors, soil testing contractors and their consultants;

(c) Off-site fabricators, vendors, suppliers (who do not perform or subcontract installation), material dealers, truckers, haulers, drivers and others who merely transport, pick up, deliver, or carry materials, personnel, parts or equipment, or any other items or persons to or from the Project Site;

(d) Hazardous materials remediation, removal and/or transport companies and their consultants

(e) Subcontractors whose sole scope of work includes Exterior Insulation and Finish Systems (EIFS);

(f) Any party performing demolition and/or blasting operations

(g) Manufacturing representatives, equipment rental companies who perform equipment erection, dismantling and maintenance (does not apply to those who provide operators);

(h) Guard services and janitorial services companies;

(i) Any other parties whom the Sponsor elects, in its sole discretion, to exclude from the OCIP, even if otherwise eligible.



**INSURED:**

Sponsor, Enrolled Parties, and any other party so named in the insurance policies while performing Work on or at the Project Site.

**INSURERS / INSURANCE COMPANY:**

The insurance companies named on a policy or certificate of insurance that provide coverage for the OCIP.

**SPONSOR/OWNER:**

**FUTURA COMPANY**

**OWNER CONTROLLED INSURANCE PROGRAM (OCIP)**

A coordinated/consolidated insurance program providing certain coverage summarized in this Manual and defined in the actual OCIP Insurance Policies for Sponsor, Enrolled Parties performing Work at the Project Site.

**OCIP ADMINISTRATOR:**

The insurance broker identified by Sponsor as responsible for administering the OCIP program including but not limited to OCIP enrollment, policyholder services and OCIP claims oversight.

**OCIP INSURANCE POLICIES:**

Insurance policies issued for the Sponsor's OCIP providing coverage to Enrolled Parties for Employer's Liability, Commercial General and Excess Liability for Work performed on or at the designated Project Site.

**OFFSITE:**

Premises other than the Project Site.

**ONSITE :**

See Project Site definition.

**PROJECT:**

**Nona Cove Apartments**

**PROJECT SITE:**

Insert Project address. The premises, as designated by Sponsor and approved by the OCIP insurance carrier, including operations necessary or incidental to the Project Site which may be non-contiguous, i.e., staging or storage yards and adjacent utility work. The Project Site does not include locations and operations at any Subcontractor's regularly established workplace, plant, factory, office, shop, warehouse, yard or other property even if such operations are for fabrications of materials to be used at the Project Site.

**WORK:**     Work, as fully described in the Contract, performed on or at the
Project Site.



**Section**

# 3

# OCIP Insurance Coverage

*This section provides a brief summary of OCIP coverage and is for informational purposes only. Enrolled Party should refer to the actual OCIP policies for details concerning coverage, exclusions and limitations.*

Sponsor has procured, and will maintain the insurance coverages described below for the Enrolled Parties.  Sponsor intends to maintain coverages until the expiration of the policy, notification by the OCIP Administrator or the completion of the Project, whichever occurs first, however in no event beyond Program Expiration Date. Coverage is primary and non-contributory with respect to any other similar insurance carried by the Enrolled Party.

While the OCIP provides uniform coverages and reasonable limits for work performed at the Project Site, the OCIP is not intended to meet all the insurance needs of the Enrolled Parties. Enrolled Party shall discuss the OCIP with its insurance agent, broker or consultant to assure that proper coverages are maintained. Enrolled Party shall notify its insurance representative that the work performed on-site will be insured under the OCIP. This notification is to inform the Enrolled Party's standard insurance company(ies) that the insurance coverages provided under the OCIP are primary for the Project Site.

Copies of OCIP policies will be made available to any Enrolled Party upon written request to the OCIP Administrator.

## Summary Description of OCIP Coverages

The OCIP includes the following coverages for Enrolled Parties performing Work at the Project Site. The OCIP shall provide only the following insurance to Enrolled Parties performing Work at the Project Site. Any Work away from the Project Site will not be covered under the OCIP. Excluded/Ineligible Parties are not covered under the OCIP. This is a summary only.  Enrolled Parties shall refer to the actual policies for details concerning coverages, exclusions and limitations.   .

**Commercial General Liability (CGL):**  (Coverage for off-site operations is excluded unless locations are scheduled & approved by Sponsor and OCIP insurance carriers.)

Coverage:      CGL Insurance shall be provided for Work performed by all
                        Enrolled Parties at the Project Site.  The CGL policy shall utilize
                        policy form ISO CG0001 (04/13) or equivalent and will have the
                        following limits of liability:

**Limits of Liability Shared by Insureds**

| | |
|---|---|
| Each Occurrence Limit | $X,000,000 |
| Annual General Aggregate | $X,000,000 |
| Term Products/Completed Operations Aggregate | $X,000,000 |
| Personal Injury and Advertising Liability | $X,000,000 |
| Damage to Rented Premises | $ X00,000 |
| Medical Payments | $ X0,000 |

CGL Insurance Coverage shall include:
- Sponsor as first Named Insured
- Enrolled Parties are included as Named Insureds
- Defense costs in addition to the policy limits
- Limits shared by all insureds
- Broad Form Additional Insureds as Required by Written Agreement
- The Products/Completed Operations Aggregate is a single limit for the entire policy term inclusive of the extension period.
- Extended Completed Operations coverage for ten (10) years or the applicable Project Site state statute of repose (whichever is less), per policy terms and conditions. In addition, the program shall include an extended warranty/repair work provision which extends coverage in the event an Enrolled Party returns to the Project Site to perform warranty or repair Work as defined by the policy.
- TRIA (terrorism coverage) included

**Excess Liability:** (Coverage for off-site operations is excluded unless locations are scheduled & approved by Sponsor and OCIP insurance carriers.)

| | Limits of Liability Shared by All Insureds |
|---|---|
| Each Occurrence Limit | $XX,000,000 |
| Aggregate Limits, where applicable | $XX,000,000 |

- Excess of primary OCIP Commercial General Liability policy subject to policy terms and conditions.
- The General Aggregate Limit is not shared with other projects.
- Products & Completed Operations Aggregate Limit (term) is not shared with other projects.
- Policy provides Completed Operations Extension including Repair coverage for the applicable Project State Statute of Repose or ten (10) years whichever is less per policy terms and conditions.
- Limits shared by all insureds.

# Coverages Not Part of OCIP

Enrolled Parties acknowledge that any loss not covered by the OCIP policies shown above is their responsibility including but not limited to the following:

- Workers Compensation and Employer's Liability
- Automobile Liability
- Automobile Physical Damage
- Builder's Risk
- Property coverage, including but not limited to Contractors' Equipment owned, rented, leased or borrowed Equipment, Tools, or Personal Property
- General Liability (including Excess) for Off-Site Activities
- Environmental/Pollution Liability
- Employment Practices Liability
- Professional Liability/Errors and Omissions
- Marine Liability if applicable
- Aircraft including Unmanned Aircraft/Drones
- Surety Bonds/Subcontractor Default Insurance

# Evidence of OCIP Coverages

Upon successfully completing enrollment requirements, the OCIP Administrator will provide a certificate of insurance evidencing Commercial General Liability and Excess Liability to each Enrolled Party.  Copies of all OCIP policies provided by the Sponsor will be furnished upon written request to OCIP Administrator.

# Contract Termination

Enrolled Parties with more than one Contract will maintain coverage under the OCIP until the last Contract is terminated.

If, subsequent to work completion and close-out, an Enrolled Party returns to the Project Site to perform warranty or repair work, the OCIP shall include coverage for all exposures related to the Work, subject to statute of repose and policy terms and conditions.

# Insurance Policies

The summary of coverages contained in this Manual is prepared for the convenience of those involved in the Project and should not be construed in any way as an exact and binding analysis of coverage.  In case of any claim or question with respect to coverage, the original policies will prevail as the sole binding documents.

## OCIP Insurance Premiums

The Sponsor will be responsible for the payment of the OCIP premium. All return insurance premiums, insurance dividends, or monies due or to become due in connection with the OCIP shall be to the benefit of (or be the responsibility of) the Sponsor and are hereby assigned to the Sponsor.

## Primary and Non-Contributing

Commercial General Liability/Excess is primary insurance and non-contributing with respect to any other insurance carried by the Enrolled Parties.

## Assignment

In consideration of Sponsor purchasing the OCIP as described above, the Enrolled Parties will assign to Sponsor all return premiums, premium refunds, dividends and other monies due, or to become due, in connection with the insurance provided by Sponsor, all of which will inure to the benefit of Sponsor. The Enrolled Parties will execute any further documentation Sponsor may require to effect this assignment.

## Waiver of Subrogation and Rights of Recovery

Except for the amount of the deductibles as described elsewhere in the Contract and herein, the Enrolled Parties, each on their own behalf, whether by way of subrogation or otherwise, hereby waive any and all subrogation or other rights of recovery of any kind that they may now, or hereafter have, against each other, and their parent, related and affiliated companies, the successors and assigns of each other, to the extent of any insurance provided by Sponsor. All policies of insurance purchased as part of the OCIP shall contain a waiver of subrogation by the insurer in favor of the Enrolled Parties.

## No Release

Sponsor's procurement and provision of the OCIP shall in no way relieve Enrolled Party at any tier of any responsibility or liability under its Contract, any applicable law, statute, regulation or order, except the responsibility of securing the OCIP coverages if, and commencing when, the Subcontractor at any tier becomes an Enrolled Party.

## OCIP Termination / Modification

Sponsor reserves the right to terminate or modify the OCIP or any portion thereof. Sponsor will provide thirty (30) advance written notice of termination or material modification to the Enrolled Party(ies) covered by the OCIP. In such event, the Enrolled Party(ies) will be required to immediately acquire replacement insurance coverage, equivalent to what is currently required for Offsite and Excluded Parties. Written evidence of such insurance will be provided to Sponsor or

OCIP Administrator prior to the effective date of the termination or modification of the OCIP coverages.

NOTE: While the OCIP is intended to provide uniform coverages and reasonable limits, the OCIP is not intended to meet all the insurance needs of the Enrolled Parties.  Enrolled Party shall discuss the OCIP with its insurance agent or consultant to assure that proper coverages are maintained.   Enrolled Party shall notify its agent that the work performed on-site will be insured under the OCIP.  The intent of this notification is to inform the Enrolled Party's standard program underwriters that the insurance coverages provided under the OCIP are primary on the Project Site.



**Section**

**4**

# Contractor Required Insurance

*Enrolled Parties and Excluded Parties are required to maintain coverage to protect against losses that occur away from the Project Site or that are otherwise not covered under the OCIP.*

All Contractors and Subcontractors, whether Enrolled or Excluded, are required to provide and maintain for the duration of their Contract with the Sponsor coverages required by the

prior to coming on the Project Site. These insurance requirements apply to any type of work done for the Project. Subcontractors of all tiers, whether enrolled or excluded, must provide a certificate of insurance evidencing all requirements to the Sponsor. The limits required are minimum limits and are not intended to limit the Subcontractors' liability.

❖ **Enrolled Parties** must provide evidence of Commercial General Liability (including Excess) for *off-site* activities and Workers' Compensation, Automobile Liability and Excess/Umbrella Liability insurance and other insurance coverage required for all activities including **both** *on-site* and *off-site* activities as per the insurance specifications in the Contract. See Section 2 for the definition of Enrolled Parties.

❖ **Excluded Parties** must provide evidence of Workers' Compensation, Commercial General Liability, Excess/Umbrella Liability, Automobile Liability insurance and other insurance coverage required for all activities including **both** *on-site* and *off-site* activities as per the insurance specifications in the Contract. See Section 2 for the definition of Excluded Parties.

Certificates of insurance should include confirmation of compliance with additional insured and waiver of subrogation requirements from the Contract for the following entities:

- AI List of Entities

## Survival

The insurance requirements described in the Contract documents and this Manual are not intended to, and shall not in any way, limit or quantify the liabilities and obligations that each Contractor or Subcontractor of any tier assumes pursuant to its Contract. The insurance requirements are an independent Contract provision and shall survive the termination or expiration of this Contract or any Subcontract.

**Section**

**5**

# Contractor Responsibilities

*Throughout the course of the Contract, Enrolled Contractors will be responsible for reporting and maintaining certain records as outlined in this section.*

Contractors are required to reasonably cooperate with Company and the OCIP Administrator in all aspects of OCIP operation and administration. Specific responsibilities include, but are not limited to:

- Cooperating with the Company and/or OCIP Administrator with regard to administration and operation of the OCIP. The Enrolled Contractors' responsibilities will include, but are not limited to: operations and insurance information; inclusion of OCIP provisions in all Contracts; notification to Company and/or Company's OCIP Administrator, of all subcontracts awarded; maintenance and provision of payroll records, receipts and other records as necessary for premium computation; compliance with applicable loss control (safety) and claims reporting procedures;

- Including this OCIP Manual and requirements in all Contracts;

- Providing each subcontractor with a copy of this OCIP Manual;

- Assisting in securing the required enrollment information from subcontractors of any tier;

- Complying with insurance requirements and Section 6 – "Accident Reporting/Claims Procedures";

- Notifying the OCIP Administrator of all subcontracts awarded by completing the Award and Enrollment Form and ensuring transmittal of lower-tier Subcontractor Award and Enrollment Form prior to work commencement on the Project Site;

- Attending all meetings, as required, regarding OCIP administration, claims or safety issues;

- Maintaining and reporting receipts as required by the OCIP;

- Permitting the Owner, the OCIP Administrator and/or the OCIP insurance company to audit the Enrolled Contractor's books and records and provide documentation as may be required to ensure accuracy of information. The enrolled parties agree that their failure to submit any required documents may result in withholding progress payments until all required information is received by the OCIP Administrator;

- Completing and submitting to the OCIP Administrator the following forms within the time frames specified below:

    o Award – the following items upon execution of contract/subcontract.

        ▪ Contract Value – Please enter contract value for all Contracts

        ▪ Select Contractor – User can select from the list of Company Names or use the Click here to add a new contractor if not included in the list.

        ▪ Contract Number – Please provide Contract Number for contract award.

    o Remaining items of Enrollment Form (to be completed by subcontractor) – Prior to starting work on-site and when applicable to identify cost of additional contract(s) as determined by Company.

The awarding Contractor shall ensure that its subcontractors complete the remaining sections of the Contractor Package Enrollment and immediately submit.

- All Contractors whether enrolled or not enrolled in the OCIP will be required to participate in the Project Safety Program and maintain their own insurance coverage of the types and with limits set forth in Section 4 – "Contractor Required Insurance" as modified by any stricter requirements set forth in the Contractor's respective contract and/or the Contract Documents.

- In consideration of Company's provision of OCIP coverage, each Enrolled Contractor agrees to:

        o Exclude all applicable insurance costs associated with their Work at the Project Site for coverages provided under the OCIP;

        o Irrevocably assign to, and for the benefit of, the Company, all return premiums, premium refunds, premium discounts, dividends, retentions, credits and any other funds in connection with the OCIP. The Contractor and Subcontractors agree to evidence such assignment by executing and delivering the Enrollment Forms. The Contractor and Subcontractors further agree to require each lower tier Subcontractor to execute the assignment on the Enrollment Form for the benefit of the Company.

Contractors shall not commence Work on the Project Site until:

## (a)    Eligible Parties

Complying with enrollment requirements as outlined herein and receiving an OCIP Certificate of Insurance issued by the OCIP Administrator confirming status as an Enrolled Contractor and providing OCIP Administrator compliant Certificate for all non-OCIP required insurances.

(b) **Excluded Parties**

Providing Certificate(s) of Insurance to the OCIP Administrator which evidence all required insurance coverages.

# Enrollment/Contractor Insurance Cost Calculation & Verification

**Participation in the OCIP is mandatory but not automatic. Enrollment under the OCIP is required**. Each Eligible Contractor working at the Project Site shall complete the Award and Enrollment Form. Contractors shall contact their insurance agent for assistance in completing the Award and Enrollment Form.

## Pricing of OCIP Insurance Costs – Add Alternate

Eligible Contractors should prepare their proposal using standard pricing for the scope of work outlined and exclude the cost of insurance not incurred due to participation in the OCIP for on-site work. The insurance should be based on the OCIP On-Site Work that will be performed as outlined below. Each Eligible Contractor shall provide an OCIP Insurance Add Alternate line item for the cost of insurance coverage provided by the Owner for work performed at the Project Site. In calculating insurance costs, use the limits of insurance specified in the contract documents. The identified cost for insurance coverage is subject to review and approval by the Owner and the OCIP Administrator.

The Eligible Contractor is required to complete the OCIP enrollment procedures and submit this information to the OCIP Administrator. Failure to provide the required information may delay an award of work.

Contractors through completion of the Award and Enrollment Form have warranted and agreed that insurance costs relating to OCIP coverage provided have been excluded in its bid and correctly identified.

## Change Orders

All change orders are to be negotiated exclusive of OCIP insurance costs, unless otherwise directed by the OCIP Administrator or Company. An Add Alternate line item for the cost of insurance associated with the change order should be provided identifying the amount of insurance excluded.

## Notice of Subcontract Award

When an Enrolled Contractor awards a subcontract, the awarding Contractor shall begin the enrollment process by completing Notice of Award for each Contract award via Add Subcontractor Icon via the Contractor Portal – Action Panel to open the Add Sub Contractor

screen.





The required fields for Notice of Award are as follows:

- **Contract Value** – Please enter contract value for all Contracts

   **Select Contractor** – User can begin to enter the company name and if the company is already in the system select from the drop-down list.  If the company is not included in the list, please Click here to add a new contractor.

The following fields are optional but if the information is available please populate.

- Contract Number – Please provide Contract Number for contract award.

The awarding Contractor shall ensure that its subcontractors complete the remaining sections of the Contractor Package Enrollment and immediately submit.

## Enrollment

Once the Notice of Award is completed the Contractor will receive a Request for enrollment e-mail.  The email will include a brief description of the Program and the program requirements.  They will also receive the URL, username and password to login to the system.  If this is the first time logging into the system the user will login in using the system generated password and proceed to Account Setup.



Enter system generated User Name and Password select Logon.

Welcome screen will open click Continue.

User will be prompted to update the system generated password.  Once updated select Continue.



User will have an opportunity to review the contact information that was previously added. All fields with red asterisk should be populated. Click Continue to open Addresses Screen.



Review address information provided and make corrections if needed. Click Continue this will open the Setup Complete Screen.



The Setup Complete screen provides access to a system Introduction Video the user can viedw now or it is available from the Home screen to view later. Click Finish to proceed to the Contractor Portal.

When the Contractor proceeds to the Contractor Portal they will receive an alert New Program has been assigned. Click on Exclamation Mark to complete the enrollment.



The Insurance Enrollment screen will open please review and update all fields for each tab.

CIP Agreement -Please read the Contractor Agreement to Participate in OCIP/CCIP click Next. You will proceed to the Insurance Enrollment Tab.



Insurance Enrollment – Review/Update Contractor Information, Contact Information, and Offsite Insurance Coverage.  Required fields are identified by red asterisk.

If users have questions throughout the Enrollment process users can message their Client Service Specialist by clicking on Ask Administrator a Question the messaging screen will expand and the message will be sent to the Client Service Specialist.

When the screen is completed user can select Save and Continue to proceed to Contract Details.  Users are also able to Save and Close if they are not able to finalize the enrollment at this time.





Contract Details – Review/update Contractor Insurance Cost, Briefly Describe the Scope of the Work, and Sub Contractor Info. Users will be able to add a Sub Contractor by selecting Add Sub Contractor and entering Contract Value, Select Contractor Name, Trade and Contract Number. Select Save and Continue to proceed to Contract Details. If Sub Contractors have not been identified user will be able to add from the Action Item Screen.



Required Documents – Please upload all necessary documents. Users must upload the document under Required for Enrollment to submit the enrollment request. The Required for Compliance can be added at a future date.



Enrollment Summary – Provides a summary of all the information that has been entered. Allows user to review all information that has been entered. If a correction is needed the user can use the hyperlink to return to the specified section and correct. Users are able to Print the Enrollment information to save for their records. Click Save and Continue to Proceed to the Enrollment Confirmation Screen.





Enrollment Confirmation – Select Finish and Close and the enrollment will be submitted to Willis Towers Watson for processing. User will receive notification once Enrollment has been finalized and the Certificate of Insurance has been issued.



**Section**

# 6

# Accident Reporting and Claim Procedures

*This section explains the processes to be followed in the event of accidents or incidents that may result in claims covered by the OCIP insurance policies.*

## Claims Reporting

All General Liability claims, including incidents, accidents and unusual circumstances which may reasonably be expected to develop into claims against OCIP policies, must be reported by Contractors and/or Subcontractors of all tiers as soon as possible to the On-Site Project Manager. All accidents and incidents must be reported no later than the close of business on the date of the occurrence. Reports may be made by telephone or email to the contacts listed below.

Following any accident or incident, basic scene investigation should be undertaken by any involved Contractor's safety representative to establish the facts of the accident and to assist in the OCIP carrier's claims adjudication process. Steps include:

- Determine what happened and write it down.
- Take photographs and/or measurements, as applicable.
- Identify all involved parties, including witnesses, and obtain contact information.
- Record date(s), time(s) and weather conditions.
- Preserve and protect physical evidence.
- Maintain complete confidentiality.
- Cooperate fully with the OCIP Carrier's adjuster.
- The Project Manager or his/her designee will:

- Work with the involved Contractor(s) to take necessary action to stop any unsafe act or condition in order to prevent further injury or damage.

- Coordinate the investigation surrounding the incident/accident and assure completion of required investigative reports.

- Report the incident/accident to WTW and the Insurance Carrier and include the Investigation Report and Claim Form.

**Report and Send All Copies of General Liability Claims to:**

**Section**

# 7

## OCIP Forms & Exhibits

This section contains the following forms:



| Award and Enrollment Form |
| --- |
| Sample Certificate of Insurance |
| OCIP Accident/Incident Report |

## FUTURA COMPANY OCIP

### Award and Enrollment Form

| CONTRACTOR INFORMATION |
|---|
| A contract award has been made to the following Contractor: |

| Name | | Minority Participation | ☐ MBE | ☐ WBE | ☐ DBE |
|---|---|---|---|---|---|
| Address: | | | City | | |
| State: | Zip: | | | | |
| Phone: | Fax | | | | |
| Unemp Ins Reg # | FEIN: | | | | |
| Company Structure | ☐ Indv ☐ Ptshp ☐ Corp ☐ JV | | | | |

| CONTACT INFORMATION |
|---|

| Office/Enrollment Contact: | | E-mail: | |
|---|---|---|---|
| Site Contact | | Phone: | |
| Payroll Reporting Contact: | | | |
| Phone: | Fax: | E-mail | |

| CONTRACT INFORMATION |
|---|

| Type of Work: | | Contract # | |
|---|---|---|---|
| Start Date: | Estimated Completion Date: | Contract Value: | $ |
| Estimated Site Payroll: | $ | Estimated # of Subcontractors: | |
| # of Employees: | | % Subcontracted | |
| Add Alternate Line Item (Amount of Insurance excluded from your bid / change order): | | | |

| LEASING COMPANY |
|---|

| Do you use an employee leasing company? | ☐ Yes ☐ No |
|---|---|
| Leasing Company: | |
| Address | |
| FEIN # | Phone: | Fax: |

| CURRENT INSURANCE INFORMATION |
|---|

| Contractor's Insurance Broker or Agent | |
|---|---|
| Address: | |
| Contact | Phone: | Fax: |
| Current Workers' Comp. Ins. Co: | |
| Policy Number: | Policy Period: |

| Rate Date | Deductible $ | Retention: | Experience Modifier |
|---|---|---|---|

| **AWARDING CONTRACTOR** | | |
|---|---|---|

| Name of Awarding Contractor: | | | |
|---|---|---|---|
| Awarded By: | | | |
| Title: | | Award Date | |
| Name of Prime Contractor (if different than awarding): | | | |

It is each Enrolled Contractor's responsibility to notify its own insurance carrier that work to be performed at the Project Site, under this contract will be covered by the OCIP subject to policy terms and conditions, on a primary basis.

| **AGREEMENT** |
|---|

Eligible and/or Enrolled Contractor warrants that any insurance costs for work performed at the Project Site have been EXCLUDED from their original bid and agree to exclude cost of insurance provided by the OCIP on all future Change Orders/Amendments. Any and all returns of premiums, dividends, discounts or other adjustments to any OCIP policy is assigned, transferred and set over absolutely to SPONSOR. This assignment is valid for insurance policies whose premiums have been paid by the SPONSOR on behalf of such Eligible and/or Enrolled Contractor.

This agreement shall be effective when signed below or in counterpart, and photocopy, facsimile, electronic or other copies shall have the same effect for all purposes as an ink-signed original.

| Signed: | | Title: | | Date: | |
|---|---|---|---|---|---|
| Send this Form to: | Company Name: | Willis Towers Watson | Phone: | | |
| | Attention: | | Fax: | | |
| | Address: | | Mobile: | | |
| | City, State Zip | | Email: | | |

SAMPLE ONLY

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYY)

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| **Agent Name** | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| **Address** | E-MAIL | | |
| **City, ST, Zip** | ADDRESS: | | |

| INSURER(S) AFFORDING COVERAGE | NAIC# |
|---|---|
| INSURER A : A.M. Best Carrier A-VII or above required | |
| INSURER B : Carriers must be licensed in State of Operations | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED
**Contractor Name**
**Address**
**City, ST, Zip**

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN. THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $1,000,000 |
| x | COMMERCIAL GENERAL LIABILITY | X | X | | 00/00/0000 | | DAMAGES TO RENTED PREMISES/Ea occurrence) | |
| | CLAIMS-MADE [X] OCCUR | | | | | | MED EXP (Any one person) | |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | POLICY [X] PRO-JECT LOC | | | | | | PRODUCTS-COMP/OP AGG | $2,000,000 |
| | **AUTOMOBILE LIABILITY** | X | X | xxxxxx | 00/00/0000 | 00/00/0000 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| x | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS / SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| x | HIRED AUTOS [X] NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| X | UMBRELLA LIAB [X] OCCUR | X | X | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED [ ] RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS ' LIABILITY** Y/N | N/A | X | xxxxxx | 00/00/0000 | 00/00/0000 | [X] WC STATU-TORY LIMITS / OTH-ER | USL&H |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE – EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L. DISEASE – POLICY LIMIT | $1,000,000 |
| | **OTHER** | | | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

RE: Futura Company. Nona Cove Apartments.
The Owner, all parties required to be indemnified by contract and all other parties as reasonably requested by Owner are added as Additional Insured for all required insurances except Workers Compensation. All insurances afforded to the additional insureds shall be primary and non-contributory to any other insurance maintained by Owner or the additional insured.

A Waiver of Subrogation is included for all required insurance policies in favor of the Owner and Additional Insureds. Umbrella/Excess coverage is follow form to underlying policies. General Liability requirements apply only for Off-Site Operations for Enrolled Contractor(s) and for All Operations for Excluded Contractor(s). 30 Day Notice of Cancellation is required for all policies.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Futura Company c/o Willis Towers Watson <WTW Contact Info> | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE |

SAMPLE ONLY

## FORM - OCIP ACCIDENT / INCIDENT REPORT – FUTURA COMPANY

| PROJECT NAME / DESCRIPTION: | NONA COVE APARTMENTS | | | PROJECT / CONTRACT #: | | | |
|---|---|---|---|---|---|---|---|
| SUBCONTRACTOR NAME : | | | | | | | |
| NAME OF PERSON REPORTING | | PHONE# : | | FAX# : | | EMAIL : | |

### ACCIDENT / INCIDENT INFORMATION

| DATE OF ACCIDENT / INCIDENT: | | TIME OF ACCIDENT/INCIDENT : | | ☐ AM ☐ PM | DATE NOTIFIED : | |
|---|---|---|---|---|---|---|
| ADDRESS OR LOCATION WHERE ACCIDENT / INCIDENT OCCURRED (BE SPECIFIC) | | | | | | |
| WERE THE POLICE CONTACTED? | ☐ YES ☐ NO | REPORT NUMBER : | | | | |

BRIEF DESCRIPTION OF ACCIDENT / INCIDENT (Use a separate sheet and diagram if necessary)

### CLAIMANT INFORMATION

| CLAIMANT NAME : | | HOME PHONE# : | | WORK PHONE# : | | EMAIL : | |
|---|---|---|---|---|---|---|---|
| ADDRESS : | | | | | | | |
| INJURED PARTY IS : | ☐ MALE  ☐ FEMALE | | | | | | |

### INJURY INFORMATION

| WERE ANY INJURIES INCURRED? | ☐ YES ☐ NO |
|---|---|

IF INJURY OCCURRED, GIVE BRIEF DESCRIPTION:

WHAT INITIAL TREATMENT DID THE CLAIMANT RECEIVE? (FIRST AID, EMERGENCY, ETC)

### WITNESS INFORMATION

| WITNESS NAME : | | HOME PHONE# : | | WORK PHONE# : | | EMAIL : | |
|---|---|---|---|---|---|---|---|
| ADDRESS : | | | | | | | |
| WITNESS NAME : | | HOME PHONE# : | | WORK PHONE# : | | EMAIL : | |
| ADDRESS : | | | | | | | |
| WITNESS NAME : | | HOME PHONE# : | | WORK PHONE# : | | EMAIL : | |
| ADDRESS : | | | | | | | |

### ADDITIONAL COMMENTS

SAMPLE ONLY

**DIAGRAM (SHOW NORTH / SOUTH) :**

**PERSON COMPLETING REPORT**

| NAME : | | TITLE : | | | DATE : | |
|---|---|---|---|---|---|---|
| SIGNATURE : | | | | | | |

**PROJECT MANAGER**

| NAME : | | TITLE : | | | DATE : | |
|---|---|---|---|---|---|---|
| ADDRESS : | | PHONE # : | | FAX# : | | EMAIL : |
| SIGNATURE : | | | | | | |

SAMPLE ONLY

SCHEDULE B

4834-5763-5535 v.1

Futura at Nona Cove
Value Engineering and Alternatives

| No. | VE and Alternate Description | Estimated Value | Actual | Comments | Action | Accept |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | **Scope Deducts** | | | | | |
| 3 | | | | | | |
| 4 | Precast Concrete Garage Study - Revise to Open Air on Two Sides | $ | | Coreslab Tampa | Reqt Design revs by Arch/Coreslab | FUTURA accepted |
| 5 | | | | | | |
| 6 | Masonry Delete Masonry Seat Walls in Hardscape | $ | | Seminole Masonry | Owner Assumed VE Option Taken | FUTURA accepted |
| 7 | | | | | | |
| 8 | Masonry Delete CMU Walls for Equipment Encl. | $ | | Seminole Masonry | Owner Assumed VE Option Taken | FUTURA accepted |
| 9 | | | | | | |
| 10 | Ornamental Fencing Reduce Laser Cut Equipment Screen Enclosure | $ | | Allowance | Owner Assumed VE Option Taken | FUTURA accepted |
| 11 | | | | | | |
| 12 | Ornamental Fencing Reduce Pond Fencing to Code Only Req. Admit | $ | | Atlantic Steel | Owner Assumed VE Option Taken | FUTURA accepted |
| 13 | | | | | | |
| 14 | Unit Doors Hardware: Delete Electronic Deadbolts | $ | | BMC West | Owner Finish Selection Option | FUTURA accepted |
| 15 | | | | | | |
| 16 | Drywall: Metal Ceiling Bump outs in Corridors | $ | | Empire Finishings | Reqt Design Revs by ID/Arch | FUTURA accepted |
| 17 | | | | | | |
| 18 | Flooring: Carpet Tiles To Ceramic Tile in 1st Fl Corridor | $ | | Malibu | Owner Finish Selection Option | FUTURA accepted |
| 19 | | | | | | |
| 20 | Flooring: Carpet Tiles ilo Broadloom in Corridors 2 - 5 | $ | | Malibu | Owner Finish Selection Option | FUTURA accepted |
| 21 | | | | | | |
| 22 | Flooring: Unit Bedroom Carpet Mohawk Sand Dollar ilo Durkan Proud | $ | | Malibu | Owner Finish Selection Option | FUTURA accepted |
| 23 | | | | | | |
| 24 | Hardscape: Delete Fabric Shield Sail Structure at IPE Dock | $ | | Allowance | Reqt Scope Removal by Xland/Owner | FUTURA accepted |
| 25 | | | | | | |
| 26 | Equipment: Unit Appliances - Tag Freezer & Stack W/D Combo | $ | | Haver/GE | Owner Finish Selection Option | FUTURA accepted |
| 27 | | | | | | |
| 28 | Millwork: Leasing/Amenities Millwork & Layout | $ | | Commercial Millwork | Owner Assumed VE Option Taken | FUTURA accepted |
| 29 | | | | | | |
| 30 | Hardscape: Delete Fountain with Water Wall in Courtyard B | $ | | All Seasons Pools | Reqt Cost Effective Revs. by Xland/Owner | FUTURA accepted |
| 31 | | | | | | |
| 32 | Hardscape: Delete Fountain at Entry Signage | $ | | All Seasons Pools | Reqt Removal of Scope by Xland/Xland | FUTURA accepted |
| 33 | | | | | | |
| 34 | Fire Protect. Garage Study Fire Sprinkler in Garage Standpipe Only | $ | | TBD - Delta Fire Sprinkler | Reqt Design Revs by Arch/Fire Eng. | FUTURA accepted |
| 35 | | | | | | |
| 36 | Plumbing: Accept Means & Methods reviewed by SGM | $ | | Sunshine Plumbing | C&A/SGM reviewed | FUTURA accepted |
| 37 | | | | | | |
| 38 | Plumbing: Air Faucet Fixtures in Units Bath & Kitchen | $ | | Sunshine Plumbing | Owner Finish Selection Option | FUTURA accepted |
| 39 | | | | | | |
| 40 | HVAC Garage Study - Delete Mechnical CO2 Ventilation | $ | | Armstrong Air | Reqt Design Revs by Arch/HVAC Eng. | FUTURA accepted |

21/2020

Futura at Nona Cove
Value Engineering and Alternatives

2/1/2020

| # | Description | $ | Vendor | Note | Status |
|---|---|---|---|---|---|
| 41 | Electrical: PD Lighting Packages & Design Assist | $ | Power Design | Req. Design Revs by Arch/Elec Eng | FUTURA accepted |
| 42 | | | Power Design | Owner Assuming VE Option Taken | FUTURA accepted |
| 43 | Electrical: Replace w Surface Mount LED Bo Recessed Can | $ | Power Design | Req. Design Revs by Arch/Elec Eng | FUTURA accepted |
| 44 | | | | | |
| 45 | | | | | |
| 46 | Electrical: Reduce Landscaping Lighting | $ | | | |
| 47 | | | | | |
| 48 | DAS GC Assumed Potential Buyout Savings | $ | Mann Wireless | Req. GC to Subcontract with Mann Wireless | FUTURA accepted |
| 49 | | | | | |
| 50 | Low Voltage: Deduct - Low Voltage | $ | Hoppen Home | Req. Cost Effective Revs by LV | FUTURA accepted |
| 51 | | | | | |
| 52 | Hardscape: Delete Paver Sidewalks | $ | Pavexscape | Owner Assumed VE Option Taken | FUTURA accepted |
| 53 | | | | | |
| 54 | Hardscape: IPE Dock & Deck Alternate Materials, Means & Methods | $ | Randall | Req. Cost Effective Revs by Hard/Marine Sub | FUTURA accepted |
| 55 | | | | | |
| 56 | Hardscape: Reduce Artificial Turf at Courtyards & Dog Park | $ | Randall Construction | Owner Assumed VE Option Taken | FUTURA accepted |
| 57 | | | | | |
| 58 | Landscaping: LCL highest deduct to Reduce plant sizes, etc. | $ | Lake Conway Landscaping | Req. Design Revs by Landscape | FUTURA accepted |
| 59 | | | | | |
| 60 | Landscaping: Reduce Landscape Beds at Pond & Dog Park | $ | Lake Conway Landscaping | Req. Design Revs by Landscape | FUTURA accepted |
| 61 | | | | | |
| 62 | **Scope Adds** | | | | |
| 63 | | | | | |
| 64 | Add Option: Int. Unit Doors - 7'0" Ilo of 6'8" currently in summary | $ | 5/8" Incl. in Base Bid | Owner Finish Selection Option | Rejected |
| 65 | | | | | |
| 66 | Add Option: CQ Insulation - Level 1 in t.a.s. NGBS requirements | $ | Included in Base Bid | Level 1 Install Req. per NGBS | FUTURA accepted |

Subtotal    $

**Total Cost of Work Value Engineering**    $
**Current Base Bid Cost of Work**    $
**Adjusted to include Value Engineering**    $
Previous 1.22.2020 HUD 2328 SOV Cost of Work    $
Over/Under on Cost of Work Value    $



FUTURA Apartments, LLC | Antonio P. Kane – President

Make WITATT Bruce Abbey, President

2

**FUTURA AT NONA COVE APARTMENTS**
**SCHEDULE "B" – CLARIFICATIONS, MODIFICATIONS & ASSUMPTIONS**

### Bid Qualifications

The Following List of Bid Qualifications has been used in the Preparation of This Proposal and hereby becomes part of this Proposal and Supersedes what's stated on the Permitted Construction Document for the Project.

### Division 3 - Concrete

1. Precast Parking Garage Structure to be modified into a Type II-A Open Air Garage, per Orlando City Code. Owner and the Owner's Architect/ Engineer will accept or approve Subcontractor's shop drawing re-design and consequent City plan re-reviews to achieve stated goal.

### Division 4 - Masonry

1. Included prefabricated benches on footings shown in detail H-9/12A, ilo CMU seat walls in courtyards C & D, shown in details H-17/5 & H-7A.
2. Includes fence to match the pool fence and landscaping, ilo CMU walls shown at pool and fountain equipment enclosure.

### Division 5 - Metals

1. Includes fence to match the pool fence and landscaping ilo Laser-cut aluminum screen shown at pool and fountain equipment enclosure.
2. Includes pond fencing at all retaining wall locations as required by code. Fencing around pond at sloped banks are excluded.

### Division 6 – Wood, Plastics & Composites

1. All corridor bump-outs and ceiling details have been included as follows:
   - Cloud ceiling details have been included at clubhouse areas, elevator and corridor vestibules in floors 1-4, and the entire 5th floor. Updated ID RCP to be provided by Owner.

### Division 8 - Openings

1. Entry doors to 8' birch flush doors.
2. Includes 6'8" interior flush hollow core unit doors.
3. Balcony doors to be 2 piece metal flush insulated 8'0" 1-lite doors with wood jambs.
4. Includes Unit deadbolts as Kwikset Smartkey ilo electronic unit entry deadbolts.

### Division 9 - Finishes

1. Cloud ceiling details have been included at clubhouse areas, elevator and corridor vestibules in floors 1-4, and the entire 5th floor. Updated ID RCP to be provided by Owner.
2. Includes flooring in units as follows:
   - Carpet: Mohawk, Top Card-Fast Play, Sand Dollar with 6# pad – Includes bedrooms and bedroom closets
3. Includes corridor carpeting on floors 2-5 as C2 ilo of C3 as specified by ID.

**FUTURA AT NONA COVE APARTMENTS**
**SCHEDULE "B" – CLARIFICATIONS, MODIFICATIONS & ASSUMPTIONS**

4. Includes 1st floor carpeting as C2 ilo of tile shown in on ID drawings.
5. Includes T-1 tile in lobby and corridors adjacent to amenities on the 1st floor as follows:
    a. Corridor 1
    b. Corridor 3
    c. Corridor 4
    d. Elevator Lobby

### Division 10 - Specialties

1. Shade Sail on IPE deck to be remove and replace by pool furniture and umbrellas included as Owner Provided FF&E.

### Division 11 - Equipment

1. Residential appliances are included as General Electric or equal in a Universal Silver Stainless finish, laundry equipment to be white:
    - 21 CF Refrigerator – GIE21GSHSS
    - Washer – GTW220ACKWW
    - Dryer – GTX22EASKWW
    - Unitized Laundry Center – GUV27ESSMWW

### Division 12 - Furnishings

2. Architectural millwork package include reduction in the following:
    - Wall panels in secondary walls and spaces
    - Built-in upholstered seating
3. All clubhouse trim is included as Paint grade finger-joint ilo poplar.

### Division 13 – Special Construction

1. The fountain in Courtyard B is included as simplified and reduced in scale based a design/build effort between Owner consultant and Contractor's Subcontractor. Revised drawings to be provided by Owner.
2. Monument sign has been removed from the scope of work under this contract. Monument sign to be provided by Commercial Owner

### Division 21 – Fire Suppression

1. Precast Parking Garage Structure to be modified into a Type II-A Open Air garage, per Orlando City Code. Fire sprinkler system for the garage is included as standpipes only as required by code for a Type II-A Open Air garage.

### Division 23 – HVAC

1. Precast Parking Garage Structure to be modified into a Type II-A Open Air garage, per Orlando City Code. Mechanical CO2 ventilation system for the garage is excluded as it is not a requirement by code for a Type II-A Open Air garage.

**FUTURA AT NONA COVE APARTMENTS**
**SCHEDULE "B" – CLARIFICATIONS, MODIFICATIONS & ASSUMPTIONS**

**Division 22 - Plumbing**

1. Plumbing is included based on Sunshine State Plumbing suggest changes on proposal dated 8/25/2020. A/E have reviewed changes to confirm changes are acceptable by code and maintain the quality level of the project.
2. Unit lavatory faucet included as basic single handle by Pfister.
3. Unit Kitchen faucet included as basic pull out by Pfister.
4. Unit tub and shower valve and trim included as basic one handle by Pfister.

**Division 26 - Electrical**

1. Cloud ceiling details have been included at clubhouse areas, elevator and corridor vestibules in floors 1-4, and the entire 5th floor. Updated ID RCP to be provided by Owner.
2. All interior corridor pilasters' LED lighting detail has been excluded.
3. All unit lighting fixtures are provided based on proposal from PDI.
4. All corridor recessed can lights are included as surface mounted LED fixtures.
5. Landscaping lighting is included based on a limited reduction of overall site lighting in courtyards, pond, Boggy Creek sidewalk and dog park.
6. DAS life safety system is based on proposal provided by Mann Wireless.
7. Low Voltage is included with alternates to the specified material and includes a modification in scope based on subcontractor suggested changes to benefit the project.

**Division 32 – Exterior Improvements**

1. Landscaping Modifications to the planting list are included based on proposal by Lake Conway Landscaping.
2. Modifications to reduce portions of the landscaping beds around the pond and dog park are included. Owner will provide revised drawings to show changes.
3. Deck and Walkways are included as a composite material ilo of IPE currently shown in hardscape drawings.
4. Perimeter and courtyard sidewalks are included as broom finished concrete ilo of pavers.
5. Dog Park is included as Bahia grass ilo artificial turf.

# Contractor's and/or Mortgagor's Cost Breakdown

## Schedule of Values

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB No. 2502-xxxx (exp. x/xx/xx)

Public reporting burden for this collection of information is estimated to average xxxx hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not collect this information and you are not required to complete this form, unless it displays a currently valid OMB Control Number.

[text illegible]

Privacy Act Notice. [text illegible]

| Date: September 31, 2020 | Number: | LN Apartments, LLC |
| --- | --- | --- |
| Project No: HUD 067-35584 | Mortgagor: | Mayor |
| Name of Project: Future at Nova Cove Apartments | Location: 1045 Biggy Creek Road, Orlando, Florida 33805 |

This form represents the Contractor's and/or Mortgagor's firm costs and services as a basis for disbursing draw requests when certified advances are requested. Detailed instructions for completing this form are included on the reverse side.

| Line | Div. | Trade Item | Cost | Trade Description |
| --- | --- | --- | --- | --- |
| 1 | 2 | Concrete | | Foundation, FT 800, Stamped Concrete, Sidewalks, Precast Concrete & Stair Stairs |
| 2 | 4 | Masonry | | Hardscape Seat Walls, Columns Veneer, Pool Equipment Enclosure |
| 3 | 5 | Metals | | All Rails & Beams, Design, Balcony & Walk Rails, Hardware, Walkway Gate, Fences & Gates |
| 4 | 6 | Rough Carpentry | | Lumber, Trusses, Hold-down Hardware & Framing materials |
| 5 | 6 | Finish Carpentry | | Interior Trim Materials & Installation |
| 6 | 7 | Waterproofing | | Caulks, FT, Felt, Flashing, Caulking & Sealants |
| 7 | 7 | Insulation | | Level 1 R, R, R, R, SV Insulation Batt Insulation |
| 8 | 7 | Roofing | | TPO Roofing System & BTU Allowed Built Way Pads |
| 9 | 8 | Steel Doors | | Division FRO Doors |
| 10 | 8 | Doors | | Unit Doors & Hardware, Coating/Aluminum, Cores & Hardware |
| 11 | 8 | Windows | | Vinyl, Glazing, Repair & Install |
| 12 | 8 | Glass | | Semi-Frameless Bath Door, Showroom, Framing & Clear Glass Doors |
| 13 | 9 | Lath and Plaster | | Stucco Lath/EIFS, Commercial Grade Safety & Soffit and Caulked Stone Veneer |
| 14 | 9 | Drywall | | 5/8" Gypsum Board, RC Channel, Ext. Gypsum Board, Metal Ceiling Compounds & Finishes |
| 15 | 9 | Tile Work | | Tub/Shower Surrounds, Kitchen Backsplashes & Landing/Mudset & 12 Floor Corridor |
| 16 | 9 | Hardwood | | Division Not Used |
| 17 | 9 | Wood Flooring | | Division Not Used |
| 18 | 9 | Resilient Flooring | | Lines 15/16 – Flooring, Adhesives & Amenities Floor Room Flooring |
| 19 | 9 | Painting and Decorating | | Leasing/Business Interior Painting, Building Interior Painting, A Bldg Exterior Painting |
| 20 | 10 | Specialties | | FR Partitions & Accessories, Plumb, Fire Extinguishers, Attic Access Doors, Wire Shelving etc |
| 21 | 11 | Special Equipment | | Unit – FR Emergency Response Radio Frequency & Low Voltage A/V System |
| 22 | 11 | Cabinets | | Cabinets & Hardware and CounterTops, Leasing/Amenities Millwork & Kitchen Shelving |
| 23 | 11 | Appliances | | Unit Kitchen & Laundry Leasing/Amenities Appliances & Quartz Gas Cooking Grills |
| 24 | 12 | Blinds and Shades, Mirrors | | 1" Aluminum Window Coverings |
| 25 | 14 | Carpets | | Leasing/Amenities Carpets, 0, 3.4 and Floors Corridor Carpets and Leasing/Amenities Carpets |
| 26 | 13 | Special Construction | | Passive Radon Gas Pipe Venting System and Amenities Bocce Ball in a Yoga Area |
| 27 | 14 | Elevators | | (1) Elevator & Building Trash Chute |
| 28 | 15 | Plumbing and Fire Water | | MEP.A - 139 Unit Fire Sprinkler System |
| 29 | 15 | Heat and Ventilation | | Building Plumbing |
| 30 | 15 | Air Conditioning | | Building HVAC |
| 31 | 16 | Electrical | | Building Electrical |
| 32 | | General Structures | | |
| 33 | | Accessory Structures | | Parking Garage |
| 34 | | Total (Lines 32 and 33) | | |

Previous editions are obsolete

Page 1 of 2

form HUD-0345 (2/91)
ref. Handbook 4571.1 & 4460.1



| | | Trade Item | Cost | | | |
|---|---|---|---|---|---|---|
| 35 | 3 | Earth Work | | | | |
| 36 | 4 | Site Utilities | | | | |
| 37 | 2 | Roads and Walks | | | | |
| 38 | 2 | Site Improvements | | | | |
| 39 | 2 | Lawns and Planting | | | | |
| 40 | 2 | Unusual Site Condition | | | | |
| 41 | | Total Land Improvements | | | | |
| 42 | | Tot. Struct. & Land Improv. | | | | |
| 43 | 1 | General Requirements | | | | |
| 44 | | Subtotal (Lines 42 and 43) | | | | |
| 45 | | Builder's Overhead | | | | |
| 46 | | Builder's Profit | | Total $ | 0.00 | | |
| 47 | | Subtotal (Lines 44 thru 46) | | | | Total $ | 0.00 |
| 48 | | | | | | |
| 49 | | Other Fees | | | | |
| 50 | | Bond Premium | | | | |
| 51 | | Total For All Improvements | | | | |
| 52 | | Builder's Profit Paid By Means Other Than Cash | | | | |
| 53 | | Total Fee All Improvements Less Line 52 | | Total $ | | Total $ | |

Warning: HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

| Mortgagor | By | | | Date |
|---|---|---|---|---|
| LR Apartments, LLC | | | | |
| Contractor | By | President | | Date |
| Mark Porter Construction | | | | |

**Instructions for Completing Form HUD-2328**

This form is prepared by the contractor and/or mortgagor as a requirement for the issuance of a firm commitment. The firm replacement cost of the project also serves as a basis for the disbursement of other amounts when insured advances are requested. A detailed breakdown of trade items is provided along with spaces to enter dollar amounts and trade descriptions.

A separate form is prepared through line 32 for each structure type. A summation of these structure costs are entered on line 32 of a master form. Land improvements, General Requirements and Fees are completed through line 53 on the master form only.

**Date**—Date form was prepared.

**Sponsor**—Name of sponsor or mortgaging organization.

**Project No.**—Eight-digit assigned project number.

**Building Identification**—Number(s) or letter(s) of each building as designated on plans.

**Name of Project**—Sponsor's designated name of project.

**Location**—Street address, city and state.

**Division**—Division numbers and trade items have been developed from the cost accounting section of the uniform system.

**Accessory Structures**—This item reflects structures, such as community centers, maintenance, mechanical, laundry and project office buildings. Also included are garages and carports or other buildings. When the amount shown on line 33 is $20,000.00 for 2% of the mortgage, whichever is the lesser), a separate form HUD-2328 will be prepared through line 32 for Accessory Structures.

**Unusual Site Conditions**—This trade item reflects rock excavation, high water table, excessive fill and fine retaining walls, erosion, poor drainage and other on-site conditions considered unusual.

**Cost**—Enter the cost being submitted by the Contractor or data submitted by a qualified subcontractor for each trade item. These costs will include, as a minimum, prevailing wage rates as determined by the Secretary of Labor.

**Trade Description**—Enter a brief description of the work included in each trade item.

**Other Fees**—Includes all other fees to be paid by the Contractor, such as lender fees that are not included in the plumbing contract. Fees paid or to be paid by the Mortgagor are not to be included on this form.

**Total For All Improvements**—This is the sum of lines 1 through 50 and is to include the total builder's profit (line 46).

form HUD-2328 (5/95)
ref. Handbook 4470.1 & 4480.1

Previous edition is obsolete.

Line 52—When applicable, enter that portion of the builder's profit (line 46) to be paid by means other than cash and/or any part of the builder's profit to be waived during construction.

**Non-Residential and Special Exterior Land Improvement Costs—** Describe and enter the cost of each improvement, i.e. on-site parking facilities including individual garages and carports, commercial facilities, swimming pools with related facilities and on-site features provided to enhance the environment and livability of the project and the neighborhood. The Design Representative and Cost Analyst shall collaborate with the mortgagor or his representatives in designating the items to be included.

and bond premium for off-site improvements.

**Demolition**—Enter description and dollar amount of demolition work necessary to condition site for building improvements including the removal of existing structures, foundations, utilities, etc.

**Other Fees**—Enter a brief description of item involved and cost estimate for each item.

**Signatures**—Enter the firm name, signature of authorized officer of the contractor and/or mortgagor and date the form was completed.

Previous edition is obsolete.

Page 2 of 3

form HUD-1329 (5/95)
ref. Handbook 4455.1 & 4460.1

# Contractor's and/or Mortgagor's Cost Breakdown

## Schedules of Values

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

Public reporting burden for this collection of information is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This information is required to obtain benefits. HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

Section 227 of the National Housing Act (Section 12 of the Housing Act of 1934, Public Law 508) 12 U.S.C. 1713h, authorizes the collection of this information. The information is required to be a general condition, which is entered by reference to the general condition and the mortgagor, when the assistance is a private entity and a cost calculation.

Privacy Act Notice - The United States Department of Housing and Urban Development, Federal Housing Administration, is authorized to solicit the information requested in this form by virtue of Title 12, United States Code, Section 1701 et seq., and regulations promulgated thereunder at Title 24 Code of Federal Regulations.

| Date | Mortgagor |
|---|---|
| 08/21/20 | LN Apartments, LLC |

| HUD Form | Project Name |
|---|---|
| HUD 4081-3MM | Parking Garage |

| Project Name | Project Location |
|---|---|
| Future at Nona Cove Apartments | 15465 Buggy Creek Road, Orlando, Florida 32832 |

This form represents the Contractor and/or Mortgagors firm cross any services as a basis for disbursing dollar amounts when interim advances are requested. Detailed instructions for completing this form are included on the reverse side.

| Line | Div | Trade Item | Cost | Trade Description |
|---|---|---|---|---|
| 1 | 2 | Demolition | | Foundation, and Walls & Slaps, Precast Garage structure, Walls, Doors |
| 2 | 4 | Masonry | | Trash & Rec. Enc. Beams & Columns, 1st Floor Walls, Trash Chute Enc. Exterior CY level |
| 3 | 5 | Metals | | Garage Column, Stair Rails, accessory Structural Items, Gates & Bollards |
| 4 | 6 | Rough Carpentry | | Division Not Used |
| 5 | 6 | Finish Carpentry | | Division Not Used |
| 6 | 7 | Waterproofing | | Elevator Pits, Traffic Coating, Sealants |
| 7 | 7 | Insulation | | Division Not Used |
| 8 | 7 | Roofing | | Division Not Used |
| 9 | 7 | Sheet Metal | | Division Not Used |
| 10 | 8 | Doors | | Trash Steel Doors & Frames/Hardware, Access Door/Door in Remote at Maint. Bin. |
| 11 | 8 | Windows | | Division Not Used |
| 12 | 8 | Glass | | Division Not Used |
| 13 | 9 | Lath and Plaster | | Division Not Used |
| 14 | 9 | Drywall | | Division Not Used |
| 15 | 9 | Tile Work | | Division Not Used |
| 16 | 9 | Acoustical | | Division Not Used |
| 17 | 9 | Wood Flooring | | Division Not Used |
| 18 | 9 | Resilient Flooring | | Division Not Used |
| 19 | 9 | Painting and Decorating | | Striping & ADA Signals |
| 20 | 10 | Specialties | | Division Not Used |
| 21 | 11 | Special Equipment | | Parking Control Gates |
| 22 | 11 | Cabinets | | Division Not Used |
| 23 | 11 | Appliances | | Division Not Used |
| 24 | 12 | Blinds and Shades, Artwork | | Division Not Used |
| 25 | 12 | Carpets | | Division Not Used |
| 26 | 13 | Special Construction | | Division Not Used |
| 27 | 14 | Elevators | | (2) Elevators |
| 28 | 15 | Plumbing and Hot Water | | Garage Fire Sprinkler System, Plumbing & (2) Trench Drain Sump Pumps |
| 29 | 15 | Heat and Ventilation | | Garage Plumbing |
| 30 | 15 | Air Conditioning | | Garage Ventilation |
| 31 | 16 | Electrical | | Garage Electrical |
| 32 | | Subtotal (Structures) | | |
| 33 | | Accessory Structures | | |
| 34 | | Total (Lines 32 and 33) | | |



# Contractor's and/or Mortgagor's Cost Breakdown
## Schedules of Values

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB No. 2502-0044 (exp. XXXXXXX)

Public reporting burden for this collection of information is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This information is required to obtain benefits. HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB Control Number.

Section 207 of the National Housing Act (Section 12A U.S.C. 1715) ... The information is treated in confidence ... The information is used by HUD to indicate the acceptance of mortgage ...

Privacy Act notice: The United States Department of Housing and Urban Development, Federal Housing Administration ...

| Date | Number | |
|---|---|---|
| 05/21/20 | | LH Apartments, LLC |
| Project No. | Mortgagor Name | |
| HUD #067-35584 | | Residential Bldg |
| Name of Project | | Location |
| Foggy at Notre Cove Apartments | | 19405 Foggy Creek Road, Orlando, Florida 32832 |

This form represents the Contractor's and/or Mortgagor's firm costs and services at a basis for mortgaging under amounts where reason advertise are requested. Detailed instructions for completing this form are included on the reverse side.

| Line | Div | Trade Item | Cost | Trade Description |
|---|---|---|---|---|
| 1 | 3 | Concrete | | Foundation, PT SOG, Elevated Concrete, Quiches, Precast Precast & Stair Strata |
| 2 | 4 | Masonry | | Hardscape Seat Walls, Outdoor Kitchen, Pool Equipment Enclosure |
| 3 | 5 | Metals | | SD Cart & Beams, Chassis, Balcony & Wine Rails, Planters, Hallway Rail, Frames & Beams |
| 4 | 6 | Rough Carpentry | | Lumber, Trusses, Hold-down Hardware & Framing Installation |
| 5 | 6 | Finish Carpentry | | Interior Trim Materials & Installation |
| 6 | 7 | Waterproofing | | Sealant, Flashing, Firestopping, Covers & Sealers |
| 7 | 7 | Insulation | | Insul. T.H.E.A.T. R-V Installation Batt Insulation |
| 8 | 7 | Roofing | | TPO Roofing System & RTU Access Walk Way Pads |
| 9 | 7 | Sheet Metal | | (Division not used) |
| 10 | 8 | Doors | | Unit Doors & Hardware, Leasing/Amenities Doors & Hardware |
| 11 | 8 | Windows | | Vinyl Windows, Screens, Repair & Install |
| 12 | 8 | Glass | | Semi-Frameless Bath Enc, Storefront, Folding & Overhead Doors |
| 13 | 9 | Lath and Plaster | | Exterior Lath/Trim, Cementitious Board Siding & Soffits and Cultured Stone Veneer |
| 14 | 9 | Drywall | | 5/8 Gypsum Board, AC Channel, 5/8 Gypsum Board, Mold Ceiling Type-Done in Corridors |
| 15 | 9 | Tile Work | | Tile/Shower Surrounds, Kitchen Backsplashes & Lobby/Amenities & Flr Plan Center |
| 16 | 9 | Acoustical | | (Division Not Used) |
| 17 | 9 | Wood Flooring | | (Division not Used) |
| 18 | 9 | Resilient Flooring | | Luxe LVP - Plank in units, Yoga & Amenities Yoga Room Flooring |
| 19 | 9 | Painting and Decorating | | Caulk prep, Interior Running, Ship Interior Painting & Bldg Exterior Painting |
| 20 | 10 | Specialties | | RTU Partitions & Accessories, Pool, Fire Extinguishers, Attic Access Doors, Wire Shelving |
| 21 | 11 | Special Equipment | | FAE, Int Emergency Response Radio Frequency & Low Voltage A/V Secure |
| 22 | 11 | Cabinets | | Cabinets & Hardware and Counter Tops, Leasing/Amenities Millwork & Window Seating |
| 23 | 11 | Appliances | | Unit Kitchen & Laundry, Leasing/Amenities Appliances & Outdoor Grill Cooking Tops |
| 24 | 12 | Blinds and Shades, Artwork | | C Blinds Window Coverings |
| 25 | 12 | Carpets | | Unit Bedroom Carpets, 2, 3 & 4th Floors Corridor Carpets and Leasing/Amenities Carpets |
| 26 | 13 | Special Construction | | Tankless Radiant Hot Gas Control System and Amenities Entry, Drive & Yoga Area |
| 27 | 14 | Elevators | | (2) Elevator & Building Trash Chute |
| 28 | 15 | Plumbing and Hot Water | | NFPA - 13R Wet Fire Sprinkler System |
| 29 | 15 | Heat and Ventilation | | Building Plumbing |
| 30 | 15 | Air Conditioning | | Building HVAC |
| 31 | 16 | Electrical | | Building Electrical |
| 32 | | Subtotal (Structures) | | |
| 33 | | Accessory Structures | | |
| 34 | | Total (Lines 32 and 33) | | |





**CONSTRUCTION CONTRACT**

U.S. Department of Housing and
Urban Development
Office of Housing

OMB Approval No. 2502-0598
(Exp. 9/30/2021)

**Public Reporting Burden** for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Response to this request for information is required in order to receive the benefits to be derived. This agency may not collect this information, and you are not required to complete this form unless it displays a currently valid OMB control number. While no assurance of confidentiality is pledged to respondents, HUD generally discloses this data only in response to a Freedom of Information Act request.

**Warning:** Federal law provides that anyone who knowingly or willfully submits (or causes to submit) a document containing any false, fictitious, misleading, or fraudulent statement/certification or entry may be criminally prosecuted and may incur civil administrative liability. Penalties upon conviction can include a fine and imprisonment, as provided pursuant to applicable law, which includes, but is not limited to, 18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802, 24 C.F.R. Parts 25, 28 and 30, and 2 C.F.R. Parts 180 and 2424.

HUD Project No.: 067-35564          Cost Plus Contract  __X__
Project Name:  FUTURA @ Nona Cove          Lump Sum Contract ___

**THIS CONSTRUCTION CONTRACT ("Contract")** is made this 5th day of November, 2020, between **MARK BARON CONSTRUCTION, INC. d/b/a MARK PORTRAIT CONSTRUCTION**, a Florida corporation **("Contractor")** and **LN APARTMENTS, LLC**, a Florida limited liability company **("Owner") ("Parties")**.

The definition of any capitalized term or word used herein can be found in this Contract and the General Conditions, except the term **"Project"** shall have the same definition as in the Regulatory Agreement between Borrower (Owner) and HUD, except that the term **"Program Obligations"** means (1) all applicable statutes and any regulations issued by the Secretary pursuant thereto that apply to the Project, including all amendments to such statutes and regulations, as they become effective, except that changes subject to notice and comment rulemaking shall become effective only upon completion of the rulemaking process, and (2) all current requirements in HUD handbooks and guides, notices, and mortgagee letters that apply to the Project, and all future updates, changes and amendments thereto, as they become effective, except that changes subject to notice and comment rulemaking shall become effective only upon completion of the rulemaking process, and provided that such future updates, changes and amendments shall be applicable to the Project only to the extent that they interpret, clarify and implement terms in this Contract rather than add or delete provisions from such document. Handbooks, guides, notices, and mortgagee letters are available on "HUDCLIPS," at www.hud.gov.  Any HUD form referenced herein shall be the current version of that form, and shall include any successor form adopted by HUD.

**The Contractor and the Owner agree as follows:**

### Article 1: Scope of Contract

A. The Contract between the Parties is set forth in the **"Contract Documents,"** which consist of this Contract and the other documents identified in Article 2 below.

Together, these form the entire Contract between Owner and Contractor, and by this reference these Contract Documents are fully incorporated herein. Any previously existing contract or understanding concerning the Work contemplated by the Contract Documents is hereby revoked. Any side agreements between Owner and Contractor shall be disclosed to HUD.

B.  Except to the extent specifically indicated in the Contract Documents to be the responsibility of others, Contractor shall furnish all of the materials and perform all of the Work shown on, and in accordance with, the Drawings and Specifications.

C.  The Contract shall not be amended without the prior written approval of Lender and HUD in accordance with Program Obligations. Failure to receive such prior HUD and Lender approval shall render any such amendment void.

### Article 2: Identification of Contract Documents

A.  The Contract Documents are identified as follows:

(1)  This Construction Contract (HUD-92442M) ("Contract").

(2)  The General Conditions of the Contract for Construction, AIA Document A201 – **2017** ("General Conditions", attached hereto as Exhibit **A**), expressly excepting those provisions mandating binding arbitration. If any of the provisions of this Contract conflict with the terms contained in the General Conditions, the provisions in this Contract shall control.

(3)  The Supplementary Conditions to the Construction Contract (HUD-92554M), attached hereto as Exhibit **B**.

(4)  The Drawings, an index of which is attached hereto as Exhibit **C**.

Number_____Title_____Pages_____

(5)  The Specifications, an index of which is attached hereto as Exhibit **D**.

Number_____Title_____Pages_____

(6)  The Contractor's and/or Mortgagor's Cost Breakdown (HUD-2328), approved by HUD on the date of **October 30, 2020**, attached hereto as Exhibit **E**.

(7)  If this is designated a Cost Plus Contract, the Incentive Payment Addendum to Construction Contract Cost-Plus is attached hereto as Exhibit **I** (Incentive Payment Addendum).

(8)    The Prevailing Wage Determination **FL20200218** Modification Number **5**, last published/modified on **August 28, 2020**, which is applicable for all residential construction and construction-related activities excluding erosion control, site improvements, and lawns and plantings and Prevailing Wage Determination **FL20200128** Modification Number **N/A**, last published/modified on **October 30, 2020**, which is applicable for all erosion control, site improvements, and lawns and plantings, both attached hereto as Exhibit **F**.

(9)    Completed and fully-executed document identifying Identities of Interest among Owner, Contractor, Subcontractors, and Architect (see Appendix 8 of Handbook 4430.1 and the MAP Guide Appendices), attached hereto as Exhibit **G**.

(10)  Any change orders approved by HUD after the execution of this Contract.

(11)  If applicable, the Retainage Reduction Rider attached hereto as Exhibit **H**.

B.  The Drawings and Specifications were prepared by **CHARLAN, BROCK & ASSOCIATES, INC.** ("**Design Architect**").    The architect administering the Construction Contract **CHARLAN, BROCK & ASSOCIATES, INC. ("Architect")**.

C.  A master set of the Drawings and Specifications, identified by the signatures of Owner, Contractor, Design Architect, Architect, Lender , and  Contractor's surety or guarantor (if applicable), have been placed on file with HUD, and shall govern in all matters that arise with respect to the Contract Documents.

D.  Changes in the Drawings and Specifications, or any terms of the Contract Documents, including orders for extra work, changes by altering or adding to the Work, orders that shall change the design concept, or orders extending the Project Substantial Completion Deadline (identified in Article 3) may be effected only with the prior written approval of Owner's Lender (as defined in Article 11) and HUD, and under such conditions as either Lender or HUD may establish.

### Article 3:  Time

A.  Contractor shall commence the Work to be performed under this Contract within fourteen (14) days of this Contract and shall bring the Work to Project Substantial Completion by **July 5, 2022 ("Project Substantial Completion Deadline")**.

B.    **"Project Substantial Completion"** shall be the date that the HUD Representative signs the final FHA Inspection Report contained in form HUD-92485

(Permission to Occupy Project Mortgages) for the Project required by the Contract Documents and Program Obligations, provided the Permission to Occupy in the same HUD-92485 is subsequently signed by the Authorized Agent of FHA. For purposes of determining any Liquidated Damages in Article 3.E below, **"Substantial Completion"** shall be the stage in the progress of the Work when a designated portion of the Work is sufficiently complete in accordance with the Contract Documents and Program Obligations so that the Owner can occupy or utilize that designated portion of the Work for its intended use, the HUD Representative signs the FHA Inspection Report in form HUD-92485, and the Permission to Occupy in the same HUD-92485 is subsequently signed by the Authorized Agent of FHA. Notwithstanding any other provision in the Contract Documents, Contractor remains liable to complete items of incomplete construction as approved in HUD's sole discretion.

C. The Project Substantial Completion Deadline may be extended in accordance with the terms of the General Conditions only with the prior written approval of HUD through a HUD-approved change order.

D. Contractor shall correct any defects due to faulty materials or workmanship which appear within twelve (12) months from Project Substantial Completion. Warranty for Work first performed after Project Substantial Completion or portions of the Work not specifically included in a Certificate of Substantial Completion (defined as any executed Permission to Occupy in HUD-92485) shall extend twelve (12) months from the Date of Final Completion. The **"Date of Final Completion"** shall be the date the HUD representative signs the final HUD Representative's Trip Report (form HUD-95379) provided that the trip report is subsequently endorsed by the Construction Manager. Warranty for all Work performed after the Date of Final Completion shall extend twelve (12) months from the date all such Work is completed.

E. If Contractor does not meet the Project Substantial Completion Deadline or such date to which the Project Substantial Completion Deadline may be mutually extended by approved change order, in accordance with the Drawings and Specifications, including any authorized changes, the maximum sum stated in Article 4 (either Option 1 or Option 2) below shall be reduced by **$25.29** per unit for each day of delay until Project Substantial Completion (**"Liquidated Damages"**). Liquidated Damages, however, shall not be assessed against any of the Work that has reached Substantial Completion (if applicable) in accordance with Program Obligations. When Owner submits to HUD its Cost Certification, Actual Damages shall be calculated. The term **"Actual Damages"** is defined as the actual cost of interest, taxes, insurance and mortgage insurance premiums, less the Project's net operating income, for the period from the Project Substantial Completion Deadline through Project Substantial Completion, the calculation of which shall be approved by HUD. The lesser of the Liquidated Damages or Actual Damages shall be applied.

F. The Parties have completed the appropriate blank spaces in Article 4 (Option 1 or Option 2) below with respect to "Incentive Payment," providing for the payment of an additional sum to Contractor as an incentive for completing the Project earlier than

the Project Substantial Completion Deadline, or by such date to which the Project
Substantial Completion Deadline may be extended by approved change order. If the
Work is brought to Project Substantial Completion before the Project Substantial
Completion Deadline, the contract sum stated in Article 4 (Option 1 or Option 2) below
shall be increased, as indicated, by an Incentive Payment calculated in accordance with
the Incentive Payment Addendum, consistent with Program Obligations.   In cases
requiring cost certification by Contractor, Contractor shall not be entitled to any
Incentive Payment resulting from early completion if HUD determines that Contractor's
cost certification is fraudulent or materially misrepresents Contractor's Actual Cost of
Construction, as defined herein.

### Article 4: Contract Sum -- Cost Plus Contract

A.   Subject to the provisions hereinafter set out, Owner shall pay to Contractor
for the performance of this Contract the following items in cash:

(1)  The Actual Cost of Construction as defined in Article 13
below; plus

(2)  Builder's Profit of  $**0.00**.

In no event, however, shall the total cash payable pursuant to this paragraph A exceed
**$41,302,367.00**.

B.   In addition to any cash fee provided for in paragraph A, Owner shall pay to
Contractor, by means other than cash, the following:

(1)  A promissory note in the form prescribed by HUD in the amount
of $ **N/A**.

(2) $ **N/A** in the form of **N/A**.

C.   If Contractor shall have received cash payments in excess of (a) the Actual
Cost of Construction plus (b) the Builder's Profit, plus any additional amount to be paid
under the provisions of paragraph B, all such excess shall be refunded to Owner.

D.      Not Applicable.

E.   Incentive Payment, where there is an Identity of Interest between Owner and
Contractor:

(1)  The cash upset figure set forth at the end of paragraph A, immediately
above is hereby increased by the amount by which **$2,600,413.00** (the estimated sum
of interest on the Loan, taxes, and property insurance and mortgage insurance
premiums applicable to the construction period for this Project (See footnote
designated "**"" on page 1 of HUD-92443)) exceeds the Borrower's certified actual cost
for these items through Project Substantial Completion, as approved by HUD,

provided that construction is completed prior to the Project Substantial Completion Deadline, as amended by approved change order, and, further, that in no event shall the total cash payable exceed the Actual Cost of Construction as approved by HUD.

(2)   If the aggregate interest rate during the construction period is determined at the time of cost certification to be less than that upon which the Note was endorsed, the estimated amount for interest, line 53 of HUD-92264, shall be adjusted accordingly and the dollar amount set forth in paragraph E(1) shall be reduced.

## Article 5: Requisition and Payment Procedures

A.  Each month after the commencement of Work hereunder, Contractor shall make a monthly request on HUD-92448 for payment by Owner for Work done during the preceding month.  Each request for payment shall be filed at least 15 days before the date payment is desired.  Subject to the approval of Lender and HUD, Contractor shall be entitled to payment thereon in an amount equal to (1) the total value of classes of the Work acceptably completed; plus (2) the value of materials and equipment not incorporated in the Work, but delivered to and suitably stored at the site; plus (3) the value of components stored off-site in compliance with Program Obligations; less (4) ten (10) percent holdback as this percentage may be reduced in accordance with the provisions of the Retainage Reduction Rider attached hereto, if applicable (or as reduced by HUD in writing) and less (5) prior payments.  The "values" of (1), (2) and (3) shall be computed in accordance with the amounts assigned to classes of Work in HUD-92328.

B. With its final application for payment by Owner, Contractor shall disclose, on a form prescribed by HUD, all unpaid obligations contracted in connection with the Work performed under this Contract.  Contractor agrees that within 15 days following receipt of final payment, it shall pay such obligations in cash and furnish satisfactory evidence of such payment to Owner.

C. The balance due to Contractor hereunder shall be payable upon the expiration of thirty (30) days after the Work hereunder is fully completed, provided the following have occurred:   (1) all Work hereunder requiring inspection by Governmental Authorities having jurisdiction has been inspected and approved by such authorities and by the rating or inspection organization, bureau, association or office having jurisdiction; (2) all certificates of occupancy, or other approvals, with respect to the Project have been issued by Governmental Authorities; (3) Permission(s) to Occupy (HUD-92485) for all units of the Project have been issued by HUD; (4) where applicable, HUD shall have approved Contractor's Certificate of Actual Cost; (5) as-built Drawings and Specifications, the as-built survey and all warranties shall have been delivered to Owner; and (6) all executed final advance documents required by HUD have been submitted.

## Article 6:  Receipts, Releases of Liens & Payments for Materials &

## Equipment

A.    Contractor agrees that within fifteen (15) days following receipt of each monthly payment, it shall pay in full and in cash all obligations for Work done and materials, equipment and fixtures furnished through the date covered by such monthly payment. Contractor may withhold retainage from the payment due each subcontractor, corresponding to, but not exceeding, the ten (10) percent holdback specified in item (4) of Article 5, paragraph A.

B.    Owner may require Contractor to attach to each request for payment its acknowledgment of payment and all subcontractors' and material suppliers' acknowledgments of payment for Work done and materials, equipment and fixtures furnished through the date covered by the previous payment.

C.    Contractor agrees that no materials or equipment required by the Specifications shall be purchased under a conditional sale contract or with the use of any security agreement or other vendor's title or lien retention instrument.

D.    Concurrently with the final payment, Contractor shall execute a waiver or release of lien for all the Work performed and materials furnished hereunder, and Owner shall require Contractor to obtain similar waivers or releases from all subcontractors and material suppliers, if permitted by state law.

### Article 7: Obligations of Contractor

A.    Contractor shall furnish, at its own expense (or Owner's expense, if applicable), all building and other permits, licenses, tools, equipment and temporary structures necessary for the construction of the Project.  Contractor shall give all required notices and shall comply with all applicable codes, laws, ordinances, rules and regulations, and protective covenants, wherever applicable.  Contractor shall comply with the provisions of the Occupational Safety and Health Act of 1970.  Contractor shall immediately notify Owner, Lender and HUD of the delivery of all permits, licenses, certificates of inspection, certificates of occupancy, and any other such certificates and instruments required by law, regardless of to whom issued, and shall cause them to be displayed to Owner, Lender and HUD upon request.

B.    If Contractor observes that the Drawings and Specifications are at variance with any applicable codes, laws, ordinances, rules or regulations, or protective covenants, it shall promptly notify Architect in writing, and any necessary changes shall be made as provided in this Contract for changes in the Drawings and Specifications.  If Contractor performs any Work knowing it to be contrary to such codes, laws, ordinances, rules or regulations, or protective covenants, without giving such notice to Architect, it shall bear all costs arising therefrom.

C.    Upon completion of construction, Contractor shall furnish to Owner a land survey map prepared in accordance with Program Obligations, ALTA-NSPS standards

and the HUD Surveyor's Report showing the location on the site of all improvements constructed thereon, and showing the location of all water, sewer, gas and electric lines and mains, and of all existing utility easements. Such survey map shall be prepared by a licensed surveyor who shall certify that the Work is installed and erected entirely upon the land covered by the Security Instrument and within any building restriction lines on said land, and does not overhang or otherwise encroach upon any easement or right-of-way of others. To the extent such data shows that the Contractor has deviated from the Plans and Specifications, Contractor shall be responsible, at its own expense (or Owner's expense, if applicable), for correcting any such deviations. In addition, Contractor shall furnish additional surveys when Owner so requires, for any improvements, including structures and utilities not theretofore located on a survey.

D.   Contractor shall assume full responsibility for the maintenance of all landscaping that may be required by the Drawings and Specifications until such time as both Parties to this Contract shall receive written notice from HUD that such landscaping has been finally completed. Owner hereby agrees to make available to the Contractor, for such purpose, without cost to the latter, such facilities as water, hose and sprinkler.

E.   There shall be withheld from the final payment an amount satisfactory to Lender and HUD for any Work items that are incomplete at the time of such final payment.

### Article 8: Assurance of Completion

Contractor shall furnish to Owner assurance of completion of the Work in the form of a **Payment and Performance Bond-Dual Obligee**. Such assurance of completion shall run to Owner and Lender as obligees and shall contain a provision whereby the surety agrees that any claim or right of action that either Owner or Lender might have thereunder may be assigned to HUD.

### Article 9: Waiver of Lien or Claim

A.   In jurisdictions where permitted by law, Contractor shall not file a mechanic's or materialman's lien or maintain any claim against Owner's Land or Improvements for or on account of any Work done, labor performed or materials furnished under this Contract, and shall include in each subcontract a clause which shall impose this requirement on the subcontractor.

B.   In jurisdictions where permitted by law, Owner may require Contractor to execute a waiver of liens that shall be recorded prior to the commencement of construction. Contractor for itself, subcontractors, suppliers, materialmen, and all persons acting through or under it, agrees not to file or maintain mechanics' liens or claims against the property described herein, on account of Work done, labor performed or materials provided by them.

## Article 10:  Right of Entry

A.  At all times during construction, HUD, Lender, and their agents or assigns shall have the right of entry and free access to the Project and the right to inspect all Work done and materials, equipment and fixtures furnished, installed or stored in and about the Project.  For such purpose, Contractor shall furnish such enclosed working space as Lender or HUD may require and find acceptable as to location, size, accommodations and furnishings.

## Article 11: Assignments, Subcontracts and Termination

A.  This Contract shall not be assigned by either party without the prior written consent of the other party, Lender and HUD, except that Owner may assign this Contract, or any rights hereunder, to Lender or HUD.

B.  Contractor shall not subcontract all of the Work to be performed hereunder without the prior written consent of Owner, Lender and HUD.

C.  Upon request by Owner, Lender or HUD, Contractor shall disclose the names of all persons with whom it has contracted or will contract with respect to Work to be done and materials and equipment to be furnished hereunder.

D.  Contractor understands that the Work under this Contract is to be financed by a building loan to be secured by a Security Instrument and insured by HUD, and that the terms of said Loan are set forth in a Building Loan Agreement between Owner as Borrower and **BERKADIA COMMERCIAL MORTGAGE LLC** as Lender.

E.  Contractor further understands that said Building Loan Agreement provides that, in the event of the failure of Owner to perform its obligations to Lender thereunder, Lender may, as attorney-in-fact for Owner, undertake the completion of the Project in accordance with this Contract.   In the event Lender elects not to undertake such completion, this Contract shall terminate pursuant to AIA Document A201 § 14.2 in the case of termination for cause, or AIA Document A201 § 14.4 in the case of termination for convenience.

## Article 12: Roles of HUD and Lender

HUD is the insurer of Lender's Loan made to finance the construction identified herein, pursuant to the Building Loan Agreement.  Nothing provided herein, no action or inaction of the Parties to this Contract, or actions or inaction by any third parties, shall impute to HUD or Lender status as a party to this Contract; HUD and Lender have no liability to Contractor or Owner under the Contract Documents.

## Article 13:  Certification of Actual Cost -- Cost Plus Contract

A.   The **"Actual Cost of Construction"** shall include all items of cost and

expense incurred by Contractor in the performance of this Contract. Allowable items of cost and expense incurred by Contractor in the performance of this Contract shall include costs and expenses of labor, materials for construction, equipment and fixtures, field engineering, sales taxes, workmen's compensation insurance, social security, public liability insurance, general requirements and all other expenses directly connected with construction. The value of any kickbacks, rebates or discounts received or receivable in connection with the construction of the Project shall be subtracted from all items of cost and expense. Any cost or expense attributable to maintaining Contractor's working capital is not to be included within the Actual Cost of Construction.

B.   Contractor shall keep accurate records of account of the Actual Cost of Construction, and shall, upon demand, make such records and invoices, receipts, subcontracts and other information pertaining to the construction of the Project available for inspection by Owner, Lender and HUD.

C.   With its final application for payment, Contractor shall furnish to Owner a completed **"Contractor's Certificate of Actual Cost"** that shall be accompanied and supported by an independent public accountant's or independent certified public accountant's certificate as to actual cost in form acceptable to HUD.

D.   Contractor shall include in all subcontracts, equipment leases and purchase orders a provision requiring the subcontractor, equipment lessor or supplier to certify its costs incurred in connection with the Project, in the event HUD determines there is an Identity of Interest between either Owner or Contractor and any such subcontractor, equipment lessor or supplier.

### Article 14:  Designation of Representatives

A.   Owner hereby designates Reinerio P. Faife as its representative for all communications involving Work performed pursuant to this Contract.

B.   Contractor hereby designates Bruce L. Abbey as its representative for all communications involving Work to be performed pursuant to this Contract.

### Article15:  Mediation and Non-binding Arbitration

Any mediated settlement agreement or non-binding arbitration agreement made pursuant to the General Conditions must be approved by HUD in writing before it will be effective.

### Article 16: Headings and Titles

Any heading, section title, paragraph or part of this Contract is intended for convenience only, and is not intended, and shall not be construed, to enlarge, restrict,

limit or affect in any way the construction, meaning, or application of the provisions thereunder, or under any other heading or title.

### Article 17: Severability

The invalidity of any provision of this Contract shall not affect the validity of any other provision, and all other provisions shall remain in full force and effect.

## List of Exhibits

- **Exhibit A – AIA General Conditions**
- **Exhibit B – Supplementary Conditions of the Contract for Construction**
- **Exhibit C – Index of Drawings**
- **Exhibit D – Index of Specifications**
- **Exhibit E – Contractor's and Mortgagor's Cost Breakdown (HUD-2328)**
- **Exhibit F – Prevailing Wage Determination**
- **Exhibit G – Amendment to Construction Contract to Identify Identities of Interest**
- **Exhibit H – Retainage Reduction Rider**
- **Exhibit I – Incentive Payment Addendum**

### [SEE NEXT PAGE FOR DOCUMENT EXECUTION]

12

**IN WITNESS** WHEREOF, the Parties to these presents have executed this Contract in counterparts, each of which shall be deemed an original.

CONTRACTOR:

**MARK BARON CONSTRUCTION, INC.**
**d/b/a MARK PORTRAIT CONSTRUCTION**
a Florida corporation

By: _Bruce L. Abbey_ PRES,
Bruce L. Abbey
President

## OWNER'S SIGNATURE PAGE FOR CONSTRUCTION CONTRACT

**OWNER:**

**LN APARTMENTS, LLC**
a Florida limited liability company

By:    FLN APTS, LLC
       a Florida limited liability company
       its manager

       By:   _____
            Reinerio P. Faife
            Manager

## EXHIBIT A TO CONSTRUCTION CONTRACT

**FUTURA @ Nona Cove**
**FHA Project No.: 067-35564**

AIA A201 GENERAL CONDITIONS

SEE ATTACHED

## EXHIBIT B TO CONSTRUCTION CONTRACT

### FUTURA @ Nona Cove
### FHA Project No.: 067-35564

SUPPLEMENTARY CONDITIONS OF THE CONTRACTOR FOR CONSTRUCTION

SEE ATTACHED

| SUPPLEMENTARY CONDITIONS OF THE CONTRACT FOR CONSTRUCTION | U.S. Department of Housing and Urban Development<br>Office of Housing | OMB Approval No. 2502-0598<br>(Exp. 06/30/2017) |
|---|---|---|

Public Reporting Burden for this collection of information is estimated to average 0.2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Response to this request for information is required in order to receive the benefits to be derived. This agency may not collect this information, and you are not required to complete this form unless it displays a currently valid OMB control number. While no assurance of confidentiality is pledged to respondents, HUD generally discloses this data only in response to a Freedom of Information Act request.

## Article 1: Labor Standards

A. **Applicability.** The Project or program to which the construction work covered by this Contract pertains is being assisted or insured by the United States of America, and the following Federal Labor Standards Provisions are included in this Contract or related instrument pursuant to the provisions applicable to such Federal assistance or insurance. Any statute or regulation contained herein shall also include any subsequent amendment or successor statute or regulation.

B. **Minimum Wages.** Pursuant to Section 212 of the National Housing Act, as amended, 12 U.S.C. 1715c, the minimum wage provisions contained in this paragraph B do not apply to those projects with Security Instruments insured under Section 221(h)(1) designed for less than 9 families and they do not apply to those projects with Security Instruments insured under either Section 220 or 233 designed for less than 12 families.

1. (i) All laborers and mechanics employed or working upon the site of the work (or under the United States Housing Act of 1937 or under the Housing Act of 1949 in the construction or development of the Project) shall be paid unconditionally and not less often than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the Secretary of Labor under the Copeland Act (29 CFR Part 3)), the full amount of wages and bona fide fringe benefits (or cash equivalents thereof) due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, regardless of any contractual relationship which may be alleged to exist between the Contractor and such laborers and mechanics. Contributions made or costs reasonably anticipated for bona fide fringe benefits under Section 1 (b)(2) of the Davis-Bacon Act (40 U.S.C. 3141(2)(B)(ii)) on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of 29 CFR 5.5(a)(1)(iv); also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs, which cover the particular weekly period, are deemed to be constructively made or incurred during such weekly period. Such laborers and mechanics shall be paid the appropriate wage rate and fringe benefits on the wage determination for the classification of work actually performed, without regard to skill, except as provided in 29 CFR 5.5(a)(4). Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein: *Provided,* that the employer's payroll records accurately set forth the time

spent in each classification in which work is performed. The wage determination (including any additional classification and wage rates conformed under 29 CFR 5.5(a)(1)(ii)) and the Davis-Bacon poster (WH-1321) shall be posted at all times by the Contractor and its subcontractors at the site of the work in a prominent and accessible place where it can be easily seen by the workers.

(ii) (a) Any class of laborers or mechanics that is not listed in the wage determination and that is to be employed under this Contract shall be classified in conformance with the wage determination. HUD shall approve an additional classification and wage rate and fringe benefits only when the following criteria have been met:

(1) The work to be performed by the classification requested is not performed by a classification in the wage determination; and

(2) The classification is utilized in the area by the construction industry; and

(3) The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

(b) If the Contractor and the laborers and mechanics to be employed in the classification (if known), or their representatives, and HUD or its designee agree on the classification and wage rate (including the amount designated for fringe benefits where appropriate), a report of the action taken shall be sent by HUD or its designee to the Administrator of the Wage and Hour Division, U.S. Department of Labor, Washington, D.C. 20210 (**"Administrator"**). The Administrator, or an authorized representative, shall approve, modify, or disapprove every additional classification action within thirty (30) days of receipt and so advise HUD or its designee or shall notify HUD or its designee within the thirty (30) day period that additional time is necessary. (Approved by the Office of Management and Budget under OMB control number 1215-0140.)

(c) In the event the Contractor, the laborers or mechanics to be employed in the classification or their representatives and HUD or its designee do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits, where appropriate), HUD or its designee shall refer the questions, including the views of all interested parties and the recommendation of HUD or its designee, to the Administrator for determination. The Administrator, or an authorized representative, shall issue a determination within thirty (30) days of receipt and so advise HUD or its designee or shall notify HUD or its designee within the thirty (30) day period that additional time is necessary. (Approved by the Office of Management and Budget under OMB Control Number 1215-0140.)

(d) The wage rate (including fringe benefits where appropriate) determined pursuant to subparagraphs B.1.(ii)(b) or (c) of this Article, shall be paid to all workers performing work in the classification under this Contract from the first day on which work is performed in the classification.

(iii)  Whenever the minimum wage rate prescribed in the Contract for a class of laborers or mechanics includes a fringe benefit that is not expressed as an hourly rate, the Contractor shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

(iv)  If the Contractor does not make payments to a trustee or other third person, the Contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bona fide fringe benefits under a plan or program, *Provided*, That the Secretary of Labor has found, upon the written request of the Contractor, that the applicable standards of the Davis-Bacon Act have been met. The Secretary of Labor may require the Contractor to set aside in a separate account assets for the meeting of obligations under the plan or program. (Approved by the Office of Management and Budget under OMB Control Number 1215-0140.)

2.  **Withholding.**  HUD or its designee shall upon its own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld from the Contractor under this Contract or any other Federal contract with the same prime contractor, or any other Federally-assisted contract subject to Davis-Bacon prevailing wage requirements, which is held by the same prime contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees and helpers, employed by the Contractor or any subcontractor the full amount of wages required by the Contract.  In the event of failure to pay any laborer or mechanic, including any apprentice, trainee or helper, employed or working on the site of the work (or under the United States Housing Act of 1937 or under the Housing Act of 1949 in the construction or development of the Project), all or part of the wages required by the Contract, HUD or its designee may, after written notice to the Contractor, sponsor, applicant, or Owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.  HUD or its designee may, after written notice to the Contractor, disburse such amounts withheld for and on account of the Contractor or subcontractor to the respective employees to whom they are due.

3.  **Payrolls, records, and certifications.**
(i)   Payrolls and basic records relating thereto shall be maintained by the Contractor during the course of the work and preserved for a period of three years thereafter for all laborers and mechanics working at the site of the work (or under the United States Housing Act of 1937, or under the Housing Act of 1949, in the construction or development of the Project).  Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in Section 1 (b)(2)(B) of the Davis-Bacon Act (40 U.S.C. 3141(2)(B)(ii))), daily and weekly number of hours worked, deductions made and actual wages paid.  Whenever the Secretary of Labor has found under 29 CFR 5.5(a)(1)(iv) that the wages of any laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program

described in Section 1 (b)(2)(B) of the Davis-Bacon Act (40 U.S.C. 3141(2)(B)(ii)), the Contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual cost incurred in providing such benefits. Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs. (Approved by the Office of Management and Budget under OMB Control Numbers 1215-0140 and 1215-0017.)

(ii)(a)  The Contractor shall submit weekly for each week in which any contract work is performed a copy of all payrolls to HUD or its designee if the agency is a party to the Contract, but if the agency is not such a party, the Contractor shall submit the payrolls to the applicant, sponsor, or Owner, as the case may be, for transmission to HUD or its designee.  The payrolls submitted shall set out accurately and completely all of the information required to be maintained under 29 CFR 5.5(a)(3)(i), except that full social security numbers and home addresses shall not be included on weekly transmittals.  Instead the payrolls shall only need to include an individually identifying number for each employee (e.g., the last four digits of the employee's social security number).  The required weekly payroll information may be submitted in any form desired. Optional Form WH-347 is available for this purpose from the Wage and Hour Division Web site at http://www.dol.gov/whd/forms/wh347.pdf or its successor site.  The prime contractor is responsible for the submission of copies of payrolls by all subcontractors.  Contractors and subcontractors shall maintain the full social security number and current address of each covered worker, and shall provide them upon request to HUD or its designee if the agency is a party to the Contract, but if the agency is not such a party, the Contractor will submit the payrolls to the applicant sponsor, or Owner, as the case may be, for transmission to HUD or its designee, the Contractor, or the Wage and Hour Division of the Department of Labor for purposes of an investigation or audit of compliance with prevailing wage requirements.  It is not a violation of this subparagraph for a prime contractor to require a subcontractor to provide addresses and social security numbers to the prime contractor for its own records, without weekly submission to HUD or its designee.(Approved by the Office of Management and Budget under OMB Control Number 1215-0149.)

(b)     Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the Contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the Contract and shall certify the following:

(1) That the payroll for the payroll period contains the information required to be provided under 29 CFR 5.5(a)(3)(ii), the appropriate information is

being maintained under 29 CFR 5.5(a)(3)(i), and that such information is correct and complete.

(2) That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the Contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in 29 CFR Part 3;

(3) That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the Contract.

(c) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the requirement for submission of the "Statement of Compliance" required by subparagraph B.3.(ii)(b) of this Article.

(d) The falsification of any of the above certifications may subject the Contractor or subcontractor to civil or criminal prosecution under Section 1001 of Title 18 and Sections 3801 et seq of Title 31 of the United States Code.

(iii) The Contractor or subcontractor shall make the records required under subparagraph B.3.(i) of this Article available for inspection, copying, or transcription by authorized representatives of HUD or its designee or the Department of Labor, and shall permit such representatives to interview employees during working hours on the job. If the Contractor or subcontractor fails to submit the required records or to make them available, HUD or its designee may, after written notice to the Contractor, sponsor, applicant, or Owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.

4. **Apprentices and Trainees.**

(i) **Apprentices.** Apprentices shall be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Office of Apprenticeship, or with a State Apprenticeship Agency recognized by such Office, or if a person is employed in his or her first ninety (90) days of probationary employment as an apprentice in such an apprenticeship program, who is not individually registered in the program, but who has been certified by the Office of Apprenticeship, or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice. The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the Contractor as to the entire work force under

the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated above, shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where the Contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the Contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeymen hourly rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination. In the event the Office of Apprenticeship, or a State Apprenticeship Agency recognized by such Office, withdraws approval of an apprenticeship program, the Contractor shall no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(ii) **Trainees.** Except as provided in 29 CFR 5.16, trainees shall not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration. The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by the Employment and Training Administration. Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman's hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed on the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate on the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the Employment and Training Administration shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. In the event the Employment and Training Administration withdraws approval of a training program, the Contractor shall no longer

be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(iii) **Equal employment opportunity.** The utilization of apprentices, trainees and journeymen under 29 CFR Part 5 shall be in conformity with the equal employment opportunity requirements of Executive Order 11246, as amended, and 29 CFR Part 30.

5. **Compliance with Copeland Act Requirements.** The Contractor shall comply with the requirements of 29 CFR Part 3, which are incorporated by reference in this Contract.

6. **Subcontracts.** The Contractor or subcontractor shall insert in any subcontracts the clauses set forth in subparagraphs 1 through 10 of this paragraph B and such other clauses as HUD or its designee may by appropriate instructions require, and a copy of the applicable prevailing wage determination, and also a clause requiring the subcontractors to include these clauses in any lower tier subcontracts. The prime contractor shall be responsible for the compliance by any subcontractor or lower tier subcontractor with all Contract clauses referenced in this subparagraph.

7. **Contract termination and debarment.** A breach of the Contract clauses in 29 CFR 5.5 may be grounds for termination of the Contract, and for debarment as a contractor or a subcontractor as provided in 29 CFR 5.12.

8. **Compliance with Davis-Bacon and Related Act Requirements.** All rulings and interpretations of the Davis-Bacon and Related Acts contained in 29 CFR Parts 1, 3, and 5 are herein incorporated by reference in this Contract.

9. **Disputes concerning labor standards.** Disputes arising out of the labor standards provisions of this Contract shall not be subject to the general disputes clause of this Contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR Parts 5, 6, and 7. Disputes within the meaning of this clause include disputes between the Contractor (or any of its subcontractors) and HUD or its designee, the U.S. Department of Labor, or the employees or their representatives.

10. **Certification of Eligibility.**
(i) By entering into this Contract, the Contractor certifies that neither it (nor he or she) nor any person or firm who has an interest in the Contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of Section 3(a) of the Davis-Bacon Act (40 U.S.C. 3144(b)(2)) or 29 CFR 5.12(a)(1) or to be awarded HUD contracts or participate in HUD programs pursuant to 24 CFR Part 24.

(ii) No part of this Contract shall be subcontracted to any person or firm ineligible for award of a Government contract by virtue of Section 3(a) of the Davis-Bacon Act (40 U.S.C. 3144(b)(2)) or 29 CFR 5.12(a)(1) or to be awarded HUD contracts or participate in HUD programs pursuant to 24 CFR Part 24.

(iii)  The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.  Additionally, U.S. Criminal Code, Section 1010, Title 18, U.S.C., "Federal Housing Administration transactions", provides in part: "Whoever, for the purpose of . . . influencing in any way the action of such Department . . . makes, passes, utters or publishes any statement, knowing the same to be false . . . shall be fined under this title or imprisoned not more than two years, or both."

C.  **Contract Work Hours and Safety Standards Act.**

1.  **Applicability and Definitions.**  This paragraph C of Article 1 is applicable only if a direct form of federal assistance is involved, such as Section 8, Section 202/811 Capital Advance, grants etc., and is applicable only where the prime contract is in an amount greater than $100,000.  As used in this paragraph C, the terms "laborers" and "mechanics" include watchmen and guards.

2.  **Overtime requirements.** No contractor or subcontractor contracting for any part of the Contract work that may require or involve the employment of laborers or mechanics shall require or permit any such laborer or mechanic in any workweek in which he or she is employed on such work to work in excess of forty (40) hours in such workweek unless such laborer or mechanic receives compensation at a rate not less than one and one-half times the basic rate of pay for all hours worked in excess of forty (40) hours in such workweek.

3.  **Violation; liability for unpaid wages; liquidated damages.**  In the event of any violation of the immediately preceding subparagraph C.2, the Contractor and any subcontractor responsible therefore shall be liable for the unpaid wages.  In addition, the Contractor and subcontractor shall be liable to the United States (in the case of work done under contract for the District of Columbia or a territory, to such District or to such territory) for liquidated damages.  Such liquidated damages shall be computed with respect to each individual laborer or mechanic, including watchmen and guards, employed in violation of such subparagraph, in the sum of $10 for each calendar day on which such individual was required or permitted to work in excess of the standard workweek of forty (40) hours without payment of the overtime wages required by the clause set forth in such subparagraph.

4.  **Withholding for unpaid wages and liquidated damages.**  HUD or its designee shall, upon its own action or upon written request of an authorized representative of the Department of Labor, withhold or cause to be withheld from any moneys payable on account of work performed by the Contractor or subcontractor under any such contract, or under any other Federal contract with the same prime contractor, or under any other Federally-assisted contract subject to the Contract Work Hours and Safety Standards Act which is held by the same prime contractor such sums as may be determined to be necessary to satisfy any liabilities of such Contractor or subcontractor for unpaid wages and liquidated damages as provided in the clause set forth in subparagraph 3 of this paragraph C.

5. **Subcontracts.** The Contractor or subcontractor shall insert in any subcontracts the clauses set forth in subparagraphs 1 through 5 of this paragraph C and also a clause requiring the subcontractors to include these clauses in any lower tier subcontracts. The prime contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with the clauses set forth in such subparagraphs 1 through 5.

D. **Certification.**

For projects with Security Instruments insured under the National Housing Act, as amended, that are subject to paragraph B of this Article 1, the Contractor is required to execute the Contractor's Prevailing Wage Certificate within HUD-92448 as a condition precedent to insurance by HUD of the Loan, or an advance thereof, made or to be made by the Lender in connection with the construction of the Project.

## Article 2: Equal Employment Opportunity

A. **Applicability.** This Article 2 applies to any contract for construction work, or modification thereof, as defined in the regulations of the Secretary of Labor at 41 CFR Chapter 60, which is paid for in whole or in part with funds obtained from the Federal Government or borrowed on the credit of the Federal Government pursuant to a grant, contract, loan insurance, or guarantee, or undertaken pursuant to any Federal program involving such grant, contract, loan, insurance, or guarantee.

B. The Contractor shall not discriminate against any employee or applicant for employment because of race, color, religion, sex, disability, or national origin. The Contractor shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment without regard to their race, color, religion, sex, disability or national origin. Such action shall include, but not be limited to the following: employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training including apprenticeship. The Contractor agrees to post in conspicuous places available to employees and applicants for employment notices to be provided setting forth the provisions of this nondiscrimination clause.

C. The Contractor shall, in all solicitations or advertisements for employees placed by or on behalf of the Contractor state that all qualified applicants shall receive consideration for employment without regard to race, color, religion, sex, disability, or national origin.

D. The Contractor shall send to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding a notice to be provided advising the said labor union or workers representatives of the Contractor's commitments hereunder, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

E. The Contractor shall comply with all provisions of Executive Order 11246 of September 24, 1965 and of the rules, regulations, and relevant orders of the Secretary of Labor.

F.  The Contractor shall furnish all information and reports required by Executive Order 11246 of September 24, 1965, and by rules, regulations, and orders of the Secretary of Labor, or pursuant thereto, and shall permit access to its books, records, and accounts by the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations, and orders.

G.  In the event of the Contractor's noncompliance with the nondiscrimination clauses of this Contract or with any of the said rules, regulations, or orders, this Contract may be canceled, terminated, or suspended in whole or in part and Contractor may be declared ineligible for further government contracts or federally assisted construction contracts in accordance with procedures authorized in Executive Order 11246 of September 24, 1965, and such other sanctions may be imposed and remedies invoked as provided in Executive Order 11246 of September 24, 1965, or by rule, regulations or order of the Secretary of Labor, or as otherwise provided by law.

H.  The Contractor shall include the provisions of paragraphs A through H of this Article 2 in every subcontract or purchase order unless exempted by rules, regulations, or orders of the Secretary of Labor issued pursuant to Section 204 of Executive Order 11246 of September 24, 1965, so that such provisions shall be binding upon each subcontractor or vendor.  The Contractor shall take such action with respect to any subcontract or purchase order as HUD or the Secretary of Labor may direct as a means of enforcing such provisions, including sanctions for noncompliance. *Provided, however,* that in the event the Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by HUD or the Secretary of Labor, the Contractor may request the United States to enter into such litigation to protect the interests of the United States.

### Article 3:  Equal Opportunity for Businesses and Lower Income Persons Located Within the Project Area

A.  This Article 3 is applicable to projects covered by Section 3, as defined in 24 CFR Part 135.

B.  The work to be performed under this Contract is on a project assisted under a program providing direct Federal financial assistance from HUD and is subject to the requirements of Section 3 of the Housing and Urban Development Act of 1968, as amended, 12 U.S.C. 1701u.  Section 3 requires that to the greatest extent feasible opportunities for training and employment be given to lower income residents of the unit of local government or the metropolitan area (or non-metropolitan county) as determined by HUD in which the Project is located and contracts for work in connection with the Project be awarded to business concerns which are located in, or owned in substantial part by persons residing in the same metropolitan area (or non-metropolitan county) as the Project.

**Article 4: Health and Safety**

A. This Article 4 is applicable only where the prime contract is in an amount greater than $100,000.

B. No laborer or mechanic shall be required to work in surroundings or under working conditions which are unsanitary, hazardous, or dangerous to his or her health and safety as determined under construction safety and health standards promulgated by the Secretary of Labor by regulation.

C. The Contractor shall comply with all regulations issued by the Secretary of Labor pursuant to 29 CFR Part 1926, and failure to comply may result in imposition of sanctions pursuant to the Contract Work Hours and Safety Standards Act, 40 USC 3701 et seq.

D. The Contractor shall include the provisions of this Article 4 in every subcontract so that such provisions shall be binding on each subcontractor. The Contractor shall take such action with respect to any subcontract as HUD
or the Secretary of Labor shall direct as a means of enforcing such provisions.

## EXHIBIT C TO CONSTRUCTION CONTRACT

**FUTURA @ Nona Cove
FHA Project No.: 067-35564**

INDEX OF DRAWINGS

SEE ATTACHED



Case 6:24-cv-01416-JSS-DCI    Document 96-1    Filed 04/15/25    Page 114 of 336 PageID 1766







# CIVIL CONSTRUCTION PLANS

## FOR

# FUTURA AT NONA COVE
## (PHASE II)

19451 & 19463 BOGGY CREEK ROAD
ORLANDO, FLORIDA 32832

ORANGE COUNTY UTILITIES (OCU) PROJECT No. 19-E-044

JURISDICTION: CITY OF ORLANDO, FLORIDA

PARCEL ID Nos: 32-24-31-1250-00-002 & 32-24-31-1250-01-000

ZONING: PD

## INDEX OF DRAWINGS

## DEVELOPER & CONSULTANTS

OWNER / DEVELOPER

CIVIL ENGINEER / AGENT

ARCHITECTS

LANDSCAPE ARCHITECT

SURVEYOR

GEOTECHNICAL

## VICINITY MAP



NORTH

SITE

## PROJECT REVISIONS

FUTURA AT NONA COVE
PHASE II
ORLANDO, FLORIDA

CV
COVER SHEET



# Nona Cove
# Hardscape Plans

## EXHIBIT D TO CONSTRUCTION CONTRACT

**FUTURA @ Nona Cove
FHA Project No.: 067-35564**

INDEX OF SPECIFICATIONS

SEE ATTACHED

COVER SHEET - **REVISED REV-01**
TABLE OF CONTENTS - **REVISED REV-01**

## DIVISION 00 - PROCUREMENT AND CONTRACTING REQUIREMENTS

| | |
|---|---|
| 000021 | GENERAL CONDITIONS |
| 000040 | PERFORMANCE AND PAYMENT BOND |
| 000041 | LABOR AND MATERIAL BOND |
| **007301** | **SUPPLEMENTARY GENERAL CONDITIONS - ADDED REV-01** |

## DIVISION 01 - GENERAL REQUIREMENTS

| | |
|---|---|
| 011000 | SUMMARY |
| 012500 | SUBSTITUTION PROCEDURES |
| 012600 | CONTRACT MODIFICATION PROCEDURES |
| 012900 | PAYMENT PROCEDURES |
| 013100 | PROJECT MANAGEMENT AND COORDINATION |
| 013102 | PROJECT MEETINGS |
| 013110 | FIELD ENGINEERING |
| 013300 | SUBMITTAL PROCEDURES |
| 014000 | QUALITY REQUIREMENTS |
| 014200 | REFERENCES |
| 015000 | TEMPORARY FACILITIES AND CONTROLS |
| 017419 | CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL |
| | FORM CWM-1 FOR CONSTRUCTION WASTE IDENTIFICATION. |
| | FORM CWM-3 FOR CONSTRUCTION WASTE REDUCTION WORK PLAN. |
| | FORM CWM-5 FOR COST/REVENUE ANALYSIS OF CONSTRUCTION WASTE |
| | REDUCTION WORK PLAN. |
| | FORM CWM-7 FOR CONSTRUCTION WASTE REDUCTION PROGRESS REPORT. |
| 017700 | CONTRACT CLOSEOUT PROCEDURES |
| 017823 | OPERATION AND MAINTENANCE DATA |
| 017830 | WARRANTIES |
| 018113 | SUSTAINABLE DESIGN REQUIREMENTS |
| | ~~LEED BD+C: MULTIFAMILY MIDRISE V4 - LEED C4 SCORECARD~~ - **DELETED REV-01** |
| | ~~MULTIFAMILY MIDRISE THERMAL ENCLOSURE INSPECTION CHECKLIST~~ - **DELETED REV-01** |
| **018114** | **ENERGY CALCS - ADDED REV-01** |
| **018115** | **ENERGY STAR STATEMENT OF ENERGY DESIGN INTENT (SEDI) - ADDED REV-01** |
| | WATER MANAGEMENT SYSTEM BUILDER REQUIREMENTS ENERGY STAR CERTIFIED HOMES, VERSION 3/ 3.1 - FUTURE DOCUMENT |
| **018116** | **NGBS SCORING SPREADSHEET - ADDED REV-01** |

## DIVISION 03 - CONCRETE

| | |
|---|---|
| 033000 | CAST-IN-PLACE CONCRETE |
| 033075 | ADMIXTURES FOR WATERPROOFING CONCRETE |
| 033816 | POST-TENSIONED CONCRETE |
| 034500 | PRECAST CONCRETE SHAPES |
| 035413 | GYPSUM CEMENT UNDERLAYMENT |

## DIVISION 04 - MASONRY

| | |
|---|---|
| 042000 | UNIT MASONRY ASSEMBLIES |
| 042226 | AUTOCLAVED AERATED CONCRETE UNITS |
| 047200 | CAST STONE MASONRY |

## DIVISION 05 - METALS

| | |
|---|---|
| 055000 | METAL FABRICATIONS |
| 055100 | METAL STAIRS |
| 055214 | ALUMINUM RAILINGS |
| 057000 | DECORATIVE METAL |
| 057313 | DECORATIVE GLAZED RAILINGS |

## DIVISION 06 - WOOD AND PLASTICS

| | |
|---|---|
| 061000 | ROUGH CARPENTRY |
| 061600 | SHEATHING |
| 061753 | SHOP FABRICATED WOOD TRUSSES |
| 062023 | INTERIOR FINISH CARPENTRY |
| 064116 | PLASTIC-LAMINATE-FACED ARCHITECTURAL CABINETS |
| 066400 | PLASTIC PANELING |

## DIVISION 07 - THERMAL AND MOISTURE PROTECTION

| | |
|---|---|
| 071326 | SELF-ADHERING SHEET WATERPROOFING |
| 071800 | TRAFFIC COATINGS |
| 072100 | BUILDING INSULATION |
| 072430 | PRE-SHAPED ARCHITECTURAL FORMS |
| 072435 | ARCHITECTURAL FOAM SHAPES |
| 072500 | WEATHER BARRIERS |
| 073113 | ASPHALT SHINGLES |
| 074113 | STANDING SEAM METAL ROOFING PANELS |
| 074646 | FIBER CEMENT SIDING |
| 075423 | THERMOPLASTIC POLYOLEFIN (TPO) ROOFING |
| 076200 | SHEET METAL FLASHING AND TRIM |
| 077100 | ROOF ACCESSORIES |
| 077200 | ROOF ACCESSORIES |
| 078123 | INTUMESCENT FIRE PROOFING |
| 078124 | INTUMESCENT PAINT |
| 078413 | PENETRATION FIRESTOPPING |
| 079200 | JOINT SEALANTS |

## DIVISION 08 - DOORS AND WINDOWS

| | |
|---|---|
| 081113 | HOLLOW METAL DOORS AND FRAMES |
| 081216 | ALUMINUM FIRE RATED FRAMES AND ENTRANCES |
| 081434 | INTERIOR DOORS |
| 081435 | STEEL-CLAD WOOD DOORS |
| 083113 | ACCESS DOORS AND FRAMES |
| 083323 | OVERHEAD COILING DOORS |
| 083513 | FOLDING GLASS DOORS |
| 083613 | SECTIONAL DOORS |
| 084113 | ALUMINUM-FRAMED ENTRANCES AND STOREFRONTS |
| 084236 | BALANCED DOOR ENTRANCES |
| 085313 | VINYL WINDOWS |
| 087100 | DOOR HARDWARE |
| 088000 | GLAZING |
| 088300 | MIRRORS |

**FUTURA AT NONA COVE**                                          4039.18

## DIVISION 09 - FINISHES

| | |
|---|---|
| 092116 | GYPSUM SHAFT WALL ASSEMBLIES |
| 092400 | CEMENT PLASTERING |
| 092900 | GYPSUM BOARD |
| 093000 | TILING |
| 096540 | VINYL PLANK FLOORING |
| 096566 | RESILIENT ATHLETIC FLOOR COVERING |
| 096813 | TILE CARPETING |
| 096816 | SHEET CARPETING |
| 099100 | PAINTING |

## DIVISION 10 - SPECIALTIES

| | |
|---|---|
| 101423 | PANEL SIGNAGE |
| 102113 | TOILET COMPARTMENTS |
| 102813 | COMMERCIAL TOILET, AND BATH ACCESSORIES |
| 102816 | RESIDENTIAL TOILET, AND BATH ACCESSORIES |
| 102819 | SHOWER ENCLOSURES |
| 104413 | FIRE EXTINGUISHERS AND CABINETS |
| 105500 | POSTAL SPECIALTIES |
| 106200 | VINYL COATED WIRE SHELVING |
| 107314 | AWNINGS |

## DIVISION 11 - EQUIPMENT

| | |
|---|---|
| 113100 | RESIDENTIAL APPLIANCES |
| 119413 | MISCELLANEOUS EQUIPMENT |

## DIVISION 12 - FURNISHINGS

| | |
|---|---|
| 122114 | WINDOW AND DOOR BLINDS |
| 123530 | RESIDENTIAL CASEWORK |
| 123661 | SIMULATED STONE COUNTERTOPS |

## DIVISION 14 - CONVEYING SYSTEM

| | |
|---|---|
| 142100 | ELECTRIC TRACTION ELEVATORS |
| 149100 | FACILITY CHUTES |

## DIVISION 21 - FIRE SUPPRESSION

| | |
|---|---|
| 210500 | COMMON WORK RESULTS FOR FIRE PROTECTION |
| 211100 | FACILITY FIRE SUPPRESSION WATER SERVICE PIPING |
| 211200 | FIRE SUPPRESSION STANDPIPES |
| 211313 | WET PIPE SPRINKLER SYSTEMS |
| 213113 | ELECTRIC DRIVE, CENTRIFUGAL FIRE PUMPS |

## DIVISION 22 - PLUMBING

220500      COMMON WORK RESULTS FOR PLUMBING
220519      METERS AND GAGES FOR PLUMBING PIPING
220523      GENERAL-DUTY VALVES FOR PLUMBING PIPING
220529      HANGERS AND SUPPORTS FOR PLUMBING PIPING AND EQUIPMENT
220700      PLUMBING INSULATION
221116      DOMESTIC WATER PIPING
221119      DOMESTIC WATER PIPING SPECIALTIES
221123      DOMESTIC WATER PRESSURE BOOSTING SYSTEMS (VFD)
221316      SANITARY WASTE & VENT PIPING
221319      SANITARY WASTE PIPING SPECIALTIES
223300      ELECTRIC DOMESTIC WATER HEATERS
224000      PLUMBING FIXTURES
224700      DRINKING FOUNTAINS AND WATER COOLERS

## DIVISION 23 - HEATING, VENTILATING AND AIR CONDITIONING

230500      COMMON WORK RESULTS FOR HVAC
230516      EXPANSION FITTINGS AND LOOPS FOR HVAC PIPING
230593      TESTING, ADJUSTING, AND BALANCING FOR HVAC
230700      HVAC INSULATION
232300      REFRIGERANT PIPING
233113      METAL DUCTS
233116      NONMETAL DUCTS
233300      AIR DUCT ACCESSORIES
233416      CENTRIFUGAL HVAC FANS
233423      HVAC POWER VENTILATORS
233713      DIFFUSERS, REGISTERS, AND GRILLES
238126      SPLIT-SYSTEM AIR-CONDITIONERS

## DIVISION 26 - ELECTRICAL

260500      COMMON WORK RESULTS FOR ELECTRICAL
260519      LOW-VOLTAGE ELECTRICAL POWER CONDUCTORS AND CABLES
260526      GROUNDING AND BONDING FOR ELECTRICAL SYSTEMS
260533      RACEWAY AND BOXES FOR ELECTRICAL SYSTEMS
260553      IDENTIFICATION FOR ELECTRICAL SYSTEMS
262300      LOW-VOLTAGE SWITCHGEAR
262416      PANELBOARDS
262726      WIRING DEVICES
262816      ENCLOSED SWITCHES AND CIRCUIT BREAKERS
265100      INTERIOR LIGHTING
265600      EXTERIOR LIGHTING

## DIVISION 28 - ELECTRONIC SAFETY AND SECURITY

283111      ADDRESSABLE FIRE ALARM SYSTEM

## DIVISION 31 - EARTHWORK

313116      TERMITE CONTROL
313132      SUBSURFACE INVESTIGATIONS-GEOTECHNICAL DATA
            GEOTECHNICAL REPORT

## EXHIBIT E TO CONSTRUCTION CONTRACT

**FUTURA @ Nona Cove**
**FHA Project No.: 067-35564**

CONTRACTOR'S AND/OR MORTGAGOR'S COST BREAKDOWN (HUD-2328)

SEE ATTACHED

# Contractor's and/or Mortgagor's Cost Breakdown

Schedules of Values

**U.S. Department of Housing and Urban Development** Office
of Housing
Federal Housing Commissioner

OMB No. 2502-0044 (exp. 12/31/2018)

Public reporting burden for this collection of information is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This information is required to obtain benefits. HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB Control Number.

Section 207 of the National Housing Act (Section 126 of the Housing Act of 1954, Public Law 560, 12 U.S.C., 1715i), authorizes the collection of this information. The information is required for a general contractor when an identity of interest exists between the general contractor and the mortgagor or when the mortgagor is a non-profit entity and a cost plus contract has been used. The information is used by HUD to facilitate the advances of mortgage proceeds and their monitoring.

**Privacy Act Notice.** The United States Department of Housing and Urban Development, Federal Housing Administration, is authorized to solicit the information requested in this form by virtue of Title 12, United States Code, Section 1701 et seq., and regulations promulgated thereunder at Title 12, Code of Federal Regulations. While no assurances of confidentiality is pledged to respondents, HUD generally discloses this data only in response to a Freedom of Information request.

| Date | Sponsor | |
|---|---|---|
| October 30, 2020 | | LN Apartments, LLC |

| Project No. | Building Identification | |
|---|---|---|
| HUD #067-35564 | | Master |

| Name of Project | Location | |
|---|---|---|
| Futura at Nona Cove Apartments | | 19465 Boggy Creek Road, Orlando, Florida 32832 |

This form represents the Contractors and/or Mortgagors firm costs and services as a basis for disbursing dollar amounts when insured advances are requested. Detailed instructions for completing this form are included on the reverse side.

| Line | Div | Trade Item | Cost | Trade Description |
|---|---|---|---|---|
| 1 | 3 | Concrete | | Foundation, PT SOG, Elevated Concrete, Gyporete, Precast Elevator & Stair Shafts |
| 2 | 4 | Masonry | | Hardscape Seat Walls, Outdoor Kitchen, Pool Equipment Enclosure |
| 3 | 5 | Metals | | SS Cols & Beams, Glazed, Balcony & Walls Rails, Stairways, Hoistway Bar, Fences & Gates |
| 4 | 6 | Rough Carpentry | | Lumber, Trusses, Hold-down Hardware & Framing Installation |
| 5 | 6 | Finish Carpentry | | Interior Trim Materials & Installation |
| 6 | 7 | Waterproofing | | Elevator Pit, Fire Proofing, Caulks & Sealants |
| 7 | 7 | Insulation | | Level 1 H.E.R.S. RV Installation Batt Insulation |
| 8 | 7 | Roofing | | TPO Roofing System & RTU Access Walk Way Pads |
| 9 | 7 | Sheet Metal | | Division Not Used |
| 10 | 8 | Doors | | Unit Doors & Hardware, Leasing/Amenities Doors & Hardware |
| 11 | 8 | Windows | | Wh Vinyl, Glazing, Repair & Install |
| 12 | 8 | Glass | | Semi-Frameless Bath Encl, Storefront, Folding & Over-Sized Doors |
| 13 | 9 | Lath and Plaster | | Stucco/Lath/Trim, Cementitious Board Siding & Soffits and Cultured Stone Veneer |
| 14 | 9 | Drywall | | Int. Gypsum Board, RC Channel, Ext. Gypsum Board, Metal Ceiling Bump-outs in Corridors |
| 15 | 9 | Tile Work | | Tub/Shower Surrounds, Kitchen Backsplashes & Leasing/Amenities & 1st Floor Corridor |
| 16 | 9 | Acoustical | | Division Not Used |
| 17 | 9 | Wood Flooring | | Division Not Used |
| 18 | 9 | Resilient Flooring | | Units LVT - Floorfolio 636-676-B & Amenities Yoga Room Flooring |
| 19 | 9 | Painting and Decorating | | Leasing/Amenities Interior Painting, Bldg Interior Painting & Bldg Exterior Painting |
| 20 | 10 | Specialties | | RR Partitions & Accessories, Postal, Fire Extinguishers, Attic Access Doors, Wire Shelving etc |
| 21 | 11 | Special Equipment | | DAS - for Emergency Response Radio Frequency & Low Voltage AV System |
| 22 | 11 | Cabinets | | Cabinets & Hardware and CounterTops, Leasing/Amenities Millwork & Banquet Seating |
| 23 | 11 | Appliances | | Unit Kitchen & Laundry, Leasing/Amenities Appliances & Outdoor Gas Cooking Grills |
| 24 | 12 | Blinds and Shades, Artwork | | 1" Blind Window Coverings |
| 25 | 12 | Carpets | | Unit Bedroom Carpets, 2, 3 & 4th Floors Corridor Carpets and Leasing/Amenities Carpets |
| 26 | 13 | Special Construction | | Passive Radon Soil Gas Control System and Amenities Ballet Barre in Yoga Area |
| 27 | 14 | Elevators | | (1) Elevator & Building Trash Chute |
| 28 | 15 | Plumbing and Hot Water | | NFPA - 13R Wet Fire Sprinkler System |
| 29 | 15 | Heat and Ventilation | | Building Plumbing |
| 30 | 15 | Air Conditioning | | Building HVAC |
| 31 | 16 | Electrical | | Building Electrical |
| 32 | | Subtotal (Structures) | | |
| 33 | | Accessory Structures | | Parking Garage |
| 34 | | Total (Lines 32 and 33) | | |

-441,615

Previous edition is obsolete

Page 1 of 3

form HUD-2328 (5/95)
ref. Handbook 4450.1 & 4460.1

| Line | Div | Trade Item | Cost | Trade Description | | | | |
|---|---|---|---|---|---|---|---|---|
| 35 | 2 | Earth Work | | See lines 2, 3, 4 & 9 on Land Imp. Breakdown Tab | | | | |
| 36 | 2 | Site Utilities | | See lines 11, 12, 17 & 18 on Land Imp. Breakdown Tab | | | | |
| 37 | 2 | Roads and Walks | | See lines 21 & 23 on Land Imp. Breakdown Tab | | | | |
| 38 | 2 | Site Improvements | | See lines 27, 31 & 33 on Land Imp. Breakdown Tab | | | | |
| 39 | 2 | Lawns and Planting | | See line 35 on Land Imp. Breakdown Tab | | | | |
| 40 | 2 | Unusual Site Condition | | Non-residential and Special Exterior Land Improvement (costs included in trade item breakdown) | | Offsite Costs (costs not included in trade item breakdown) | | |
| 41 | | Total Land Improvements | | Description | Est. Cost | Description | Est. Cost | |
| 42 | | Tot. Struct. & Land Imprvts. | | | | | | |
| 43 | 1 | General Requirements | | | | | | |
| 44 | | Subtotal (Lines 42 and 43) | | | | | | |
| 45 | | Builder's Overhead | | | | | | |
| 46 | | Builder's Profit | | Total $ | 0.00 | | | |
| 47 | | Subtotal (Lines 44 thru 46) | | Other Fees | | Total $ | 0.00 | |
| 48 | | | | Building Permit Fee | | Demolition (costs not included in trade item breakdown) | | |
| 49 | | Other Fees | | As-Built Survey | | Description | Est. Cost | |
| 50 | | Bond Premium | | Accounting Fee | | | | |
| 51 | | Total For All Improvements | | Builder's Role | | | | |
| 52 | | Builder's Profit Paid By Means Other Than Cash | | Water / Sewer Tap Fee | | | | |
| 53 | | Total For All Improvements Less Line 52 | | Total $ | | Total $ | | |

I hereby certify that all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.

Warning: HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

| Mortgagor | By | Date |
|---|---|---|
| LN Apartments, LLC | Reinhold Felix, Manager of the Manager | October 30, 2020 |
| Contractor | By | Date |
| Mark Portrait Construction | Bruce Ashley, President | October 30, 2020 |

| FHA Processing Mortgagee | Date | FHA (Chief, Cost Branch or Cost Analyst) | |
|---|---|---|---|
| | Oct 30, 2020 | Barbara S. Williams | Digitally signed by: Barbara S. Williams DN: CN = Barbara S. Williams email = barbara.s.williams@hud.gov C = OU AOU = Branch Chief Date: 2020.11.03 13:59:00 -05'00' |
| FHA (Chief Underwriter) | | | |

**Instructions for Completing Form HUD-2328**
This form is prepared by the contractor and/or mortgagor as a requirement for the issuance of a firm commitment. The firm replacement cost of the project also serves as a basis for the disbursement of dollar amounts when insured advances are requested. A detailed breakdown of trade items is provided along with spaces to enter dollar amounts and trade descriptions.

A separate form is prepared through line 32 for each structure type. A summation of these structure costs are entered on line 32 of a master form. Land improvements, General Requirements and Fees are completed through line 53 on the master 2328 only.

**Date**—Date form was prepared.

**Sponsor**—Name of sponsor or sponsoring organization.

**Project No.**—Eight-digit assigned project number.

**Building Identification**—Number(s) or Letter(s) of each building as designated on plans.

**Name of Project**—Sponsors designated name of project.

**Location**—Street address, city and state.

**Division**—Division numbers and trade items have been developed from the cost accounting section of the uniform system.

**Accessory Structures**—This item reflects structures, such as: community, storage, maintenance, mechanical, laundry and project office buildings. Also included are garages and carports or other buildings. When the amount shown on line 33 is $20,000.00 or 2% of line 32 whichever is the lesser, a separate form HUD-2328 will be prepared through line 32 for Accessory Structures.

**Unusual Site Conditions**—This trade item reflects rock excavation, high water table, excessive cut and fill, retaining walls, erosion, poor drainage and other on-site conditions considered unusual.

**Cost** - Enter the cost being submitted by the Contractor or bids submitted by a qualified subcontractor for each trade item. These costs will include, as a minimum, prevailing wage rates as determined by the Secretary of Labor.

**Trade Description**—Enter a brief description of the work included in each trade item.

**Other Fees**—Includable are fees to be paid by the Contractor, such as sewer tap fees not included in the plumbing contract. Fees paid or to be paid by the Mortgagor are not to be included on this form.

**Total For All Improvements**—This is the sum of lines 1 through 50 and is to include the total builder's profit (line 46).

## EXHIBIT F TO CONSTRUCTION CONTRACT

**FUTURA @ Nona Cove**
**FHA Project No.: 067-35564**

PREVAILING WAGE DETERMINATION

SEE ATTACHED

"General Decision Number: FL20200218 08/28/2020

Superseded General Decision Number: FL20190218

State: Florida

Construction Type: Building

County: Orange County in Florida.

BUILDING CONSTRUCTION PROJECTS (does not include single family
homes or apartments up to and including 4 stories).

Note: Under Executive Order (EO) 13658, an hourly minimum wage
of $10.80 for calendar year 2020 applies to all contracts
subject to the Davis-Bacon Act for which the contract is
awarded (and any solicitation was issued) on or after January
1, 2015.  If this contract is covered by the EO, the contractor
must pay all workers in any classification listed on this wage
determination at least $10.80 per hour (or the applicable wage
rate listed on this wage determination, if it is higher) for
all hours spent performing on the contract in calendar year
2020.  If this contract is covered by the EO and a
classification considered necessary for performance of work on
the contract does not appear on this wage determination, the
contractor must pay workers in that classification at least the
wage rate determined through the conformance process set forth
in 29 CFR 5.5(a)(1)(ii) (or the EO minimum wage rate,if it is
higher than the conformed wage rate).  The EO minimum wage rate
will be adjusted annually.  Please note that this EO applies to
the above-mentioned types of contracts entered into by the
federal government that are subject to the Davis-Bacon Act
itself, but it does not apply to contracts subject only to the
Davis-Bacon Related Acts, including those set forth at 29 CFR
5.1(a)(2)-(60). Additional information on contractor
requirements and worker protections under the EO is available
at www.dol.gov/whd/govcontracts.

| Modification Number | Publication Date |
|---|---|
| 0 | 01/03/2020 |
| 1 | 02/21/2020 |
| 2 | 03/27/2020 |
| 3 | 05/15/2020 |
| 4 | 07/03/2020 |
| 5 | 08/28/2020 |

ASBE0067-003 03/01/2020

|  | Rates | Fringes |
|---|---|---|
| ASBESTOS WORKER/HEAT & FROST INSULATOR...........................$ 28.93 | | 16.68 |

----------------------------------------------------------------

CARP1905-003 06/01/2017

|  | Rates | Fringes |
|---|---|---|
| CARPENTER (Includes Form Work)...$ 22.65 | | 9.85 |

----------------------------------------------------------------

ELEV0139-002 01/01/2020

|  | Rates | Fringes |
|---|---|---|

11/5/2020    Case 6:24-cv-01416-JSS-DCI    Document 96-1    Filed 04/15/25    Page 129 of 336
beta.sam.gov | Search
PageID 1780
34.765

```
ELEVATOR MECHANIC................$ 44.12

FOOTNOTE:
   A.  Employer contributions 8% of regular hourly rate to
   vacation pay credit for employee who has worked in business
   more than 5 years; Employer contributions 6% of regular
   hourly rate to vacation pay credit for employee who has
   worked in business less than 5 years.

   Paid Holidays:  New Year's Day; Memorial Day; Independence
   Day; Labor Day; Thanksgiving Day; The Friday after
   Thanksgiving Day; and Christmas Day.

----------------------------------------------------------------
   ENGI0487-022 07/01/2016

                             Rates          Fringes

OPERATOR:   Forklift.............$ 23.25          9.20
OPERATOR:   Mechanic.............$ 32.05          9.20
OPERATOR:   Oiler................$ 23.50          9.20
----------------------------------------------------------------
   ENGI0673-016 05/01/2016

                             Rates          Fringes

OPERATOR:   Crane
     Gantry Crane; Bridge Crane..$ 26.09         13.00
     Tower Crane; Crawler
     Crane; Truck Crane; Hydro
     Crane.......................$ 28.25         13.00
----------------------------------------------------------------
   IRON0402-001 01/01/2019

                             Rates          Fringes

IRONWORKER, ORNAMENTAL...........$ 23.69         12.70
----------------------------------------------------------------
* SFFL0821-004 07/01/2020

                             Rates          Fringes

SPRINKLER FITTER (Fire
Sprinklers)......................$ 29.88         19.75
----------------------------------------------------------------
   SHEE0015-006 07/01/2020

                             Rates          Fringes

SHEET METAL WORKER (Includes
HVAC Duct Installation)..........$ 22.48          7.51
----------------------------------------------------------------
   SUFL2014-027 08/16/2016

                             Rates          Fringes

CEMENT MASON/CONCRETE FINISHER...$ 19.39          0.00

ELECTRICIAN, Includes Low
Voltage Wiring...................$ 19.58          6.39

IRONWORKER, REINFORCING..........$ 22.81         11.58

IRONWORKER, STRUCTURAL...........$ 17.92          0.00
```

```
LABORER: Common or General,
Including Cement Mason
Tending and Pipelaying..........$ 13.59              4.28

OPERATOR:
Backhoe/Excavator/Trackhoe.......$ 18.69            3.27

OPERATOR:  Bulldozer.............$ 15.40            1.90

OPERATOR:  Grader/Blade..........$ 18.97            0.00

OPERATOR:  Loader................$ 17.83            0.00

OPERATOR:  Roller................$ 14.43            4.78

PAINTER:  Brush, Roller and
Spray............................$ 13.22            0.00

PIPEFITTER, Includes HVAC
Pipe and Unit Installation.......$ 22.29            7.72

PLUMBER..........................$ 19.42            0.00

ROOFER...........................$ 17.60            1.39

TILE SETTER......................$ 17.25            1.74

TRUCK DRIVER:  Dump Truck........$ 12.95            2.28

TRUCK DRIVER:  Lowboy Truck......$ 14.24            0.00
----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.

================================================================

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave
for Federal Contractors applies to all contracts subject to the
Davis-Bacon Act for which the contract is awarded (and any
solicitation was issued) on or after January 1, 2017.  If this
contract is covered by the EO, the contractor must provide
employees with 1 hour of paid sick leave for every 30 hours
they work, up to 56 hours of paid sick leave each year.
Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including
preventive care; to assist a family member (or person who is
like family to the employee) who is ill, injured, or has other
health-related needs, including preventive care; or for reasons
resulting from, or to assist a family member (or person who is
like family to the employee) who is a victim of, domestic
violence, sexual assault, or stalking.  Additional information
on contractor requirements and worker protections under the EO
is available at www.dol.gov/whd/govcontracts.

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).

----------------------------------------------------------------


The body of each wage determination lists the classification
```

and wage rates that have been found to be prevailing for the
cited type(s) of construction in the area covered by the wage
determination. The classifications are listed in alphabetical
order of ""identifiers"" that indicate whether the particular
rate is a union rate (current union negotiated rate for local),
a survey rate (weighted average rate) or a union average rate
(weighted union average rate).

Union Rate Identifiers

A four letter classification abbreviation identifier enclosed
in dotted lines beginning with characters other than ""SU"" or
""UAVG"" denotes that the union classification and rate were
prevailing for that classification in the survey. Example:
PLUM0198-005 07/01/2014. PLUM is an abbreviation identifier of
the union which prevailed in the survey for this
classification, which in this example would be Plumbers. 0198
indicates the local union number or district council number
where applicable, i.e., Plumbers Local 0198. The next number,
005 in the example, is an internal number used in processing
the wage determination. 07/01/2014 is the effective date of the
most current negotiated rate, which in this example is July 1,
2014.

Union prevailing wage rates are updated to reflect all rate
changes in the collective bargaining agreement (CBA) governing
this classification and rate.

Survey Rate Identifiers

Classifications listed under the ""SU"" identifier indicate that
no one rate prevailed for this classification in the survey and
the published rate is derived by computing a weighted average
rate based on all the rates reported in the survey for that
classification.  As this weighted average rate includes all
rates reported in the survey, it may include both union and
non-union rates. Example: SULA2012-007 5/13/2014. SU indicates
the rates are survey rates based on a weighted average
calculation of rates and are not majority rates. LA indicates
the State of Louisiana. 2012 is the year of survey on which
these classifications and rates are based. The next number, 007
in the example, is an internal number used in producing the
wage determination. 5/13/2014 indicates the survey completion
date for the classifications and rates under that identifier.

Survey wage rates are not updated and remain in effect until a
new survey is conducted.

Union Average Rate Identifiers

Classification(s) listed under the UAVG identifier indicate
that no single majority rate prevailed for those
classifications; however, 100% of the data reported for the
classifications was union data. EXAMPLE: UAVG-OH-0010
08/29/2014. UAVG indicates that the rate is a weighted union
average rate. OH indicates the state. The next number, 0010 in
the example, is an internal number used in producing the wage
determination. 08/29/2014 indicates the survey completion date
for the classifications and rates under that identifier.

A UAVG rate will be updated once a year, usually in January of
each year, to reflect a weighted average of the current
negotiated/CBA rate of the union locals from which the rate is
based.

------------------------------------------------------------------

### WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on
  a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the
Branch of Construction Wage Determinations.  Write to:

                Branch of Construction Wage Determinations
                Wage and Hour Division
                U.S. Department of Labor
                200 Constitution Avenue, N.W.
                Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

                Wage and Hour Administrator
                U.S. Department of Labor
                200 Constitution Avenue, N.W.
                Washington, DC 20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage
payment data, project description, area practice material,
etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board).  Write to:

                Administrative Review Board
                U.S. Department of Labor
                200 Constitution Avenue, N.W.
                Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

==================================================================

                END OF GENERAL DECISION"

"General Decision Number: FL20200128 10/30/2020

Superseded General Decision Number: FL20190128

State: Florida

Construction Type: Heavy

County: Orange County in Florida.

HEAVY CONSTRUCTION PROJECTS (Including Sewer and Water Lines)

Note: Under Executive Order (EO) 13658, an hourly minimum wage
of $10.80 for calendar year 2020 applies to all contracts
subject to the Davis-Bacon Act for which the contract is
awarded (and any solicitation was issued) on or after January
1, 2015.  If this contract is covered by the EO, the contractor
must pay all workers in any classification listed on this wage
determination at least $10.80 per hour (or the applicable wage
rate listed on this wage determination, if it is higher) for
all hours spent performing on the contract in calendar year
2020.  If this contract is covered by the EO and a
classification considered necessary for performance of work on
the contract does not appear on this wage determination, the
contractor must pay workers in that classification at least the
wage rate determined through the conformance process set forth
in 29 CFR 5.5(a)(1)(ii) (or the EO minimum wage rate,if it is
higher than the conformed wage rate).  The EO minimum wage rate
will be adjusted annually.  Please note that this EO applies to
the above-mentioned types of contracts entered into by the
federal government that are subject to the Davis-Bacon Act
itself, but it does not apply to contracts subject only to the
Davis-Bacon Related Acts, including those set forth at 29 CFR
5.1(a)(2)-(60). Additional information on contractor
requirements and worker protections under the EO is available
at www.dol.gov/whd/govcontracts.


| Modification Number | Publication Date |
|---|---|
| 0 | 01/03/2020 |
| 1 | 08/14/2020 |
| 2 | 10/30/2020 |

 ENGI0673-013 05/01/2013

|  | Rates | Fringes |
|---|---|---|
| OPERATOR:  Oiler................$ 20.36 | | 10.85 |

----------------------------------------------------------------
* IRON0808-003 02/01/2020

|  | Rates | Fringes |
|---|---|---|
| IRONWORKER, STRUCTURAL...........$ 28.28 | | 14.70 |

----------------------------------------------------------------
 LABO0517-002 05/01/2017

|  | Rates | Fringes |
|---|---|---|
| LABORER:  Grade Checker..........$ 19.20 | | 7.85 |

----------------------------------------------------------------
 PAIN1010-011 08/01/2020

|  | Rates | Fringes |
|---|---|---|

11/5/2020    Case 6:24-cv-01416-JSS-DCI    Document 96-1    Filed 04/15/25    Page 134 of 336
beta.SAM.gov | Search
PageID 1785

```
Painter - Brush, Roller &
Spray...........................$ 24.71        14.05
----------------------------------------------------------------
    SUFL2009-167 06/24/2009


                                    Rates        Fringes

CARPENTER.........................$ 13.56        1.84

CEMENT MASON/CONCRETE FINISHER...$ 13.44        0.00

ELECTRICIAN......................$ 16.71        3.51

FORM WORKER......................$ 12.00        1.43

LABORER:  Common or General......$  8.69        2.24

LABORER:  Landscape..............$  7.25        0.00

LABORER:  Pipelayer..............$ 12.12        2.01

LABORER: Power Tool Operator
(Hand Held Drills/Saws,
Jackhammer and Power Saws
Only)............................$ 10.63        2.20

OPERATOR:  Asphalt Paver.........$ 11.88        0.00

OPERATOR:  Backhoe Loader
Combo............................$ 16.10        2.44

OPERATOR:  Backhoe/Excavator.....$ 12.81        3.37

OPERATOR:  Bulldozer.............$ 12.03        3.14

OPERATOR:  Crane.................$ 16.17        3.89

OPERATOR:  Grader/Blade..........$ 16.00        2.84

OPERATOR:  Loader................$ 12.34        1.92

OPERATOR:  Mechanic..............$ 13.83        2.19

OPERATOR:  Roller................$ 10.67        1.87

OPERATOR:  Scraper...............$ 11.00        1.74

OPERATOR:  Trackhoe..............$ 20.92        5.50

OPERATOR:  Tractor...............$ 10.00        0.00

TRUCK DRIVER, Includes Dump
Truck............................$  9.50        1.70

TRUCK DRIVER:  4 Axle Truck......$ 14.12        0.00

TRUCK DRIVER:  Lowboy Truck......$ 11.00        0.00

TRUCK DRIVER:  Off the Road
Truck............................$ 12.21        1.97
----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.
```

==================================================================

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave
for Federal Contractors applies to all contracts subject to the
Davis-Bacon Act for which the contract is awarded (and any
solicitation was issued) on or after January 1, 2017.  If this
contract is covered by the EO, the contractor must provide
employees with 1 hour of paid sick leave for every 30 hours
they work, up to 56 hours of paid sick leave each year.
Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including
preventive care; to assist a family member (or person who is
like family to the employee) who is ill, injured, or has other
health-related needs, including preventive care; or for reasons
resulting from, or to assist a family member (or person who is
like family to the employee) who is a victim of, domestic
violence, sexual assault, or stalking.  Additional information
on contractor requirements and worker protections under the EO
is available at www.dol.gov/whd/govcontracts.

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).

------------------------------------------------------------------

The body of each wage determination lists the classification
and wage rates that have been found to be prevailing for the
cited type(s) of construction in the area covered by the wage
determination. The classifications are listed in alphabetical
order of ""identifiers"" that indicate whether the particular
rate is a union rate (current union negotiated rate for local),
a survey rate (weighted average rate) or a union average rate
(weighted union average rate).

Union Rate Identifiers

A four letter classification abbreviation identifier enclosed
in dotted lines beginning with characters other than ""SU"" or
""UAVG"" denotes that the union classification and rate were
prevailing for that classification in the survey. Example:
PLUM0198-005 07/01/2014. PLUM is an abbreviation identifier of
the union which prevailed in the survey for this
classification, which in this example would be Plumbers. 0198
indicates the local union number or district council number
where applicable, i.e., Plumbers Local 0198. The next number,
005 in the example, is an internal number used in processing
the wage determination. 07/01/2014 is the effective date of the
most current negotiated rate, which in this example is July 1,
2014.

Union prevailing wage rates are updated to reflect all rate
changes in the collective bargaining agreement (CBA) governing
this classification and rate.

Survey Rate Identifiers

Classifications listed under the ""SU"" identifier indicate that
no one rate prevailed for this classification in the survey and
the published rate is derived by computing a weighted average
rate based on all the rates reported in the survey for that

classification. As this weighted average rate includes all
rates reported in the survey, it may include both union and
non-union rates. Example: SULA2012-007 5/13/2014. SU indicates
the rates are survey rates based on a weighted average
calculation of rates and are not majority rates. LA indicates
the State of Louisiana. 2012 is the year of survey on which
these classifications and rates are based. The next number, 007
in the example, is an internal number used in producing the
wage determination. 5/13/2014 indicates the survey completion
date for the classifications and rates under that identifier.

Survey wage rates are not updated and remain in effect until a
new survey is conducted.

Union Average Rate Identifiers

Classification(s) listed under the UAVG identifier indicate
that no single majority rate prevailed for those
classifications; however, 100% of the data reported for the
classifications was union data. EXAMPLE: UAVG-OH-0010
08/29/2014. UAVG indicates that the rate is a weighted union
average rate. OH indicates the state. The next number, 0010 in
the example, is an internal number used in producing the wage
determination. 08/29/2014 indicates the survey completion date
for the classifications and rates under that identifier.

A UAVG rate will be updated once a year, usually in January of
each year, to reflect a weighted average of the current
negotiated/CBA rate of the union locals from which the rate is
based.


----------------------------------------------------------------

                   WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

*  an existing published wage determination
*  a survey underlying a wage determination
*  a Wage and Hour Division letter setting forth a position on
   a wage determination matter
*  a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the
Branch of Construction Wage Determinations.  Write to:

                Branch of Construction Wage Determinations
                Wage and Hour Division
                U.S. Department of Labor
                200 Constitution Avenue, N.W.
                Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an

interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

         Wage and Hour Administrator
         U.S. Department of Labor
         200 Constitution Avenue, N.W.
         Washington, DC 20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage
payment data, project description, area practice material,
etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board). Write to:

         Administrative Review Board
         U.S. Department of Labor
         200 Constitution Avenue, N.W.
         Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

==================================================================

         END OF GENERAL DECISION"

## EXHIBIT G TO CONSTRUCTION CONTRACT

### FUTURA @ Nona Cove
### FHA Project No.: 067-35564

IDENTITY OF INTEREST

SEE ATTACHED

## Amendment to the Construction Contract to Identify Identities of Interest Between Owner/ Contractor/ Subcontractors/ Architect



6B

Project Name  FUTURA @ Nona Cove                    Project Number  067-35564

1.  Definition of terms used in this Amendment.

    a.  Architect.  Architect administering the Construction Contract.

    b.  HUD.  The U.S. Department of Housing and Urban Development.

    c.  Owner.  The Mortgagor/Owner.

    d.  Subcontractor.  Any Project subcontractor, materials supplier, equipment lessor, or industrialized housing manufacturer/supplier.

2.  The undersigned hereby certify that all identities of interest known to exist between the Owner and the Contractor, and/or between the Owner and/or the Contractor and the Architect and/or any Project subcontractor are listed herein.  The Owner and the Contractor shall each inform HUD in writing within 5 working days of its knowledge of any identity of interest that develops after execution of this Contract.

    List all Identities of Interest:

    Reinerio P. Faife, the Manager of FLN Apts, LLC, the Manager of the Borrower, is also

    an Assistant Vice President of the Contractor.

3.  An Identity of Interest is construed to exist where:

    a.  The Contractor, Architect and/or any subcontractor take any financial interest in the Project and/or Owner as part of the consideration to be paid.

    b.  The Contractor advances any funds to the Owner or Architect; or the Architect advances any funds to the Owner, contractor and/or any subcontractor; or any subcontractor advances any funds to the Owner, Contractor and/or Architect.

    c.  The Owner has any financial interest in the Contractor, Architect and/or any subcontractor; or the contractor has any financial interest in the Owner, Architect and/or any subcontractor;

or the Architect has any financial interest in the Owner, Contractor and/or any subcontractor; or any subcontractor has any financial interest in the Owner, Contractor and/or Architect.

d.  Any officer, director, stockholder or partner of the Owner has any financial interest in the Contractor, Architect and/or any subcontractor; or any officer, director, stockholder or partner of the Contractor, has any financial interest in the Owner, Architect and/or any subcontractor; or any officer, director, stockholder or partner of the Architect has any financial interest in the Owner, Contractor and/or any subcontractor; or any officer, director, stockholder or partner of any subcontractor has any financial interest in the Owner, Contractor and/or Architect.

e.  Any officer, director, stockholder or partner of the Owner is also an officer, director, stockholder or partner of the Contractor, Architect and/or any subcontractor; or any officer, director, stockholder or partner of the Contractor is also an officer, director, stockholder or partner of the Owner, Architect and/or any subcontractor; or any officer, director stockholder or partner of the Architect is also an officer, director, stockholder or partner of the Owner, Contractor, and/or any subcontractor; or any officer, director, stockholder or partner of any subcontractor is also an officer, director, stockholder or partner of the Owner, Contractor and/or Architect.

f.  The Owner, Contractor and/or any subcontractor, or any officer, director, stockholder or partner of such Owner, Contractor and/or subcontractor provides any of the required architectural services; or where the Owner, Contractor and/or any subcontractor, or any officer, director, stockholder or partner of such Owner, Contractor and/or subcontractor, while not directly providing an architectural service, acts as a consultant to the Architect.

g.  Any family relationships between the officers, directors, stockholders or partners of the Owner and officers, directors, stockholders or partners of the Contractor, Architect and/or any subcontractor; or between the officers, directors, stockholders or partners of the Contractor and officers, directors, stockholders or partners of the Owner, Architect and/or any subcontractor; or between any officers, directors, stockholders, or partners of the Architect and officers, directors, stockholders or partners of the Owner, Contractor and/or any subcontractor; or between any officers, directors, stockholders or partners of any subcontractor and the officers, directors, stockholders or partners of the Owner, Contractor and/or Architect which could cause or results in control or influence over prices paid and/or work accepted.

h.  Any side deal, agreement, contract or undertaking, thereby altering, amending, or canceling any of the required closing documents, except as approved by HUD.

**Appendix 6**

Dated: November 5, 2020

OWNER
[SEE ATTACHED SIGNATURE
PAGE]

CONTRACTOR
[SEE ATTACHED SIGNATURE
PAGE]

WARNING: Title 18 U.S.C. 1001, provides in part that whoever knowingly and willfully makes or uses a document containing any false, fictitious, or fraudulent statement or entry, in any matter in the jurisdiction of any department or agency of the United States, shall be fined not more than $10,000 or imprisoned for not more than five years or both.

SIGNATURE PAGE TO
AMENDMENT TO THE CONSTRUCTION CONTRACT TO IDENTIFY IDENTITIES OF
INTEREST BETWEEN OWNER/CONTRACTOR/SUBCONTRACTORS/ARCHITECT

**OWNER:**

**LN APARTMENTS, LLC**
a Florida limited liability company

By:    FLN APTS, LLC
       a Florida limited liability company
       its manager

       By: _____
           Reinerio P. Faife
           Manager

SIGNATURE PAGE TO
AMENDMENT TO THE CONSTRUCTION CONTRACT TO IDENTIFY IDENTITIES OF
INTEREST BETWEEN OWNER/CONTRACTOR/SUBCONTRACTORS/ARCHITECT

**CONTRACTOR:**

**MARK BARON CONSTRUCTION, INC.**
**d/b/a MARK PORTRAIT CONSTRUCTION**
a Florida corporation

By: _____ Pres
    Bruce L. Abbey
    President

## EXHIBIT H TO CONSTRUCTION CONTRACT

**FUTURA @ Nona Cove
FHA Project No.: 067-35564**

RETAINAGE REDUCTIONS RIDER

SEE ATTACHED

Exhibit H

Retainage Reduction Rider

THIS **RETAINAGE REDUCTION RIDER** is attached to and made a part of that certain Construction Contract dated the 5th day of November, 2020, ("**Contract**") between **MARK BARON CONSTRUCTION, INC.,** d/b/a **MARK PORTRAIT CONSTRUCTION ("Contractor")** and **LN APARTMENTS, LLC**, a Florida limited liability company (**"Owner"**).

The definition of any capitalized term or word used herein can be found in the Contract and the General Conditions.

     1.    Amount of retainage. The Building Loan Agreement allows for the possibility of a reduced holdback amount as set forth in a Retainage Reduction Rider when the project reaches 50% completion. The Contract also provides for a 10% holdback from the Contractor's monthly payments for acceptably completed work, acceptably stored materials, and where applicable, components acceptably stored offsite. This Retainage Reduction Rider modifies the standard terms of the Contract and allows for reduction of the retainage after 50% completion. Retainage reduction shall be allowed if the following conditions are satisfied:

    a.    The Contractor has no identity-of-interest with the owner that is greater than a 5% equity interest in the ownership entity,

    b.    If applicable, prior written consent from the Surety must be obtained and attached to the request for reduction, and

    c.    There can be no questions regarding the Contractor's performance concerning the quality of work, compliance with the Contract and with any change orders or work in progress. The Hub or PC Director must make the decision to reduce the retainage based on the recommendation of HUD's construction inspector.

    d.    Assuming the above conditions are met, and subject to HUD approval, the existing standard of 10% retainage will be required only until 50% completion. After 50% completion, the retainage may be reduced to 5% until 75% completion, and then may be reduced further to 2.5% retainage until the loan reaches Final Endorsement.

2.    Release of retainage for identity of interest contractors. Except as provided in paragraphs 4 and 5 below, the retainage may not be released, in whole or in part, until Final Endorsement for a contractor with an identity of interest.

3.    Release of retainage for non-identity of interest contractor. The contractor's retainage, or the remaining balance in the retainage, may be released at the next to last advance, when requisitioned on Form HUD-92403, Application for Insurance of Advance of Mortgage Proceeds, and subject to compliance with the following:

a.   Contractor's cost certification, where required, has been reviewed and necessary adjustments made to Form HUD-92451, Financial Record and Mortgage Loan Transaction;

b.   Contractor has disclosed its final obligations on Form HUD-92023M, Request for Final Endorsement of the Credit Instrument;

c.   All work under the construction contract has been inspected and approved by the controlling jurisdictions and/or authorities;

d.   Certificates of occupancy or other required approvals for the dwelling units and non-dwelling facilities, where applicable, have been issued by governmental authorities having jurisdiction. (Separate buildings for community rooms, rental offices, laundry rooms, etc., commonly require separate certificates of occupancy.);

e.   Permission To Occupy, Form HUD-92485 has been issued by HUD for all units;

f.   All Davis-Bacon payroll requirements have been satisfied;

g.   Surveyor's Certificate, Form HUD-91073M, and survey showing the location of all improvements, utility easements and site utility distribution lines have been submitted to HUD, and

h.   Retain, where applicable, an adequate amount to cover the following:

   (1)   Items of delayed completion in an amount equal to 150% of the HUD representative's cost estimate for completion;

   (2)   Any owed or contested amounts indicated by mechanics, subcontractor, supplier, or equipment lessor liens, etc.

   (3)   The lesser of the liquidated damages or actual damages computed at cost certification, and

   (4)   The net effect of any negative change orders.

4.   Early partial release of retainage.

   a.   After 90% Contract completion, the Hub Director may release part of the Contractor's holdback and suspend further withholding of holdback from payments due, where:

      (1)   The Contractor has no identity of interest or the Contractor's only identity of interest in the project ownership is less than 5%;

      (2)   The Contractor, Owner and Lender request the early release of the holdback and attach the request to Form HUD-92403, Application for Insurance of Advance of Mortgage Proceeds; and

      (3)   Prior written consent from the surety, if any, for the early release of holdback is provided with the request.

   b.   The Hub Director determines that:

      (1)   The Contractor's general performance warrants partial release of the

holdback without conditions, or

(2)  A partial release of the holdback is appropriate with conditions, e.g., measures to assure immediate distributions to subcontractors or others, would be in the mutual interest of all participants, and

c.  The undisbursed holdback amount must equal or exceed 5% of the Contract amount.

5.  Projects in difficulty.  Release of part of the Contractor's holdback before 90% Contract completion may be granted only to prevent a default of the construction loan and only if it would solve the project's problems and enable it to reach construction completion.

a.  The Contractor's performance must be considered, including:

(1)  The completed work must be satisfactory,

(2)  The percentage of completed Contract work must be sufficient to ensure project completion within the specified Contract time, and

(3)  The holdback may not be released if there are serious, unresolved questions concerning:

(a)  Quality of work,

(b)  Compliance with the Contract, including outstanding change orders, or

(c)  Work is progressing behind the Contractor's construction schedule, as amended by approved change orders.

b.  Written consent for the early release of holdback must be obtained from the surety, if any, the Owner and the Lender.

## EXHIBIT I TO CONSTRUCTION CONTRACT

### FUTURA @ Nona Cove
### FHA Project No.: 067-35564

Incentive Payment Addendum to Construction Contract Cost-Plus
(Identity of Interest Between General Contractor and Owner)

As provided in MAP Guide Section 13.16.A.5, the Owner and Contractor hereby specify and agree to the "Incentive Payment" as set forth in Section E of the Construction Contract (Form HUD-92442M) (the "Contract") to which this Exhibit "I" is attached, which Contract is hereby amended and supplemented as follows:

Article 4: Contract Sum – Cost Plus Contract, Section E(1), is hereby amended and supplemented by adding the following provisions at the end of said Section E(1);

- If there is an identity of interest between the borrower and the general contractor, an incentive fee may only be paid if there are certified cost overruns that were not included in a HUD approved change order, and the amount of the incentive fee may not exceed the amount of certified cost overruns that were incurred.
- The Incentive Payment shall not exceed 50% of the increase in the cash upset figure set out in this Paragraph (1) of Article 4.E.



# **AIA** Document A201® – 2017

## *General Conditions of the Contract for Construction*

**for the following PROJECT:**
*(Name and location or address)*

Futura at Nona Cove Apartments, FHA Project No. 067-35564
19465 Boggy Creek Road, Orlando, Orange County, Florida 32832

**THE OWNER:**
*(Name, legal status and address)*

LN Apartments, LLC  Borrower/Mortgagee/Owner
2901 Clint Moore Road
Suite 408
Boca Raton, Florida 33496

**THE ARCHITECT:**
*(Name, legal status and address)*

Charlan Brock and Associates  Architect of Record
1770 Fennell Street
Suite 100
Maitland, Florida 32751

**TABLE OF ARTICLES**

1    GENERAL PROVISIONS

2    OWNER

3    CONTRACTOR

4    ARCHITECT

5    SUBCONTRACTORS

6    CONSTRUCTION BY OWNER OR BY SEPARATE CONTRACTORS

7    CHANGES IN THE WORK

8    TIME

9    PAYMENTS AND COMPLETION

10    PROTECTION OF PERSONS AND PROPERTY

11    INSURANCE AND BONDS

12    UNCOVERING AND CORRECTION OF WORK

13    MISCELLANEOUS PROVISIONS

**ADDITIONS AND DELETIONS:**
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

For guidance in modifying this document to include supplementary conditions, see AIA Document A503™, Guide for Supplementary Conditions.

Init.
/
AIA Document A201® –2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711857376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                     (1414419284)

1

14    TERMINATION OR SUSPENSION OF THE CONTRACT

15    CLAIMS AND DISPUTES

Init.

/

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The
American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are
registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order
No.1711857376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract
Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                    (1414419266)

2

# INDEX

(Topics and numbers in bold are Section headings.)

**Acceptance of Nonconforming Work**
9.6.6, 9.9.3, 12.3
Acceptance of Work
9.6.6, 9.8.2, 9.9.3, 9.10.1, 9 10.3, 12.3
**Access to Work**
**3.16**, 6.2.1, 12.1
Accident Prevention
10
Acts and Omissions
3.2, 3.3.2, 3.12.8, 3.18, 4.2.3, 8.3.1, 9.5.1, 10.2.5,
10.2.8, 13.3.2, 14.1, 15.1.2, 15.2
Addenda
1.1.1
Additional Costs, Claims for
3.7.4, 3.7.5, 10.3.2, 15.1.5
**Additional Inspections and Testing**
9.4.2, 9.8.3, 12.2.1, **13.4**
**Additional Time, Claims for**
3.2.4, 3.7.4, 3.7.5, 3.10.2, 8.3.2, **15.1.6**
**Administration of the Contract**
3.1.3, **4.2**, 9.4, 9.5
Advertisement or Invitation to Bid
1.1.1
Aesthetic Effect
4.2.13
**Allowances**
**3.8**
**Applications for Payment**
4.2.5, 7.3.9, 9.2, **9.3**, 9.4, 9.5.1, 9.5.4, 9.6.3, 9.7, 9.10
Approvals
2.1.1, 2.3.1, 2.5, 3.1.3, 3.10.2, 3.12.8, 3.12.9,
3.12.10.1, 4.2.7, 9.3.2, 13.4.1
**Arbitration**
8.3.1, 15.3.2, **15.4**
**ARCHITECT**
**4**
**Architect, Definition of**
**4.1.1**
Architect, Extent of Authority
2.5, 3.12.7, 4.1.2, 4.2, 5.2, 6.3, 7.1.2, 7.3.4, 7.4, 9.2,
9.3.1, 9.4, 9.5, 9.6.3, 9.8, 9.10.1, 9.10.3, 12.1, 12.2.1,
13.4.1, 13.4.2, 14.2.2, 14.2.4, 15.1.4, 15.2.1
Architect, Limitations of Authority and Responsibility
2.1.1, 3.12.4, 3.12.8, 3.12.10, 4.1.2, 4.2.1, 4.2.2, 4.2.3,
4.2.6, 4.2.7, 4.2.10, 4.2.12, 4.2.13, 5.2.1, 7.4, 9.4.2,
9.5.4, 9.6.4, 15.1.4, 15.2
Architect's Additional Services and Expenses
2.5, 12.2.1, 13.4.2, 13.4.3, 14.2.4
Architect's Administration of the Contract
3.1.3, 3.7.4, 15.2, 9.4.1, 9.5
Architect's Approvals
2.5, 3.1.3, 3.5, 3.10.2, 4.2.7

Architect's Authority to Reject Work
3.5, 4.2.6, 12.1.2, 12.2.1
Architect's Copyright
1.1.7, 1.5
Architect's Decisions
3.7.4, 4.2.6, 4.2.7, 4.2.11, 4.2.12, 4.2.13, 4.2.14, 6.3,
7.3.4, 7.3.9, 8.1.3, 8.3.1, 9.2, 9.4.1, 9.5, 9.8.4, 9.9.1,
13.4.2, 15.2
Architect's Inspections
3.7.4, 4.2.2, 4.2.9, 9.4.2, 9.8.3, 9.9.2, 9.10.1, 13.4
Architect's Instructions
3.2.4, 3.3.1, 4.2.6, 4.2.7, 13.4.2
Architect's Interpretations
4.2.11, 4.2.12
Architect's Project Representative
4.2.10
Architect's Relationship with Contractor
1.1.2, 1.5, 2.3.3, 3.1.3, 3.2.2, 3.2.3, 3.2.4, 3.3.1, 3.4.2,
3.5, 3.7.4, 3.7.5, 3.9.2, 3.9.3, 3.10, 3.11, 3.12, 3.16,
3.18, 4.1.2, 4.2, 5.2, 6.2.2, 7, 8.3.1, 9.2, 9.3, 9.4, 9.5,
9.7, 9.8, 9.9, 10.2.6, 10.3, 11.3, 12, 13.3.2, 13.4, 15.2
Architect's Relationship with Subcontractors
1.1.2, 4.2.3, 4.2.4, 4.2.6, 9.6.3, 9.6.4, 11.3
Architect's Representations
9.4.2, 9.5.1, 9.10.1
Architect's Site Visits
3.7.4, 4.2.2, 4.2.9, 9.4.2, 9.5.1, 9.9.2, 9.10.1, 13.4
Asbestos
10.3.1
Attorneys' Fees
3.18.1, 9.6.8, 9.10.2, 10.3.3
Award of Separate Contracts
6.1.1, 6.1.2
**Award of Subcontracts and Other Contracts for
Portions of the Work**
**5.2**
**Basic Definitions**
**1.1**
Bidding Requirements
1.1.1
Binding Dispute Resolution
8.3.1, 9.7, 11.5, 13.1, 15.1.2, 15.1.3, 15.2.1, 15.2.5,
15.2.6.1, 15.3.1, 15.3.2, 15.3.3, 15.4.1
Bonds, Lien
7.3.4.4, 9.6.8, 9.10.2, 9.10.3
**Bonds, Performance, and Payment**
7.3.4.4, 9.6.7, 9.10.3, **11.1.2**, 11.1.3, **11.5**
**Building Information Models Use and Reliance**
**1.8**
Building Permit
3.7.1
**Capitalization**
**1.3**
Certificate of Substantial Completion
9.8.3, 9.8.4, 9.8.5

init.

/)

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The
American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are
registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order
No.1718657576 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract
Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                                          (1414410250)

3

**Certificates for Payment**
4.2.1, 4.2.5, 4.2.9, 9.5.3, **9.4**, 9.5, 9.6.1, 9.6.6, 9.7,
9.10.1, 9.10.3, 14.1.1.3, 14.2.4, 15.1.4
Certificates of Inspection, Testing or Approval
13.4.4
Certificates of Insurance
9.10.2
**Change Orders**
1.1.1, 3.4.2, 3.7.4, 3.8.2.3, 3.11, 3.12.8, 4.2.8, 5.2.3,
7.1.2, 7.1.3, **7.2**, 7.3.2, 7.3.7, 7.3.9, 7.3.10, 8.3.1,
9.3.1.1, 9.10.3, 10.3.2, 11.2, 11.5, 12.1.2
**Change Orders**, Definition of
**7.2.1**
**CHANGES IN THE WORK**
2.2.2, 3.11, 4.2.8, **7**, 7.2.1, 7.3.1, 7.4, 8.3.1, 9.3.1.1,
11.5
**Claims**, Definition of
**15.1.1**
Claims, Notice of
1.6.2, 15.1.3
**CLAIMS AND DISPUTES**
3.2.4, 6.1.1, 6.3, 7.3.9, 9.3.3, 9.10.4, 10.3.3, 15, 15.4
Claims and Timely Assertion of Claims
15.4.1
**Claims for Additional Cost**
3.2.4, 3.3.1, 3.7.4, 7.3.9, 9.5.2, 10.2.5, 10.3.2, **15.1.5**
**Claims for Additional Time**
3.2.4, 3.3.1, 3.7.4, 6.1.1, 8.3.2, 9.5.2, 10.3.2, **15.1.6**
**Concealed or Unknown Conditions, Claims for**
**3.7.4**
Claims for Damages
3.2.4, 3.18, 8.3.3, 9.5.1, 9.6.7, 10.2.5, 10.3.3, 11.3,
11.3.2, 14.2.4, 15.1.7
Claims Subject to Arbitration
15.4.1
**Cleaning Up**
**3.15**, 6.3
Commencement of the Work, Conditions Relating to
2.2.1, 3.2.2, 3.4.1, 3.7.1, 3.10.1, 3.12.6, 5.2.1, 5.2.3,
6.2.2, 8.1.2, 8.2.2, 8.3.1, 11.1, 11.2, **15.1.5**
Commencement of the Work, Definition of
**8.1.2**
Communications
3.9.1, **4.2.4**
Completion, Conditions Relating to
3.4.1, 3.11, 3.15, 4.2.2, 4.2.9, 8.2, 9.4.2, 9.8, 9.9.1,
9.10, 12.2, 14.1.2, 15.1.2
**COMPLETION, PAYMENTS AND**
**9**
Completion, Substantial
3.10.1, 4.2.9, 8.1.1, 8.1.3, 8.2.3, 9.4.2, 9.8, 9.9.1,
9.10.3, 12.2, 15.1.2
Compliance with Laws
2.3.2, 3.2.3, 3.6, 3.7, 3.12.10, 3.13, 9.6.4, 10.2.2, 13.1,
13.3, 13.4.1, 13.4.2, 13.5, 14.1.1, 14.2.1.3, 15.2.8,
15.4.2, 15.4.3

Concealed or Unknown Conditions
3.7.4, 4.2.8, 8.3.1, 10.3
Conditions of the Contract
1.1.1, 6.1.1, 6.1.4
Consent, Written
3.4.2, 3.14.2, 4.1.2, 9.8.5, 9.9.1, 9.10.2, 9.10.3, 13.2,
13.4.4.2
Consolidation or Joinder
15.4.4
**CONSTRUCTION BY OWNER OR BY**
**SEPARATE CONTRACTORS**
1.1.4, 6
**Construction Change Directive**, Definition of
**7.3.1**
**Construction Change Directives**
1.1.1, 3.4.2, 3.11, 3.12.8, 4.2.8, 7.1.1, 7.1.2, 7.1.3, 7.3,
9.3.1.1
Construction Schedules, Contractor's
3.10, 3.11, 3.12.1, 3.12.2, 6.1.3, 15.1.6.2
Contingent Assignment of Subcontracts
5.4, 14.2.2.2
**Continuing Contract Performance**
**15.1.4**
Contract, Definition of
1.1.2
**CONTRACT, TERMINATION OR**
**SUSPENSION OF THE**
5.4.1.1, 5.4.2, 11.5, 14
Contract Administration
3.1.3, 4, 9.4, 9.5
Contract Award and Execution, Conditions Relating
to
3.7.1, 3.10, 5.2, 6.1
Contract Documents, Copies Furnished and Use of
1.5.2, 2.3.6, 5.3
Contract Documents, Definition of
1.1.1
Contract Sum
2.2.2, 2.2.4, 3.7.4, 3.7.5, 3.8, 3.10.2, 5.2.3, 7.3, 7.4,
9.1, 9.2, 9.4.2, 9.5.1.4, 9.6.7, 9.7, 10.3.2, 11.5, 12.1.2,
12.3, 14.2.4, 14.3.2, 15.1.4.2, 15.1.5, 15.2.5
Contract Sum, Definition of
9.1
Contract Time
1.1.4, 2.2.1, 2.2.2, 3.7.4, 3.7.5, 3.10.2, 5.2.3, 6.1.5,
7.2.1.3, 7.3.1, 7.3.5, 7.3.6, 7.7, 7.3.10, 7.4, 8.1.1,
8.2.1, 8.2.3, 8.3.1, 9.5.1, 9.7, 10.3.2, 12.1.1, 12.1.2,
14.3.2, 15.1.4.2, 15.1.6.1, 15.2.5
**Contract Time**, Definition of
**8.1.1**
**CONTRACTOR**
**3**
Contractor, Definition of
**3.1**, 6.1.2
**Contractor's Construction and Submittal**
**Schedules**
**3.10**, 3.12.1, 3.12.2, 4.2.3, 6.1.3, 15.1.6.2

init.
/
AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The
American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are
registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order
No. 6711857378 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract
Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:
(1414419266)

4

Contractor's Employees
2.2.4, 3.3.2, 3.4.3, 3.8.1, 3.9, 3.18.2, 4.2.3, 4.2.6, 10.2,
10.3, 11.3, 14.1, 14.2.1.1

**Contractor's Liability Insurance**
11.1

Contractor's Relationship with Separate Contractors
and Owner's Forces
3.12.5, 3.14.2, 4.2.4, 6, 11.3, 12.2.4

Contractor's Relationship with Subcontractors
1.2.2, 2.2.4, 3.3.2, 3.18.1, 3.18.2, 4.2.4, 5, 9.6.2, 9.6.7,
9.10.2, 11.2, 11.3, 11.4

Contractor's Relationship with the Architect
1.1.2, 1.5, 2.3.3, 3.1.3, 3.2.2, 3.2.3, 3.2.4, 3.3.1, 3.4.2,
3.5.1, 3.7.4, 3.10, 3.11, 3.12, 3.16, 3.18, 4.2, 5.2, 6.2.2,
7, 8.3.1, 9.2, 9.3, 9.4, 9.5, 9.7, 9.8, 9.9, 10.2.6, 10.3,
11.3, 12, 13.4, 15.1.3, 15.2.1

Contractor's Representations
3.2.1, 3.2.2, 3.5, 3.12.6, 6.2.2, 8.2.1, 9.3.3, 9.8.2

Contractor's Responsibility for Those Performing the
Work
3.3.2, 3.18, 5.3, 6.1.3, 6.2, 9.5.1, 10.2.8

Contractor's Review of Contract Documents
3.2

Contractor's Right to Stop the Work
2.2.2, 9.7

Contractor's Right to Terminate the Contract
14.1

Contractor's Submittals
3.10, 3.11, 3.12, 4.2.7, 5.2.1, 5.2.3, 9.2, 9.3, 9.8.2,
9.8.3, 9.9.1, 9.10.2, 9.10.3

Contractor's Superintendent
3.9, 10.2.6

Contractor's Supervision and Construction
Procedures
1.2.2, 3.3, 3.4, 3.12.10, 4.2.2, 4.2.7, 6.1.3, 6.2.4 7.1.3,
7.3.4, 7.3.6, 8.2, 10, 12, 14, 15.1.4

Coordination and Correlation
1.2, 3.2.1, 3.3.1, 3.10, 3.12.6, 6.1.3, 6.2.1

Copies Furnished of Drawings and Specifications
1.5, 2.3.6, 3.11

Copyrights
1.5, 3.17

Correction of Work
2.5, 3.7.3, 9.4.2, 9.8.2, 9.8.3, 9.9.1, 12.1.2, 12.2, 12.3,
15.1.3.1, 15.1.3.2, 15.2.1

**Correlation and Intent of the Contract Documents**
1.2

**Cost, Definition of**
7.3.4

Crisis
2.5, 3.2.4, 3.7.3, 3.8.2, 3.15.2, 5.4.2, 6.1.1, 6.2.3,
7.3.3.3, 7.3.4, 7.3.8, 7.3.9, 9.10.2, 10.3.2, 10.3.6, 11.2,
12.1.2, 12.2.1, 12.2.4, 13.4, 14

**Cutting and Patching**
3.14, 6.2.5

Damage to Construction of Owner or Separate
Contractors
3.14.2, 6.2.4, 10.2.1.2, 10.2.5, 10.4, 12.2.4

Damage to the Work
3.14.2, 9.9.1, 10.2.1.2, 10.2.5, 10.4, 12.2.4

Damages, Claims for
3.2.4, 3.18, 6.1.1, 8.3.3, 9.5.1, 9.6.7, 10.3.3, 11.3.2,
11.3, 14.2.4, 15.1.7

Damages for Delay
6.2.3, 8.3.3, 9.5.1.6, 9.7, 10.3.2, 14.3.2

**Date of Commencement of the Work, Definition of**
8.1.2

**Date of Substantial Completion, Definition of**
8.1.3

**Day, Definition of**
8.1.4

Decisions of the Architect
3.7.4, 4.2.6, 4.2.7, 4.2.11, 4.2.12, 4.2.13, 6.3, 7.3.4,
7.3.9, 8.1.3, 8.3.1, 9.2, 9.4, 9.5.1, 9.8.4, 9.9.1, 13.4.2,
14.2.2, 14.2.4, 15.1, 15.2

**Decisions to Withhold Certification**
9.4.1, 9.5, 9.7, 14.1.1.3

Defective or Nonconforming Work, Acceptance,
Rejection and Correction of
2.5, 3.5, 4.2.6, 6.2.3, 9.5.1, 9.5.3, 9.6.6, 9.8.2, 9.9.3,
9.10.4, 12.2.1

Definitions
1.1, 2.1.1, 3.1.1, 3.5, 3.12.1, 3.12.2, 3.12.3, 4.1.1, 5.1,
6.1.2, 7.2.1, 7.3.1, 8.1, 9.1, 9.8.1, 15.1.1

**Delays and Extensions of Time**
3.2, 3.7.4, 5.2.3, 7.2.1, 7.3.1, 7.4, 8.3, 9.5.1, 9.7,
10.3.2, 10.4, 14.3.2, 15.1.6, 15.2.5

**Digital Data Use and Transmission**
1.7

Disputes
6.3, 7.3.9, 15.1, 15.2

**Documents and Samples at the Site**
3.11

**Drawings, Definition of**
1.1.5

Drawings and Specifications, Use and Ownership of
3.11

Effective Date of Insurance
8.2.2

**Emergencies**
10.4, 14.1.1.2, 15.1.5

Employees, Contractor's
3.3.2, 3.4.3, 3.8.1, 3.9, 3.18.2, 4.2.3, 4.2.6, 10.2,
10.3.3, 11.3, 14.1, 14.2.1.1

Equipment, Labor, or Materials
1.1.3, 1.1.6, 3.4, 3.5, 3.8.2, 3.8.3, 3.12, 3.13, 3.15.1,
4.2.6, 4.2.7, 5.2.1, 6.2.1, 7.3.4, 9.3.2, 9.3.3, 9.5.1.3,
9.10.2, 10.2.1, 10.2.4, 14.2.1.1, 14.2.1.2

Execution and Progress of the Work
1.1.3, 1.2.1, 1.2.2, 2.3.4, 2.3.6, 3.1, 3.3.1, 3.4.1, 3.7.1,
3.10.1, 3.12, 3.14, 4.2, 6.2.2, 7.1.3, 7.3.6, 8.2, 9.5.1,
9.9.1, 10.2, 10.3, 12.1, 12.2, 14.2, 14.3.1, 15.1.4

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The
American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are
registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order
No.1711857376 which expires on 10/01/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract
Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                   (1994410266)

Extensions of Time
3.2.4, 3.7.4, 5.2.3, 7.2.1, 7.3, 7.4, 9.5.1, 9.7, 10.3.2,
10.4, 14.3, 15.1.6, 15.2.5
**Failure of Payment**
9.5.1.3, 9.7, 9.10.2, 13.5, 14.1.1.3, 14.2.1.2
Faulty Work
(See Defective or Nonconforming Work)
**Final Completion and Final Payment**
4.2.1, 4.2.9, 9.8.2, 9.10, 12.3, 14.2.4, 14.4.3
Financial Arrangements, Owner's
2.2.1, 13.2.2, 14.1.1.4
**GENERAL PROVISIONS**
1
Governing Law
13.1
Guarantees (See Warranty)
**Hazardous Materials and Substances**
10.2.4, 10.3
Identification of Subcontractors and Suppliers
5.2.1
**Indemnification**
3.17, 3.18, 9.6.8, 9.10.2, 10.3.3, 11.3
**Information and Services Required of the Owner**
2.1.2, 2.2, 2.3, 3.2.2, 3.12.10.1, 6.1.3, 6.1.4, 6.2.5,
9.6.1, 9.9.2, 9.10.3, 10.3.3, 11.2, 13.4.1, 13.4.2,
14.1.1.4, 14.1.4, 15.1.4
**Initial Decision**
15.2
**Initial Decision Maker, Definition of**
1.1.8
Initial Decision Maker, Decisions
14.2.4, 15.1.4.2, 15.2.1, 15.2.2, 15.2.3, 15.2.4, 15.2.5
Initial Decision Maker, Extent of Authority
14.2.4, 15.1.4.2, 15.2.1, 15.2.2, 15.2.3, 15.2.4, 15.2.5
**Injury or Damage to Person or Property**
10.2.8, 10.4
Inspections
3.1.3, 3.3.3, 3.7.1, 4.2.2, 4.2.6, 4.2.9, 9.4.2, 9.8.3,
9.9.2, 9.10.1, 12.2.1, 13.4
Instructions to Bidders
1.1.1
Instructions to the Contractor
3.2.4, 3.3.1, 3.8.1, 5.2.1, 7, 8.2.2, 12, 13.4.2
**Instruments of Service, Definition of**
1.1.7
Insurance
6.1.1, 7.3.4, 8.2.2, 9.3.2, 9.8.4, 9.9.1, 9.10.2, 10.2.5, 11
Insurance, Notice of Cancellation or Expiration
11.1.4, 11.2.3
**Insurance, Contractor's Liability**
11.1
Insurance, Effective Date of
8.2.2, 14.4.2
**Insurance, Owner's Liability**
11.2
**Insurance, Property**
10.2.5, 11.2, 11.4, 11.5

Insurance, Stored Materials
9.3.2
**INSURANCE AND BONDS**
11
Insurance Companies, Consent to Partial Occupancy
9.9.1
Insured loss, Adjustment and Settlement of
11.5
Intent of the Contract Documents
1.2.1, 4.2.7, 4.2.12, 4.2.13
**Interest**
13.5
**Interpretation**
1.1.8, 1.2.3, 1.4, 4.1.1, 5.1, 6.1.2, 15.1.1
Interpretations, Written
4.2.11, 4.2.12
Judgment on Final Award
15.4.2
**Labor and Materials, Equipment**
1.1.3, 1.1.6, 3.4, 3.5, 3.8.2, 3.8.3, 3.12, 3.13, 3.15.1,
5.2.1, 6.2.1, 7.3.4, 9.3.2, 9.3.3, 9.5.1.3, 9.10.2, 10.2.1,
10.2.4, 14.2.1.1, 14.2.1.2
Labor Disputes
8.3.1
Laws and Regulations
1.5, 2.3.2, 3.2.3, 3.2.4, 3.6, 3.7, 3.12.10, 3.13, 9.6.4,
9.9.1, 10.2.2, 13.1, 13.3.1, 13.4.2, 13.5, 14, 15.2.8,
15.4
Liens
2.1.2, 9.3.1, 9.3.3, 9.6.8, 9.10.2, 9.10.4, 15.2.8
Limitations, Statutes of
12.2.5, 15.1.2, 15.4.1.1
Limitations of Liability
3.2.2, 3.5, 3.12.10, 3.12.10.1, 3.17, 3.18.1, 4.2.6,
4.2.7, 6.2.2, 9.4.2, 9.6.4, 9.6.7, 9.6.8, 10.2.5, 10.3.3,
11.3, 12.2.5, 13.3.1
Limitations of Time
2.1.2, 2.2, 2.5, 3.2.2, 3.10, 3.11, 3.12.5, 3.15.1, 4.2.7,
5.2, 5.3, 5.4.1, 6.2.4, 7.3, 7.4, 8.2, 9.2, 9.3.1, 9.3.3,
9.4.1, 9.5, 9.6, 9.7, 9.8, 9.9, 9.10, 12.2, 13.4, 14, 15,
15.1.2, 15.1.3, 15.1.5
**Materials, Hazardous**
10.2.4, 10.3
Materials, Labor, Equipment and
1.1.3, 1.1.6, 3.4.1, 3.5, 3.8.2, 3.8.3, 3.12, 3.13, 3.15.1,
5.2.1, 6.2.1, 7.3.4, 9.3.2, 9.3.3, 9.5.1.3, 9.10.2,
10.2.1.2, 10.2.4, 14.2.1.1, 14.2.1.2
Means, Methods, Techniques, Sequences and
Procedures of Construction
3.3.1, 3.12.10, 4.2.2, 4.2.7, 9.4.2
Mechanic's Lien
2.1.2, 9.3.1, 9.3.3, 9.6.8, 9.10.2, 9.10.4, 15.2.8
**Mediation**
8.3.1, 15.1.3.2, 15.2.1, 15.2.5, 15.2.6, 15.3, 15.4.1,
15.4.1.1
Minor Changes in the Work
1.1.1, 3.4.2, 3.12.8, 4.2.8, 7.1, 7.4

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The
American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are
registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2022 under Order
No.1717867376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract
Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                    (1011410250)

init
i

6

**MISCELLANEOUS PROVISIONS**
**13**
Modifications, Definition of
1.1.1
Modifications to the Contract
1.1.1, 1.1.2, 2.5, 3.11, 4.1.2, 4.2.1, 5.2.3, 7, 8.3.1, 9.7,
10.3.2
**Mutual Responsibility**
6.2
Nonconforming Work, Acceptance of
9.6.6, 9.9.3, 12.3
Nonconforming Work, Rejection and Correction of
2.4, 2.5, 3.5, 4.2.6, 6.2.4, 9.5.1, 9.8.2, 9.9.3, 9.10.4,
12.2
Notice
1.6, 1.6.1, 1.6.2, 2.1.2, 2.2.2, 2.2.3, 2.2.4, 2.5, 3.2.4,
3.3.1, 3.7.4, 3.7.5, 3.9.2, 3.12.9, 3.12.10, 5.2.1, 7.4,
8.2.2 9.6.8, 9.7, 9.10.1, 10.2.8, 10.3.2, 11.5, 12.2.2.1,
13.4.1, 13.4.2, 14.1, 14.2.2, 14.4.2, 15.1.3, 15.1.5,
15.1.6, 15.4.1
Notice of Cancellation or Expiration of Insurance
11.1.4, 11.2.3
**Notice of Claims**
1.6.2, 2.1.2, 3.7.4, 9.6.8, 10.2.8, 15.1.3, 15.1.5, 15.1.6,
15.2.8, 15.3.2, 15.4.1
Notice of Testing and Inspections
13.4.1, 13.4.2
Observations, Contractor's
3.2, 3.7.4
Occupancy
2.3.1, 9.6.6, 9.8
Orders, Written
1.1.1, 2.4, 3.9.2, 7, 8.2.2, 11.5, 12.1, 12.2.2.1, 13.4.2,
14.3.1
**OWNER**
**2**
Owner, Definition of
2.1.1
**Owner, Evidence of Financial Arrangements**
2.2, 13.2.2, 14.1.1.4
**Owner, Information and Services Required of the**
2.1.2, 2.2, 2.3, 3.2.2, 3.12.10, 6.1.3, 6.1.4, 6.2.5, 9.3.2,
9.6.1, 9.6.4, 9.9.2, 9.10.3, 10.3.3, 11.2, 13.4.1, 13.4.2,
14.1.1.4, 14.1.4, 15.1.4
Owner's Authority
1.5, 2.1.1, 2.3.32.4, 2.5, 3.4.2, 3.8.1, 3.12.10, 3.14.2,
4.1.2, 4.2.4, 4.2.9, 5.2.1, 5.2.4, 5.4.1, 6.1, 6.3, 7.2.1,
7.3.1, 8.2.2, 8.3.1, 9.3.2, 9.5.1, 9.6.4, 9.9.1, 9.10.2,
10.3.2, 11.4, 11.5, 12.2.2, 12.3, 13.2.2, 14.3, 14.4,
15.2.7
**Owner's Insurance**
11.2
Owner's Relationship with Subcontractors
1.1.2, 5.2, 5.3, 5.4, 9.6.4, 9.10.2, 14.2.2
**Owner's Right to Carry Out the Work**
2.5, 14.2.2
**Owner's Right to Clean Up**

6.3
**Owner's Right to Perform Construction and to**
**Award Separate Contracts**
6.1
**Owner's Right to Stop the Work**
2.4
Owner's Right to Suspend the Work
14.3
Owner's Right to Terminate the Contract
14.2, 14.4
**Ownership and Use of Drawings, Specifications**
**and Other Instruments of Service**
1.1.1, 1.1.6, 1.1.7, 1.5, 2.3.6, 3.2.2, 3.11, 3.17, 4.2.12,
5.3
**Partial Occupancy or Use**
9.6.6, 9.9
**Patching, Cutting and**
3.14, 6.2.5
Patents
3.17
**Payment, Applications for**
4.2.5, 7.3.9, 9.2, 9.3, 9.4, 9.5, 9.6.3, 9.7, 9.8.5, 9.10.1,
14.2.3, 14.2.4, 14.4.3
**Payment, Certificates for**
4.2.5, 4.2.9, 9.3.3, 9.4, 9.5, 9.6.1, 9.6.6, 9.7, 9.10.1,
9.10.3, 14.1.1.3, 14.2.4
**Payment, Failure of**
9.5.1.3, 9.7, 9.10.2, 13.5, 14.1.1.3, 14.2.1.2
Payment, Final
4.2.1, 4.2.9, 9.10, 12.3, 14.2.4, 14.4.3
**Payment Bond, Performance Bond and**
7.3.4.4, 9.6.7, 9.10.3, 11.1.2
**Payments, Progress**
9.3, 9.6, 9.8.5, 9.10.3, 14.2.3, 15.1.4
**PAYMENTS AND COMPLETION**
**9**
Payments to Subcontractors
5.4.2, 9.5.1.3, 9.6.2, 9.6.3, 9.6.4, 9.6.7, 14.2.1.2
PCB
10.3.1
**Performance Bond and Payment Bond**
7.3.4.4, 9.6.7, 9.10.3, 11.1.2
**Permits, Fees, Notices and Compliance with Laws**
2.3.1, 3.7, 3.13, 7.3.4.4, 10.2.2
**PERSONS AND PROPERTY, PROTECTION OF**
**10**
Polychlorinated Biphenyl
10.3.1
**Product Data, Definition of**
3.12.2
**Product Data and Samples, Shop Drawings**
3.11, 3.12, 4.2.7
**Progress and Completion**
4.2.2, 8.2, 9.8, 9.9.1, 14.1.4, 15.1.4
**Progress Payments**
9.3, 9.6, 9.8.5, 9.10.3, 14.2.3, 15.1.4

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No. 1715852375 which expires on 19/04/2220, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                  (1414150266)

Init.

/

7

Project, Definition of
1.1.4
Project Representatives
4.2.10
Property Insurance
10.2.5, 11.2
Proposal Requirements
1.1.1
PROTECTION OF PERSONS AND PROPERTY
10
Regulations and Laws
1.5, 2.3.2, 3.2.3, 3.6, 3.7, 3.12.10, 3.13, 9.6.4, 9.9.1,
10.2.2, 13.1, 13.3, 13.4.1, 13.4.2, 13.5, 14, 15.2.8, 15.4
Rejection of Work
4.2.6, 12.2.1
Releases and Waivers of Liens
9.3.1, 9.10.2
Representations
3.2.1, 3.5, 3.12.6, 8.2.1, 9.3.3, 9.4.2, 9.5.1, 9.10.1
Representatives
2.1.1, 3.1.1, 3.9, 4.1.1, 4.2.10, 13.2.1
Responsibility for Those Performing the Work
3.3.2, 3.18, 4.2.2, 4.2.3, 5.3, 6.1.3, 6.2, 6.3, 9.5.1, 10
Retainage
9.3.1, 9.6.2, 9.8.5, 9.9.1, 9.10.2, 9.10.3
Review of Contract Documents and Field
Conditions by Contractor
3.2, 3.12.7, 6.1.3
Review of Contractor's Submittals by Owner and
Architect
3.10.1, 3.10.2, 3.11, 3.12, 4.2, 5.2, 6.1.3, 9.2, 9.8.2
Review of Shop Drawings, Product Data and Samples
by Contractor
3.12
Rights and Remedies
1.1.2, 2.4, 2.5, 3.5, 3.7.4, 3.15.2, 4.2.6, 5.3, 5.4, 6.1,
6.3, 7.3.1, 8.3, 9.5.1, 9.7, 10.2.5, 10.3, 12.2.1, 12.2.2,
12.2.4, 13.3, 14, 15.4
Royalties, Patents and Copyrights
3.17
Rules and Notices for Arbitration
15.4.1
Safety of Persons and Property
10.2, 10.4
Safety Precautions and Programs
3.3.1, 4.2.2, 4.2.7, 5.3, 10.1, 10.2, 10.4
Samples, Definition of
3.12.3
Samples, Shop Drawings, Product Data and
3.11, 3.12, 4.2.7
Samples at the Site, Documents and
3.11
Schedule of Values
9.2, 9.3.1
Schedules, Construction
3.10, 3.12.1, 3.12.2, 6.1.3, 15.1.6.2

Separate Contracts and Contractors
1.1.4, 3.12.5, 3.14.2, 4.2.4, 4.2.7, 6, 8.3.1, 12.1.2
Separate Contractors, Definition of
6.1.1
Shop Drawings, Definition of
3.12.1
Shop Drawings, Product Data and Samples
3.11, 3.12, 4.2.7
Site, Use of
3.13, 6.1.1, 6.2.1
Site Inspections
3.2.2, 3.3.3, 3.7.1, 3.7.4, 4.2, 9.9.2, 9.4.2, 9.10.1, 13.4
Site Visits, Architect's
3.7.4, 4.2.2, 4.2.9, 9.4.2, 9.5.1, 9.9.2, 9.10.1, 13.4
Special Inspections and Testing
4.2.6, 12.2.1, 13.4
Specifications, Definition of
1.1.6
Specifications
1.1.1, 1.1.6, 1.2.2, 1.5, 3.12.10, 3.17, 4.2.14
Statute of Limitations
15.1.2, 15.4.1.1
Stopping the Work
2.2.2, 2.4, 9.7, 10.3, 14.1
Stored Materials
6.2.1, 9.3.2, 10.2.1.2, 10.2.4
Subcontractor, Definition of
5.1.1
SUBCONTRACTORS
5
Subcontractors, Work by
1.2.2, 3.3.2, 3.12.1, 3.18, 4.2.3, 5.2.3, 5.3, 5.4, 9.3.1.2,
9.6.7
Subcontractual Relations
5.3, 5.4, 9.3.1.2, 9.6, 9.10, 10.2.1, 14.1, 14.2.1
Submittals
3.10, 3.11, 3.12, 4.2.7, 5.2.1, 5.2.3, 7.3.4, 9.2, 9.3, 9.8,
9.9.1, 9.10.2, 9.10.3
Submittal Schedule
3.10.2, 3.12.5, 4.2.7
Subrogation, Waivers of
6.1.1, 11.3
Substances, Hazardous
10.3
Substantial Completion
4.2.9, 8.1.1, 8.1.3, 8.2.3, 9.4.2, 9.8, 9.9.1, 9.10.3, 12.2,
15.1.2
Substantial Completion, Definition of
9.8.1
Substitution of Subcontractors
5.2.3, 5.2.4
Substitution of Architect
2.3.3
Substitutions of Materials
3.4.2, 3.5, 7.3.8
Sub-subcontractor, Definition of
5.1.2

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The
American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are
registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order
No.1711657376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract
Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                      (1414419256)

Subsurface Conditions
3.7.4
**Successors and Assigns**
**13.2**
**Superintendent**
**3.9**, 10.2.6
**Supervision and Construction Procedures**
1.2.2, **3.3**, 3.4, 3.12.10, 4.2.2, 4.2.7, 6.1.3, 6.2.4, 7.1.3, 7.3.4, 8.2, 8.3.1, 9.4.2, 10, 12, 14, 15.1.4
Suppliers
1.5, 3.12.1, 4.2.4, 4.2.6, 5.2.1, 9.3, 9.4.2, 9.5.4, 9.6, 9.10.5, 14.2.1
Surety
5.4.1.2, 9.6.8, 9.8.5, 9.10.2, 9.10.3, 11.1.2, 14.2.2, 15.2.7
Surety, Consent of
9.8.5, 9.10.2, 9.10.3
Surveys
1.1.7, 2.3.4
**Suspension by the Owner for Convenience**
**14.3**
Suspension of the Work
3.7.5, 5.4.2, 14.3
Suspension or Termination of the Contract
5.4.1.1, 14
**Taxes**
3.6, 3.8.2.1, 7.3.4.4
**Termination by the Contractor**
**14.1**, 15.1.7
**Termination by the Owner for Cause**
5.4.1.1, **14.2**, 15.1.7
**Termination by the Owner for Convenience**
**14.4**
Termination of the Architect
2.3.3
Termination of the Contractor Employment
14.2.2

**TERMINATION OR SUSPENSION OF THE CONTRACT**
**14**
**Tests and Inspections**
3.1.3, 3.3.3, 3.7.1, 4.2.2, 4.2.6, 4.2.9, 9.4.2, 9.8.3, 9.9.2, 9.10.1, 10.3.2, 12.2.1, **13.4**
**TIME**
**8**
**Time, Delays and Extensions of**
3.2.4, 3.7.4, 5.2.3, 7.2.1, 7.3.1, 7.4, **8.3**, 9.5.1, 9.7, 10.3.2, 10.4, 14.3.2, 15.1.6, 15.2.5
Time Limits
2.1.2, 2.2, 2.5, 3.2.2, 3.10, 3.11, 3.12.5, 3.15.1, 4.2, 5.2, 5.3, 5.4, 6.2.4, 7.3, 7.4, 8.2, 9.2, 9.3.1, 9.3.3, 9.4.1, 9.5, 9.6, 9.7, 9.8, 9.9, 9.10, 12.2, 13.4, 14, 15.1.2, 15.1.3, 15.4
**Time Limits on Claims**
3.7.4, 10.2.8, 15.1.2, 15.1.3
Title to Work
9.3.2, 9.3.3
**UNCOVERING AND CORRECTION OF WORK**
**12**
**Uncovering of Work**
**12.1**
Unforeseen Conditions, Concealed or Unknown
3.7.4, 8.3.1, 10.3
Unit Prices
7.3.3.2, 9.1.2
Use of Documents
1.1.1, 1.5, 2.3.6, 3.12.6, 5.3
**Use of Site**
**3.13**, 6.1.1, 6.2.1
**Values, Schedule of**
**9.2**, 9.3.1
Waiver of Claims by the Architect
13.3.2
Waiver of Claims by the Contractor
9.10.5, 13.3.2, **15.1.7**
Waiver of Claims by the Owner
9.9.3, 9.10.3, 9.10.4, 12.2.2.1, 13.3.2, 14.2.4, **15.1.7**
Waiver of Consequential Damages
14.2.4, 15.1.7
Waiver of Liens
9.3, 9.10.2, 9.10.4
**Waivers of Subrogation**
6.1.1, **11.3**
**Warranty**
**3.5**, 4.2.9, 9.3.3, 9.8.4, 9.9.1, 9.10.2, 9.10.4, 12.2.2, 15.1.2
Weather Delays
8.3, 15.1.6.2
**Work**, Definition of
**1.1.3**
Written Consent
1.5.2, 3.4.2, 3.7.4, 3.12.8, 3.14.2, 4.1.2, 9.3.2, 9.10.3, 13.2, 13.3.2, 15.4.4.2
Written Interpretations
4.2.11, 4.2.12
Written Orders
1.1.1, 2.4, 3.9, 7, 8.2.2, 12.1, 12.2, 13.4.2, 14.3.1

Init.
/
**AIA Document A201™ – 2017.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711857376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**
(1414419260)

ARTICLE 1  GENERAL PROVISIONS
§ 1.1 Basic Definitions
§ 1.1.1 The Contract Documents
The Contract Documents are enumerated in the Agreement between the Owner and Contractor (hereinafter the Agreement) and consist of the Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of the Contract, other documents listed in the Agreement, and Modifications issued after execution of the Contract. A Modification is (1) a written amendment to the Contract signed by both parties, (2) a Change Order, (3) a Construction Change Directive, or (4) a written order for a minor change in the Work issued by the Architect. Unless specifically enumerated in the Agreement, the Contract Documents do not include the advertisement or invitation to bid, Instructions to Bidders, sample forms, other information furnished by the Owner in anticipation of receiving bids or proposals, the Contractor's bid or proposal, or portions of Addenda relating to bidding or proposal requirements.

§ 1.1.2 The Contract
The Contract Documents form the Contract for Construction. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations, or agreements, either written or oral. The Contract may be amended or modified only by a Modification. The Contract Documents shall not be construed to create a contractual relationship of any kind (1) between the Contractor and the Architect or the Architect's consultants, (2) between the Owner and a Subcontractor or a Sub-subcontractor, (3) between the Owner and the Architect or the Architect's consultants, or (4) between any persons or entities other than the Owner and the Contractor. The Architect shall, however, be entitled to performance and enforcement of obligations under the Contract intended to facilitate performance of the Architect's duties.

§ 1.1.3 The Work
The term "Work" means the construction and services required by the Contract Documents, whether completed or partially completed, and includes all other labor, materials, equipment, and services provided or to be provided by the Contractor to fulfill the Contractor's obligations. The Work may constitute the whole or a part of the Project.

§ 1.1.4 The Project
The Project is the total construction of which the Work performed under the Contract Documents may be the whole or a part and which may include construction by the Owner and by Separate Contractors.

§ 1.1.5 The Drawings
The Drawings are the graphic and pictorial portions of the Contract Documents showing the design, location and dimensions of the Work, generally including plans, elevations, sections, details, schedules, and diagrams.

§ 1.1.6 The Specifications
The Specifications are that portion of the Contract Documents consisting of the written requirements for materials, equipment, systems, standards and workmanship for the Work, and performance of related services.

§ 1.1.7 Instruments of Service
Instruments of Service are representations, in any medium of expression now known or later developed, of the tangible and intangible creative work performed by the Architect and the Architect's consultants under their respective professional services agreements. Instruments of Service may include, without limitation, studies, surveys, models, sketches, drawings, specifications, and other similar materials.

§ 1.1.8 Initial Decision Maker
The Initial Decision Maker is the person identified in the Agreement to render initial decisions on Claims in accordance with Section 15.2. The Initial Decision Maker shall not show partiality to the Owner or Contractor and shall not be liable for results of interpretations or decisions rendered in good faith.

§ 1.2 Correlation and Intent of the Contract Documents
§ 1.2.1 The intent of the Contract Documents is to include all items necessary for the proper execution and completion of the Work by the Contractor. The Contract Documents are complementary, and what is required by one shall be as binding as if required by all; performance by the Contractor shall be required only to the extent consistent with the Contract Documents and reasonably inferable from them as being necessary to produce the indicated results.

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, [ ] by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:87:32 ET on 07/21/2020 under Order No.1711857376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org
User Notes:    (1114415205)

§ 1.2.1.1 The invalidity of any provision of the Contract Documents shall not invalidate the Contract or its remaining provisions. If it is determined that any provision of the Contract Documents violates any law, or is otherwise invalid or unenforceable, then that provision shall be revised to the extent necessary to make that provision legal and enforceable. In such case the Contract Documents shall be construed, to the fullest extent permitted by law, to give effect to the parties' intentions and purposes in executing the Contract.

§ 1.2.2 Organization of the Specifications into divisions, sections and articles, and arrangement of Drawings shall not control the Contractor in dividing the Work among Subcontractors or in establishing the extent of Work to be performed by any trade.

§ 1.2.3 Unless otherwise stated in the Contract Documents, words that have well-known technical or construction industry meanings are used in the Contract Documents in accordance with such recognized meanings.

§ 1.3 Capitalization
Terms capitalized in these General Conditions include those that are (1) specifically defined, (2) the titles of numbered articles, or (3) the titles of other documents published by the American Institute of Architects.

§ 1.4 Interpretation
In the interest of brevity the Contract Documents frequently omit modifying words such as "all" and "any" and articles such as "the" and "an," but the fact that a modifier or an article is absent from one statement and appears in another is not intended to affect the interpretation of either statement.

§ 1.5 Ownership and Use of Drawings, Specifications, and Other Instruments of Service
§ 1.5.1 The Architect and the Architect's consultants shall be deemed the authors and owners of their respective Instruments of Service, including the Drawings and Specifications, and retain all common law, statutory, and other reserved rights in their Instruments of Service, including copyrights. The Contractor, Subcontractors, Sub-subcontractors, and suppliers shall not own or claim a copyright in the Instruments of Service. Submittal or distribution to meet official regulatory requirements or for other purposes in connection with the Project is not to be construed as publication in derogation of the Architect's or Architect's consultants' reserved rights.

§ 1.5.2 The Contractor, Subcontractors, Sub-subcontractors, and suppliers are authorized to use and reproduce the Instruments of Service provided to them, subject to any protocols established pursuant to Sections 1.7 and 1.8, solely and exclusively for execution of the Work. All copies made under this authorization shall bear the copyright notice, if any, shown on the Instruments of Service. The Contractor, Subcontractors, Sub-subcontractors, and suppliers may not use the Instruments of Service on other projects or for additions to the Project outside the scope of the Work without the specific written consent of the Owner, Architect, and the Architect's consultants.

§ 1.6 Notice
§ 1.6.1 Except as otherwise provided in Section 1.6.2, where the Contract Documents require one party to notify or give notice to the other party, such notice shall be provided in writing to the designated representative of the party to whom the notice is addressed and shall be deemed to have been duly served if delivered in person, by mail, by courier, or by electronic transmission if a method for electronic transmission is set forth in the Agreement.

§ 1.6.2 Notice of Claims as provided in Section 15.1.3 shall be provided in writing and shall be deemed to have been duly served only if delivered to the designated representative of the party to whom the notice is addressed by certified or registered mail, or by courier providing proof of delivery.

§ 1.7 Digital Data Use and Transmission
The parties shall agree upon protocols governing the transmission and use of Instruments of Service or any other information or documentation in digital form. The parties will use AIA Document E203™–2013, Building Information Modeling and Digital Data Exhibit, to establish the protocols for the development, use, transmission, and exchange of digital data.

§ 1.8 Building Information Models Use and Reliance
Any use of, or reliance on, all or a portion of a building information model without agreement to protocols governing the use of, and reliance on, the information contained in the model and without having those protocols set forth in AIA Document E203™–2013, Building Information Modeling and Digital Data Exhibit, and the requisite AIA Document

Init.

/

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1927, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No. 1711557378 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                              (1414192003)

11

G202™-2013, Project Building Information Modeling Protocol Form, shall be at the using or relying party's sole risk and without liability to the other party and its contractors or consultants, the authors of, or contributors to, the building information model, and each of their agents and employees.

## ARTICLE 2    OWNER
### § 2.1 General
§ 2.1.1 The Owner is the person or entity identified as such in the Agreement and is referred to throughout the Contract Documents as if singular in number. The Owner shall designate in writing a representative who shall have express authority to bind the Owner with respect to all matters requiring the Owner's approval or authorization. Except as otherwise provided in Section 4.2.1, the Architect does not have such authority. The term "Owner" means the Owner or the Owner's authorized representative.

§ 2.1.2 The Owner shall furnish to the Contractor, within fifteen days after receipt of a written request, information necessary and relevant for the Contractor to evaluate, give notice of, or enforce mechanic's lien rights. Such information shall include a correct statement of the record legal title to the property on which the Project is located, usually referred to as the site, and the Owner's interest therein.

### § 2.2 Evidence of the Owner's Financial Arrangements
§ 2.2.1 Prior to commencement of the Work and upon written request by the Contractor, the Owner shall furnish to the Contractor reasonable evidence that the Owner has made financial arrangements to fulfill the Owner's obligations under the Contract. The Contractor shall have no obligation to commence the Work until the Owner provides such evidence. If commencement of the Work is delayed under this Section 2.2.1, the Contract Time shall be extended appropriately.

§ 2.2.2 Following commencement of the Work and upon written request by the Contractor, the Owner shall furnish to the Contractor reasonable evidence that the Owner has made financial arrangements to fulfill the Owner's obligations under the Contract only if (1) the Owner fails to make payments to the Contractor as the Contract Documents require; (2) the Contractor identifies in writing a reasonable concern regarding the Owner's ability to make payment when due; or (3) a change in the Work materially changes the Contract Sum. If the Owner fails to provide such evidence, as required, within fourteen days of the Contractor's request, the Contractor may immediately stop the Work and, in that event, shall notify the Owner that the Work has stopped. However, if the request is made because a change in the Work materially changes the Contract Sum under (3) above, the Contractor may immediately stop only that portion of the Work affected by the change until reasonable evidence is provided. If the Work is stopped under this Section 2.2.2, the Contract Time shall be extended appropriately and the Contract Sum shall be increased by the amount of the Contractor's reasonable costs of shutdown, delay and start-up, plus interest as provided in the Contract Documents.

§ 2.2.3 After the Owner furnishes evidence of financial arrangements under this Section 2.2, the Owner shall not materially vary such financial arrangements without prior notice to the Contractor.

§ 2.2.4 Where the Owner has designated information furnished under this Section 2.2 as "confidential," the Contractor shall keep the information confidential and shall not disclose it to any other person. However, the Contractor may disclose "confidential" information, after seven (7) days' notice to the Owner, where disclosure is required by law, including a subpoena or other form of compulsory legal process issued by a court or governmental entity, or by court or arbitrator(s) order. The Contractor may also disclose "confidential" information to its employees, consultants, sureties, Subcontractors and their employees, Sub-subcontractors, and others who need to know the content of such information solely and exclusively for the Project and who agree to maintain the confidentiality of such information.

### § 2.3 Information and Services Required of the Owner
§ 2.3.1 Except for permits and fees that are the responsibility of the Contractor under the Contract Documents, including those required under Section 3.7.1, the Owner shall secure and pay for necessary approvals, easements, assessments and charges required for construction, use or occupancy of permanent structures or for permanent changes in existing facilities.

§ 2.3.2 The Owner shall retain an architect lawfully licensed to practice architecture, or an entity lawfully practicing architecture, in the jurisdiction where the Project is located. That person or entity is identified as the Architect in the Agreement and is referred to throughout the Contract Documents as if singular in number.

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:22 ET on 07/21/2020 under Order No.1711257376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                      (1414415065)

§ 2.3.3 If the employment of the Architect terminates, the Owner shall employ a successor to whom the Contractor has no reasonable objection and whose status under the Contract Documents shall be that of the Architect.

§ 2.3.4 The Owner shall furnish surveys describing physical characteristics, legal limitations and utility locations for the site of the Project, and a legal description of the site. The Contractor shall be entitled to rely on the accuracy of information furnished by the Owner but shall exercise proper precautions relating to the safe performance of the Work.

§ 2.3.5 The Owner shall furnish information or services required of the Owner by the Contract Documents with reasonable promptness. The Owner shall also furnish any other information or services under the Owner's control and relevant to the Contractor's performance of the Work with reasonable promptness after receiving the Contractor's written request for such information or services.

§ 2.3.6 Unless otherwise provided in the Contract Documents, the Owner shall furnish to the Contractor one copy of the Contract Documents for purposes of making reproductions pursuant to Section 1.5.2.

§ 2.4 Owner's Right to Stop the Work
If the Contractor fails to correct Work that is not in accordance with the requirements of the Contract Documents as required by Section 12.2 or repeatedly fails to carry out Work in accordance with the Contract Documents, the Owner may issue a written order to the Contractor to stop the Work, or any portion thereof, until the cause for such order has been eliminated; however, the right of the Owner to stop the Work shall not give rise to a duty on the part of the Owner to exercise this right for the benefit of the Contractor or any other person or entity, except to the extent required by Section 6.1.3.

§ 2.5 Owner's Right to Carry Out the Work
If the Contractor defaults or neglects to carry out the Work in accordance with the Contract Documents and fails within a ten-day period after receipt of notice from the Owner to commence and continue correction of such default or neglect with diligence and promptness, the Owner may, without prejudice to other remedies the Owner may have, correct such default or neglect. Such action by the Owner and amounts charged to the Contractor are both subject to prior approval of the Architect and the Architect may, pursuant to Section 9.5.1, withhold or nullify a Certificate for Payment in whole or in part, to the extent reasonably necessary to reimburse the Owner for the reasonable cost of correcting such deficiencies, including Owner's expenses and compensation for the Architect's additional services made necessary by such default, neglect, or failure. If current and future payments are not sufficient to cover such amounts, the Contractor shall pay the difference to the Owner. If the Contractor disagrees with the actions of the Owner or the Architect, or the amounts claimed as costs to the Owner, the Contractor may file a Claim pursuant to Article 15.

ARTICLE 3    CONTRACTOR
§ 3.1 General
§ 3.1.1 The Contractor is the person or entity identified as such in the Agreement and is referred to throughout the Contract Documents as if singular in number. The Contractor shall be lawfully licensed, if required in the jurisdiction where the Project is located. The Contractor shall designate in writing a representative who shall have express authority to bind the Contractor with respect to all matters under this Contract. The term "Contractor" means the Contractor or the Contractor's authorized representative.

§ 3.1.2 The Contractor shall perform the Work in accordance with the Contract Documents.

§ 3.1.3 The Contractor shall not be relieved of its obligations to perform the Work in accordance with the Contract Documents either by activities or duties of the Architect in the Architect's administration of the Contract, or by tests, inspections or approvals required or performed by persons or entities other than the Contractor.

§ 3.2 Review of Contract Documents and Field Conditions by Contractor
§ 3.2.1 Execution of the Contract by the Contractor is a representation that the Contractor has visited the site, become generally familiar with local conditions under which the Work is to be performed, and correlated personal observations with requirements of the Contract Documents.

Init.

/

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No. 1711657378 which expires on 12/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                      (1111116286)

13

§ 3.2.2 Because the Contract Documents are complementary, the Contractor shall, before starting each portion of the Work, carefully study and compare the various Contract Documents relative to that portion of the Work, as well as the information furnished by the Owner pursuant to Section 2.3.4, shall take field measurements of any existing conditions related to that portion of the Work, and shall observe any conditions at the site affecting it. These obligations are for the purpose of facilitating coordination and construction by the Contractor and are not for the purpose of discovering errors, omissions, or inconsistencies in the Contract Documents; however, the Contractor shall promptly report to the Architect any errors, inconsistencies or omissions discovered by or made known to the Contractor as a request for information in such form as the Architect may require. It is recognized that the Contractor's review is made in the Contractor's capacity as a contractor and not as a licensed design professional, unless otherwise specifically provided in the Contract Documents.

§ 3.2.3 The Contractor is not required to ascertain that the Contract Documents are in accordance with applicable laws, statutes, ordinances, codes, rules and regulations, or lawful orders of public authorities, but the Contractor shall promptly report to the Architect any nonconformity discovered by or made known to the Contractor as a request for information in such form as the Architect may require.

§ 3.2.4 If the Contractor believes that additional cost or time is involved because of clarifications or instructions the Architect issues in response to the Contractor's notices or requests for information pursuant to Sections 3.2.2 or 3.2.3, the Contractor shall submit Claims as provided in Article 15. If the Contractor fails to perform the obligations of Sections 3.2.2 or 3.2.3, the Contractor shall pay such costs and damages to the Owner, subject to Section 15.1.7, as would have been avoided if the Contractor had performed such obligations. If the Contractor performs those obligations, the Contractor shall not be liable to the Owner or Architect for damages resulting from errors, inconsistencies or omissions in the Contract Documents, for differences between field measurements or conditions and the Contract Documents, or for nonconformities of the Contract Documents to applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities.

## § 3.3 Supervision and Construction Procedures

§ 3.3.1 The Contractor shall supervise and direct the Work, using the Contractor's best skill and attention. The Contractor shall be solely responsible for, and have control over, construction means, methods, techniques, sequences, and procedures, and for coordinating all portions of the Work under the Contract. If the Contract Documents give specific instructions concerning construction means, methods, techniques, sequences, or procedures, the Contractor shall evaluate the jobsite safety thereof and shall be solely responsible for the jobsite safety of such means, methods, techniques, sequences, or procedures. If the Contractor determines that such means, methods, techniques, sequences or procedures may not be safe, the Contractor shall give timely notice to the Owner and Architect, and shall propose alternative means, methods, techniques, sequences, or procedures. The Architect shall evaluate the proposed alternative solely for conformance with the design intent for the completed construction. Unless the Architect objects to the Contractor's proposed alternative, the Contractor shall perform the Work using its alternative means, methods, techniques, sequences, or procedures.

§ 3.3.2 The Contractor shall be responsible to the Owner for acts and omissions of the Contractor's employees, Subcontractors and their agents and employees, and other persons or entities performing portions of the Work for, or on behalf of, the Contractor or any of its Subcontractors.

§ 3.3.3 The Contractor shall be responsible for inspection of portions of Work already performed to determine that such portions are in proper condition to receive subsequent Work.

## § 3.4 Labor and Materials

§ 3.4.1 Unless otherwise provided in the Contract Documents, the Contractor shall provide and pay for labor, materials, equipment, tools, construction equipment and machinery, water, heat, utilities, transportation, and other facilities and services necessary for proper execution and completion of the Work, whether temporary or permanent and whether or not incorporated or to be incorporated in the Work.

§ 3.4.2 Except in the case of minor changes in the Work approved by the Architect in accordance with Section 3.12.8 or ordered by the Architect in accordance with Section 7.4, the Contractor may make substitutions only with the consent of the Owner, after evaluation by the Architect and in accordance with a Change Order or Construction Change Directive.

Init.

/

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711857328 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org
User Notes:                                                                                    (1414419260)

§ 3.4.3 The Contractor shall enforce strict discipline and good order among the Contractor's employees and other persons carrying out the Work. The Contractor shall not permit employment of unfit persons or persons not properly skilled in tasks assigned to them.

§ 3.5 Warranty

§ 3.5.1 The Contractor warrants to the Owner and Architect that materials and equipment furnished under the Contract will be of good quality and new unless the Contract Documents require or permit otherwise. The Contractor further warrants that the Work will conform to the requirements of the Contract Documents and will be free from defects, except for those inherent in the quality of the Work the Contract Documents require or permit. Work, materials, or equipment not conforming to these requirements may be considered defective. The Contractor's warranty excludes remedy for damage or defect caused by abuse, alterations to the Work not executed by the Contractor, improper or insufficient maintenance, improper operation, or normal wear and tear and normal usage. If required by the Architect, the Contractor shall furnish satisfactory evidence as to the kind and quality of materials and equipment.

§ 3.5.2 All material, equipment, or other special warranties required by the Contract Documents shall be issued in the name of the Owner, or shall be transferable to the Owner, and shall commence in accordance with Section 9.8.4.

§ 3.6 Taxes

The Contractor shall pay sales, consumer, use and similar taxes for the Work provided by the Contractor that are legally enacted when bids are received or negotiations concluded, whether or not yet effective or merely scheduled to go into effect.

§ 3.7 Permits, Fees, Notices and Compliance with Laws

§ 3.7.1 Unless otherwise provided in the Contract Documents, the Contractor shall secure and pay for the building permit as well as for other permits, fees, licenses, and inspections by government agencies necessary for proper execution and completion of the Work that are customarily secured after execution of the Contract and legally required at the time bids are received or negotiations concluded.

§ 3.7.2 The Contractor shall comply with and give notices required by applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities applicable to performance of the Work.

§ 3.7.3 If the Contractor performs Work knowing it to be contrary to applicable laws, statutes, ordinances, codes, rules and regulations, or lawful orders of public authorities, the Contractor shall assume appropriate responsibility for such Work and shall bear the costs attributable to correction.

§ 3.7.4 Concealed or Unknown Conditions

If the Contractor encounters conditions at the site that are (1) subsurface or otherwise concealed physical conditions that differ materially from those indicated in the Contract Documents or (2) unknown physical conditions of an unusual nature that differ materially from those ordinarily found to exist and generally recognized as inherent in construction activities of the character provided for in the Contract Documents, the Contractor shall promptly provide notice to the Owner and the Architect before conditions are disturbed and in no event later than 14 days after first observance of the conditions. The Architect will promptly investigate such conditions and, if the Architect determines that they differ materially and cause an increase or decrease in the Contractor's cost of, or time required for, performance of any part of the Work, will recommend that an equitable adjustment be made in the Contract Sum or Contract Time, or both. If the Architect determines that the conditions at the site are not materially different from those indicated in the Contract Documents and that no change in the terms of the Contract is justified, the Architect shall promptly notify the Owner and Contractor, stating the reasons. If either party disputes the Architect's determination or recommendation, that party may submit a Claim as provided in Article 15.

§ 3.7.5 If, in the course of the Work, the Contractor encounters human remains or recognizes the existence of burial markers, archaeological sites or wetlands not indicated in the Contract Documents, the Contractor shall immediately suspend any operations that would affect them and shall notify the Owner and Architect. Upon receipt of such notice, the Owner shall promptly take any action necessary to obtain governmental authorization required to resume the operations. The Contractor shall continue to suspend such operations until otherwise instructed by the Owner but shall continue with all other operations that do not affect those remains or features. Requests for adjustments in the Contract Sum and Contract Time arising from the existence of such remains or features may be made as provided in Article 15.

AIA Document A201™– 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711857376 which expires on 10/04/2020, is not for resale, is licensed for one time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                                      (1414419280)

### § 3.8 Allowances

§ 3.8.1 The Contractor shall include in the Contract Sum all allowances stated in the Contract Documents. Items covered by allowances shall be supplied for such amounts and by such persons or entities as the Owner may direct, but the Contractor shall not be required to employ persons or entities to whom the Contractor has reasonable objection.

§ 3.8.2 Unless otherwise provided in the Contract Documents,

    .1    allowances shall cover the cost to the Contractor of materials and equipment delivered at the site and all required taxes, less applicable trade discounts;

    .2    Contractor's costs for unloading and handling at the site, labor, installation costs, overhead, profit, and other expenses contemplated for stated allowance amounts shall be included in the Contract Sum but not in the allowances; and

    .3    whenever costs are more than or less than allowances, the Contract Sum shall be adjusted accordingly by Change Order. The amount of the Change Order shall reflect (1) the difference between actual costs and the allowances under Section 3.8.2.1 and (2) changes in Contractor's costs under Section 3.8.2.2.

§ 3.8.3 Materials and equipment under an allowance shall be selected by the Owner with reasonable promptness.

### § 3.9 Superintendent

§ 3.9.1 The Contractor shall employ a competent superintendent and necessary assistants who shall be in attendance at the Project site during performance of the Work. The superintendent shall represent the Contractor, and communications given to the superintendent shall be as binding as if given to the Contractor.

§ 3.9.2 The Contractor, as soon as practicable after award of the Contract, shall notify the Owner and Architect of the name and qualifications of a proposed superintendent. Within 14 days of receipt of the information, the Architect may notify the Contractor, stating whether the Owner or the Architect (1) has reasonable objection to the proposed superintendent or (2) requires additional time for review. Failure of the Architect to provide notice within the 14-day period shall constitute notice of no reasonable objection.

§ 3.9.3 The Contractor shall not employ a proposed superintendent to whom the Owner or Architect has made reasonable and timely objection. The Contractor shall not change the superintendent without the Owner's consent, which shall not unreasonably be withheld or delayed.

### § 3.10 Contractor's Construction and Submittal Schedules

§ 3.10.1 The Contractor, promptly after being awarded the Contract, shall submit for the Owner's and Architect's information a Contractor's construction schedule for the Work. The schedule shall contain detail appropriate for the Project, including (1) the date of commencement of the Work, interim schedule milestone dates, and the date of Substantial Completion; (2) an apportionment of the Work by construction activity; and (3) the time required for completion of each portion of the Work. The schedule shall provide for the orderly progression of the Work to completion and shall not exceed time limits current under the Contract Documents. The schedule shall be revised at appropriate intervals as required by the conditions of the Work and Project.

§ 3.10.2 The Contractor, promptly after being awarded the Contract and thereafter as necessary to maintain a current submittal schedule, shall submit a submittal schedule for the Architect's approval. The Architect's approval shall not be unreasonably delayed or withheld. The submittal schedule shall (1) be coordinated with the Contractor's construction schedule, and (2) allow the Architect reasonable time to review submittals. If the Contractor fails to submit a submittal schedule, or fails to provide submittals in accordance with the approved submittal schedule, the Contractor shall not be entitled to any increase in Contract Sum or extension of Contract Time based on the time required for review of submittals.

§ 3.10.3 The Contractor shall perform the Work in general accordance with the most recent schedules submitted to the Owner and Architect.

### § 3.11    Documents and Samples at the Site

The Contractor shall make available, at the Project site, the Contract Documents, including Change Orders, Construction Change Directives, and other Modifications, in good order and marked currently to indicate field changes and selections made during construction, and the approved Shop Drawings, Product Data, Samples, and similar required submittals. These shall be in electronic form or paper copy, available to the Architect and Owner, and

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects" "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711887378 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

delivered to the Architect for submittal to the Owner upon completion of the Work as a record of the Work as constructed.

**§ 3.12 Shop Drawings, Product Data and Samples**

**§ 3.12.1** Shop Drawings are drawings, diagrams, schedules, and other data specially prepared for the Work by the Contractor or a Subcontractor, Sub-subcontractor, manufacturer, supplier, or distributor to illustrate some portion of the Work.

**§ 3.12.2** Product Data are illustrations, standard schedules, performance charts, instructions, brochures, diagrams and other information furnished by the Contractor to illustrate materials or equipment for some portion of the Work.

**§ 3.12.3** Samples are physical examples that illustrate materials, equipment, or workmanship, and establish standards by which the Work will be judged.

**§ 3.12.4** Shop Drawings, Product Data, Samples, and similar submittals are not Contract Documents. Their purpose is to demonstrate how the Contractor proposes to conform to the information given and the design concept expressed in the Contract Documents for those portions of the Work for which the Contract Documents require submittals. Review by the Architect is subject to the limitations of Section 4.2.7. Informational submittals upon which the Architect is not expected to take responsive action may be so identified in the Contract Documents. Submittals that are not required by the Contract Documents may be returned by the Architect without action.

**§ 3.12.5** The Contractor shall review for compliance with the Contract Documents, approve, and submit to the Architect, Shop Drawings, Product Data, Samples, and similar submittals required by the Contract Documents, in accordance with the submittal schedule approved by the Architect or, in the absence of an approved submittal schedule, with reasonable promptness and in such sequence as to cause no delay in the Work or in the activities of the Owner or of Separate Contractors.

**§ 3.12.6** By submitting Shop Drawings, Product Data, Samples, and similar submittals, the Contractor represents to the Owner and Architect that the Contractor has (1) reviewed and approved them, (2) determined and verified materials, field measurements and field construction criteria related thereto, or will do so, and (3) checked and coordinated the information contained within such submittals with the requirements of the Work and of the Contract Documents.

**§ 3.12.7** The Contractor shall perform no portion of the Work for which the Contract Documents require submittal and review of Shop Drawings, Product Data, Samples, or similar submittals, until the respective submittal has been approved by the Architect.

**§ 3.12.8** The Work shall be in accordance with approved submittals except that the Contractor shall not be relieved of responsibility for deviations from the requirements of the Contract Documents by the Architect's approval of Shop Drawings, Product Data, Samples, or similar submittals, unless the Contractor has specifically notified the Architect of such deviation at the time of submittal and (1) the Architect has given written approval to the specific deviation as a minor change in the Work, or (2) a Change Order or Construction Change Directive has been issued authorizing the deviation. The Contractor shall not be relieved of responsibility for errors or omissions in Shop Drawings, Product Data, Samples, or similar submittals, by the Architect's approval thereof.

**§ 3.12.9** The Contractor shall direct specific attention, in writing or on resubmitted Shop Drawings, Product Data, Samples, or similar submittals, to revisions other than those requested by the Architect on previous submittals. In the absence of such notice, the Architect's approval of a resubmission shall not apply to such revisions.

**§ 3.12.10** The Contractor shall not be required to provide professional services that constitute the practice of architecture or engineering unless such services are specifically required by the Contract Documents for a portion of the Work or unless the Contractor needs to provide such services in order to carry out the Contractor's responsibilities for construction means, methods, techniques, sequences, and procedures. The Contractor shall not be required to provide professional services in violation of applicable law.

**§ 3.12.10.1** If professional design services or certifications by a design professional related to systems, materials, or equipment are specifically required of the Contractor by the Contract Documents, the Owner and the Architect will

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711857378 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                            (1111122368)

specify all performance and design criteria that such services must satisfy. The Contractor shall be entitled to rely upon the adequacy and accuracy of the performance and design criteria provided in the Contract Documents. The Contractor shall cause such services or certifications to be provided by an appropriately licensed design professional, whose signature and seal shall appear on all drawings, calculations, specifications, certifications, Shop Drawings, and other submittals prepared by such professional. Shop Drawings, and other submittals related to the Work, designed or certified by such professional, if prepared by others, shall bear such professional's written approval when submitted to the Architect. The Owner and the Architect shall be entitled to rely upon the adequacy and accuracy of the services, certifications, and approvals performed or provided by such design professionals, provided the Owner and Architect have specified to the Contractor the performance and design criteria that such services must satisfy. Pursuant to this Section 3.12.10, the Architect will review and approve or take other appropriate action on submittals only for the limited purpose of checking for conformance with information given and the design concept expressed in the Contract Documents.

**§ 3.12.10.2** If the Contract Documents require the Contractor's design professional to certify that the Work has been performed in accordance with the design criteria, the Contractor shall furnish such certifications to the Architect at the time and in the form specified by the Architect.

**§ 3.13 Use of Site**
The Contractor shall confine operations at the site to areas permitted by applicable laws, statutes, ordinances, codes, rules and regulations, lawful orders of public authorities, and the Contract Documents and shall not unreasonably encumber the site with materials or equipment.

**§ 3.14 Cutting and Patching**
**§ 3.14.1** The Contractor shall be responsible for cutting, fitting, or patching required to complete the Work or to make its parts fit together properly. All areas requiring cutting, fitting, or patching shall be restored to the condition existing prior to the cutting, fitting, or patching, unless otherwise required by the Contract Documents.

**§ 3.14.2** The Contractor shall not damage or endanger a portion of the Work or fully or partially completed construction of the Owner or Separate Contractors by cutting, patching, or otherwise altering such construction, or by excavation. The Contractor shall not cut or otherwise alter construction by the Owner or a Separate Contractor except with written consent of the Owner and of the Separate Contractor. Consent shall not be unreasonably withheld. The Contractor shall not unreasonably withhold, from the Owner or a Separate Contractor, its consent to cutting or otherwise altering the Work.

**§ 3.15 Cleaning Up**
**§ 3.15.1** The Contractor shall keep the premises and surrounding area free from accumulation of waste materials and rubbish caused by operations under the Contract. At completion of the Work, the Contractor shall remove waste materials, rubbish, the Contractor's tools, construction equipment, machinery, and surplus materials from and about the Project.

**§ 3.15.2** If the Contractor fails to clean up as provided in the Contract Documents, the Owner may do so and the Owner shall be entitled to reimbursement from the Contractor.

**§ 3.16 Access to Work**
The Contractor shall provide the Owner and Architect with access to the Work in preparation and progress wherever located.

**§ 3.17 Royalties, Patents and Copyrights**
The Contractor shall pay all royalties and license fees. The Contractor shall defend suits or claims for infringement of copyrights and patent rights and shall hold the Owner and Architect harmless from loss on account thereof, but shall not be responsible for defense or loss when a particular design, process, or product of a particular manufacturer or manufacturers is required by the Contract Documents, or where the copyright violations are contained in Drawings, Specifications, or other documents prepared by the Owner or Architect. However, if an infringement of a copyright or patent is discovered by, or made known to, the Contractor, the Contractor shall be responsible for the loss unless the information is promptly furnished to the Architect.

Init.

/

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:22 ET on 07/21/2020 under Order No.1119073768 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                               (1414415069)

18

§ 3.18 Indemnification

§ 3.18.1 To the fullest extent permitted by law, the Contractor shall indemnify and hold harmless the Owner, Architect, Architect's consultants, and agents and employees of any of them from and against claims, damages, losses and expenses, including but not limited to attorneys' fees, arising out of or resulting from performance of the Work, provided that such claim, damage, loss, or expense is attributable to bodily injury, sickness, disease or death, or to injury to or destruction of tangible property (other than the Work itself), but only to the extent caused by the negligent acts or omissions of the Contractor, a Subcontractor, anyone directly or indirectly employed by them, or anyone for whose acts they may be liable, regardless of whether or not such claim, damage, loss, or expense is caused in part by a party indemnified hereunder. Such obligation shall not be construed to negate, abridge, or reduce other rights or obligations of indemnity that would otherwise exist as to a party or person described in this Section 3.18.

§ 3.18.2 In claims against any person or entity indemnified under this Section 3.18 by an employee of the Contractor, a Subcontractor, anyone directly or indirectly employed by them, or anyone for whose acts they may be liable, the indemnification obligation under Section 3.18.1 shall not be limited by a limitation on amount or type of damages, compensation, or benefits payable by or for the Contractor or a Subcontractor under workers' compensation acts, disability benefit acts, or other employee benefit acts.

## ARTICLE 4    ARCHITECT

§ 4.1 General

§ 4.1.1 The Architect is the person or entity retained by the Owner pursuant to Section 2.3.2 and identified as such in the Agreement.

§ 4.1.2 Duties, responsibilities, and limitations of authority of the Architect as set forth in the Contract Documents shall not be restricted, modified, or extended without written consent of the Owner, Contractor, and Architect. Consent shall not be unreasonably withheld.

§ 4.2 Administration of the Contract

§ 4.2.1 The Architect will provide administration of the Contract as described in the Contract Documents and will be an Owner's representative during construction until the date the Architect issues the final Certificate for Payment. The Architect will have authority to act on behalf of the Owner only to the extent provided in the Contract Documents.

§ 4.2.2 The Architect will visit the site at intervals appropriate to the stage of construction, or as otherwise agreed with the Owner, to become generally familiar with the progress and quality of the portion of the Work completed, and to determine in general if the Work observed is being performed in a manner indicating that the Work, when fully completed, will be in accordance with the Contract Documents. However, the Architect will not be required to make exhaustive or continuous on-site inspections to check the quality or quantity of the Work. The Architect will not have control over, charge of, or responsibility for the construction means, methods, techniques, sequences or procedures, or for the safety precautions and programs in connection with the Work, since these are solely the Contractor's rights and responsibilities under the Contract Documents.

§ 4.2.3 On the basis of the site visits, the Architect will keep the Owner reasonably informed about the progress and quality of the portion of the Work completed, and promptly report to the Owner (1) known deviations from the Contract Documents, (2) known deviations from the most recent construction schedule submitted by the Contractor, and (3) defects and deficiencies observed in the Work. The Architect will not be responsible for the Contractor's failure to perform the Work in accordance with the requirements of the Contract Documents. The Architect will not have control over or charge of, and will not be responsible for acts or omissions of, the Contractor, Subcontractors, or their agents or employees, or any other persons or entities performing portions of the Work.

§ 4.2.4 Communications

The Owner and Contractor shall include the Architect in all communications that relate to or affect the Architect's services or professional responsibilities. The Owner shall promptly notify the Architect of the substance of any direct communications between the Owner and the Contractor otherwise relating to the Project. Communications by and with the Architect's consultants shall be through the Architect. Communications by and with Subcontractors and suppliers shall be through the Contractor. Communications by and with Separate Contractors shall be through the Owner. The Contract Documents may specify other communication protocols.

Init.

/

AIA Document A201® – 2017 Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:37:32 ET on 07/21/2020 under Order No. 1711037978 which expires on 10/04/2022, is not for resale, is licensed for one time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                    (1414110286)

§ 4.2.5 Based on the Architect's evaluations of the Contractor's Applications for Payment, the Architect will review and certify the amounts due the Contractor and will issue Certificates for Payment in such amounts.

§ 4.2.6 The Architect has authority to reject Work that does not conform to the Contract Documents. Whenever the Architect considers it necessary or advisable, the Architect will have authority to require inspection or testing of the Work in accordance with Sections 13.4.2 and 13.4.3, whether or not the Work is fabricated, installed or completed. However, neither this authority of the Architect nor a decision made in good faith either to exercise or not to exercise such authority shall give rise to a duty or responsibility of the Architect to the Contractor, Subcontractors, suppliers, their agents or employees, or other persons or entities performing portions of the Work.

§ 4.2.7 The Architect will review and approve, or take other appropriate action upon, the Contractor's submittals such as Shop Drawings, Product Data, and Samples, but only for the limited purpose of checking for conformance with information given and the design concept expressed in the Contract Documents. The Architect's action will be taken in accordance with the submittal schedule approved by the Architect or, in the absence of an approved submittal schedule, with reasonable promptness while allowing sufficient time in the Architect's professional judgment to permit adequate review. Review of such submittals is not conducted for the purpose of determining the accuracy and completeness of other details such as dimensions and quantities, or for substantiating instructions for installation or performance of equipment or systems, all of which remain the responsibility of the Contractor as required by the Contract Documents. The Architect's review of the Contractor's submittals shall not relieve the Contractor of the obligations under Sections 3.3, 3.5, and 3.12. The Architect's review shall not constitute approval of safety precautions or of any construction means, methods, techniques, sequences, or procedures. The Architect's approval of a specific item shall not indicate approval of an assembly of which the item is a component.

§ 4.2.8 The Architect will prepare Change Orders and Construction Change Directives, and may order minor changes in the Work as provided in Section 7.4. The Architect will investigate and make determinations and recommendations regarding concealed and unknown conditions as provided in Section 3.7.4.

§ 4.2.9 The Architect will conduct inspections to determine the date or dates of Substantial Completion and the date of final completion; issue Certificates of Substantial Completion pursuant to Section 9.8; receive and forward to the Owner, for the Owner's review and records, written warranties and related documents required by the Contract and assembled by the Contractor pursuant to Section 9.10; and issue a final Certificate for Payment pursuant to Section 9.10.

§ 4.2.10 If the Owner and Architect agree, the Architect will provide one or more Project representatives to assist in carrying out the Architect's responsibilities at the site. The Owner shall notify the Contractor of any change in the duties, responsibilities and limitations of authority of the Project representatives.

§ 4.2.11 The Architect will interpret and decide matters concerning performance under, and requirements of, the Contract Documents on written request of either the Owner or Contractor. The Architect's response to such requests will be made in writing within any time limits agreed upon or otherwise with reasonable promptness.

§ 4.2.12 Interpretations and decisions of the Architect will be consistent with the intent of, and reasonably inferable from, the Contract Documents and will be in writing or in the form of drawings. When making such interpretations and decisions, the Architect will endeavor to secure faithful performance by both Owner and Contractor, will not show partiality to either, and will not be liable for results of interpretations or decisions rendered in good faith.

§ 4.2.13 The Architect's decisions on matters relating to aesthetic effect will be final if consistent with the intent expressed in the Contract Documents.

§ 4.2.14 The Architect will review and respond to requests for information about the Contract Documents. The Architect's response to such requests will be made in writing within any time limits agreed upon or otherwise with reasonable promptness. If appropriate, the Architect will prepare and issue supplemental Drawings and Specifications in response to the requests for information.

Init.

/

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1714557378 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                      (1111110266)

20

## ARTICLE 5    SUBCONTRACTORS

### § 5.1 Definitions

§ 5.1.1 A Subcontractor is a person or entity who has a direct contract with the Contractor to perform a portion of the Work at the site. The term "Subcontractor" is referred to throughout the Contract Documents as if singular in number and means a Subcontractor or an authorized representative of the Subcontractor. The term "Subcontractor" does not include a Separate Contractor or the subcontractors of a Separate Contractor.

§ 5.1.2 A Sub-subcontractor is a person or entity who has a direct or indirect contract with a Subcontractor to perform a portion of the Work at the site. The term "Sub-subcontractor" is referred to throughout the Contract Documents as if singular in number and means a Sub-subcontractor or an authorized representative of the Sub-subcontractor.

### § 5.2 Award of Subcontracts and Other Contracts for Portions of the Work

§ 5.2.1 Unless otherwise stated in the Contract Documents, the Contractor, as soon as practicable after award of the Contract, shall notify the Owner and Architect of the persons or entities proposed for each principal portion of the Work, including those who are to furnish materials or equipment fabricated to a special design. Within 14 days of receipt of the information, the Architect may notify the Contractor whether the Owner or the Architect (1) has reasonable objection to any such proposed person or entity or (2) requires additional time for review. Failure of the Architect to provide notice within the 14-day period shall constitute notice of no reasonable objection.

§ 5.2.2 The Contractor shall not contract with a proposed person or entity to whom the Owner or Architect has made reasonable and timely objection. The Contractor shall not be required to contract with anyone to whom the Contractor has made reasonable objection.

§ 5.2.3 If the Owner or Architect has reasonable objection to a person or entity proposed by the Contractor, the Contractor shall propose another to whom the Owner or Architect has no reasonable objection. If the proposed but rejected Subcontractor was reasonably capable of performing the Work, the Contract Sum and Contract Time shall be increased or decreased by the difference, if any, occasioned by such change, and an appropriate Change Order shall be issued before commencement of the substitute Subcontractor's Work. However, no increase in the Contract Sum or Contract Time shall be allowed for such change unless the Contractor has acted promptly and responsively in submitting names as required.

§ 5.2.4 The Contractor shall not substitute a Subcontractor, person, or entity for one previously selected if the Owner or Architect makes reasonable objection to such substitution.

### § 5.3 Subcontractual Relations

By appropriate written agreement, the Contractor shall require each Subcontractor, to the extent of the Work to be performed by the Subcontractor, to be bound to the Contractor by terms of the Contract Documents, and to assume toward the Contractor all the obligations and responsibilities, including the responsibility for safety of the Subcontractor's Work that the Contractor, by these Contract Documents, assumes toward the Owner and Architect. Each subcontract agreement shall preserve and protect the rights of the Owner and Architect under the Contract Documents with respect to the Work to be performed by the Subcontractor so that subcontracting thereof will not prejudice such rights, and shall allow to the Subcontractor, unless specifically provided otherwise in the subcontract agreement, the benefit of all rights, remedies, and redress against the Contractor that the Contractor, by the Contract Documents, has against the Owner. Where appropriate, the Contractor shall require each Subcontractor to enter into similar agreements with Sub-subcontractors. The Contractor shall make available to each proposed Subcontractor, prior to the execution of the subcontract agreement, copies of the Contract Documents to which the Subcontractor will be bound, and, upon written request of the Subcontractor, identify to the Subcontractor terms and conditions of the proposed subcontract agreement that may be at variance with the Contract Documents. Subcontractors will similarly make copies of applicable portions of such documents available to their respective proposed Sub-subcontractors.

### § 5.4 Contingent Assignment of Subcontracts

§ 5.4.1 Each subcontract agreement for a portion of the Work is assigned by the Contractor to the Owner, provided that

.1    assignment is effective only after termination of the Contract by the Owner for cause pursuant to Section 14.2 and only for those subcontract agreements that the Owner accepts by notifying the Subcontractor and Contractor; and

.2    assignment is subject to the prior rights of the surety, if any, obligated under bond relating to the Contract.

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711957376 which expires on 10/24/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                                (1111182260)

init.

When the Owner accepts the assignment of a subcontract agreement, the Owner assumes the Contractor's rights and obligations under the subcontract.

§ 5.4.2 Upon such assignment, if the Work has been suspended for more than 30 days, the Subcontractor's compensation shall be equitably adjusted for increases in cost resulting from the suspension.

§ 5.4.3 Upon assignment to the Owner under this Section 5.4, the Owner may further assign the subcontract to a successor contractor or other entity. If the Owner assigns the subcontract to a successor contractor or other entity, the Owner shall nevertheless remain legally responsible for all of the successor contractor's obligations under the subcontract.

## ARTICLE 6    CONSTRUCTION BY OWNER OR BY SEPARATE CONTRACTORS

§ 6.1 Owner's Right to Perform Construction and to Award Separate Contracts

§ 6.1.1 The term "Separate Contractor(s)" shall mean other contractors retained by the Owner under separate agreements. The Owner reserves the right to perform construction or operations related to the Project with the Owner's own forces, and with Separate Contractors retained under Conditions of the Contract substantially similar to those of this Contract, including those provisions of the Conditions of the Contract related to insurance and waiver of subrogation.

§ 6.1.2 When separate contracts are awarded for different portions of the Project or other construction or operations on the site, the term "Contractor" in the Contract Documents in each case shall mean the Contractor who executes each separate Owner-Contractor Agreement.

§ 6.1.3 The Owner shall provide for coordination of the activities of the Owner's own forces and of each Separate Contractor with the Work of the Contractor, who shall cooperate with them. The Contractor shall participate with any Separate Contractors and the Owner in reviewing their construction schedules. The Contractor shall make any revisions to its construction schedule deemed necessary after a joint review and mutual agreement. The construction schedules shall then constitute the schedules to be used by the Contractor, Separate Contractors, and the Owner until subsequently revised.

§ 6.1.4 Unless otherwise provided in the Contract Documents, when the Owner performs construction or operations related to the Project with the Owner's own forces or with Separate Contractors, the Owner or its Separate Contractors shall have the same obligations and rights that the Contractor has under the Conditions of the Contract, including, without excluding others, those stated in Article 3, this Article 6, and Articles 10, 11, and 12.

§ 6.2 Mutual Responsibility

§ 6.2.1 The Contractor shall afford the Owner and Separate Contractors reasonable opportunity for introduction and storage of their materials and equipment and performance of their activities, and shall connect and coordinate the Contractor's construction and operations with theirs as required by the Contract Documents.

§ 6.2.2 If part of the Contractor's Work depends for proper execution or results upon construction or operations by the Owner or a Separate Contractor, the Contractor shall, prior to proceeding with that portion of the Work, promptly notify the Architect of apparent discrepancies or defects in the construction or operations by the Owner or Separate Contractor that would render it unsuitable for proper execution and results of the Contractor's Work. Failure of the Contractor to notify the Architect of apparent discrepancies or defects prior to proceeding with the Work shall constitute an acknowledgment that the Owner's or Separate Contractor's completed or partially completed construction is fit and proper to receive the Contractor's Work. The Contractor shall not be responsible for discrepancies or defects in the construction or operations by the Owner or Separate Contractor that are not apparent.

§ 6.2.3 The Contractor shall reimburse the Owner for costs the Owner incurs that are payable to a Separate Contractor because of the Contractor's delays, improperly timed activities or defective construction. The Owner shall be responsible to the Contractor for costs the Contractor incurs because of a Separate Contractor's delays, improperly timed activities, damage to the Work or defective construction.

§ 6.2.4 The Contractor shall promptly remedy damage that the Contractor wrongfully causes to completed or partially completed construction or to property of the Owner or Separate Contractor as provided in Section 10.2.5.

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711887376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                    (1414411006)

Init.

/

§ 6.2.5 The Owner and each Separate Contractor shall have the same responsibilities for cutting and patching as are described for the Contractor in Section 3.14.

### § 6.3 Owner's Right to Clean Up
If a dispute arises among the Contractor, Separate Contractors, and the Owner as to the responsibility under their respective contracts for maintaining the premises and surrounding area free from waste materials and rubbish, the Owner may clean up and the Architect will allocate the cost among those responsible.

## ARTICLE 7    CHANGES IN THE WORK
### § 7.1 General
§ 7.1.1 Changes in the Work may be accomplished after execution of the Contract, and without invalidating the Contract, by Change Order, Construction Change Directive or order for a minor change in the Work, subject to the limitations stated in this Article 7 and elsewhere in the Contract Documents.

§ 7.1.2 A Change Order shall be based upon agreement among the Owner, Contractor, and Architect. A Construction Change Directive requires agreement by the Owner and Architect and may or may not be agreed to by the Contractor. An order for a minor change in the Work may be issued by the Architect alone.

§ 7.1.3 Changes in the Work shall be performed under applicable provisions of the Contract Documents. The Contractor shall proceed promptly with changes in the Work, unless otherwise provided in the Change Order, Construction Change Directive, or order for a minor change in the Work.

### § 7.2 Change Orders
§ 7.2.1 A Change Order is a written instrument prepared by the Architect and signed by the Owner, Contractor, and Architect stating their agreement upon all of the following:
.1      The change in the Work;
.2      The amount of the adjustment, if any, in the Contract Sum; and
.3      The extent of the adjustment, if any, in the Contract Time.

### § 7.3 Construction Change Directives
§ 7.3.1 A Construction Change Directive is a written order prepared by the Architect and signed by the Owner and Architect, directing a change in the Work prior to agreement on adjustment, if any, in the Contract Sum or Contract Time, or both. The Owner may by Construction Change Directive, without invalidating the Contract, order changes in the Work within the general scope of the Contract consisting of additions, deletions, or other revisions, the Contract Sum and Contract Time being adjusted accordingly.

§ 7.3.2 A Construction Change Directive shall be used in the absence of total agreement on the terms of a Change Order.

§ 7.3.3 If the Construction Change Directive provides for an adjustment to the Contract Sum, the adjustment shall be based on one of the following methods:
.1      Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation;
.2      Unit prices stated in the Contract Documents or subsequently agreed upon;
.3      Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee; or
.4      As provided in Section 7.3.4.

§ 7.3.4 If the Contractor does not respond promptly or disagrees with the method for adjustment in the Contract Sum, the Architect shall determine the adjustment on the basis of reasonable expenditures and savings of those performing the Work attributable to the change, including, in case of an increase in the Contract Sum, an amount for overhead and profit as set forth in the Agreement, or if no such amount is set forth in the Agreement, a reasonable amount. In such case, and also under Section 7.3.3.3, the Contractor shall keep and present, in such form as the Architect may prescribe, an itemized accounting together with appropriate supporting data. Unless otherwise provided in the Contract Documents, costs for the purposes of this Section 7.3.4 shall be limited to the following:

Init.

/

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711057376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                      (1414119288)

23

.1    Costs of labor, including applicable payroll taxes, fringe benefits required by agreement or custom, workers' compensation insurance, and other employee costs approved by the Architect;

.2    Costs of materials, supplies, and equipment, including cost of transportation, whether incorporated or consumed;

.2    Rental costs of machinery and equipment, exclusive of hand tools, whether rented from the Contractor or others;

.4    Costs of premiums for all bonds and insurance, permit fees, and sales, use, or similar taxes, directly related to the change; and

.5    Costs of supervision and field office personnel directly attributable to the change.

§ 7.2.5 If the Contractor disagrees with the adjustment in the Contract Time, the Contractor may make a Claim in accordance with applicable provisions of Article 15.

§ 7.3.6 Upon receipt of a Construction Change Directive, the Contractor shall promptly proceed with the change in the Work involved and advise the Architect of the Contractor's agreement or disagreement with the method, if any, provided in the Construction Change Directive for determining the proposed adjustments in the Contract Sum or Contract Time.

§ 7.3.7 A Construction Change Directive signed by the Contractor indicates the Contractor's agreement therewith, including adjustment in Contract Sum and Contract Time or the method for determining them. Such agreement shall be effective immediately and shall be recorded as a Change Order.

§ 7.3.8 The amount of credit to be allowed by the Contractor to the Owner for a deletion or change that results in a net decrease in the Contract Sum shall be actual net cost as confirmed by the Architect. When both additions and credits covering related Work or substitutions are involved in a change, the allowance for overhead and profit shall be figured on the basis of net increase, if any, with respect to that change.

§ 7.3.9 Pending final determination of the total cost of a Construction Change Directive to the Owner, the Contractor may request payment for Work completed under the Construction Change Directive in Applications for Payment. The Architect will make an interim determination for purposes of monthly certification for payment for those costs and certify for payment the amount that the Architect determines, in the Architect's professional judgment, to be reasonably justified. The Architect's interim determination of cost shall adjust the Contract Sum on the same basis as a Change Order, subject to the right of either party to disagree and assert a Claim in accordance with Article 15.

§ 7.3.10 When the Owner and Contractor agree with a determination made by the Architect concerning the adjustments in the Contract Sum and Contract Time, or otherwise reach agreement upon the adjustments, such agreement shall be effective immediately and the Architect will prepare a Change Order. Change Orders may be issued for all or any part of a Construction Change Directive.

§ 7.4 Minor Changes in the Work
The Architect may order minor changes in the Work that are consistent with the intent of the Contract Documents and do not involve an adjustment in the Contract Sum or an extension of the Contract Time. The Architect's order for minor changes shall be in writing. If the Contractor believes that the proposed minor change in the Work will affect the Contract Sum or Contract Time, the Contractor shall notify the Architect and shall not proceed to implement the change in the Work. If the Contractor performs the Work set forth in the Architect's order for a minor change without prior notice to the Architect that such change will affect the Contract Sum or Contract Time, the Contractor waives any adjustment to the Contract Sum or extension of the Contract Time.

ARTICLE 8    TIME
§ 8.1 Definitions
§ 8.1.1 Unless otherwise provided, Contract Time is the period of time, including authorized adjustments, allotted in the Contract Documents for Substantial Completion of the Work.

§ 8.1.2 The date of commencement of the Work is the date established in the Agreement.

§ 8.1.3 The date of Substantial Completion is the date certified by the Architect in accordance with Section 9.8.

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:33 ET on 07/21/2023 under Order No.1711857376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:    (1114419260)

Init.    /    24

§ 8.1.4 The term "day" as used in the Contract Documents shall mean calendar day unless otherwise specifically defined.

§ 8.2 Progress and Completion
§ 8.2.1 Time limits stated in the Contract Documents are of the essence of the Contract. By executing the Agreement, the Contractor confirms that the Contract Time is a reasonable period for performing the Work.

§ 8.2.2 The Contractor shall not knowingly, except by agreement or instruction of the Owner in writing, commence the Work prior to the effective date of insurance required to be furnished by the Contractor and Owner.

§ 8.2.3 The Contractor shall proceed expeditiously with adequate forces and shall achieve Substantial Completion within the Contract Time.

§ 8.3 Delays and Extensions of Time
§ 8.3.1 If the Contractor is delayed at any time in the commencement or progress of the Work by (1) an act or neglect of the Owner or Architect, of an employee of either, or of a Separate Contractor; (2) changes ordered in the Work; (3) by labor disputes, fire, unusual delay in deliveries, unavoidable casualties, adverse weather conditions documented in accordance with Section 15.1.6.2, COVID-19, or other causes beyond the Contractor's control; (4) by delay authorized by the Owner pending mediation and binding dispute resolution; or (5) by other causes that the Contractor asserts, and the Architect determines, justify delay, then the Contract Time shall be extended for such reasonable time as the Architect may determine.

§ 8.3.2 Claims relating to time shall be made in accordance with applicable provisions of Article 15.

§ 8.3.3 This Section 8.3 does not preclude recovery of damages for delay by either party under other provisions of the Contract Documents.

## ARTICLE 9   PAYMENTS AND COMPLETION
§ 9.1 Contract Sum
§ 9.1.1 The Contract Sum is stated in the Agreement and, including authorized adjustments, is the total amount payable by the Owner to the Contractor for performance of the Work under the Contract Documents.

§ 9.1.2 If unit prices are stated in the Contract Documents or subsequently agreed upon, and if quantities originally contemplated are materially changed so that application of such unit prices to the actual quantities causes substantial inequity to the Owner or Contractor, the applicable unit prices shall be equitably adjusted.

§ 9.2 Schedule of Values
Where the Contract is based on a stipulated sum or Guaranteed Maximum Price, the Contractor shall submit a schedule of values to the Architect before the first Application for Payment, allocating the entire Contract Sum to the various portions of the Work. The schedule of values shall be prepared in the form, and supported by the data to substantiate its accuracy, required by the Architect. This schedule, unless objected to by the Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment. Any changes to the schedule of values shall be submitted to the Architect and supported by such data to substantiate its accuracy as the Architect may require, and unless objected to by the Architect, shall be used as a basis for reviewing the Contractor's subsequent Applications for Payment.

§ 9.3 Applications for Payment
§ 9.3.1 At least ten days before the date established for each progress payment, the Contractor shall submit to the Architect an itemized Application for Payment prepared in accordance with the schedule of values, if required under Section 9.2, for completed portions of the Work. The application shall be notarized, if required, and supported by all data substantiating the Contractor's right to payment that the Owner or Architect require, such as copies of requisitions, and releases and waivers of liens from Subcontractors and suppliers, and shall reflect retainage if provided for in the Contract Documents.

§ 9.3.1.1 As provided in Section 7.3.9, such applications may include requests for payment on account of changes in the Work that have been properly authorized by Construction Change Directives, or by interim determinations of the Architect, but not yet included in Change Orders.

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711652376 which expires on 10/24/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                    (1414463269)

§ 9.3.1.2 Applications for Payment shall not include requests for payment for portions of the Work for which the Contractor does not intend to pay a Subcontractor or supplier, unless such Work has been performed by others whom the Contractor intends to pay.

§ 9.3.2 Unless otherwise provided in the Contract Documents, payments shall be made on account of materials and equipment delivered and suitably stored at the site for subsequent incorporation in the Work. If approved in advance by the Owner, payment may similarly be made for materials and equipment suitably stored off the site at a location agreed upon in writing. Payment for materials and equipment stored on or off the site shall be conditioned upon compliance by the Contractor with procedures satisfactory to the Owner to establish the Owner's title to such materials and equipment or otherwise protect the Owner's interest, and shall include the costs of applicable insurance, storage, and transportation to the site, for such materials and equipment stored off the site.

§ 9.3.3 The Contractor warrants that title to all Work covered by an Application for Payment will pass to the Owner no later than the time of payment. The Contractor further warrants that upon submittal of an Application for Payment all Work for which Certificates for Payment have been previously issued and payments received from the Owner shall, to the best of the Contractor's knowledge, information, and belief, be free and clear of liens, claims, security interests, or encumbrances, in favor of the Contractor, Subcontractors, suppliers, or other persons or entities that provided labor, materials, and equipment relating to the Work.

### § 9.4 Certificates for Payment
§ 9.4.1 The Architect will, within seven days after receipt of the Contractor's Application for Payment, either (1) issue to the Owner a Certificate for Payment in the full amount of the Application for Payment, with a copy to the Contractor; or (2) issue to the Owner a Certificate for Payment for such amount as the Architect determines is properly due, and notify the Contractor and Owner of the Architect's reasons for withholding certification in part as provided in Section 9.5.1; or (3) withhold certification of the entire Application for Payment, and notify the Contractor and Owner of the Architect's reason for withholding certification in whole as provided in Section 9.5.1.

§ 9.4.2 The issuance of a Certificate for Payment will constitute a representation by the Architect to the Owner, based on the Architect's evaluation of the Work and the data in the Application for Payment, that, to the best of the Architect's knowledge, information, and belief, the Work has progressed to the point indicated, the quality of the Work is in accordance with the Contract Documents, and that the Contractor is entitled to payment in the amount certified. The foregoing representations are subject to an evaluation of the Work for conformance with the Contract Documents upon Substantial Completion, to results of subsequent tests and inspections, to correction of minor deviations from the Contract Documents prior to completion, and to specific qualifications expressed by the Architect. However, the issuance of a Certificate for Payment will not be a representation that the Architect has (1) made exhaustive or continuous on-site inspections to check the quality or quantity of the Work; (2) reviewed construction means, methods, techniques, sequences, or procedures; (3) reviewed copies of requisitions received from Subcontractors and suppliers and other data requested by the Owner to substantiate the Contractor's right to payment; or (4) made examination to ascertain how or for what purpose the Contractor has used money previously paid on account of the Contract Sum.

### § 9.5 Decisions to Withhold Certification
§ 9.5.1 The Architect may withhold a Certificate for Payment in whole or in part, to the extent reasonably necessary to protect the Owner, if in the Architect's opinion the representations to the Owner required by Section 9.4.2 cannot be made. If the Architect is unable to certify payment in the amount of the Application, the Architect will notify the Contractor and Owner as provided in Section 9.4.1. If the Contractor and Architect cannot agree on a revised amount, the Architect will promptly issue a Certificate for Payment for the amount for which the Architect is able to make such representations to the Owner. The Architect may also withhold a Certificate for Payment or, because of subsequently discovered evidence, may nullify the whole or a part of a Certificate for Payment previously issued, to such extent as may be necessary in the Architect's opinion to protect the Owner from loss for which the Contractor is responsible, including loss resulting from acts and omissions described in Section 3.3.2, because of

    .1   defective Work not remedied;

    .2   third party claims filed or reasonable evidence indicating probable filing of such claims, unless security acceptable to the Owner is provided by the Contractor;

   .3   failure of the Contractor to make payments properly to Subcontractors or suppliers for labor, materials or equipment;

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711957276 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                    (1414415286)

.4    reasonable evidence that the Work cannot be completed for the unpaid balance of the Contract Sum;

.5    damage to the Owner or a Separate Contractor;

.6    reasonable evidence that the Work will not be completed within the Contract Time, and that the unpaid
balance would not be adequate to cover actual or liquidated damages for the anticipated delay; or

.7    repeated failure to carry out the Work in accordance with the Contract Documents.

§ 9.5.2 When either party disputes the Architect's decision regarding a Certificate for Payment under Section 9.5.1, in
whole or in part, that party may submit a Claim in accordance with Article 15.

§ 9.5.3 When the reasons for withholding certification are removed, certification will be made for amounts previously
withheld.

§ 9.5.4 If the Architect withholds certification for payment under Section 9.5.1.3, the Owner may, at its sole option,
issue joint checks to the Contractor and to any Subcontractor or supplier to whom the Contractor failed to make
payment for Work properly performed or material or equipment suitably delivered. If the Owner makes payments by
joint check, the Owner shall notify the Architect and the Contractor shall reflect such payment on its next Application
for Payment.

§ 9.6 Progress Payments
§ 9.6.1 After the Architect has issued a Certificate for Payment, the Owner shall make payment in the manner and
within the time provided in the Contract Documents, and shall so notify the Architect.

§ 9.6.2 The Contractor shall pay each Subcontractor, no later than seven days after receipt of payment from the Owner,
the amount to which the Subcontractor is entitled, reflecting percentages actually retained from payments to the
Contractor on account of the Subcontractor's portion of the Work. The Contractor shall, by appropriate agreement
with each Subcontractor, require each Subcontractor to make payments to Sub-subcontractors in a similar manner.

§ 9.6.3 The Architect will, on request, furnish to a Subcontractor, if practicable, information regarding percentages of
completion or amounts applied for by the Contractor and action taken thereon by the Architect and Owner on account
of portions of the Work done by such Subcontractor.

§ 9.6.4 The Owner has the right to request written evidence from the Contractor that the Contractor has properly paid
Subcontractors and suppliers amounts paid by the Owner to the Contractor for subcontracted Work. If the Contractor
fails to furnish such evidence within seven days, the Owner shall have the right to contact Subcontractors and
suppliers to ascertain whether they have been properly paid. Neither the Owner nor Architect shall have an obligation
to pay, or to see to the payment of money to, a Subcontractor or supplier, except as may otherwise be required by law.

§ 9.6.5 The Contractor's payments to suppliers shall be treated in a manner similar to that provided in Sections 9.6.2,
9.6.3 and 9.6.4.

§ 9.6.6 A Certificate for Payment, a progress payment, or partial or entire use or occupancy of the Project by the
Owner shall not constitute acceptance of Work not in accordance with the Contract Documents.

§ 9.6.7 Unless the Contractor provides the Owner with a payment bond in the full penal sum of the Contract Sum,
payments received by the Contractor for Work properly performed by Subcontractors or provided by suppliers shall be
held by the Contractor for those Subcontractors or suppliers who performed Work or furnished materials, or both,
under contract with the Contractor for which payment was made by the Owner. Nothing contained herein shall require
money to be placed in a separate account and not commingled with money of the Contractor, create any fiduciary
liability or tort liability on the part of the Contractor for breach of trust, or entitle any person or entity to an award of
punitive damages against the Contractor for breach of the requirements of this provision.

§ 9.6.8 Provided the Owner has fulfilled its payment obligations under the Contract Documents, the Contractor shall
defend and indemnify the Owner from all loss, liability, damage or expense, including reasonable attorney's fees and
litigation expenses, arising out of any lien claim or other claim for payment by any Subcontractor or supplier of any
tier. Upon receipt of notice of a lien claim or other claim for payment, the Owner shall notify the Contractor. If
approved by the applicable court, when required, the Contractor may substitute a surety bond for the property against
which the lien or other claim for payment has been asserted.

Init.

/

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The
American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are
registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2023 under Order
No.1711657376 which expires on 10/04/2023, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract
Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                        (1414415265)

**§ 9.7 Failure of Payment**
If the Architect does not issue a Certificate for Payment, through no fault of the Contractor, within seven days after receipt of the Contractor's Application for Payment, or if the Owner does not pay the Contractor within seven days after the date established in the Contract Documents, the amount certified by the Architect or awarded by binding dispute resolution, then the Contractor may, upon seven additional days' notice to the Owner and Architect, stop the Work until payment of the amount owing has been received. The Contract Time shall be extended appropriately and the Contract Sum shall be increased by the amount of the Contractor's reasonable costs of shutdown, delay and start-up, plus interest as provided for in the Contract Documents.

**§ 9.8 Substantial Completion**
**§ 9.8.1** Substantial Completion is the stage in the progress of the Work when the Work or designated portion thereof is sufficiently complete in accordance with the Contract Documents so that the Owner can occupy or utilize the Work for its intended use.

**§ 9.8.2** When the Contractor considers that the Work, or a portion thereof which the Owner agrees to accept separately, is substantially complete, the Contractor shall prepare and submit to the Architect a comprehensive list of items to be completed or corrected prior to final payment. Failure to include an item on such list does not alter the responsibility of the Contractor to complete all Work in accordance with the Contract Documents.

**§ 9.8.3** Upon receipt of the Contractor's list, the Architect will make an inspection to determine whether the Work or designated portion thereof is substantially complete. If the Architect's inspection discloses any item, whether or not included on the Contractor's list, which is not sufficiently complete in accordance with the Contract Documents so that the Owner can occupy or utilize the Work or designated portion thereof for its intended use, the Contractor shall, before issuance of the Certificate of Substantial Completion, complete or correct such item upon notification by the Architect. In such case, the Contractor shall then submit a request for another inspection by the Architect to determine Substantial Completion.

**§ 9.8.4** When the Work or designated portion thereof is substantially complete, the Architect will prepare a Certificate of Substantial Completion that shall establish the date of Substantial Completion; establish responsibilities of the Owner and Contractor for security, maintenance, heat, utilities, damage to the Work and insurance; and fix the time within which the Contractor shall finish all items on the list accompanying the Certificate. Warranties required by the Contract Documents shall commence on the date of Substantial Completion of the Work or designated portion thereof unless otherwise provided in the Certificate of Substantial Completion.

**§ 9.8.5** The Certificate of Substantial Completion shall be submitted to the Owner and Contractor for their written acceptance of responsibilities assigned to them in the Certificate. Upon such acceptance, and consent of surety if any, the Owner shall make payment of retainage applying to the Work or designated portion thereof. Such payment shall be adjusted for Work that is incomplete or not in accordance with the requirements of the Contract Documents.

**§ 9.9 Partial Occupancy or Use**
**§ 9.9.1** The Owner may occupy or use any completed or partially completed portion of the Work at any stage when such portion is designated by separate agreement with the Contractor, provided such occupancy or use is consented to by the insurer and authorized by public authorities having jurisdiction over the Project. Such partial occupancy or use may commence whether or not the portion is substantially complete, provided the Owner and Contractor have accepted in writing the responsibilities assigned to each of them for payments, retainage, if any, security, maintenance, heat, utilities, damage to the Work and insurance, and have agreed in writing concerning the period for correction of the Work and commencement of warranties required by the Contract Documents. When the Contractor considers a portion substantially complete, the Contractor shall prepare and submit a list to the Architect as provided under Section 9.8.2. Consent of the Contractor to partial occupancy or use shall not be unreasonably withheld. The stage of the progress of the Work shall be determined by written agreement between the Owner and Contractor or, if no agreement is reached, by decision of the Architect.

**§ 9.9.2** Immediately prior to such partial occupancy or use, the Owner, Contractor, and Architect shall jointly inspect the area to be occupied or portion of the Work to be used in order to determine and record the condition of the Work

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects", "AIA", the AIA Logo, "A201", and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No. 1711A61376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

(1411415088)

§ 9.9.3 Unless otherwise agreed upon, partial occupancy or use of a portion or portions of the Work shall not constitute acceptance of Work not complying with the requirements of the Contract Documents.

§ 9.10 Final Completion and Final Payment

§ 9.10.1 Upon receipt of the Contractor's notice that the Work is ready for final inspection and acceptance and upon receipt of a final Application for Payment, the Architect will promptly make such inspection. When the Architect finds the Work acceptable under the Contract Documents and the Contract fully performed, the Architect will promptly issue a final Certificate for Payment stating that to the best of the Architect's knowledge, information and belief, and on the basis of the Architect's on-site visits and inspections, the Work has been completed in accordance with the Contract Documents and that the entire balance found to be due the Contractor and noted in the final Certificate is due and payable. The Architect's final Certificate for Payment will constitute a further representation that conditions listed in Section 9.10.2 as precedent to the Contractor's being entitled to final payment have been fulfilled.

§ 9.10.2 Neither final payment nor any remaining retained percentage shall become due until the Contractor submits to the Architect (1) an affidavit that payrolls, bills for materials and equipment, and other indebtedness connected with the Work for which the Owner or the Owner's property might be responsible or encumbered (less amounts withheld by Owner) have been paid or otherwise satisfied, (2) a certificate evidencing that insurance required by the Contract Documents to remain in force after final payment is currently in effect, (3) a written statement that the Contractor knows of no reason that the insurance will not be renewable to cover the period required by the Contract Documents, (4) consent of surety, if any, to final payment, (5) documentation of any special warranties, such as manufacturers' warranties or specific Subcontractor warranties, and (6) if required by the Owner, other data establishing payment or satisfaction of obligations, such as receipts and releases and waivers of liens, claims, security interests, or encumbrances arising out of the Contract, to the extent and in such form as may be designated by the Owner. If a Subcontractor refuses to furnish a release or waiver required by the Owner, the Contractor may furnish a bond satisfactory to the Owner to indemnify the Owner against such lien, claim, security interest, or encumbrance. If a lien, claim, security interest, or encumbrance remains unsatisfied after payments are made, the Contractor shall refund to the Owner all money that the Owner may be compelled to pay in discharging the lien, claim, security interest, or encumbrance, including all costs and reasonable attorneys' fees.

§ 9.10.3 If, after Substantial Completion of the Work, final completion thereof is materially delayed through no fault of the Contractor or by issuance of Change Orders affecting final completion, and the Architect so confirms, the Owner shall, upon application by the Contractor and certification by the Architect, and without terminating the Contract, make payment of the balance due for that portion of the Work fully completed, corrected, and accepted. If the remaining balance for Work not fully completed or corrected is less than retainage stipulated in the Contract Documents, and if bonds have been furnished, the written consent of the surety to payment of the balance due for that portion of the Work fully completed and accepted shall be submitted by the Contractor to the Architect prior to certification of such payment. Such payment shall be made under terms and conditions governing final payment, except that it shall not constitute a waiver of Claims.

§ 9.10.4 The making of final payment shall constitute a waiver of Claims by the Owner except those arising from

.1    liens, Claims, security interests, or encumbrances arising out of the Contract and unsettled;
.2    failure of the Work to comply with the requirements of the Contract Documents;
.3    terms of special warranties required by the Contract Documents; or
.4    audits performed by the Owner, if permitted by the Contract Documents, after final payment.

§ 9.10.5 Acceptance of final payment by the Contractor, a Subcontractor, or a supplier, shall constitute a waiver of claims by that payee except those previously made in writing and identified by that payee as unsettled at the time of final Application for Payment.

## ARTICLE 10   PROTECTION OF PERSONS AND PROPERTY
§ 10.1 Safety Precautions and Programs
The Contractor shall be responsible for initiating, maintaining, and supervising all safety precautions and programs in connection with the performance of the Contract.

§ 10.2 Safety of Persons and Property
§ 10.2.1 The Contractor shall take reasonable precautions for safety of, and shall provide reasonable protection to prevent damage, injury, or loss to

Init.

/

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711827376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.

User Notes:                                        (1414210286)

29

.1    employees on the Work and other persons who may be affected thereby;

.2    the Work and materials and equipment to be incorporated therein, whether in storage on or off the site, under care, custody, or control of the Contractor, a Subcontractor, or a Sub-subcontractor; and

.3    other property at the site or adjacent thereto, such as trees, shrubs, lawns, walks, pavements, roadways, structures, and utilities not designated for removal, relocation, or replacement in the course of construction.

§ 10.2.2 The Contractor shall comply with, and give notices required by applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities, bearing on safety of persons or property or their protection from damage, injury, or loss.

§ 10.2.3 The Contractor shall implement, erect, and maintain, as required by existing conditions and performance of the Contract, reasonable safeguards for safety and protection, including posting danger signs and other warnings against hazards; promulgating safety regulations; and notifying the owners and users of adjacent sites and utilities of the safeguards.

§ 10.2.4 When use or storage of explosives or other hazardous materials or equipment, or unusual methods are necessary for execution of the Work, the Contractor shall exercise utmost care and carry on such activities under supervision of properly qualified personnel.

§ 10.2.5 The Contractor shall promptly remedy damage and loss (other than damage or loss insured under property insurance required by the Contract Documents) to property referred to in Sections 10.2.1.2 and 10.2.1.3 caused in whole or in part by the Contractor, a Subcontractor, a Sub-subcontractor, or anyone directly or indirectly employed by any of them, or by anyone for whose acts they may be liable and for which the Contractor is responsible under Sections 10.2.1.2 and 10.2.1.3. The Contractor may make a Claim for the cost to remedy the damage or loss to the extent such damage or loss is attributable to acts or omissions of the Owner or Architect or anyone directly or indirectly employed by either of them, or by anyone for whose acts either of them may be liable, and not attributable to the fault or negligence of the Contractor. The foregoing obligations of the Contractor are in addition to the Contractor's obligations under Section 3.18.

§ 10.2.6 The Contractor shall designate a responsible member of the Contractor's organization at the site whose duty shall be the prevention of accidents. This person shall be the Contractor's superintendent unless otherwise designated by the Contractor in writing to the Owner and Architect.

§ 10.2.7 The Contractor shall not permit any part of the construction or site to be loaded so as to cause damage or create an unsafe condition.

### § 10.2.8 Injury or Damage to Person or Property
If either party suffers injury or damage to person or property because of an act or omission of the other party, or of others for whose acts such party is legally responsible, notice of the injury or damage, whether or not insured, shall be given to the other party within a reasonable time not exceeding 21 days after discovery. The notice shall provide sufficient detail to enable the other party to investigate the matter.

### § 10.3 Hazardous Materials and Substances
§ 10.3.1 The Contractor is responsible for compliance with any requirements included in the Contract Documents regarding hazardous materials or substances. If the Contractor encounters a hazardous material or substance not addressed in the Contract Documents and if reasonable precautions will be inadequate to prevent foreseeable bodily injury or death to persons resulting from a material or substance, including but not limited to asbestos or polychlorinated biphenyl (PCB), encountered on the site by the Contractor, the Contractor shall, upon recognizing the condition, immediately stop Work in the affected area and notify the Owner and Architect of the condition.

§ 10.3.2 Upon receipt of the Contractor's notice, the Owner shall obtain the services of a licensed laboratory to verify the presence or absence of the material or substance reported by the Contractor and, in the event such material or substance is found to be present, to cause it to be rendered harmless. Unless otherwise required by the Contract Documents, the Owner shall furnish in writing to the Contractor and Architect the names and qualifications of persons or entities who are to perform tests verifying the presence or absence of the material or substance or who are to perform the task of removal or safe containment of the material or substance. The Contractor and the Architect will

Init.

/

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 01/21/2020 under Order No.1711857376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                      (1414410260)

promptly reply to the Owner in writing stating whether or not either has reasonable objection to the persons or entities proposed by the Owner. If either the Contractor or Architect has an objection to a person or entity proposed by the Owner, the Owner shall propose another to whom the Contractor and the Architect have no reasonable objection. When the material or substance has been rendered harmless, Work in the affected area shall resume upon written agreement of the Owner and Contractor. By Change Order, the Contract Time shall be extended appropriately and the Contract Sum shall be increased by the amount of the Contractor's reasonable additional costs of shutdown, delay, and start-up.

§ 10.3.3 To the fullest extent permitted by law, the Owner shall indemnify and hold harmless the Contractor, Subcontractors, Architect, Architect's consultants, and agents and employees of any of them from and against claims, damages, losses, and expenses, including but not limited to attorneys' fees, arising out of or resulting from performance of the Work in the affected area if in fact the material or substance prevents the risk of bodily injury or death as described in Section 10.3.1 and has not been rendered harmless, provided that such claim, damage, loss, or expense is attributable to bodily injury, sickness, disease or death, or to injury to or destruction of tangible property (other than the Work itself), except to the extent that such damage, loss, or expense is due to the fault or negligence of the party seeking indemnity.

§ 10.3.4 The Owner shall not be responsible under this Section 10.3 for hazardous materials or substances the Contractor brings to the site unless such materials or substances are required by the Contract Documents. The Owner shall be responsible for hazardous materials or substances required by the Contract Documents, except to the extent of the Contractor's fault or negligence in the use and handling of such materials or substances.

§ 10.3.5 The Contractor shall reimburse the Owner for the cost and expense the Owner incurs (1) for remediation of hazardous materials or substances the Contractor brings to the site and negligently handles, or (2) where the Contractor fails to perform its obligations under Section 10.3.1, except to the extent that the cost and expense are due to the Owner's fault or negligence.

§ 10.3.6 If, without negligence on the part of the Contractor, the Contractor is held liable by a government agency for the cost of remediation of a hazardous material or substance solely by reason of performing Work as required by the Contract Documents, the Owner shall reimburse the Contractor for all cost and expense thereby incurred.

§ 10.4 Emergencies
In an emergency affecting safety of persons or property, the Contractor shall act, at the Contractor's discretion, to prevent threatened damage, injury, or loss. Additional compensation or extension of time claimed by the Contractor on account of an emergency shall be determined as provided in Article 15 and Article 7.

ARTICLE 11    INSURANCE AND BONDS
§ 11.1 Contractor's Insurance and Bonds
§ 11.1.1 The Contractor shall purchase and maintain insurance of the types and limits of liability, containing the endorsements, and subject to the terms and conditions, as described in the Agreement or elsewhere in the Contract Documents. The Contractor shall purchase and maintain the required insurance from an insurance company or insurance companies lawfully authorized to issue insurance in the jurisdiction where the Project is located. The Owner, Architect, and Architect's consultants shall be named as additional insureds under the Contractor's commercial general liability policy or as otherwise described in the Contract Documents.

§ 11.1.2 The Contractor shall provide surety bonds of the types, for such penal sums, and subject to such terms and conditions as required by the Contract Documents. The Contractor shall purchase and maintain the required bonds from a company or companies lawfully authorized to issue surety bonds in the jurisdiction where the Project is located.

§ 11.1.3 Upon the request of any person or entity appearing to be a potential beneficiary of bonds covering payment of obligations arising under the Contract, the Contractor shall promptly furnish a copy of the bonds or shall authorize a copy to be furnished.

§ 11.1.4 Notice of Cancellation or Expiration of Contractor's Required Insurance. Within three (3) business days of the date the Contractor becomes aware of an impending or actual cancellation or expiration of any insurance required by the Contract Documents, the Contractor shall provide notice to the Owner of such impending or actual cancellation or

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1714857375 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                                    (1414419266)

expiration. Upon receipt of notice from the Contractor, the Owner shall, unless the lapse in coverage arises from an act or omission of the Owner, have the right to stop the Work until the lapse in coverage has been cured by the procurement of replacement coverage by the Contractor. The furnishing of notice by the Contractor shall not relieve the Contractor of any contractual obligation to provide any required coverage.

### § 11.2 Owner's Insurance

**§ 11.2.1** The Owner shall purchase and maintain insurance of the types and limits of liability, containing the endorsements, and subject to the terms and conditions, as described in the Agreement or elsewhere in the Contract Documents. The Owner shall purchase and maintain the required insurance from an insurance company or insurance companies lawfully authorized to issue insurance in the jurisdiction where the Project is located.

**§ 11.2.2 Failure to Purchase Required Property Insurance.** If the Owner fails to purchase and maintain the required property insurance, with all of the coverages and in the amounts described in the Agreement or elsewhere in the Contract Documents, the Owner shall inform the Contractor in writing prior to commencement of the Work. Upon receipt of notice from the Owner, the Contractor may delay commencement of the Work and may obtain insurance that will protect the interests of the Contractor, Subcontractors, and Sub-Subcontractors in the Work. When the failure to provide coverage has been cured or resolved, the Contract Sum and Contract Time shall be equitably adjusted. In the event the Owner fails to procure coverage, the Owner waives all rights against the Contractor, Subcontractors, and Sub-subcontractors to the extent the loss to the Owner would have been covered by the insurance to have been procured by the Owner. The cost of the insurance shall be charged to the Owner by a Change Order. If the Owner does not provide written notice, and the Contractor is damaged by the failure or neglect of the Owner to purchase or maintain the required insurance, the Owner shall reimburse the Contractor for all reasonable costs and damages attributable thereto.

**§ 11.2.3 Notice of Cancellation or Expiration of Owner's Required Property Insurance.** Within three (3) business days of the date the Owner becomes aware of an impending or actual cancellation or expiration of any property insurance required by the Contract Documents, the Owner shall provide notice to the Contractor of such impending or actual cancellation or expiration. Unless the lapse in coverage arises from an act or omission of the Contractor: (1) the Contractor, upon receipt of notice from the Owner, shall have the right to stop the Work until the lapse in coverage has been cured by the procurement of replacement coverage by either the Owner or the Contractor; (2) the Contract Time and Contract Sum shall be equitably adjusted; and (3) the Owner waives all rights against the Contractor, Subcontractors, and Sub-subcontractors to the extent any loss to the Owner would have been covered by the insurance had it not expired or been cancelled. If the Contractor purchases replacement coverage, the cost of the insurance shall be charged to the Owner by an appropriate Change Order. The furnishing of notice by the Owner shall not relieve the Owner of any contractual obligation to provide required insurance.

### § 11.3 Waivers of Subrogation

**§ 11.3.1** The Owner and Contractor waive all rights against (1) each other and any of their subcontractors, sub-subcontractors, agents, and employees, each of the other; (2) the Architect and Architect's consultants; and (3) Separate Contractors, if any, and any of their subcontractors, sub-subcontractors, agents, and employees, for damages caused by fire, or other causes of loss, to the extent those losses are covered by property insurance required by the Agreement or other property insurance applicable to the Project, except such rights as they have to proceeds of such insurance. The Owner or Contractor, as appropriate, shall require similar written waivers in favor of the individuals and entities identified above from the Architect, Architect's consultants, Separate Contractors, subcontractors, and sub-subcontractors. The policies of insurance purchased and maintained by each person or entity agreeing to waive claims pursuant to this section 11.3.1 shall not prohibit this waiver of subrogation. This waiver of subrogation shall be effective as to a person or entity (1) even though that person or entity would otherwise have a duty of indemnification, contractual or otherwise, (2) even though that person or entity did not pay the insurance premium directly or indirectly, or (3) whether or not the person or entity had an insurable interest in the damaged property.

**§ 11.3.2** If during the Project construction period the Owner insures properties, real or personal or both, at or adjacent to the site by property insurance under policies separate from those insuring the Project, or if after final payment property insurance is to be provided on the completed Project through a policy or policies other than those insuring the Project during the construction period, to the extent permissible by such policies, the Owner waives all rights in accordance with the terms of Section 11.3.1 for damages caused by fire or other causes of loss covered by this separate property insurance.

Init.

/

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2022 under Order No.1711857376 which expires on 10/04/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                    (1464152BA)

**§ 11.4 Loss of Use, Business Interruption, and Delay in Completion Insurance**
The Owner, at the Owner's option, may purchase and maintain insurance that will protect the Owner against loss of use of the Owner's property, or the inability to conduct normal operations, due to fire or other causes of loss. The Owner waives all rights of action against the Contractor and Architect for loss of use of the Owner's property, due to fire or other hazards however caused.

**§11.5 Adjustment and Settlement of Insured Loss**
**§ 11.5.1** A loss insured under the property insurance required by the Agreement shall be adjusted by the Owner as fiduciary and made payable to the Owner as fiduciary for the insureds, as their interests may appear, subject to requirements of any applicable mortgagee clause and of Section 11.5.2. The Owner shall pay the Architect and Contractor their just shares of insurance proceeds received by the Owner, and by appropriate agreements the Architect and Contractor shall make payments to their consultants and Subcontractors in similar manner.

**§ 11.5.2** Prior to settlement of an insured loss, the Owner shall notify the Contractor of the terms of the proposed settlement as well as the proposed allocation of the insurance proceeds. The Contractor shall have 14 days from receipt of notice to object to the proposed settlement or allocation of the proceeds. If the Contractor does not object, the Owner shall settle the loss and the Contractor shall be bound by the settlement and allocation. Upon receipt, the Owner shall deposit the insurance proceeds in a separate account and make the appropriate distributions. Thereafter, if no other agreement is made or the Owner does not terminate the Contract for convenience, the Owner and Contractor shall execute a Change Order for reconstruction of the damaged or destroyed Work in the amount allocated for that purpose. If the Contractor timely objects to either the terms of the proposed settlement or the allocation of the proceeds, the Owner may proceed to settle the insured loss, and any dispute between the Owner and Contractor arising out of the settlement or allocation of the proceeds shall be resolved pursuant to Article 15. Pending resolution of any dispute, the Owner may issue a Construction Change Directive for the reconstruction of the damaged or destroyed Work.

**ARTICLE 12   UNCOVERING AND CORRECTION OF WORK**
**§ 12.1 Uncovering of Work**
**§ 12.1.1** If a portion of the Work is covered contrary to the Architect's request or to requirements specifically expressed in the Contract Documents, it must, if requested in writing by the Architect, be uncovered for the Architect's examination and be replaced at the Contractor's expense without change in the Contract Time.

**§ 12.1.2** If a portion of the Work has been covered that the Architect has not specifically requested to examine prior to its being covered, the Architect may request to see such Work and it shall be uncovered by the Contractor. If such Work is in accordance with the Contract Documents, the Contractor shall be entitled to an equitable adjustment to the Contract Sum and Contract Time as may be appropriate. If such Work is not in accordance with the Contract Documents, the costs of uncovering the Work, and the cost of correction, shall be at the Contractor's expense.

**§ 12.2 Correction of Work**
**§ 12.2.1 Before Substantial Completion**
The Contractor shall promptly correct Work rejected by the Architect or failing to conform to the requirements of the Contract Documents, discovered before Substantial Completion and whether or not fabricated, installed or completed. Costs of correcting such rejected Work, including additional testing and inspections, the cost of uncovering and replacement, and compensation for the Architect's services and expenses made necessary thereby, shall be at the Contractor's expense.

**§ 12.2.2 After Substantial Completion**
**§ 12.2.2.1** In addition to the Contractor's obligations under Section 3.5, if, within one year after the date of Substantial Completion of the Work or designated portion thereof or after the date for commencement of warranties established under Section 9.9.1, or by terms of any applicable special warranty required by the Contract Documents, any of the Work is found to be not in accordance with the requirements of the Contract Documents, the Contractor shall correct it promptly after receipt of notice from the Owner to do so, unless the Owner has previously given the Contractor a written acceptance of such condition. The Owner shall give such notice promptly after discovery of the condition. During the one-year period for correction of Work, if the Owner fails to notify the Contractor and give the Contractor an opportunity to make the correction, the Owner waives the rights to require correction by the Contractor and to make a claim for breach of warranty. If the Contractor fails to correct nonconforming Work within a reasonable time during

Init.

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1111057376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                              (1414419990)

33

that period after receipt of notice from the Owner or Architect, the Owner may correct it in accordance with Section 2.5.

**§ 12.2.2.2** The one-year period for correction of Work shall be extended with respect to portions of Work first performed after Substantial Completion by the period of time between Substantial Completion and the actual completion of that portion of the Work.

**§ 12.2.2.3** The one-year period for correction of Work shall not be extended by corrective Work performed by the Contractor pursuant to this Section 12.2.

**§ 12.2.3** The Contractor shall remove from the site portions of the Work that are not in accordance with the requirements of the Contract Documents and are neither corrected by the Contractor nor accepted by the Owner.

**§ 12.2.4** The Contractor shall bear the cost of correcting destroyed or damaged construction of the Owner or Separate Contractors, whether completed or partially completed, caused by the Contractor's correction or removal of Work that is not in accordance with the requirements of the Contract Documents.

**§ 12.2.5** Nothing contained in this Section 12.2 shall be construed to establish a period of limitation with respect to other obligations the Contractor has under the Contract Documents. Establishment of the one-year period for correction of Work as described in Section 12.2.2 relates only to the specific obligation of the Contractor to correct the Work, and has no relationship to the time within which the obligation to comply with the Contract Documents may be sought to be enforced, nor to the time within which proceedings may be commenced to establish the Contractor's liability with respect to the Contractor's obligations other than specifically to correct the Work.

**§ 12.3 Acceptance of Nonconforming Work**
If the Owner prefers to accept Work that is not in accordance with the requirements of the Contract Documents, the Owner may do so instead of requiring its removal and correction, in which case the Contract Sum will be reduced as appropriate and equitable. Such adjustment shall be effected whether or not final payment has been made.

**ARTICLE 13    MISCELLANEOUS PROVISIONS**
**§ 13.1 Governing Law**
The Contract shall be governed by the law of the place where the Project is located, excluding that jurisdiction's choice of law rules. If the parties have selected arbitration as the method of binding dispute resolution, the Federal Arbitration Act shall govern Section 15.4.

**§ 13.2 Successors and Assigns**
**§ 13.2.1** The Owner and Contractor respectively bind themselves, their partners, successors, assigns, and legal representatives to covenants, agreements, and obligations contained in the Contract Documents. Except as provided in Section 13.2.2, neither party to the Contract shall assign the Contract as a whole without written consent of the other. If either party attempts to make an assignment without such consent, that party shall nevertheless remain legally responsible for all obligations under the Contract.

**§ 13.2.2** The Owner may, without consent of the Contractor, assign the Contract to a lender providing construction financing for the Project, if the lender assumes the Owner's rights and obligations under the Contract Documents. The Contractor shall execute all consents reasonably required to facilitate the assignment.

**§ 13.3 Rights and Remedies**
**§ 13.3.1** Duties and obligations imposed by the Contract Documents and rights and remedies available thereunder shall be in addition to and not a limitation of duties, obligations, rights, and remedies otherwise imposed or available by law.

**§ 13.3.2** No action or failure to act by the Owner, Architect, or Contractor shall constitute a waiver of a right or duty afforded them under the Contract, nor shall such action or failure to act constitute approval of or acquiescence in a breach thereunder, except as may be specifically agreed upon in writing.

Init.

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711857375 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                  (1414419285)

34

### § 13.4 Tests and Inspections

§ 13.4.1 Tests, inspections, and approvals of portions of the Work shall be made as required by the Contract Documents and by applicable laws, statutes, ordinances, codes, rules, and regulations or lawful orders of public authorities. Unless otherwise provided, the Contractor shall make arrangements for such tests, inspections, and approvals with an independent testing laboratory or entity acceptable to the Owner, or with the appropriate public authority, and shall bear all related costs of tests, inspections, and approvals. The Contractor shall give the Architect timely notice of when and where tests and inspections are to be made so that the Architect may be present for such procedures. The Owner shall bear costs of tests, inspections, or approvals that do not become requirements until after bids are received or negotiations concluded. The Owner shall directly arrange and pay for tests, inspections, or approvals where building codes or applicable laws or regulations so require.

§ 13.4.2 If the Architect, Owner, or public authorities having jurisdiction determine that portions of the Work require additional testing, inspection, or approval not included under Section 13.4.1, the Architect will, upon written authorization from the Owner, instruct the Contractor to make arrangements for such additional testing, inspection, or approval, by an entity acceptable to the Owner, and the Contractor shall give timely notice to the Architect of when and where tests and inspections are to be made so that the Architect may be present for such procedures. Such costs, except as provided in Section 13.4.3, shall be at the Owner's expense.

§ 13.4.3 If procedures for testing, inspection, or approval under Sections 13.4.1 and 13.4.2 reveal failure of the portions of the Work to comply with requirements established by the Contract Documents, all costs made necessary by such failure, including those of repeated procedures and compensation for the Architect's services and expenses, shall be at the Contractor's expense.

§ 13.4.4 Required certificates of testing, inspection, or approval shall, unless otherwise required by the Contract Documents, be secured by the Contractor and promptly delivered to the Architect.

§ 13.4.5 If the Architect is to observe tests, inspections, or approvals required by the Contract Documents, the Architect will do so promptly and, where practicable, at the normal place of testing.

§ 13.4.6 Tests or inspections conducted pursuant to the Contract Documents shall be made promptly to avoid unreasonable delay in the Work.

### § 13.5 Interest

Payments due and unpaid under the Contract Documents shall bear interest from the date payment is due at the rate the parties agree upon in writing or, in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.

## ARTICLE 14    TERMINATION OR SUSPENSION OF THE CONTRACT

### § 14.1 Termination by the Contractor

§ 14.1.1 The Contractor may terminate the Contract if the Work is stopped for a period of 30 consecutive days through no act or fault of the Contractor, a Subcontractor, a Sub-subcontractor, their agents or employees, or any other persons or entities performing portions of the Work, for any of the following reasons:

    .1    Issuance of an order of a court or other public authority having jurisdiction that requires all Work to be stopped;

    .2    An act of government, such as a declaration of national emergency, that requires all Work to be stopped;

    .3    Because the Architect has not issued a Certificate for Payment and has not notified the Contractor of the reason for withholding certification as provided in Section 9.4.1, or because the Owner has not made payment on a Certificate for Payment within the time stated in the Contract Documents; or

    .4    The Owner has failed to furnish to the Contractor reasonable evidence as required by Section 2.2.

§ 14.1.2 The Contractor may terminate the Contract if, through no act or fault of the Contractor, a Subcontractor, a Sub-subcontractor, their agents or employees, or any other persons or entities performing portions of the Work, repeated suspensions, delays, or interruptions of the entire Work by the Owner as described in Section 14.3, constitute in the aggregate more than 100 percent of the total number of days scheduled for completion, or 120 days in any 365-day period, whichever is less.

Init

/

AIA Document A201™–2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No. 7718457376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                (1414419285)

§ **14.1.3** If one of the reasons described in Section 14.1.1 or 14.1.2 exists, the Contractor may, upon seven days' notice to the Owner and Architect, terminate the Contract and recover from the Owner payment for Work executed, as well as reasonable overhead and profit on Work not executed, and costs incurred by reason of such termination.

§ **14.1.4** If the Work is stopped for a period of 60 consecutive days through no act or fault of the Contractor, a Subcontractor, a Sub-subcontractor, or their agents or employees or any other persons or entities performing portions of the Work because the Owner has repeatedly failed to fulfill the Owner's obligations under the Contract Documents with respect to matters important to the progress of the Work, the Contractor may, upon seven additional days' notice to the Owner and the Architect, terminate the Contract and recover from the Owner as provided in Section 14.1.3.

§ **14.2 Termination by the Owner for Cause**
§ **14.2.1** The Owner may terminate the Contract if the Contractor

.1    repeatedly refuses or fails to supply enough properly skilled workers or proper materials;
.2    fails to make payment to Subcontractors or suppliers in accordance with the respective agreements between the Contractor and the Subcontractors or suppliers;
.3    repeatedly disregards applicable laws, statutes, ordinances, codes, rules and regulations, or lawful orders of a public authority; or
.4    otherwise is guilty of substantial breach of a provision of the Contract Documents.

§ **14.2.2** When any of the reasons described in Section 14.2.1 exist, and upon certification by the Architect that sufficient cause exists to justify such action, the Owner may, without prejudice to any other rights or remedies of the Owner and after giving the Contractor and the Contractor's surety, if any, seven days' notice, terminate employment of the Contractor and may, subject to any prior rights of the surety:

.1    Exclude the Contractor from the site and take possession of all materials, equipment, tools, and construction equipment and machinery thereon owned by the Contractor;
.2    Accept assignment of subcontracts pursuant to Section 5.4; and
.3    Finish the Work by whatever reasonable method the Owner may deem expedient. Upon written request of the Contractor, the Owner shall furnish to the Contractor a detailed accounting of the costs incurred by the Owner in finishing the Work.

§ **14.2.3** When the Owner terminates the Contract for one of the reasons stated in Section 14.2.1, the Contractor shall not be entitled to receive further payment until the Work is finished.

§ **14.2.4** If the unpaid balance of the Contract Sum exceeds costs of finishing the Work, including compensation for the Architect's services and expenses made necessary thereby, and other damages incurred by the Owner and not expressly waived, such excess shall be paid to the Contractor. If such costs and damages exceed the unpaid balance, the Contractor shall pay the difference to the Owner. The amount to be paid to the Contractor or Owner, as the case may be, shall be certified by the Initial Decision Maker, upon application, and this obligation for payment shall survive termination of the Contract.

§ **14.3 Suspension by the Owner for Convenience**
§ **14.3.1** The Owner may, without cause, order the Contractor in writing to suspend, delay or interrupt the Work, in whole or in part for such period of time as the Owner may determine.

§ **14.3.2** The Contract Sum and Contract Time shall be adjusted for increases in the cost and time caused by suspension, delay, or interruption under Section 14.3.1. Adjustment of the Contract Sum shall include profit. No adjustment shall be made to the extent

.1    that performance is, was, or would have been, so suspended, delayed, or interrupted, by another cause for which the Contractor is responsible; or
.2    that an equitable adjustment is made or denied under another provision of the Contract.

§ **14.4 Termination by the Owner for Convenience**
§ **14.4.1** The Owner may, at any time, terminate the Contract for the Owner's convenience and without cause.

§ **14.4.2** Upon receipt of notice from the Owner of such termination for the Owner's convenience, the Contractor shall
.1    cease operations as directed by the Owner in the notice;

Init.

/

AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711057776 which expires on 10/24/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                            (1A1441926X)

36

.2    take actions necessary, or that the Owner may direct, for the protection and preservation of the Work; and

.3    except for Work directed to be performed prior to the effective date of termination stated in the notice, terminate all existing subcontracts and purchase orders and enter into no further subcontracts and purchase orders.

§ 14.4.3 In case of such termination for the Owner's convenience, the Owner shall pay the Contractor for Work properly executed; costs incurred by reason of the termination, including costs attributable to termination of Subcontracts; and the termination fee, if any, set forth in the Agreement.

## ARTICLE 15    CLAIMS AND DISPUTES
### § 15.1 Claims
### § 15.1.1 Definition
A Claim is a demand or assertion by one of the parties seeking, as a matter of right, payment of money, a change in the Contract Time, or other relief with respect to the terms of the Contract. The term "Claim" also includes other disputes and matters in question between the Owner and Contractor arising out of or relating to the Contract. The responsibility to substantiate Claims shall rest with the party making the Claim. This Section 15.1.1 does not require the Owner to file a Claim in order to impose liquidated damages in accordance with the Contract Documents.

### § 15.1.2 Time Limits on Claims
The Owner and Contractor shall commence all Claims and causes of action against the other and arising out of or related to the Contract, whether in contract, tort, breach of warranty or otherwise, in accordance with the requirements of the binding dispute resolution method selected in the Agreement and within the period specified by applicable law, but in any case not more than 10 years after the date of Substantial Completion of the Work. The Owner and Contractor waive all Claims and causes of action not commenced in accordance with this Section 15.1.2.

### § 15.1.3 Notice of Claims
§ 15.1.3.1 Claims by either the Owner or Contractor, where the condition giving rise to the Claim is first discovered prior to expiration of the period for correction of the Work set forth in Section 12.2.2, shall be initiated by notice to the other party and to the Initial Decision Maker with a copy sent to the Architect, if the Architect is not serving as the Initial Decision Maker. Claims by either party under this Section 15.1.3.1 shall be initiated within 21 days after occurrence of the event giving rise to such Claim or within 21 days after the claimant first recognizes the condition giving rise to the Claim, whichever is later.

§ 15.1.3.2 Claims by either the Owner or Contractor, where the condition giving rise to the Claim is first discovered after expiration of the period for correction of the Work set forth in Section 12.2.2, shall be initiated by notice to the other party. In such event, no decision by the Initial Decision Maker is required.

### § 15.1.4 Continuing Contract Performance
§ 15.1.4.1 Pending final resolution of a Claim, except as otherwise agreed in writing or as provided in Section 9.7 and Article 14, the Contractor shall proceed diligently with performance of the Contract and the Owner shall continue to make payments in accordance with the Contract Documents.

§ 15.1.4.2 The Contract Sum and Contract Time shall be adjusted in accordance with the Initial Decision Maker's decision, subject to the right of either party to proceed in accordance with this Article 15. The Architect will issue Certificates for Payment in accordance with the decision of the Initial Decision Maker.

### § 15.1.5 Claims for Additional Cost
If the Contractor wishes to make a Claim for an increase in the Contract Sum, notice as provided in Section 15.1.3 shall be given before proceeding to execute the portion of the Work that is the subject of the Claim. Prior notice is not required for Claims relating to an emergency endangering life or property arising under Section 10.4.

### § 15.1.6 Claims for Additional Time
§ 15.1.6.1 If the Contractor wishes to make a Claim for an increase in the Contract Time, notice as provided in Section 15.1.3 shall be given. The Contractor's Claim shall include an estimate of cost and of probable effect of delay on progress of the Work. In the case of a continuing delay, only one Claim is necessary.

AIA Document A201® - 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2021 under Order No.1711097326 which expires on 10/04/2020, is not for resale, is licensed for one time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

Init.

/

37

(1414110280)

§ 15.1.6.2 If adverse weather conditions are the basis for a Claim for additional time, such Claim shall be documented by data substantiating that weather conditions were abnormal for the period of time, could not have been reasonably anticipated, and had an adverse effect on the scheduled construction.

§ 15.1.7 Waiver of Claims for Consequential Damages
The Contractor and Owner waive Claims against each other for consequential damages arising out of or relating to this Contract. This mutual waiver includes

.1    damages incurred by the Owner for rental expenses, for losses of use, income, profit, financing, business and reputation, and for loss of management or employee productivity or of the services of such persons; and

.2    damages incurred by the Contractor for principal office expenses including the compensation of personnel stationed there, for losses of financing, business and reputation, and for loss of profit, except anticipated profit arising directly from the Work.

This mutual waiver is applicable, without limitation, to all consequential damages due to either party's termination in accordance with Article 14. Nothing contained in this Section 15.1.7 shall be deemed to preclude assessment of liquidated damages, when applicable, in accordance with the requirements of the Contract Documents.

§ 15.2 Initial Decision
§ 15.2.1 Claims, excluding those where the condition giving rise to the Claim is first discovered after expiration of the period for correction of the Work set forth in Section 12.2.2 or arising under Sections 10.3, 10.4, and 11.5, shall be referred to the Initial Decision Maker for initial decision. The Architect will serve as the Initial Decision Maker, unless otherwise indicated in the Agreement. Except for those Claims excluded by this Section 15.2.1, an initial decision shall be required as a condition precedent to mediation of any Claim. If an initial decision has not been rendered within 30 days after the Claim has been referred to the Initial Decision Maker, the party asserting the Claim may demand mediation and binding dispute resolution without a decision having been rendered. Unless the Initial Decision Maker and all affected parties agree, the Initial Decision Maker will not decide disputes between the Contractor and persons or entities other than the Owner.

§ 15.2.2 The Initial Decision Maker will review Claims and within ten days of the receipt of a Claim take one or more of the following actions: (1) request additional supporting data from the claimant or a response with supporting data from the other party, (2) reject the Claim in whole or in part, (3) approve the Claim, (4) suggest a compromise, or (5) advise the parties that the Initial Decision Maker is unable to resolve the Claim if the Initial Decision Maker lacks sufficient information to evaluate the merits of the Claim or if the Initial Decision Maker concludes that, in the Initial Decision Maker's sole discretion, it would be inappropriate for the Initial Decision Maker to resolve the Claim.

§ 15.2.3 In evaluating Claims, the Initial Decision Maker may, but shall not be obligated to, consult with or seek information from either party or from persons with special knowledge or expertise who may assist the Initial Decision Maker in rendering a decision. The Initial Decision Maker may request the Owner to authorize retention of such persons at the Owner's expense.

§ 15.2.4 If the Initial Decision Maker requests a party to provide a response to a Claim or to furnish additional supporting data, such party shall respond, within ten days after receipt of the request, and shall either (1) provide a response on the requested supporting data, (2) advise the Initial Decision Maker when the response or supporting data will be furnished, or (3) advise the Initial Decision Maker that no supporting data will be furnished. Upon receipt of the response or supporting data, if any, the Initial Decision Maker will either reject or approve the Claim in whole or in part.

§ 15.2.5 The Initial Decision Maker will render an initial decision approving or rejecting the Claim, or indicating that the Initial Decision Maker is unable to resolve the Claim. This initial decision shall (1) be in writing; (2) state the reasons therefor; and (3) notify the parties and the Architect, if the Architect is not serving as the Initial Decision Maker, of any change in the Contract Sum or Contract Time or both. The initial decision shall be final and binding on the parties but subject to mediation and, if the parties fail to resolve their dispute through mediation, to binding dispute resolution.

§ 15.2.6 Either party may file for mediation of an initial decision at any time, subject to the terms of Section 15.2.6.1.

Init.

/

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1718573776 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                      (1114419286)

38

§ 15.2.6.1 Either party may, within 30 days from the date of receipt of an initial decision, demand in writing that the other party file for mediation. If such a demand is made and the party receiving the demand fails to file for mediation within 30 days after receipt thereof, then both parties waive their rights to mediate or pursue binding dispute resolution proceedings with respect to the initial decision.

§ 15.2.7 In the event of a Claim against the Contractor, the Owner may, but is not obligated to, notify the surety, if any, of the nature and amount of the Claim. If the Claim relates to a possibility of a Contractor's default, the Owner may, but is not obligated to, notify the surety and request the surety's assistance in resolving the controversy.

§ 15.2.8 If a Claim relates to or is the subject of a mechanic's lien, the party asserting such Claim may proceed in accordance with applicable law to comply with the lien notice or filing deadlines.

§ 15.3 Mediation
§ 15.3.1 Claims, disputes, or other matters in controversy arising out of or related to the Contract, except those waived as provided for in Sections 9.10.4, 9.10.5, and 15.1.7, shall be subject to mediation as a condition precedent to binding dispute resolution.

§ 15.3.2 The parties shall endeavor to resolve their Claims by mediation which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Mediation Procedures in effect on the date of the Agreement. A request for mediation shall be made in writing, delivered to the other party to the Contract, and filed with the person or entity administering the mediation. The request may be made concurrently with the filing of binding dispute resolution proceedings but, in such event, mediation shall proceed in advance of binding dispute resolution proceedings, which shall be stayed pending mediation for a period of 60 days from the date of filing, unless stayed for a longer period by agreement of the parties or court order. If an arbitration is stayed pursuant to this Section 15.3.2, the parties may nonetheless proceed to the selection of the arbitrator(s) and agree upon a schedule for later proceedings.

§ 15.3.3 Either party may, within 30 days from the date that mediation has been concluded without resolution of the dispute or 60 days after mediation has been demanded without resolution of the dispute, demand in writing that the other party file for binding dispute resolution. If such a demand is made and the party receiving the demand fails to file for binding dispute resolution within 60 days after receipt thereof, then both parties waive their rights to binding dispute resolution proceedings with respect to the initial decision.

§ 15.3.4 The parties shall share the mediator's fee and any filing fees equally. The mediation shall be held in the place where the Project is located, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.

(Paragraphs deleted)

AIA Document A201™ – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711857370 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                      (1111111925)

## Additions and Deletions Report for

### AIA® Document A201® – 2017

This Additions and Deletions Report, as defined on page 1 of the associated document, reproduces below all text the author has added to the standard form AIA document in order to complete it, as well as any text the author may have added to or deleted from the original AIA text. Added text is shown underlined. Deleted text is indicated with a horizontal line through the original AIA text.

Note: This Additions and Deletions Report is provided for information purposes only and is not incorporated into or constitute any part of the associated document. This Additions and Deletions Report and its associated document were generated simultaneously by AIA software at 11:57:32 ET on 07/21/2020.

### PAGE 1

Fibra at Nona Cove Apartments, FHA Project No. 067-35564
19465 Buggy Creek Road, Orlando, Orange County, Florida 32832

...

LN Apartments, LLC  Borrower/Mortgagee/Owner
2901 Clint Moore Road
Suite 408
Boca Raton, Florida 33496

...

Charlan Brock and Associates  Architect of Record
1770 Fennell Street
Suite 100
Maitland, Florida 32751
### PAGE 15

§ 3.7 Permits, Fees, Notices and Compliance with ~~Laws~~Laws
### PAGE 25

§ 8.3.1 If the Contractor is delayed at any time in the commencement or progress of the Work by (1) an act or neglect of the Owner or Architect, of an employee of either, or of a Separate Contractor; (2) by changes ordered in the Work; (3) by labor disputes, fire, unusual delay in deliveries, unavoidable casualties, adverse weather conditions documented in accordance with Section 15.1 6.2, COVID-19, or other causes beyond the Contractor's control; (4) by delay authorized by the Owner pending mediation and funding dispute resolution; or (5) by other causes that the Contractor asserts, and the Architect determines, justify delay, then the Contract Time shall be extended for such reasonable time as the Architect may determine.
### PAGE 39

§ 15.4 Arbitration
§ 15.4.1 ~~If the parties have selected arbitration as the method for binding dispute resolution in the Agreement, any Claim subject to, but not resolved by, mediation shall be subject to arbitration which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Arbitration Rules in effect on the date of the Agreement. The Arbitration shall be conducted in the place where the Project is located, unless another location is mutually agreed upon. A demand for arbitration shall be made in writing, delivered to the other party to the Contract, and filed with the person or entity administering the arbitration. The party filing a notice of demand for arbitration must assert in the demand all Claims then known to that party on which arbitration is permitted to be demanded.~~

§ 15.4.1.1 ~~A demand for arbitration shall be made no earlier than concurrently with the filing of a request for mediation, but in no event shall it be made after the date when the institution of legal or equitable proceedings based on~~

Additions and Deletions Report for AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711557376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                (1414419286)

1

the Claim would be barred by the applicable statute of limitations. For statute of limitations purposes, receipt of a written demand for arbitration by the person or entity administering the arbitration shall constitute the institution of legal or equitable proceedings based on the Claim.

§ 15.4.2 The award rendered by the arbitrator or arbitrators shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

§ 15.4.3 The foregoing agreement to arbitrate and other agreements to arbitrate with an additional person or entity duly consented to by parties to the Agreement, shall be specifically enforceable under applicable law in any court having jurisdiction thereof.

§ 15.4.4 Consolidation or Joinder

§ 15.4.4.1 Subject to the rules of the American Arbitration Association or other applicable arbitration rules, either party may consolidate an arbitration conducted under this Agreement with any other arbitration to which it is a party provided that (1) the arbitration agreement governing the other arbitration permits consolidation, (2) the arbitrations to be consolidated substantially involve common questions of law or fact, and (3) the arbitrations employ materially similar procedural rules and methods for selecting arbitrator(s).

§ 15.4.4.2 Subject to the rules of the American Arbitration Association or other applicable arbitration rules, either party may include by joinder persons or entities substantially involved in a common question of law or fact whose presence is required if complete relief is to be accorded in arbitration, provided that the party sought to be joined consents in writing to such joinder. Consent to arbitration involving an additional person or entity shall not constitute consent to arbitration of any claim, dispute or other matter in question not described in the written consent.

§ 15.4.4.3 The Owner and Contractor grant to any person or entity made a party to an arbitration conducted under this Section 15.4, whether by joinder or consolidation, the same rights of joinder and consolidation as those of the Owner and Contractor under this Agreement.

Additions and Deletions Report for AIA Document A201® – 2017. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A201," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711857376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                      (1414419266)

## *Certification of Document's Authenticity*

*AIA® Document D401™ – 2003*

I,    , hereby certify, to the best of my knowledge, information and belief, that I created the attached final document simultaneously with its associated Additions and Deletions Report and this certification at 11:57:32 ET on 07/21/2020 under Order No. 1711857376 from AIA Contract Documents software and that in preparing the attached final document I made no changes to the original text of AIA® Document A201™ – 2017, General Conditions of the Contract for Construction, as published by the AIA in its software, other than those additions and deletions shown in the associated Additions and Deletions Report.

_____

*(Signed)*

_____

*(Title)*

_____

*(Dated)*

AIA Document D401™ – 2003. Copyright © 1992 and 2003 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:57:32 ET on 07/21/2020 under Order No.1711857376 which expires on 10/04/2020, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                  (1414419206)

1

# COMPOSITE
# EXHIBIT B

 **AIA**® **Document B108™ – 2009**

## Standard Form of Agreement Between Owner and Architect for a Federally Funded or Federally Insured Project

**AGREEMENT** made as of the 14th day of October in the year 2019
*(In words, indicate day, month and year.)*

**BETWEEN** the Architect's client identified as the Owner:
*(Name, legal status, address and other information)*

LN Apartments LLC
2901 Clint Moore Road, Suite 408
Boca Raton, FL 33496
ph. 561-609-4866

and the Architect:
*(Name, legal status, address and other information)*

Charlan Brock & Associates, Inc.
1770 Fennell Street
Maitland, FL 32751
ph. 407-660-8900

for the following Project:
*(Name, location and detailed description)*

Futura at Lake Nona
Lake Nona, FL
CBA Project #4039.18

The Owner and Architect agree as follows.

**ADDITIONS AND DELETIONS:**
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

**Init.**

**/**

**AIA Document B108™ – 2009 (formerly B181™ – 1994).** Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:** (929655121)

**1**

## TABLE OF ARTICLES

1    INITIAL INFORMATION

2    ARCHITECT'S RESPONSIBILITIES

3    SCOPE OF ARCHITECT'S BASIC SERVICES

4    OPTIONAL SERVICES AND ADDITIONAL SERVICES

5    OWNER'S RESPONSIBILITIES

6    COST OF THE WORK

7    COPYRIGHTS AND LICENSES

8    CLAIMS AND DISPUTES

9    TERMINATION OR SUSPENSION

10    MISCELLANEOUS PROVISIONS

11    COMPENSATION

12    SPECIAL TERMS AND CONDITIONS

13    SCOPE OF THE AGREEMENT

## ARTICLE 1    INITIAL INFORMATION

§ 1.1 This Agreement is based on the Initial Information set forth in this Article 1:
*(State below Initial Information such as details of the Project's site and program, Owner's contractors and consultants, Architect's consultants, Owner's budget for the Cost of the Work, authorized representatives, anticipated procurement method, and other information relevant to the Project.)*

Architect to provide professional conceptual design services consisting of building floor plans for all five levels, ¼" unit plans for six unit types and four exterior building elevations. Package shall be sufficient for submittal to City of Orlando for Municipal Planning Board review.

Owner intends to develop a five-story apartment community of approximately 260 units with connected structured parking garage. Apartments are assumed to be wood frame construction, with parking garage to be precast concrete. There shall be six unit types ranging from a 600 square foot studio, to a 1,270 square foot three-bedroom plan. Project shall feature a community / leasing facility of about 8,000 sq. ft., with pool amenity.

§ 1.2 Check one box below to indicate whether the Owner will provide estimates of the Cost of the Work or whether the Architect will provide estimates of the Cost of the Work:

[ X ]    Owner-provided estimates

§ 1.3 The Owner's anticipated dates for commencement of construction, Substantial Completion, and final completion of the Work are set forth below:

.1    Commencement of construction date:

TBD

.2    Substantial Completion date:

**Init.**

/

AIA Document B108™ – 2009 (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The
"American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This
document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for
one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail
copyright@aia.org.
**User Notes:**                                                                                                                    (929655121)

TBD

**.3** Final completion date:

TBD

**§ 1.4** The Owner and Architect may rely on the Initial Information. Both parties, however, recognize that such information may materially change and, in that event, the Owner and the Architect shall appropriately adjust the schedule, the Architect's services and the Architect's compensation.

## ARTICLE 2    ARCHITECT'S RESPONSIBILITIES

**§ 2.1** The Architect shall provide the professional services as set forth in this Agreement.

**§ 2.2** The Architect shall perform its services consistent with the professional skill and care ordinarily provided by architects practicing in the same or similar locality under the same or similar circumstances. The Architect shall perform its services as expeditiously as is consistent with such professional skill and care and the orderly progress of the Project.

**§ 2.3** The Architect shall identify a representative authorized to act on behalf of the Architect with respect to the Project.

**§ 2.4** Except with the Owner's knowledge and consent, the Architect shall not engage in any activity, or accept any employment, interest or contribution that would reasonably appear to compromise the Architect's professional judgment with respect to this Project.

**§ 2.5** The Architect shall maintain the following insurance for the duration of this Agreement. If any of the requirements set forth below exceed the types and limits the Architect normally maintains, the Owner shall reimburse the Architect for any additional cost:
*(Identify types and limits of insurance coverage, and other insurance requirements applicable to the Agreement, if any.)*

**.1**    General Liability

Comprehensive General Liability with policy limits of not less than One Million Dollars and Zero Cents (($ 1,000,000.00 ) for each occurrence for bodily injury and property damage and Two Million Dollars and Zero Cents ($ 2,000,000.00 )in the aggregate.

**.2**    Automobile Liability

Automobile Liability covering owned and rented vehicles operated by the Architect with policy limits of not less than One Million Dollars and Zero Cents ($ 1,000,000.00 ) combined single limit and aggregate for bodily injury and property damage.

**.3**    Workers' Compensation

Workers' Compensation at statutory limits and Employers Liability with a policy limit of not less than One Million Dollars and Zero Cents ($ 1,000,000.00 ).

**.4**    Professional Liability

Professional Liability covering the Architect's negligent acts, errors and omissions in its performance of professional services with policy limits of not less than Two Million Dollars and Zero Cents ($ 2,000,000.00 ) per claim and Two Million Dollars and Zero Cents ($ 2,000,000.00 ) in the aggregate.

The Architect upon request, shall provide to the Owner certificates of insurance evidencing compliance with the requirements in this Section 2.6. The certificates will show the Owner as an additional insured on the Comprehensive General Liability, Automobile Liability, umbrella or excess policies.

**Init.**

**/**

**AIA Document B108™ – 2009 (formerly B181™ – 1994).** Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**                                                                                      (929655121)

PURSUANT TO SECTION 558.0035 FLORIDA STATUTES, CHARLAN BROCK & ASSOCIATES, INC. IS THE RESPONSIBLE PARTY FOR THE PROFESSIONAL SERVICES IT AGREES TO PROVIDE UNDER THIS AGREEMENT. PURSUANT TO SECTION 558.0035, FL STAT, ARCHITECT AND OWNER AGREE THAT NO INDIVIDUAL PROFESSIONAL EMPLOYEE, AGENT, DIRECTOR, OFFICER OR PRINCIPAL MAY BE INDIVIDUALLY LIABLE FOR NEGLIGENCE ARISING OUT OF THIS CONTRACT.

## ARTICLE 3   SCOPE OF ARCHITECT'S BASIC SERVICES

§ 3.1 The Architect's Basic Services consist of those described in Article 3 and include usual and customary structural, mechanical, and electrical engineering services. Services not set forth in Article 3 are Optional Services and Additional Services.

§ 3.1.1 The Architect shall manage the Architect's services, consult with the Owner, research applicable design criteria, attend Project meetings, communicate with members of the Project team and report progress to the Owner.

§ 3.1.2 The Architect shall coordinate its services with those services provided by the Owner and the Owner's consultants. The Architect shall be entitled to rely on the accuracy and completeness of services and information furnished by the Owner and the Owner's consultants. The Architect shall provide prompt written notice to the Owner if the Architect becomes aware of any error, omission or inconsistency in such services or information.

§ 3.1.3 As soon as practicable after the date of this Agreement, the Architect shall submit for the Owner's approval a schedule for the performance of the Architect's services. The schedule initially shall include anticipated dates for the commencement of construction and for Substantial Completion and final completion of the Work as set forth in the Initial Information. The schedule shall include allowances for periods of time required for the Owner's review, for the performance of the Owner's consultants, and for approval of submissions by authorities having jurisdiction over the Project. Once approved by the Owner, time limits established by the schedule shall not, except for reasonable cause, be exceeded by the Architect or Owner. With the Owner's approval, the Architect shall adjust the schedule, if necessary, as the Project proceeds until the commencement of construction.

§ 3.1.4 The Architect shall not be responsible for an Owner's directive or substitution made without the Architect's approval.

§ 3.1.5 The Architect shall, at appropriate times, contact the governmental authorities required to approve the Construction Documents and the entities providing utility services to the Project. In designing the Project, the Architect shall respond to applicable design requirements imposed by such governmental authorities and by such entities providing utility services.

§ 3.1.6 The Architect shall assist the Owner in connection with the Owner's responsibility for filing documents required for the approval of governmental authorities having jurisdiction over the Project.

## § 3.2 Schematic Design Phase Services

§ 3.2.1 The Architect shall review the program and other information furnished by the Owner, and shall review laws, codes, and regulations applicable to the Architect's services.

§ 3.2.2 The Architect shall prepare a preliminary evaluation of the Owner's program, schedule, budget for the Cost of the Work, Project site, and the proposed procurement or delivery method and other Initial Information, each in terms of the other, to ascertain the requirements of the Project. The Architect shall notify the Owner of (1) any inconsistencies discovered in the information, and (2) other information or consulting services that may be reasonably needed for the Project.

Init.

/

AIA Document B108™ – 2009 (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                        (929655121)

§ **3.2.3** The Architect shall present its preliminary evaluation to the Owner and shall discuss with the Owner alternative approaches to design and construction of the Project, including the feasibility of incorporating environmentally responsible design approaches. The Architect shall reach an understanding with the Owner regarding the requirements of the Project.

§ **3.2.4** Based on the Project's requirements agreed upon with the Owner, the Architect shall prepare and present for the Owner's approval a preliminary design illustrating the scale and relationship of the Project components.

§ **3.2.5** Based on the Owner's approval of the preliminary design, the Architect shall prepare Schematic Design Documents for the Owner's approval. The Schematic Design Documents shall consist of drawings and other documents including a site plan, if appropriate, and preliminary building plans, sections and elevations; and may include some combination of study models, perspective sketches, or digital modeling. Preliminary selections of major building systems and construction materials shall be noted on the drawings or described in writing.

§ **3.2.5.1** The Architect shall consider environmentally responsible design alternatives, such as material choices and building orientation, together with other considerations based on program and aesthetics, in developing a design that is consistent with the Owner's program, schedule and budget for the Cost of the Work. The Owner may obtain other environmentally responsible design services under Article 4.

§ **3.2.5.2** The Architect shall consider the value of alternative materials, building systems and equipment, together with other considerations based on program and aesthetics in developing a design for the Project that is consistent with the Owner's program, schedule and budget for the Cost of the Work.

§ **3.2.6** The Architect shall submit the Schematic Design Documents to the Owner and request the Owner's approval.

§ **3.3 Design Development Phase Services**
§ **3.3.1** Based on the Owner's approval of the Schematic Design Documents, and on the Owner's authorization of any adjustments in the Project requirements and the budget for the Cost of the Work, the Architect shall prepare Design Development Documents for the Owner's approval. The Design Development Documents shall illustrate and describe the development of the approved Schematic Design Documents and shall consist of drawings and other documents including plans, sections, elevations, typical construction details, and diagrammatic layouts of building systems to fix and describe the size and character of the Project as to architectural, structural, mechanical and electrical systems, and such other elements as may be appropriate. The Design Development Documents shall also include outline specifications that identify major materials and systems and establish in general their quality levels.

§ **3.3.2** The Architect shall submit the Design Development Documents to the Owner and request the Owner's approval.

§ **3.4 Construction Documents Phase Services**
§ **3.4.1** Based on the Owner's approval of the Design Development Documents, and on the Owner's authorization of any adjustments in the Project requirements and the budget for the Cost of the Work, the Architect shall prepare Construction Documents for the Owner's approval. The Construction Documents shall illustrate and describe the further development of the approved Design Development Documents and shall consist of Drawings and Specifications setting forth in detail the quality levels of materials and systems and other requirements for the construction of the Work. The Owner and Architect acknowledge that in order to construct the Work the Contractor will provide additional information, including Shop Drawings, Product Data, Samples and other similar submittals, which the Architect shall review in accordance with Section 3.6.4.

§ **3.4.2** The Architect shall incorporate into the Construction Documents the design requirements of governmental authorities having jurisdiction over the Project.

§ **3.4.3** During the development of the Construction Documents, the Architect shall assist the Owner in the development and preparation of (1) bidding and procurement information that describes the time, place and conditions of bidding, including bidding or proposal forms; (2) the form of agreement between the Owner and Contractor; and (3) the Conditions of the Contract for Construction (General, Supplementary and other Conditions). The Architect shall

**Init.**

**/**

**AIA Document B108™ – 2009 (formerly B181™ – 1994).** Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**                                                                                                            (929655121)

also compile a project manual that includes the Conditions of the Contract for Construction and Specifications and may include bidding requirements and sample forms.

**§ 3.4.4** The Architect shall submit the Construction Documents to the Owner and request the Owner's approval.

### § 3.5 Bidding or Negotiation Phase Services
#### § 3.5.1 General
The Architect shall assist the Owner in establishing a list of prospective contractors. Following the Owner's approval of the Construction Documents, the Architect shall assist the Owner in (1) obtaining either competitive bids or negotiated proposals; (2) confirming responsiveness of bids or proposals; (3) determining the successful bid or proposal, if any; and, (4) awarding and preparing contracts for construction.

### § 3.5.2 Competitive Bidding
**§ 3.5.2.1** Bidding Documents shall consist of bidding requirements and proposed Contract Documents.

**§ 3.5.2.2** The Architect shall assist the Owner in bidding the Project by
   .1    procuring the reproduction of Bidding Documents for distribution to prospective bidders;
   .2    distributing the Bidding Documents to prospective bidders, requesting their return upon completion of the bidding process, and maintaining a log of distribution and retrieval and of the amounts of deposits, if any, received from and returned to prospective bidders;
   .3    organizing and conducting a pre-bid conference for prospective bidders;
   .4    preparing responses to questions from prospective bidders and providing clarifications and interpretations of the Bidding Documents to all prospective bidders in the form of addenda; and
   .5    organizing and conducting the opening of the bids, and subsequently documenting and distributing the bidding results, as directed by the Owner.

**§ 3.5.2.3** The Architect shall consider requests for substitutions, if the Bidding Documents permit substitutions, and shall prepare and distribute addenda identifying approved substitutions to all prospective bidders.

### § 3.5.3 Negotiated Proposals
**§ 3.5.3.1** Proposal Documents shall consist of proposal requirements and proposed Contract Documents.

**§ 3.5.3.2** The Architect shall assist the Owner in obtaining proposals by
   .1    procuring the reproduction of Proposal Documents for distribution to prospective contractors, and requesting their return upon completion of the negotiation process;
   .2    organizing and participating in selection interviews with prospective contractors; and
   .3    participating in negotiations with prospective contractors, and subsequently preparing a summary report of the negotiation results, as directed by the Owner.

**§ 3.5.3.3** The Architect shall consider requests for substitutions, if the Proposal Documents permit substitutions, and shall prepare and distribute addenda identifying approved substitutions to all prospective contractors.

### § 3.6 Construction Phase Services
#### § 3.6.1 General
**§ 3.6.1.1** The Architect shall provide administration of the Contract between the Owner and the Contractor as set forth below and in AIA Document A201™–2007, General Conditions of the Contract for Construction. If the Owner and Contractor modify AIA Document A201–2007, those modifications shall not affect the Architect's services under this Agreement unless the Owner and the Architect amend this Agreement.

**§ 3.6.1.2** The Architect shall advise and consult with the Owner during the Construction Phase Services. The Architect shall have authority to act on behalf of the Owner only to the extent provided in this Agreement. The Architect shall not have control over, charge of, or responsibility for the construction means, methods, techniques, sequences or procedures, or for safety precautions and programs in connection with the Work, nor shall the Architect be responsible for the Contractor's failure to perform the Work in accordance with the requirements of the Contract Documents. The Architect shall be responsible for the Architect's negligent acts or omissions, but shall not have control over or charge of, and shall not be responsible for, acts or omissions of the Contractor or of any other persons or entities performing portions of the Work.

**AIA Document B108™ – 2009 (formerly B181™ – 1994).** Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**             (929655121)

**§ 3.6.1.3** Subject to Section 4.3, the Architect's responsibility to provide Construction Phase Services commences with the award of the Contract for Construction and terminates on the date the Architect issues the final Certificate for Payment.

### § 3.6.2 Evaluations of the Work

**§ 3.6.2.1** The Architect shall visit the site at intervals appropriate to the stage of construction, or as otherwise required in Section 4.3.3, to become generally familiar with the progress and quality of the portion of the Work completed, and to determine, in general, if the Work observed is being performed in a manner indicating that the Work, when fully completed, will be in accordance with the Contract Documents. However, the Architect shall not be required to make exhaustive or continuous on-site inspections to check the quality or quantity of the Work. On the basis of the site visits, the Architect shall keep the Owner reasonably informed about the progress and quality of the portion of the Work completed, and report to the Owner (1) known deviations from the Contract Documents and from the most recent construction schedule submitted by the Contractor, and (2) defects and deficiencies observed in the Work.

**§ 3.6.2.2** The Architect has the authority to reject Work that does not conform to the Contract Documents. Whenever the Architect considers it necessary or advisable, the Architect shall have the authority to require inspection or testing of the Work in accordance with the provisions of the Contract Documents, whether or not such Work is fabricated, installed or completed. However, neither this authority of the Architect nor a decision made in good faith either to exercise or not to exercise such authority shall give rise to a duty or responsibility of the Architect to the Contractor, Subcontractors, material and equipment suppliers, their agents or employees or other persons or entities performing portions of the Work.

**§ 3.6.2.3** The Architect shall interpret and decide matters concerning performance under, and requirements of, the Contract Documents on written request of either the Owner or Contractor. The Architect's response to such requests shall be made in writing within any time limits agreed upon or otherwise with reasonable promptness.

**§ 3.6.2.4** Interpretations and decisions of the Architect shall be consistent with the intent of and reasonably inferable from the Contract Documents and shall be in writing or in the form of drawings. When making such interpretations and decisions, the Architect shall endeavor to secure faithful performance by both Owner and Contractor, shall not show partiality to either, and shall not be liable for results of interpretations or decisions rendered in good faith.

**§ 3.6.2.5** Unless the Owner and Contractor designate another person to serve as an Initial Decision Maker, as that term is defined in AIA Document A201–2007, the Architect shall render initial decisions on Claims between the Owner and Contractor as provided in the Contract Documents.

### § 3.6.3 Certificates for Payment to Contractor

**§ 3.6.3.1** The Architect shall review and certify the amounts due the Contractor and shall issue certificates in such amounts. The Architect's certification for payment shall constitute a representation to the Owner, based on the Architect's evaluation of the Work as provided in Section 3.6.2 and on the data comprising the Contractor's Application for Payment, that, to the best of the Architect's knowledge, information and belief, the Work has progressed to the point indicated and that the quality of the Work is in accordance with the Contract Documents. The foregoing representations are subject (1) to an evaluation of the Work for conformance with the Contract Documents upon Substantial Completion, (2) to results of subsequent tests and inspections, (3) to correction of minor deviations from the Contract Documents prior to completion, and (4) to specific qualifications expressed by the Architect.

**§ 3.6.3.2** The issuance of a Certificate for Payment shall not be a representation that the Architect has (1) made exhaustive or continuous on-site inspections to check the quality or quantity of the Work, (2) reviewed construction means, methods, techniques, sequences or procedures, (3) reviewed copies of requisitions received from Subcontractors and material suppliers and other data requested by the Owner to substantiate the Contractor's right to payment, or (4) ascertained how or for what purpose the Contractor has used money previously paid on account of the Contract Sum.

**§ 3.6.3.3** The Architect shall maintain a record of the Applications and Certificates for Payment.

**Init.**

**/**

**AIA Document B108™ – 2009** (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**                                                                                                        (929655121)

### § 3.6.4 Submittals

**§ 3.6.4.1** The Architect shall review the Contractor's submittal schedule and shall not unreasonably delay or withhold approval. The Architect's action in reviewing submittals shall be taken in accordance with the approved submittal schedule or, in the absence of an approved submittal schedule, with reasonable promptness while allowing sufficient time in the Architect's professional judgment to permit adequate review.

**§ 3.6.4.2** In accordance with the Architect-approved submittal schedule, the Architect shall review and approve or take other appropriate action upon the Contractor's submittals such as Shop Drawings, Product Data and Samples, but only for the limited purpose of checking for conformance with information given and the design concept expressed in the Contract Documents. Review of such submittals is not for the purpose of determining the accuracy and completeness of other information such as dimensions, quantities, and installation or performance of equipment or systems, which are the Contractor's responsibility. The Architect's review shall not constitute approval of safety precautions or, unless otherwise specifically stated by the Architect, of any construction means, methods, techniques, sequences or procedures. The Architect's approval of a specific item shall not indicate approval of an assembly of which the item is a component.

**§ 3.6.4.3** If the Contract Documents specifically require the Contractor to provide professional design services or certifications by a design professional related to systems, materials or equipment, the Architect shall specify the appropriate performance and design criteria that such services must satisfy. The Architect shall review shop drawings and other submittals related to the Work designed or certified by the design professional retained by the Contractor that bear such professional's seal and signature when submitted to the Architect. The Architect shall be entitled to rely upon the adequacy, accuracy and completeness of the services, certifications and approvals performed or provided by such design professionals.

**§ 3.6.4.4** Subject to the provisions of Section 4.3, the Architect shall review and respond to requests for information about the Contract Documents. The Architect shall set forth in the Contract Documents the requirements for requests for information. Requests for information shall include, at a minimum, a detailed written statement that indicates the specific Drawings or Specifications in need of clarification and the nature of the clarification requested. The Architect's response to such requests shall be made in writing within any time limits agreed upon, or otherwise with reasonable promptness. If appropriate, the Architect shall prepare and issue supplemental Drawings and Specifications in response to requests for information.

**§ 3.6.4.5** The Architect shall maintain a record of submittals and copies of submittals supplied by the Contractor in accordance with the requirements of the Contract Documents.

### § 3.6.5 Changes in the Work

**§ 3.6.5.1** The Architect may authorize minor changes in the Work that are consistent with the intent of the Contract Documents and do not involve an adjustment in the Contract Sum or an extension of the Contract Time. Subject to the provisions of Section 4.3, the Architect shall prepare Change Orders for the Owner's approval and execution in accordance with the Contract Documents.

**§ 3.6.5.2** The Architect shall maintain records relative to changes in the Work.

### § 3.6.6 Project Completion

**§ 3.6.6.1** The Architect shall conduct inspections to determine the date or dates of Substantial Completion and the date of final completion; issue Certificates of Substantial Completion; receive from the Contractor and forward to the Owner, for the Owner's review and records, written warranties and related documents required by the Contract Documents and assembled by the Contractor; and issue a final Certificate for Payment based upon a final inspection indicating the Work complies with the requirements of the Contract Documents.

**§ 3.6.6.2** The Architect's inspections shall be conducted with the Owner to check conformance of the Work with the requirements of the Contract Documents and to verify the accuracy and completeness of the list submitted by the Contractor of Work to be completed or corrected.

**§ 3.6.6.3** When the Work is found to be substantially complete, the Architect shall inform the Owner about the balance of the Contract Sum remaining to be paid the Contractor, including the amount to be retained from the Contract Sum, if any, for final completion or correction of the Work.

Init.

/

**AIA Document B108™ – 2009 (formerly B181™ – 1994).** Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**                                                                                            (929655121)

§ **3.6.6.4** The Architect shall forward to the Owner the following information received from the Contractor: (1) consent of surety or sureties, if any, to reduction in or partial release of retainage or the making of final payment; (2) affidavits, receipts, releases and waivers of liens or bonds indemnifying the Owner against liens; and (3) any other documentation required of the Contractor under the Contract Documents.

§ **3.6.6.5** Upon request of the Owner, and prior to the expiration of one year from the date of Substantial Completion, the Architect shall, without additional compensation, conduct a meeting with the Owner to review the facility operations and performance.

## ARTICLE 4   OPTIONAL SERVICES AND ADDITIONAL SERVICES

§ **4.1** Optional Services listed below are not included in Basic Services but may be required for the Project. The Architect shall provide the listed Optional Services only if specifically designated in the table below as the Architect's responsibility.

*(Designate the Optional Services the Architect shall provide in the second column of the table below. In the third column indicate whether the service description is located in Section 4.2 or in an attached exhibit. If in an exhibit, identify the exhibit.)*

| Optional Services | | Responsibility *(Architect, Owner or Not Provided)* | Location of Service Description *(Section 4.2 below or in an exhibit attached to this document and identified below)* |
|---|---|---|---|
| § 4.1.1 | Programming (B202™–2009) | O | |
| § 4.1.2 | Multiple preliminary designs | NP | |
| § 4.1.3 | Measured drawings | NP | |
| § 4.1.4 | Existing facilities surveys | NP | |
| § 4.1.5 | Site Evaluation and Planning (B203™–2007) | O | |
| § 4.1.6 | Building information modeling | NP | |
| § 4.1.7 | Civil engineering | O | |
| § 4.1.8 | Landscape design | O | |
| § 4.1.9 | Architectural Interior Design (B252™–2007) | O | |
| § 4.1.10 | Value Analysis (B204™–2007) | NP | |
| § 4.1.11 | Detailed cost estimating | O | |
| § 4.1.12 | On-site project representation (B207™–2008) | A(Limited) | Site Visit Schedule in Article 11.3 |
| § 4.1.13 | Conformed construction documents | NP | |
| § 4.1.14 | As-designed record drawings | NP | |
| § 4.1.15 | As-constructed record drawings | NP | |
| § 4.1.16 | Post occupancy evaluation | A(Limited) | 9 & 12 Month site observation visits, as scheduled by HUD Representative. |
| § 4.1.17 | Facility Support Services (B210™–2007) | NP | |
| § 4.1.18 | Tenant-related services | NP | |
| § 4.1.19 | Coordination of Owner's consultants | A(Limited) | Civil and Landscape Architect under separate B108, directly contracted with the Owner. |
| § 4.1.20 | Telecommunications/data design | O | |
| § 4.1.21 | Security Evaluation and Planning (B206™–2007) | O | |
| § 4.1.22 | Commissioning (B211™–2007) | NP | |
| § 4.1.23 | Extensive environmentally responsible design | NP | |
| § 4.1.24 | LEED® Certification (B214™–2007) | NP | |
| § 4.1.25 | Fast-track design services | NP | |
| § 4.1.26 | Historic Preservation (B205™–2007) | NP | |
| § 4.1.27 | Furniture, Furnishings, and Equipment Design | O | |

**AIA Document B108™ – 2009 (formerly B181™ – 1994).** Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                          (929655121)

Init.

/

| (B253™–2007) | | |
| --- | --- | --- |

*(Row deleted)*

**§ 4.2** Insert a description of each Optional Service designated in Section 4.1 as the Architect's responsibility, if not further described in an exhibit attached to this document.

**§ 4.3** Additional Services may be provided after execution of this Agreement, without invalidating the Agreement. Except for services required due to the fault of the Architect, any Additional Services provided in accordance with this Section 4.3 shall entitle the Architect to compensation pursuant to Section 11.2 and an appropriate adjustment in the Architect's schedule.

**§ 4.3.1** Upon recognizing the need to perform the following Additional Services, the Architect shall notify the Owner with reasonable promptness and explain the facts and circumstances giving rise to the need. The Architect shall not proceed to provide the following services until the Architect receives the Owner's written authorization:

.1 Services necessitated by a change in the Initial Information, previous instructions or approvals given by the Owner, or a material change in the Project including, but not limited to, size, quality, complexity, the Owner's schedule or budget for Cost of the Work, or procurement or delivery method;

.2 When the Owner has provided cost estimating services, making revisions in Drawings, Specifications, or other documents pursuant to Section 6.6;

.3 Services necessitated by the Owner's request for extensive environmentally responsible design alternatives, such as unique system designs, in-depth material research, energy modeling, or LEED® certification;

.4 Changing or editing previously prepared Instruments of Service necessitated by the enactment or revision of codes, laws or regulations or official interpretations;

.5 Services necessitated by decisions of the Owner not rendered in a timely manner or any other failure of performance on the part of the Owner or the Owner's consultants or contractors;

.6 Preparing digital data for transmission to the Owner's consultants and contractors, or to other Owner authorized recipients;

.7 Preparation of design and documentation for alternate bid or proposal requests proposed by the Owner;

.8 Preparation for, and attendance at, a public presentation, meeting or hearing;

.9 Preparation for, and attendance at a dispute resolution proceeding or legal proceeding, except where the Architect is party thereto;

.10 Evaluation of the qualifications of bidders or persons providing proposals;

.11 Consultation concerning replacement of Work resulting from fire or other cause during construction; or

.12 Assistance to the Initial Decision Maker, if other than the Architect.

**§ 4.3.2** To avoid delay in the Construction Phase, the Architect shall provide the following Additional Services, notify the Owner with reasonable promptness, and explain the facts and circumstances giving rise to the need. If the Owner subsequently determines that all or parts of those services are not required, the Owner shall give prompt written notice to the Architect, and the Owner shall have no further obligation to compensate the Architect for those services:

.1 Reviewing a Contractor's submittal out of sequence from the submittal schedule agreed to by the Architect;

.2 Responding to the Contractor's requests for information that are not prepared in accordance with the Contract Documents or where such information is available to the Contractor from a careful study and comparison of the Contract Documents, field conditions, other Owner-provided information, Contractor-prepared coordination drawings, or prior Project correspondence or documentation;

.3 Preparing Change Orders that require evaluation of Contractor's proposals and supporting data, or the preparation or revision of Instruments of Service;

.4 Evaluating an extensive number of Claims as the Initial Decision Maker;

.5 Evaluating substitutions proposed by the Owner or Contractor and making subsequent revisions to Instruments of Service resulting therefrom; or

.6 To the extent the Architect's Basic Services are affected, providing Construction Phase Services 60 days after (1) the date of Substantial Completion of the Work or (2) the anticipated date of Substantial Completion identified in Initial Information, whichever is earlier.

**Init.**

**/**

AIA Document B108™ – 2009 (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**                                                                                                                          (929655121)

**10**

§ **4.3.3** The Architect shall provide Construction Phase Services exceeding the limits set forth below as Additional Services. When the limits below are reached, the Architect shall notify the Owner:

 .1 Three ( 3 ) reviews of each Shop Drawing, Product Data item, sample and similar submittal of the Contractor

 .2 Forty-Four ( 44 ) visits to the site by the Architect over the duration of the Project during construction

 .3 Three ( 3 ) inspections for any portion of the Work to determine whether such portion of the Work is substantially complete in accordance with the requirements of the Contract Documents

 .4 Three ( 3 ) inspections for any portion of the Work to determine final completion

§ **4.3.4** If the services covered by this Agreement have not been completed within thirty-six ( 36 ) months of the date of this Agreement, through no fault of the Architect, extension of the Architect's services beyond that time shall be compensated as Additional Services.

§ **4.3.5** The Architect will provide 9 and 12 month warranty inspections.

## ARTICLE 5 OWNER'S RESPONSIBILITIES

§ **5.1** Unless otherwise provided for under this Agreement, the Owner shall provide information in a timely manner regarding requirements for and limitations on the Project, including a written program which shall set forth the Owner's objectives, schedule, constraints and criteria, including space requirements and relationships, flexibility, expandability, special equipment, systems and site requirements. Within 15 days after receipt of a written request from the Architect, the Owner shall furnish the requested information as necessary and relevant for the Architect to evaluate, give notice of or enforce lien rights. If requested by the Architect, the Owner shall furnish evidence that financial arrangements have been made to fulfill the Owner's obligations under this Agreement.

§ **5.2** The Owner shall establish and periodically update the Owner's budget for the Project, including (1) the budget for the Cost of the Work as defined in Section 6.1; (2) the Owner's other costs; and, (3) reasonable contingencies related to all of these costs. If the Owner significantly increases or decreases the Owner's budget for the Cost of the Work, the Owner shall notify the Architect. The Owner and the Architect shall thereafter agree to a corresponding change in the Project's scope and quality.

§ **5.3** The Owner shall identify a representative authorized to act on the Owner's behalf with respect to the Project. The Owner shall render decisions and approve the Architect's submittals in a timely manner in order to avoid unreasonable delay in the orderly and sequential progress of the Architect's services.

§ **5.4** The Owner shall furnish surveys to describe physical characteristics, legal limitations and utility locations for the site of the Project, and a written legal description of the site. The surveys and legal information shall include, as applicable, grades and lines of streets, alleys, pavements and adjoining property and structures; designated wetlands; adjacent drainage; rights-of-way, restrictions, easements, encroachments, zoning, deed restrictions, boundaries and contours of the site; locations, dimensions and necessary data with respect to existing buildings, other improvements and trees; and information concerning available utility services and lines, both public and private, above and below grade, including inverts and depths. All the information on the survey shall be referenced to a Project benchmark.

§ **5.5** The Owner shall furnish services of geotechnical engineers, which may include but are not limited to test borings, test pits, determinations of soil bearing values, percolation tests, evaluations of hazardous materials, seismic evaluation, ground corrosion tests and resistivity tests, including necessary operations for anticipating subsoil conditions, with written reports and appropriate recommendations.

§ **5.6** The Owner shall coordinate the services of its own consultants with those services provided by the Architect. Upon the Architect's request, the Owner shall furnish copies of the scope of services in the contracts between the Owner and the Owner's consultants. The Owner shall furnish the services of consultants other than those designated in this Agreement when the Architect requests such services and demonstrates that they are reasonably required by the scope of the Project. The Owner shall require that its consultants maintain professional liability insurance as appropriate to the services provided.

§ **5.7** The Owner shall furnish tests, inspections and reports required by law or the Contract Documents, such as structural, mechanical, and chemical tests, tests for air and water pollution, and tests for hazardous materials.

**AIA Document B108™ – 2009** (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:** (929655121)

Init.

/

**§ 5.8** The Owner shall furnish all legal, insurance and accounting services, including auditing services, that may be reasonably necessary at any time for the Project to meet the Owner's needs and interests.

**§ 5.9** The Owner shall provide prompt written notice to the Architect if the Owner becomes aware of any fault or defect in the Project, including errors, omissions or inconsistencies in the Architect's Instruments of Service.

**§ 5.10** The Owner shall promptly notify the Architect of any direct communications between the Owner and the Contractor that may affect the Architect's services.

**§ 5.11** Before executing the Contract for Construction, the Owner shall coordinate the Architect's duties and responsibilities set forth in the Contract for Construction with the Architect's services set forth in this Agreement. The Owner shall provide the Architect a copy of the executed agreement between the Owner and Contractor, including the General Conditions of the Contract for Construction.

**§ 5.12** The Owner shall provide the Architect access to the Project site prior to commencement of the Work and shall obligate the Contractor to provide the Architect access to the Work wherever it is in preparation or progress.

**§ 5.13** The Owner, unless otherwise provided in Article 12, shall furnish all legal, accounting, planning, and other services and expenses required to prepare, present and process any application for governmental or private financing, mortgage insurance or subsidy.

## ARTICLE 6    COST OF THE WORK

**§ 6.1** For purposes of this Agreement, the Cost of the Work shall be the total cost to the Owner to construct all elements of the Project designed or specified by the Architect and shall include contractors' general conditions costs, overhead and profit. The Cost of the Work does not include the compensation of the Architect, the costs of the land, rights-of-way, financing, contingencies for changes in the Work or other costs that are the responsibility of the Owner.

**§ 6.2** The Owner's budget for the Cost of the Work is provided in Initial Information, and may be adjusted throughout the Project as required under Section 5.2. Evaluations of the Owner's budget for the Cost of the Work, the preliminary estimate of the Cost of the Work and updated estimates of the Cost of the Work represent the Architect's judgment as a design professional. It is recognized, however, that neither the Architect nor the Owner has control over the cost of labor, materials or equipment; the Contractor's methods of determining bid prices; or competitive bidding, market or negotiating conditions. Accordingly, the Architect cannot and does not warrant or represent that bids or negotiated prices will not vary from the Owner's budget for the Cost of the Work or from any estimate of the Cost of the Work agreed to by the Architect.

**§ 6.3** If the Owner is providing cost estimating services, the estimate of the Cost of the Work shall include appropriate contingencies for design, bidding or negotiating, price escalation, and market conditions. The Owner shall provide estimates of the Cost of the Work at intervals agreed upon by the Owner and the Architect. The Architect shall be entitled to rely on the accuracy and completeness of estimates of the Cost of the Work as the Architect progresses with its Basic Services. The Architect shall prepare, as an Additional Service, revisions to the Drawings, Specifications or other documents required due to inaccuracies or incompleteness in the Owner's cost estimates. The Architect may review the estimates solely for the Architect's guidance in completion of its services, however, the Architect shall report to the Owner any material inaccuracies and inconsistencies noted during any such review.

**§ 6.4** If the Architect is preparing estimates of the Cost of the Work, the Architect shall be permitted to include contingencies for design, bidding and price escalation; to determine what materials, equipment, component systems and types of construction are to be included in the Contract Documents; to make reasonable adjustments in the program and scope of the Project; and to include in the Contract Documents alternate bids as may be necessary to adjust the estimated Cost of the Work to meet the Owner's budget for the Cost of the Work. The Architect shall provide an initial estimate of the Cost of the Work at the conclusion of the Schematic Design Phase. The Architect shall update the estimate of the Cost of the Work at the conclusion of the Design Development and Construction Documents Phases.

**§ 6.5** If the Owner's budget for the Cost of the Work at the conclusion of the Construction Documents Phase Services is exceeded by the lowest bona fide bid or negotiated proposal, the Owner shall
    **.1**    give written approval of an increase in the budget for the Cost of the Work;

**Init.**

**AIA Document B108™ – 2009 (formerly B181™ – 1994).** Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**                                                                                                          (929655121)

**/**

**12**

.2    authorize rebidding or renegotiating of the Project within a reasonable time;

.3    terminate in accordance with Section 9.5;

.4    in consultation with the Architect, revise the Project program, scope, or quality as required to reduce the Cost of the Work; or

.5    implement any other mutually acceptable alternative.

**§ 6.6** If the Owner chooses to proceed under Section 6.5.4, the Architect, subject to Section 4.3, shall modify the Construction Documents as necessary to comply with the Owner's budget for the Cost of the Work at the conclusion of the Construction Documents Phase Services, or the budget as adjusted under Section 6.5.1. The Architect's modification of the Construction Documents shall be the limit of the Architect's responsibility under this Article 6.

## ARTICLE 7    COPYRIGHTS AND LICENSES

**§ 7.1** The Architect and the Owner warrant that in transmitting Instruments of Service, or any other information, the transmitting party is the copyright owner of such information or has permission from the copyright owner to transmit such information for its use on the Project. If the Owner and Architect intend to transmit Instruments of Service or any other information or documentation in digital form, they shall endeavor to establish necessary protocols governing such transmissions.

**§ 7.2** The Architect and the Architect's consultants shall be deemed the authors and owners of their respective Instruments of Service, including the Drawings and Specifications, and shall retain all common law, statutory and other reserved rights, including copyrights. Submission or distribution of Instruments of Service to meet official regulatory requirements or for similar purposes in connection with the Project is not to be construed as publication in derogation of the reserved rights of the Architect and the Architect's consultants.

**§ 7.3** Upon execution of this Agreement, the Architect grants to the Owner a nonexclusive license to use the Architect's Instruments of Service solely and exclusively for purposes of constructing, using, maintaining, altering and adding to the Project, provided that the Owner substantially performs its obligations, including prompt payment of all sums when due, under this Agreement. The Architect shall obtain similar nonexclusive licenses from the Architect's consultants consistent with this Agreement. The license granted under this section permits the Owner to authorize the Contractor, Subcontractors, Sub-subcontractors, and material or equipment suppliers, as well as the Owner's consultants and separate contractors, to reproduce applicable portions of the Instruments of Service solely and exclusively for use in performing services or construction for the Project. If the Architect rightfully terminates this Agreement for cause as provided in Section 9.4, the license granted in this Section 7.3 shall terminate.

**§ 7.3.1** In the event the Owner uses the Instruments of Service without retaining the author of the Instruments of Service, the Owner releases the Architect and Architect's consultant(s) from all claims and causes of action arising from such uses. The Owner, to the extent permitted by law, further agrees to indemnify and hold harmless the Architect and its consultants from all costs and expenses, including the cost of defense, related to claims and causes of action asserted by any third person or entity to the extent such costs and expenses arise from the Owner's use of the Instruments of Service under this Section 7.3.1. The terms of this Section 7.3.1 shall not apply if the Owner rightfully terminates this Agreement for cause under Section 9.4.

**§ 7.4** Except for the licenses granted in this Article 7, no other license or right shall be deemed granted or implied under this Agreement. The Owner shall not assign, delegate, sublicense, pledge or otherwise transfer any license granted herein to another party without the prior written agreement of the Architect. Any unauthorized use of the Instruments of Service shall be at the Owner's sole risk and without liability to the Architect and the Architect's consultants.

## ARTICLE 8    CLAIMS AND DISPUTES
### § 8.1 General
**§ 8.1.1** The Owner and Architect shall commence all claims and causes of action, whether in contract, tort, or otherwise, against the other arising out of or related to this Agreement in accordance with the requirements of the method of binding dispute resolution selected in this Agreement within the period specified by applicable law, but in any case not more than 10 years after the date of Substantial Completion of the Work. The Owner and Architect waive all claims and causes of action not commenced in accordance with this Section 8.1.1.

Init.

/

**AIA Document B108™ – 2009** (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**                        (929655121)

**§ 8.1.2** To the extent damages are covered by property insurance, the Owner and Architect waive all rights against each other and against the contractors, consultants, agents and employees of the other for damages, except such rights as they may have to the proceeds of such insurance as set forth in AIA Document A201–2007, General Conditions of the Contract for Construction. The Owner or the Architect, as appropriate, shall require of the contractors, consultants, agents and employees of any of them similar waivers in favor of the other parties enumerated herein.

**§ 8.1.3** The Architect and Owner waive consequential damages for claims, disputes or other matters in question arising out of or relating to this Agreement. This mutual waiver is applicable, without limitation, to all consequential damages due to either party's termination of this Agreement, except as specifically provided in Section 9.7.

**§ 8.2 Mediation**
**§ 8.2.1** Any claim, dispute or other matter in question arising out of or related to this Agreement shall be subject to mediation as a condition precedent to binding dispute resolution. If such matter relates to or is the subject of a lien arising out of the Architect's services, the Architect may proceed in accordance with applicable law to comply with the lien notice or filing deadlines prior to resolution of the matter by mediation or by binding dispute resolution.

**§ 8.2.2** The Owner and Architect shall endeavor to resolve claims, disputes and other matters in question between them by mediation which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Mediation Procedures in effect on the date of the Agreement. A request for mediation shall be made in writing, delivered to the other party to the Agreement, and filed with the person or entity administering the mediation. The request may be made concurrently with the filing of a complaint or other appropriate demand for binding dispute resolution but, in such event, mediation shall proceed in advance of binding dispute resolution proceedings, which shall be stayed pending mediation for a period of 60 days from the date of filing, unless stayed for a longer period by agreement of the parties or court order. If an arbitration proceeding is stayed pursuant to this section, the parties may nonetheless proceed to the selection of the arbitrator(s) and agree upon a schedule for later proceedings.

**§ 8.2.3** The parties shall share the mediator's fee and any filing fees equally. The mediation shall be held in the place where the Project is located, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.

**§ 8.2.4** If the parties do not resolve a dispute through mediation pursuant to this Section 8.2, the method of binding dispute resolution shall be the following:
*(Check the appropriate box. If the Owner and Architect do not select a method of binding dispute resolution below, or do not subsequently agree in writing to a binding dispute resolution method other than litigation, the dispute will be resolved in a court of competent jurisdiction.)*

    [ ]    Arbitration pursuant to Section 8.3 of this Agreement

    [ X ]    Litigation in a court of competent jurisdiction

    [ ]    Other *(Specify)*

**§ 8.3** Intentionally Deleted

*(Paragraphs deleted)*
## ARTICLE 9  TERMINATION OR SUSPENSION
**§ 9.1** If the Owner fails to make payments to the Architect in accordance with this Agreement, such failure shall be considered substantial nonperformance and cause for termination or, at the Architect's option, cause for suspension of performance of services under this Agreement. If the Architect elects to suspend services, the Architect shall give seven days' written notice to the Owner before suspending services. In the event of a suspension of services, the Architect shall have no liability to the Owner for delay or damage caused the Owner because of such suspension of services. Before resuming services, the Architect shall be paid all sums due prior to suspension and any expenses incurred in the interruption and resumption of the Architect's services. The Architect's fees for the remaining services and the time schedules shall be equitably adjusted.

Init.

/

**AIA Document B108™ – 2009** (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:** (929655121)

§ **9.2** If the Owner suspends the Project, the Architect shall be compensated for services performed prior to notice of such suspension. When the Project is resumed, the Architect shall be compensated for expenses incurred in the interruption and resumption of the Architect's services. The Architect's fees for the remaining services and the time schedules shall be equitably adjusted.

§ **9.3** If the Owner suspends the Project for more than 90 cumulative days for reasons other than the fault of the Architect, the Architect may terminate this Agreement by giving not less than seven days' written notice.

§ **9.4** Either party may terminate this Agreement upon not less than seven days' written notice should the other party fail substantially to perform in accordance with the terms of this Agreement through no fault of the party initiating the termination.

§ **9.5** The Owner may terminate this Agreement upon not less than seven days' written notice to the Architect for the Owner's convenience and without cause.

§ **9.6** In the event of termination not the fault of the Architect, the Architect shall be compensated for services performed prior to termination, together with Reimbursable Expenses then due and all Termination Expenses as defined in Section 9.7.

§ **9.7** Termination Expenses are in addition to compensation for the Architect's services and include expenses directly attributable to termination for which the Architect is not otherwise compensated, plus an amount for the Architect's anticipated profit on the value of the services not performed by the Architect.

§ **9.8** The Owner's rights to use the Architect's Instruments of Service in the event of a termination of this Agreement are set forth in Article 7 and Section 11.6.

## ARTICLE 10   MISCELLANEOUS PROVISIONS

§ **10.1** This Agreement shall be governed by the law of the place where the Project is located, except that if the parties have selected arbitration as the method of binding dispute resolution, the Federal Arbitration Act shall govern Section 8.3.

§ **10.2** Terms in this Agreement shall have the same meaning as those in AIA Document A201–2007, General Conditions of the Contract for Construction.

§ **10.3** The Owner and Architect, respectively, bind themselves, their agents, successors, assigns and legal representatives to this Agreement. Neither the Owner nor the Architect shall assign this Agreement without the written consent of the other, except that the Owner may assign this Agreement to a lender providing financing for the Project if the lender agrees to assume the Owner's rights and obligations under this Agreement.

§ **10.4** If the Owner requests the Architect to execute certificates, the proposed language of such certificates shall be submitted to the Architect for review at least 14 days prior to the requested dates of execution. If the Owner requests the Architect to execute consents reasonably required to facilitate assignment to a lender, the Architect shall execute all such consents that are consistent with this Agreement, provided the proposed consent is submitted to the Architect for review at least 14 days prior to execution. The Architect shall not be required to execute certificates or consents that would require knowledge, services or responsibilities beyond the scope of this Agreement.

§ **10.5** Nothing contained in this Agreement shall create a contractual relationship with or a cause of action in favor of a third party against either the Owner or Architect.

§ **10.6** Unless otherwise required in this Agreement, the Architect shall have no responsibility for the discovery, presence, handling, removal or disposal of, or exposure of persons to, hazardous materials or toxic substances in any form at the Project site.

§ **10.7** The Architect shall have the right to include photographic or artistic representations of the design of the Project among the Architect's promotional and professional materials. The Architect shall be given reasonable access to the completed Project to make such representations. However, the Architect's materials shall not include the Owner's confidential or proprietary information if the Owner has previously advised the Architect in writing of the specific

Init.

/

**AIA Document B108™ – 2009** (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**                                                                                                (929655121)

information considered by the Owner to be confidential or proprietary. The Owner shall provide professional credit for the Architect in the Owner's promotional materials for the Project.

§ **10.8** If the Architect or Owner receives information specifically designated by the other party as "confidential" or "business proprietary," the receiving party shall keep such information strictly confidential and shall not disclose it to any other person except to (1) its employees, (2) those who need to know the content of such information in order to perform services or construction solely and exclusively for the Project, or (3) its consultants and contractors whose contracts include similar restrictions on the use of confidential information.

## ARTICLE 11   COMPENSATION

§ **11.1** For the Architect's Basic Services described under Article 3 and Optional Services described under Section 4.1, the Owner shall compensate the Architect as follows:
*(Insert stipulated amount of compensation.)*

§ **11.2** For Additional Services that may arise during the course of the Project, including those under Section 4.3, the Owner shall compensate the Architect as follows regardless of whether federal funding or federally guaranteed insurance is available:
*(Insert amount of, or basis for, compensation.)*

§ **11.2.1** Compensation for Additional Services of the Architect's consultants when not included in Section 11.2 shall be the amount invoiced to the Architect plus    (    %), or as otherwise stated below:

§ **11.3** Compensation for Basic and Optional Services is based on a stipulated sum. Unless otherwise indicated, compensation for each phase of services shall be as follows:

| | | | | |
|---|---|---|---|---|
| Schematic Design Phase | $35,000.00 | percent ( | 5 | %) |
| Design Development Phase | $120,000.00 | percent ( | 16 | %) |
| Construction Documents Phase | $450,000.00 | percent ( | 59 | %) |
| *(Row deleted)* | | | | |
| Construction Phase | $151,500.00 | percent ( | 20 | %) |
| *(Row deleted)* | | | | |
| Total Basic Compensation | $756,500.00 | | | |
| | One hundred | percent ( | 100 | %) |

**Estimated site visits included in Construction Phase**

| | |
|---|---|
| 44 Architectural @$1,500 | $66,000.00 |
| 5 MEP @$1,500 | $ 7,500.00 |
| 5 Structural @ $1,200 | $ 6,000.00 |

§ **11.4** The hourly billing rates for services of the Architect and the Architect's consultants, if any, are set forth below. The rates shall be adjusted in accordance with the Architect's and Architect's consultants' normal review practices.
*(If applicable, attach an exhibit of hourly billing rates or insert them below.)*

| Employee or Category | Rate |
|---|---|
| Principal | $200.00 |
| Partner | $170.00 |
| Sr. Project Architect/Associate | $115 - $165.00 |
| Associate/roject Manager/Architect | $95.00 - $130.00 |
| Associate Designer/Designer | $85.00 - $135.00 |

Init.

/

**AIA Document B108™ – 2009 (formerly B181™ – 1994).** Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**                                                                                                    (929655121)

**16**

| | |
|---|---|
| Construction Administration/Site Observation | $65.00 - $125.00 |
| Technician/Senior Drafter | $65.00 - $90.00 |
| Intern | $50.00 - $55.00 |
| Administrative | $55.00 |
| Junior Project Manager/Job Captain/Architect | $85.00 - $115.00 |

## § 11.5 Compensation for Reimbursable Expenses

§ 11.5.1 Reimbursable Expenses are in addition to compensation for Basic, Optional, and Additional Services, and include expenses incurred by the Architect and the Architect's consultants directly related to the Project, as follows:

.1  Transportation and authorized out-of-town travel and subsistence;
.2  Long distance services, dedicated data and communication services, teleconferences, Project Web sites, and extranets;
.3  Fees paid for securing approval of authorities having jurisdiction over the Project;
.4  Printing, reproductions, plots, standard form documents;
.5  Postage, handling and delivery;
.6  Expense of overtime work requiring higher than regular rates, if authorized in advance by the Owner;
.7  Renderings, models, mock-ups, professional photography, and presentation materials requested by the Owner;
.8  Architect's Consultant's expense of professional liability insurance dedicated exclusively to this Project, or the expense of additional insurance coverage or limits if the Owner requests such insurance in excess of that normally carried by the Architect's consultants;
.9  All taxes levied on professional services and on reimbursable expenses;
.10 Site office expenses; and
.11 Other similar Project-related expenditures.

§ 11.5.2 For Reimbursable Expenses the Owner shall compensate the Architect as follows regardless of whether federal funding or federally guaranteed insurance is available. Compensation for Reimbursable Expenses shall be the expenses incurred by the Architect and the Architect's consultants plus Twenty ( 20 %) of the expenses incurred.

## § 11.6 Compensation for Use of Architect's Instruments of Service

If the Owner terminates the Architect for its convenience under Section 9.5, or the Architect terminates this Agreement under Section 9.3, the Owner shall pay a licensing fee as compensation for the Owner's continued use of the Architect's Instruments of Service solely for purposes of completing, using and maintaining the Project as follows:

## § 11.7 Payments to the Architect

§ 11.7.1 An initial payment of ($   ) shall be made upon execution of this Agreement and is the minimum payment under this Agreement. It shall be credited to the Owner's account in the final invoice.

§ 11.7.2 Unless otherwise agreed, payments for services shall be made monthly in proportion to services performed. Payments are due and payable upon presentation of the Architect's invoice. Amounts unpaid sixty ( 60 ) days after the invoice date shall bear interest at the rate entered below, or in the absence thereof at the legal rate prevailing from time to time at the principal place of business of the Architect.
*(Insert rate of monthly or annual interest agreed upon.)*

18  % Eighteen percent

§ 11.7.3 The Owner shall not withhold amounts from the Architect's compensation to impose a penalty or liquidated damages on the Architect, or to offset sums requested by or paid to contractors for the cost of changes in the Work unless the Architect agrees or has been found liable for the amounts in a binding dispute resolution proceeding.

§ 11.7.4 Records of Reimbursable Expenses, expenses pertaining to Additional Services, and services performed on the basis of hourly rates shall be available to the Owner at mutually convenient times.

## ARTICLE 12  SPECIAL TERMS AND CONDITIONS

Special terms and conditions that modify this Agreement are as follows:

Init.

AIA Document B108™ – 2009 (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                                (929655121)

/

17

## ARTICLE 13 SCOPE OF THE AGREEMENT

§ 13.1 This Agreement represents the entire and integrated agreement between the Owner and the Architect and supersedes all prior negotiations, representations or agreements, either written or oral. This Agreement may be amended only by written instrument signed by both Owner and Architect.

§ 13.2 This Agreement is comprised of the following documents listed below:

.1 AIA Document B108™–2009, Standard Form of Agreement Between Owner and Architect for a Federally Funded or Federally Insured Project

.2 AIA Document E201™–2007, Digital Data Protocol Exhibit, if completed, or the following:

.3 Other documents:
*(List other documents, if any, including additional scopes of service and agency-required documents, if any, forming part of the Agreement.)*

.1 HUD Amendment To AIA Document B108 Standard Form Of Agreement Between Owner And Architect For A Federally Funded Or Federally Insured Project

This Agreement entered into as of the day and year first written above.

_____
**OWNER** *(Signature)*
Reimerio Faife
Client
*(Printed name and title)*

_____
**ARCHITECT** *(Signature)*
Douglas P. Anderson
Principal
*(Printed name and title)*

AIA Document B108™ – 2009 (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes: (929655121)

Init.
/

18

# Additions and Deletions Report for

## AIA® Document B108™ – 2009

This Additions and Deletions Report, as defined on page 1 of the associated document, reproduces below all text the author has added to the standard form AIA document in order to complete it, as well as any text the author may have added to or deleted from the original AIA text. Added text is shown underlined. Deleted text is indicated with a horizontal line through the original AIA text.

Note: This Additions and Deletions Report is provided for information purposes only and is not incorporated into or constitute any part of the associated AIA document. This Additions and Deletions Report and its associated document were generated simultaneously by AIA software at 16:50:47 ET on 10/05/2020.

## PAGE 1

**AGREEMENT** made as of the  14th  day of  October  in the year   2019

...

LN Apartments LLC
2901 Clint Moore Road, Suite 408
Boca Raton, FL 33496
 ph. 561-609-4866

...

Charlan Brock & Associates, Inc.
1770 Fennell Street
Maitland, FL 32751
ph. 407-660-8900

...

Futura at Lake Nona
Lake Nona, FL
CBA Project #4039.18

## PAGE 2

 Architect to provide professional conceptual design services consisting of building floor plans for all five levels, ¼" unit plans for six unit types and four exterior building elevations.  Package shall be sufficient for submittal to City of Orlando for Municipal Planning Board review.

Owner intends to develop a five-story apartment community of approximately 260 units with connected structured parking garage.  Apartments are assumed to be wood frame construction, with parking garage to be precast concrete. There shall be six unit types ranging from a 600 square foot studio, to a 1,270 square foot three-bedroom plan.  Project shall feature a community / leasing facility of about 8,000 sq. ft., with pool amenity.

...

[ ]  ~~Owner-provided estimates~~

[  ]  ~~Architect-provided~~ **X** ]   Owner-provided estimates

...

TBD

## PAGE 3

**Additions and Deletions Report for AIA Document B108™ – 2009** (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                                          (929655121)

1

TBD

···

TBD

···

Comprehensive General Liability with policy limits of not less than One Million Dollars and Zero Cents  ($ 1,000,000.00  ) for each occurrence  for bodily injury and property damage and Two Million Dollars and Zero Cents  ($ 2,000,000.00  )in the aggregate.

···

Automobile Liability covering owned and rented vehicles operated by the Architect with policy limits of not less than One Million Dollars and Zero Cents  ($ 1,000,000.00  ) combined single limit and aggregate for bodily injury and property damage.

···

Workers' Compensation at statutory limits and Employers Liability with a policy limit of not less than One Million Dollars and Zero Cents  ($ 1,000,000.00  ).

···

Professional Liability covering the Architect's negligent acts, errors and omissions in its performance of professional services with policy limits of not less than Two Million Dollars and Zero Cents  ($ 2,000,000.00  ) per claim and Two Million Dollars and Zero Cents  ($ 2,000,000.00  ) in the aggregate.

The Architect upon request, shall provide to the Owner certificates of insurance evidencing compliance with the requirements in this Section 2.6. The certificates will show the Owner as an additional insured on the Comprehensive General Liability, Automobile Liability, umbrella or excess policies.

PURSUANT TO SECTION 558.0035 FLORIDA STATUTES, CHARLAN BROCK & ASSOCIATES, INC. IS THE RESPONSIBLE PARTY FOR THE PROFESSIONAL SERVICES IT AGREES TO PROVIDE UNDER THIS AGREEMENT. PURSUANT TO SECTION 558.0035, FL STAT, ARCHITECT AND OWNER AGREE THAT NO INDIVIDUAL PROFESSIONAL EMPLOYEE, AGENT, DIRECTOR, OFFICER OR PRINCIPAL MAY BE INDIVIDUALLY LIABLE FOR NEGLIGENCE ARISING OUT OF THIS CONTRACT.

PAGE 9

| § 4.1.1 | Programming (B202™–2009) | Ọ | |
| § 4.1.2 | Multiple preliminary designs | NP | |
| § 4.1.3 | Measured drawings | NP | |
| § 4.1.4 | Existing facilities surveys | NP | |
| § 4.1.5 | Site Evaluation and Planning (B203™–2007) | Ọ | |
| § 4.1.6 | Building ~~Information Modeling (E202™–2008)~~information modeling | NP | |

Additions and Deletions Report for AIA Document B108™ – 2009 (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                          (929655121)

| § 4.1.7 | Civil engineering | O | |
| § 4.1.8 | Landscape design | O | |
| § 4.1.9 | Architectural Interior Design (B252™–2007) | O | |
| § 4.1.10 | Value Analysis (B204™–2007) | NP | |
| § 4.1.11 | Detailed cost estimating | O | |
| § 4.1.12 | On-site project representation (B207™–2008) | A(Limited) | Site Visit Schedule in Article 11.3 |
| § 4.1.13 | Conformed construction documents | NP | |
| § 4.1.14 | As-designed record drawings | NP | |
| § 4.1.15 | As-constructed record drawings | NP | |
| § 4.1.16 | Post occupancy evaluation | A(Limited) | 9 & 12 Month site observation visits, as scheduled by HUD Representative. |
| § 4.1.17 | Facility Support Services (B210™–2007) | NP | |
| § 4.1.18 | Tenant-related services | NP | |
| § 4.1.19 | Coordination of Owner's consultants | A(Limited) | Civil and Landscape Architect under separate B108, directly contracted with the Owner. |
| § 4.1.20 | Telecommunications/data design | O | |
| § 4.1.21 | Security Evaluation and ~~Planning~~ (~~B206™–2007~~)Planning (B206™–2007) | O | |
| § 4.1.22 | Commissioning (B211™–2007) | NP | |
| § 4.1.23 | Extensive environmentally responsible design | NP | |
| § 4.1.24 | LEED® Certification (~~B214™–2012~~)(B214™–2007) | NP | |
| § 4.1.25 | Fast-track design services | NP | |
| § 4.1.26 | Historic Preservation (B205™–2007) | NP | |
| § 4.1.27 | Furniture, Furnishings, and Equipment Design (B253™–2007) | O | |
| | | | |

**PAGE 11**

.1    Three  ( 3 ) reviews of each Shop Drawing, Product Data item, sample and similar submittal of the Contractor

.2    Forty-Four  ( 44 ) visits to the site by the Architect over the duration of the Project during construction

.3    Three  ( 3 ) inspections for any portion of the Work to determine whether such portion of the Work is substantially complete in accordance with the requirements of the Contract Documents

.4    Three  ( 3 ) inspections for any portion of the Work to determine final completion

§ **4.3.4** If the services covered by this Agreement have not been completed within thirty-six  ( 36 ) months of the date of this Agreement, through no fault of the Architect, extension of the Architect's services beyond that time shall be compensated as Additional Services.

§ **4.3.5** The Architect will provide 9 and 12 month warranty inspections.
**PAGE 14**

[ X ]    Litigation in a court of competent jurisdiction

...

§ **8.3** ~~Arbitration~~Intentionally Deleted
~~§ 8.3.1 If the parties have selected arbitration as the method for binding dispute resolution in this Agreement, any claim, dispute or other matter in question arising out of or related to this Agreement subject to, but not resolved by,~~

Additions and Deletions Report for AIA Document B108™ – 2009 (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                 (929655121)

mediation shall be subject to arbitration which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Arbitration Rules in effect on the date of this Agreement. A demand for arbitration shall be made in writing, delivered to the other party to this Agreement, and filed with the person or entity administering the arbitration.

§ 8.3.1.1 A demand for arbitration shall be made no earlier than concurrently with the filing of a request for mediation, but in no event shall it be made after the date when the institution of legal or equitable proceedings based on the claim, dispute or other matter in question would be barred by the applicable statute of limitations. For statute of limitations purposes, receipt of a written demand for arbitration by the person or entity administering the arbitration shall constitute the institution of legal or equitable proceedings based on the claim, dispute or other matter in question.

§ 8.3.2 The foregoing agreement to arbitrate and other agreements to arbitrate with an additional person or entity duly consented to by parties to this Agreement shall be specifically enforceable in accordance with applicable law in any court having jurisdiction thereof.

§ 8.3.3 The award rendered by the arbitrator(s) shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

§ 8.3.4 Consolidation or Joinder
§ 8.3.4.1 Either party, at its sole discretion, may consolidate an arbitration conducted under this Agreement with any other arbitration to which it is a party provided that (1) the arbitration agreement governing the other arbitration permits consolidation; (2) the arbitrations to be consolidated substantially involve common questions of law or fact; and (3) the arbitrations employ materially similar procedural rules and methods for selecting arbitrator(s).

§ 8.3.4.2 Either party, at its sole discretion, may include by joinder persons or entities substantially involved in a common question of law or fact whose presence is required if complete relief is to be accorded in arbitration, provided that the party sought to be joined consents in writing to such joinder. Consent to arbitration involving an additional person or entity shall not constitute consent to arbitration of any claim, dispute or other matter in question not described in the written consent.

§ 8.3.4.3 The Owner and Architect grant to any person or entity made a party to an arbitration conducted under this Section 8.3, whether by joinder or consolidation, the same rights of joinder and consolidation as the Owner and Architect under this Agreement.

**PAGE 16**

| | | | | |
|---|---|---|---|---|
| Schematic Design Phase | $35,000.00 | percent ( | 5 | %) |
| Design Development Phase | $120,000.00 | percent ( | 16 | %) |
| Construction Documents Phase | $450,000.00 | percent ( | 59 | %) |
| Bidding or Negotiation Phase | | percent ( | | %) |
| Construction Phase | $151,500.00 | percent ( | 20 | %) |
| Total Basic Compensation | $756,500.00 | | | |
| | One hundred | percent ( | 100 | %) |

**Estimated site visits included in Construction Phase**

| | |
|---|---|
| 44 Architectural @$1,500 | $66,000.00 |
| 5 MEP @$1,500 | $ 7,500.00 |
| 5 Structural @ $1,200 | $ 6,000.00 |

···

Additions and Deletions Report for AIA Document B108™ – 2009 (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                              (929655121)

| Employee or Category | Rate ($0.00) |
|---|---|
| Principal | $200.00 |
| Partner | $170.00 |
| Sr. Project Architect/Associate | $115 - $165.00 |
| Associate/roject Manager/Architect | $95.00 - $130.00 |
| Associate Designer/Designer | $85.00 - $135.00 |
| Construction Administration/Site Observation | $65.00 - $125.00 |
| Technician/Senior Drafter | $65.00 - $90.00 |
| Intern | $50.00 - $55.00 |
| Administrative | $55.00 |
| Junior Project Manager/Job Captain/Architect | $85.00 - $115.00 |

**PAGE 17**

**§ 11.5.2** For Reimbursable Expenses the Owner shall compensate the Architect as follows regardless of whether federal funding or federally guaranteed insurance is available. Compensation for Reimbursable Expenses shall be the expenses incurred by the Architect and the Architect's consultants plus Twenty ( 20 %) of the expenses incurred.

...

**§ 11.7.2** Unless otherwise agreed, payments for services shall be made monthly in proportion to services performed. Payments are due and payable upon presentation of the Architect's invoice. Amounts unpaid sixty ( 60 ) days after the invoice date shall bear interest at the rate entered below, or in the absence thereof at the legal rate prevailing from time to time at the principal place of business of the Architect.

...

18 % Eighteen percent
**PAGE 18**

> *(List other documents, if any, including additional scopes of service and agency-required documents, if any, forming part of the Agreement.)*

.1 HUD Amendment To AIA Document B108 Standard Form Of Agreement Between Owner And Architect For A Federally Funded Or Federally Insured Project

...

Reinerio Faife
Client

Douglas P. Anderson
Principal

Additions and Deletions Report for AIA Document B108™ – 2009 (formerly B181™ – 1994). Copyright © 1978, 1994 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                               (929655121)

## *Certification of Document's Authenticity*
*AIA® Document D401™ – 2003*

I, Douglas P. Anderson , hereby certify, to the best of my knowledge, information and belief, that I created the attached final document simultaneously with its associated Additions and Deletions Report and this certification at 16:50:47 ET on 10/05/2020 under Order No. 5455614800 from AIA Contract Documents software and that in preparing the attached final document I made no changes to the original text of AIA® Document B108™ – 2009, Standard Form of Agreement Between Owner and Architect  for a Federally Funded or Federally Insured Project, as published by the AIA in its software, other than those additions and deletions shown in the associated Additions and Deletions Report.

_____
*(Signed)*

Principal
_____
*(Title)*

10/05/2020
_____
*(Dated)*

AIA Document D401™ – 2003, Copyright © 1992 and 2003 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:50:47 ET on 10/05/2020 under Order No.5455614800 which expires on 07/21/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                      (929655121)

1

**HUD AMENDMENT TO
AIA DOCUMENT B108**

U.S. Department of Housing
and Urban Development
Office of Housing

OMB Approval No. 2502-0598
(Exp. 9/30/2021)

Public Reporting Burden for this collection of information is estimated to average 2 hours per response, including the time for
reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing
the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information,
including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S.
Department of Housing and Urban Development, Washington, DC 20410-3600 and to the Office of Management and Budget,
Paperwork Reduction Project (2502-0598), Washington, DC 20503. Do not send this completed form to either of the above
addresses.

**Warning:** Federal law provides that anyone who knowingly or willfully submits (or causes to submit) a document containing any
false, fictitious, misleading, or fraudulent statement/certification or entry may be criminally prosecuted and may incur civil
administrative liability. Penalties upon conviction can include a fine and imprisonment, as provided pursuant to applicable law, which
includes, but is not limited to, 18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802, 24 C.F.R. Parts 25, 28 and 30, and 2 C.F.R. Parts
180 and 2424

HUD AMENDMENT TO
AIA DOCUMENT B108 STANDARD FORM OF AGREEMENT BETWEEN
OWNER AND ARCHITECT FOR A FEDERALLY FUNDED OR
FEDERALLY INSURED PROJECT
for HUD PROJECT NO. 067-35564

   1. Definition of terms used in this Amendment. If not defined in this Amendment,
capitalized terms shall have the meaning given them in the Agreement, the Regulatory
Agreement between Borrower and the U.S. Department of Housing and Urban
Development ("HUD"), the Note, and/or the Security Instrument.

      a.  **"Agreement"** means the AIA Document B108, Standard Form of
Agreement Between Owner and Architect for a Federally Funded or
Federally Insured Project, to which this Amendment is attached.

      b.  **"Owner"** means Borrower, as defined in the HUD Regulatory Agreement
applicable to this transaction.

      c.  **"Subcontractor"** means any material supplier, equipment lessor,
industrialized housing (or housing component) manufacturer/supplier, or any
person or entity providing services that has either a direct or indirect (in the
case of sub-subcontractors) contractual relationship with the Contractor
responsible for construction of the Project.

   2. The provisions of this Amendment supersede any provisions inconsistent
between this Amendment and the Agreement.

   3. Owner and Architect represent that they are familiar with HUD's architectural
requirements as set forth in Program Obligations and will comply with these instructions
in accordance with said Program Obligations, including, but not limited to, review for

compliance with HUD Minimum Property Standards; the accessible design, construction and alteration requirements of Section 504 of the Rehabilitation Act of 1973 (see 24 C.F.R. Part 8); the Uniform Federal Accessibility Standards; the accessible design and construction requirements of the Fair Housing Act (see 24 C.F.R. § 100.205); and the Americans with Disabilities Act,, 28 C.F.R. Parts 35 and 36..

4. This Agreement shall not be assigned in whole or in part to anyone, without the written consent of HUD. Neither Owner nor Architect shall contract with anyone currently listed by the General Services Administration as a firm that is debarred, suspended, proposed for debarment, or declared ineligible by federal agencies or by the General Accounting Office. Owner and Architect shall each require from their contractors, consultants and agents similar agreements prohibiting contracts with such persons or entities.

5. In the event the Owner, Lender, the surety under the performance bond, or HUD takes control of the Project or takes responsibility for completion of the Project construction pursuant to said parties' legal rights under the agreements concerning the Project, and notwithstanding the provisions of Article 7 of this Agreement, the party taking control or taking responsibility for completion of construction, and any substitute contractor hired by said party, shall have the right to use the Drawings and Specifications, and other documents, including those in electronic form, prepared by Architect and Architect's consultants. Such use shall be to the same extent and with the same limitations as Owner under this Agreement or as Contractor under the AIA Document A201, General Conditions of the Contract for Construction, provided Owner has paid Architect in accordance with this Agreement and is not in breach or default thereunder. Architect's execution of this Amendment shall represent consent by Architect and Architect's consultants to such use.

6. Owner shall provide information to or obtain approval from Lender and HUD regarding any action or observation by either Owner or Architect that significantly increases the Project's cost or time of construction or decreases the quality of construction.

7. The certificates for payment and the Certificate of Substantial Completion shall be in forms as prescribed by HUD.

8. This Agreement shall not be terminated without seven days prior written Notice to Lender and HUD.

9. Owner and Architect recognize the interest of Lender and HUD and that any action or determination by either Owner or Architect is subject to acceptance or rejection by Lender and HUD.

10. In addition to any other rights or remedies Owner may have under this Agreement, if a duly authorized representative of HUD requests that Architect be replaced due to Architect's inadequate performance, unjustified delay or

misrepresentation of material facts, Owner may terminate this Agreement after giving Architect at least seven days' written notice and having given an opportunity to correct the performance or other issues to HUD's satisfaction.

11. The Architect designing the Project may have an identity of interest with Owner, Contractor, and/or any Project subcontractor, except however, any Architect administering the Construction Contract shall not have any identity of interest with Owner, Contractor, and/or any Project. An identity of interest is construed to exist where:

    a. Architect has any financial interest in the Project other than the stipulated compensation set forth in Article 11 and any compensation that may arise pursuant to Article 9 of the Agreement.

    b. Architect advances any funds to Owner, Contractor and/or any subcontractor; and/or Contractor and/or any subcontractor advance any funds to Architect.

    c. Architect has any financial interest in Owner, Contractor and/or any subcontractor; or Owner, Contractor and/or any subcontractor has any financial interest in Architect.

    d. Any officer, director, stockholder, partner, manager or member of Architect has any financial interest in Owner, Contractor and/or any subcontractor; or any officer, director, stockholder, partner, manager or member of Owner, Contractor and/or any subcontractor has any financial interest in Architect.

    e. Any officer, director, stockholder, partner, manager or member of Architect is also an officer, director, stockholder, partner, manager or member of Owner, Contractor, and/or any subcontractor.

    f. Owner, Contractor and/or any subcontractor, or any officer, director, stockholder, partner, manager or member of Owner, Contractor and/or subcontractor provides any of the required architectural services or, while not directly providing an architectural service, acts as a consultant to Architect.

    g. Any family relationships exist between the officers, directors, stockholders, partners, managers or members of Architect and officers, directors, stockholders, partners, managers or members of Owner, Contractor, and/or any subcontractor that could cause or result in control of or influence over prices paid to Architect or could result in control of or influence over performance by Architect.

h.  Any side deal, agreement, contract or undertaking, that is inconsistent with related requirements for the relationship between Owner and Architect as stipulated in the closing documents, except as approved by HUD.

12.  All identities of interest known to exist between the Architect designing the Project and Owner, Contractor and/or any subcontractor are listed herein.  The Architect designing the Project and Owner shall each inform HUD in writing within 5 working days of its first knowledge of any identity of interest that develops after execution of this Agreement.  Upon the discovery of an undisclosed identity of interest, or any identity of interest prohibited under paragraph 11, HUD may require the termination of this Agreement in accordance with paragraph 10, above.

List All Identities of Interest:

NONE

13.  The funds for this Project, including Architect's funds under this Agreement, will be provided, as the case may be, from the proceeds of a Loan from a Lender who in turn obtained a commitment for mortgage insurance from HUD, in accordance with the National Housing Act, as amended, or from a capital advance from the US Treasury pursuant to Section 202 of the Housing Act of 1959 or Section 811 of the Cranston-Gonzalez National Affordable Housing Act.  Said Lender, pursuant to the terms of a Building Loan Agreement, or said US Treasury, pursuant to a Capital Advance Agreement, in accordance with HUD's rules and regulations, will agree to advance the proceeds of the Loan or capital advance to Owner for completion of the work, but only to the extent that charges accrued and only to the extent and for the purposes specified in the Building Loan Agreement or Capital Advance Agreement.  However, neither the Security Instrument or capital advance, nor the Building Loan Agreement or Capital Advance Agreement, provide funds for Reimbursable Expenses pursuant to Section 11.5 of the Agreement, Termination Expenses pursuant to Section 9.7 of the Agreement, or Additional Service Compensation pursuant to Section 11.2 of the Agreement.  Although Architect may agree to provide a greater degree of services for additional compensation, require compensation for reimbursable expenses or termination expenses, or require basic compensation in excess of that provided by the Building Loan Agreement or Capital Advance Agreement for such services, the obligation to compensate Architect for the greater degree of services or the aforesaid expenses shall not be enforceable against Owner, Lender, US Treasury, HUD or the Project; provided, however, that any entity or individual other than Owner may agree to be responsible to Architect for payment thereof and, in such case, shall be identified below.

Provider of additional payment pursuant to paragraph 13 of this Amendment, if any:

NONE

14. In the event of any dispute that is not resolved through mediation in accordance with section 8.2 of the Agreement, the Owner and Architect (and any successors of either) each agree that the method of binding dispute resolution shall be litigation in a court of competent jurisdiction. The checkboxes under Section 8.2.4, reading "Arbitration pursuant to Section 8.3 of this Agreement" and "Other: (*Specify*)" are hereby deleted in their entirety; Section 8.3 is also deleted in its entirety. **[THE "ARBITRATION" AND "OTHER" CHECKBOXES, IN ADDITION TO SECTION 8.3, MUST BE PHYSICALLY STRICKEN FROM THE AGREEMENT].**

15. The Owner and Architect (and any successors of either) further agree that if for any reason HUD becomes a party to a dispute arising from this Agreement, HUD shall not be bound in any manner to binding arbitration; nor shall HUD be bound by any other means of binding dispute resolution, other than litigation in a court of competent jurisdiction.

Executed as of the 6th day of January, 2020. OWNER:

ARCHITECT:

LN APARTMENTS, LLC

By

REINERIO P. FAIFE - MANAGER
Name and Title

Chaten Brock & Associates, Inc.

By

Douglas P. Anderson  Principal
Name and Title

*[Remainder of this page intentionally left blank.]*

## CERTIFICATION

Each signatory below hereby certifies that the statements and representations contained in this instrument and all supporting documentation thereto are true, accurate, and complete. This instrument has been made, presented, and delivered for the purpose of influencing an official action of HUD in insuring the Loan, and may be relied upon by HUD as a true statement of the facts contained therein.

Name of Entity: Charlan Brock & Associates, Inc.

By: /s/ _____

Printed Name, Title: Douglas R. Anderson, Principal

Dated: January 6, 2020

Name of Entity: LN Apartments LLC

By: /s/ _____

Printed Name, Title: Ernesto P. Fife - Manager

Dated: 10/05/2020

**[ADD ADDITIONAL LINES IF MORE THAN TWO SIGNATORIES]**

# Composite

# Exhibit C

# Contractor's Requisition

U.S. Department of Housing
and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0028 (Exp. 09/30/2022)

Project Mortgages

**To be submitted to mortgagee in quadruplicate**
This information is used to verify program benefits consisting of distribution of insured mortgage proceeds when construction costs are involved. The information regarding completed work items is used by HUD to ensure that payments from mortgage proceeds are made for work actually completed in a satisfactory manner. This information is a requirement under Section 207 (b) of the National Housing Act (Public Law 479, 48 Stat. 1246, 12 U.S.C. 1701 et seq.) authorizing the Secretary of HUD to insure mortgages. This information collection does not contain information of a sensitive nature.
Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

| To (owner)<br>**LN Apartments, LLC** | | Requisition Number<br>26 | |
| Project<br>**Futura @ Nona Cove** | Project Number<br>**067-35564** | | Location<br>**Orlando, FL** |

In accordance with the provision of the contract dated **11/5/2020** and Contractor's and/or Mortgagor's Cost Breakdown
(Schedule of Values) attached thereto, this requisition is submitted for the amount of $ due for work
performed up to the __20th__ day of January_2023__ and as itemized below by the trades listed in the Schedule of Values.

| DIV | Trade Item | Cost as per Cost Breakdown (A) | Amounts Complete (B) | For HUD-FHA Use (C) |
|---|---|---|---|---|
| | | | Enter Amounts to Nearest Even Dollar | |
| 3 | Concrete | $ | | |
| 4 | Masonry | $ | | |
| 5 | Metals | $ | | |
| 6 | Rough Carpentry | $ | | |
| 6 | Finish Carpentry | $ | | |
| 7 | Waterproofing | $ | | |
| 7 | Insulation | $ | | |
| 7 | Roofing | $ | | |
| 7 | Sheet Metal | $ | | |
| 8 | Doors | $ | | |
| 8 | Windows | $ | | |
| 8 | Glass | $ | | |
| 9 | Lath and Plaster | $ | | |
| 9 | Drywall | $ | | |
| 9 | Tile Work | $ | | |
| 9 | Acoustical | $ | $ | |
| 9 | Wood Flooring | $ | $ | |
| 9 | Resilient Flooring | $ | | |
| 9 | Painting and Decorating | $ | | |
| 10 | Specialties | $ | | |
| 11 | Special Equipment | $ | | |
| 11 | Cabinets | $ | | |
| 11 | Appliances | $ | | |
| 12 | Blinds and Shades, Artwork | $ | | |
| 12 | Carpets | $ | | |
| 13 | Special Construction | $ | | |
| 14 | Elevators | $ | | |
| 15 | Plumbing and Hot Water | $ | | |
| 15 | Heat and Ventilation | $ | | |
| 15 | Air Conditioning | $ | | |
| 16 | Electrical | $ | | |
| | Accessory Buildings | $ | | |
| 2 | Earth Work | $ | | |
| 2 | Site Utilities | $ | | |
| 2 | Roads and Walks | $ | | |
| 2 | Site Improvement | $ | | |
| 2 | Lawns and Planting | $ | | |
| 2 | Unusual Site Conditions | $ | | |
| 1 | General Requirements | $ | | |
| 1 | Bond Premium ($ 221442 ) | | | |

| Div | Trade Item | Cost as per Cost Breakdown (A) | Enter Amounts to Nearest Even Dollar | | |
|---|---|---|---|---|---|
| | | | Amounts Complete (B) | | For HUD-FHA Use (C) |
| 1 | Other Fees   ( $ 38891 ) | | | | |
| (1) | Subtotal of Breakdown Items | $ | * | $ | |
| (2) | Builder's Overhead | $ | | $ | |
| (3) | Builder's Profit | | | $ | |
| (4) | Total of Cost Breakdown Items | $ | | $ | |
| (5) | Inventory of Materials Stored On-site (See Note Below) | | | $ | |
| (6) | Inventory of Materials Stored Off-Size (See Note Below) | | 0.00% | $ | - | $ | |
| (7) | Sum of Cost Breakdown Items Plus Inventories of Materials | | | $ | $ | |
| (8) | Less Net Decrease in Cost as a Result of Approved Changes | | | $ | $ | |
| (9) | Total After Adjusting for Net Decrease to Approved Changes | | | $ | $ | |
| (10) | Less Retained 10% | | | $ | $ | |
| (11) | Bal. Total Amount Due to Date on Account of Construction Contract | | | $ | $ | |
| (12) | Less Previous Payments | | | $ | $ | |
| (13) | Net Amount of This Requisition | | | $ | ( 1 271 34 ) | $ 764,332.61 |

I certify that the Work covered by this requisition has been completed in accordance with the Contract Documents, and that I have actually received $30,394.57 for Work performed prior to the period covered by this requisition is the 20th day of December, 2022 (date of previous requisition)

Date _____ 1/25/2023 _____   Contractor __B__ __L__ __Obeley__ Pres.
Portrait Construction of Florida, Bruce L Abbey, President

* Percentage derived from subtotal of Breakdown items (col B divided by col. A)   Note: Attached inventory of Materials itemized as to quantities and costs
** (Col. C divided by Col. A) Exclusive of Bond Premium

**For Use of HUD - Federal Housing Commissioner**

Date _____   Net Amount Approved for Payment   Column C Completed by (Mortgage Credit Examiner)

Reviewed and Approved by  (Chief , Mortgage Credit)   Director, Housing Development

**Architect's Certificate:** I certify, based on my on-site observations (or those of my authorized representative) and the data comprising this requisition  that the work has progressed to the point indicated, that to the best of my knowledge, information and belief the Work is in accordance with the Contract Documents, and that the Contractor is entitled to payment of the amount certified

Date _____ 2/15/23 _____   Architect _____
AR5970075   Charlan Brock Architects, Martin Lehr

**Inspector's Certificate:**   ☒ Amount Modified   ☐ No Modification

I certify that I have visited the site on this date _2-14-23_ _____ observed the Work, and monitored the log and reports of the Architect (if an architect is administering the Construction Contract), that to the best of my knowledge, information and belief the amount certified represents acceptable Work, and that I have no personal interest, present or prospective, in the property, applicant or proceeds of the mortgage.

Date _2-15-23_   Inspector _Jeff Clair_

**Contractor's Prevailing Wage Certificate** (For use under all sections of the National Housing Act requiring certification as to payment of prevailing wages. To be completed with each request for insurance of advance of mortgage proceeds which includes a payment on account of construction cost, or at the time the mortgage is presented for insurance pursuant to a commitment to insure upon completion.)

| To | | Date | | Advance No |
|---|---|---|---|---|
| Manager | | Project Name Futura @ Nona Cove | | |
| Field Office | | Project Number 067-35584 | | |

The undersigned, as principal contractor in connection with the construction of the above project, states that he/she is fully familiar with applicable wage determination decision of the Secretary of Labor and certifies that:

a. A copy of the applicable wage determination decision is posted in a conspicuous place at  the site of the work and he/she has required each subcontractor as a part of his/her contract  to agree to pay wages at rates not less than those contained in the decision.

b. All laborers and mechanics employed in the construction of the project have been, to the date hereof  paid for such employment at wage rates not less than those contained in the applicable wage determination decision of the Secretary of Labor and no deductions or rebates have been made, either directly or indirectly  from the full weekly wages earned by any person, other than permissible deductions as defined in Regulations of the Secretary of Labor, Part 3 (29 CFR Part 3);

c. He/She has fulfilled his/her obligations, to the date hereof  under The Labor Standards Provisions of the Supplementary Conditions of the Contract for Construction and has included said conditions in all subcontracts

This certificate is executed by the undersigned for the purpose of inducing the Commissioner to approve for insurance that certain mortgage loan  or an advance thereof  made or to be made by the mortgagee in connection with the construction of the project, and with the intent that the Commissioner may upon this certification  to establish compliance with the provisions of Section 212 of the National Housing Act, which provides  in part  The Commissioner shall not insure  unless the principal contractor files a certificate  certifying that the laborers and mechanics  have not been paid not less than the wages prevailing  as determined by the Secretary of Labor. "

I hereby Certify that all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate
Warning: HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties (18 U.S.C 1001  1010  1212  31 U.S.C 3729, 3802)

| Contractor | | By | | Date |
|---|---|---|---|---|
| Portrait Construction of Florida, Bruce L Abbey, President | | X _Bun L Obeley_ | | 1/25/2023 |

**Construction Progress
Schedule**

U.S. Department of Housing
and Urban Development

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collecton displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Department of Housing and Urban Development | | | | | | | |
| 2. City | | | 3. State | 5. Project Name | | | |
| Orlando | | | Florida | Futura at Nona Cove Apartments | | | |
| 4. Location | | | | 6. Project Number | | | |
| 19465 Boggy Creek Road | | | | 067-35564 | | | |
| 7. Contract For | | | | 8. Contract Time (Days) | | | |
| General Construction | | | | 600 | | | |
| 9. From (mm/dd/yyyy) | | To (mm/dd/yyyy) | | 10. Contract Price $ | | | |
| 11/5/2020 | | 6/27/2022 | | $41,302,367.00 | | | |
| 11. Number of Buildings | | | 12. Number of Dwelling Units | | 13. Number of Rooms | | |
| 1 | | | 260 | | 1675 | | |

| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | ▮▮▮▮▮ | | | ▮▮▮▮▮ | | | 2021 |
|---|---|---|---|---|---|---|---|---|
| | Month | November | December | January | Feburary | March | April | May |
| Actual Monthly Value, Work in Place | ($) | ▮▮▮▮▮ | | | ▮▮▮▮▮ | | | |
| Actual Accumulated Progress | (%) | | | | | | | |
| Anticipated Monthly Value | ($) | | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | | |

| Submitted by: | Contractor's Name: | | |
|---|---|---|---|
| | Portrait Construction of Florida - Bruce L. Abbey | | |
| | Title | Authorizing Signature | Date (mm/dd/yyyy) |
| | President | *Bruce L Abbey* | 1/25/2023 |
| Approved by: | PHA/IHA | | |
| | Title | | Date (mm/dd/yyyy) |
| Approved by: | Architect | | Date (mm/dd/yyyy) |
| | Charlan Brock and Associates | | 2/15/23 |

**Construction Progress
Schedule**

U.S. Department of Housing
and Urban Development

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | |
|---|---|---|---|---|
| Department of Housing and Urban Development | | | | |
| 2. City  Orlando | | 3. State  Florida | 5. Project Name  Futura at Nona Cove Apartments | |
| 4. Location  19465 Boggy Creek Road | | | 6. Project Number  067-35564 | |
| 7. Contract For  General Construction | | | 8. Contract Time (Days)  600 | |
| 9. From (mm/dd/yyyy)  11/5/2020 | To (mm/dd/yyyy)  6/27/2022 | | 10. Contract Price $  $41,302,367.00 | |
| 11. Number of Buildings  1 | | 12. Number of Dwelling Units  260 | 13. Number of Rooms  1675 | |

| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | | | | | | | 2021 |
|---|---|---|---|---|---|---|---|---|
| | Month | June | July | August | September | October | November | December |
| Actual Monthly Value, Work in Place | ($) | | | | | | | |
| Actual Accumulated Progress | (%) | | | | | | | |
| Anticipated Monthly Value | ($) | | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | | |

| Submitted by: | (Contractor's Name:)  Portrait Construction of Florida - Bruce L. Abbey | | |
|---|---|---|---|
| | Title  President | Authorizing Signature | Date (mm/dd/yyyy)  1/25/2023 |
| Approved by: | PHA/IHA | | |
| | Title | | Date (mm/dd/yyyy) |
| Approved by: | Architect  Charlan Brock and Associates | | Date (mm/dd/yyyy)  2/15/23 |

**Construction Progress Schedule**

U.S. Department of Housing and Urban Development

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Department of Housing and Urban Development | | | | | | | |
| 2. City | | 3. State | | 5. Project Name | | | | |
| Orlando | | Florida | | Futura at Nona Cove Apartments | | | | |
| 4. Location | | | | 6. Project Number | | | | |
| 19465 Boggy Creek Road | | | | 067-35564 | | | | |
| 7. Contract For | | | | 8. Contract Time (Days) | | | | |
| General Construction | | | | 600 | | | | |
| 9. From (mm/dd/yyyy) | | To (mm/dd/yyyy) | | 10. Contract Price $ | | | | |
| 11/5/2020 | | 6/27/2022 | | $41,302,367.00 | | | | |
| 11. Number of Buildings | | 12. Number of Dwelling Units | | 13. Number of Rooms | | | | |
| 1 | | 260 | | 1675 | | | | |
| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | ▉▉▉▉▉▉ | | ▉▉▉▉▉▉ | | | | 2022 |
| | Month | January | Feburary | March | April | May | June | July |
| Actual Monthly Value, Work in Place | ($) | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| Actual Accumulated Progress | (%) | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| Anticipated Monthly Value | ($) | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| Accumulated Scheduled Progress | (%) | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |

| Submitted by: | (Contractor's Name) | | | |
|---|---|---|---|---|
| | Portrait Construction of Florida - Bruce L. Abbey | | | |
| | Title | Authorizing Signature | | Date (mm/dd/yyyy) |
| | President | *Bruce L. Abbey* | | 1/25/2023 |
| Approved by: | PHA/IHA | | | |
| | Title | | | Date (mm/dd/yyyy) |
| | | | | |
| Approved by: | Architect | | | Date (mm/dd/yyyy) |
| | Charlan Brock and Associates | | | 2/15/23 |

**Construction Progress
Schedule**

U.S. Department of Housing
and Urban Development

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | | | | |
| Department of Housing and Urban Development | | | | | | | |

| 2. City Orlando | | 3. State Florida | 5. Project Name Futura at Nona Cove Apartments | | | | |
| 4. Location 19465 Boggy Creek Road | | | 6. Project Number 067-35564 | | | | |
| 7. Contract For General Construction | | | 8. Contract Time (Days) 600 | | | | |
| 9. From (mm/dd/yyyy) 11/5/2020 | To (mm/dd/yyyy) 6/27/2022 | | 10. Contract Price $ $41,302,367 | | | | |
| 11. Number of Buildings 1 | | 12. Number of Dwelling Units 260 | 13. Number of Rooms 1675 | | | | |

| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | | | | | | | 2023 |
|---|---|---|---|---|---|---|---|---|
| | Month | August | September | October | November | December | January | February |
| Actual Monthly Value, Work in Place | ($) | | | | | | | |
| Actual Accumulated Progress | (%) | | | | | | | |
| Anticipated Monthly Value | ($) | | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | | |

| Submitted by: | (Contractor's Name) Portrait Construction of Florida - Bruce L. Abbey | | |
| | Title President | Authorizing Signature | Date (mm/dd/yyyy) 1/25/2023 |
| Approved by: | PHA/IHA | | |
| | Title | | Date (mm/dd/yyyy) |
| Approved by: | Architect Chartan Brock and Associates | | Date (mm/dd/yyyy) 8/15/23 |



## UNCONDITIONAL PARTIAL WAIVER AND RELEASE

For payment of $550,608.00 for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned does hereby waive, release and relinquish any and all rights, claims, demands, liens, claims for relief, causes of action and the like, whether arising at law, under contract, in tort, in equity or otherwise, against Berkadia, its surety, if any, the Owner, and the Project's real property, which the undersigned has now or may have had arising out of the performance of work or the furnishing of labor or materials by the undersigned through 12/20/22, the effective date of this Waiver and Release, pursuant to Subcontract or Purchase Order with LN Apartments LLC in connection with construction of ("the Project)

PROJECT NAME:        HUD #067-35564 Futura @ Nona Cove
PROJECT LOCATION:    19465 Boggy Creek Rd., Orlando, FL
PROJECT NO.:         50818

Use of the term "PCF" shall be deemed to mean and refer to PORTRAIT CONSTRUCTION of FLORIDA and its agents, representatives, employees, directors, and all those acting on their behalf.

This Waiver and Release applies to all facts, acts, events, circumstances, changes, constructive or actual delays, accelerations, extra work, disruptions, interferences and the like which have occurred, or may be claimed to have occurred, prior to the effective date hereof, excepting only retainage, if any, held under the Subcontract, and Subcontractor (or Supplier) expressly waives all claims as herein above described. This Waiver and Release is intended to apply to and protect PCF'S payment and performance bond surety, if any, as well as anyone claiming by or through PCF, the Owner, or the surety in connection with any claim, demand, lien, claim for relief, cause of action and the like waived, release and relinquished by the terms of this Waiver and Release.

This Waiver and Release is freely and voluntarily given and the undersigned acknowledges, warrants and represents that it has fully reviewed the terms and conditions of this Waiver and Release, that it is fully informed with respect to the legal effect of this Waiver and Release and that it has voluntarily chosen to accept the terms and conditions of this Waiver and Release in return for the payment recited above.

The undersigned further represents that all employees, laborers, materialmen, and subcontractors employed by the undersigned in connection with the Project and all bills currently due for labor, materials, supplies, and taxes furnished by others to the undersigned in connection with construction of improvements upon the Project have been fully paid and that no obligations, legal, equitable or otherwise are owed by the undersigned in connection with its work on the Project. With respect to this representation and warranty, the undersigned does hereby agree to indemnify and hold harmless PCF, its payment and performance bond surety, if any, the Owner and any others claiming by or through them, from any and all claims, damages, losses, expenses and the like incurred by reason of any claim that the undersigned has not fully paid for all labor, materials, and expenses incurred in connection with its work on the Project.

The undersigned further agrees that making and receipt of payment and execution of the Waiver and Release shall in no way release the undersigned from its continuing obligations with respect to the completion of any work remaining undone, punch list work, warranty and guaranty work, and any other obligations of the undersigned to PCF, its surety, if any, and/or the Owner.

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

Portrait Construction of Florida, Inc.
Subcontractor/Supplier Company Name

Signature: _____ TIFS

Title: __President__

Date: __1/25/2023__

Sworn to and subscribed before me this 25th day of January, 2023

_____
Signature of Notary Public

State of Florida County of Seminole

Personally known ✓ or Produced Identification _____ Type of Identification: Driver's License _____ Other _____



## CONDITIONAL PARTIAL WAIVER AND RELEASE

For and in consideration of the payment of **$764,333.00** and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned does hereby waive, release and relinquish any and all rights, claims, demands, liens, claims for relief, causes of action and the like, whether arising at law, under contract, in tort, in equity or otherwise, against **Berkadia**, its surety, if any, the Owner, and the Project's real property, which the undersigned has now or may have had arising out of the performance of work or the furnishing of labor or materials by the undersigned through  1/20/23  the effective date of this Waiver and Release, pursuant to Subcontract or Purchase Order with **LN Apartments, LLC** in connection with construction of ("the Project"):

PROJECT NAME:      HUD #067-35564 Futura @ Nona Cove
PROJECT LOCATION:   1946 Boggy Creek Rd., Orlando, Florida
PROJECT NO.:        50818

**Use of the term "PCF" shall be deemed to mean and refer to PORTRAIT CONSTRUCTION of FLORIDA and its agents, representatives, employees, directors, and all those acting on their behalf.**

This Waiver and Release applies to all facts, acts, events, circumstances, changes, constructive or actual delays, accelerations, extra work, disruptions, interferences and the like which have occurred, or may be claimed to have occurred, prior to the effective date hereof, excepting only retainage, if any, held under the Subcontract, and Subcontractor (or Supplier) expressly waives all claims as herein above described. This Waiver and Release is intended to apply to and protect PCF'S payment and performance bond surety, if any, as well as anyone claiming by or through PCF, the Owner, or the surety in connection with any claim, demand, lien, claim for relief, cause of action and the like waived, release and relinquished by the terms of this Waiver and Release.

This Waiver and Release is freely and voluntarily given and the undersigned acknowledges, warrants and represents that it has fully reviewed the terms and conditions of this Waiver and Release, that it is fully informed with respect to the legal effect of this Waiver and Release and that it has voluntarily chosen to accept the terms and conditions of this Waiver and Release in return for the payment recited above.

The undersigned further represents that all employees, laborers, materialmen, and subcontractors employed by the undersigned in connection with the Project and all bills currently due for labor, materials, supplies, and taxes furnished by others to the undersigned in connection with construction of improvements upon the Project have been fully paid and that no obligations, legal, equitable or otherwise are owed by the undersigned in connection with its work on the Project. With respect to this representation and warranty, the undersigned does hereby agree to indemnify and hold harmless PCF, its payment and performance bond surety, if any, the Owner and any others claiming by or through them, from any and all claims, damages, losses, expenses and the like incurred by reason of any claim that the undersigned has not fully paid for all labor, materials, and expenses incurred in connection with its work on the Project.

The undersigned further agrees that making and receipt of payment and execution of the Waiver and Release shall in no way release the undersigned from its continuing obligations with respect to the completion of any work remaining undone, punch list work, warranty and guaranty work, and any other obligations of the undersigned to PCF, its surety, if any, and/or the Owner.

---

Notary Public State of Florida
Teresa M George
My Commission
HH 175617
Exp. 9/19/2025

Portrait Construction of Florida, Inc.
Subcontractor/Supplier Company Name

Signature: _____

Title: _____President_____

Date: _____3/1/2023_____

Sworn to and subscribed before me this ___1st___ day of ___March___, 2023.

Signature of Notary Public

State of ___Florida___, County of ___Seminole___

Personally known ___✓___ or Produced Identification _____ Type of Identification: Driver's License _____ Other _____

**APPLICATION AND CERTIFICATE FOR PAYMENT**     *DOCUMENT SUMMARY SHEET*                              Page 1 of 6

| TO OWNER/CLIENT: | PROJECT: | APPLICATION NO: 26 |
|---|---|---|
| LN Apartments, LLC | Future at Nona Cove | INVOICE NO: 26 |
| 2901 Clint Moore Rd, Suite 408 | 19483 Baggy Creek Road | PERIOD: 12/21/22 - 01/20/23 |
| Boca Raton, Florida 33496 | Orlando, Florida 32832 | PROJECT NO: 50818 |

| FROM CONTRACTOR: | VIA ARCHITECT/ENGINEER: | CONTRACT DATE: 11/5/2020 |
|---|---|---|
| Portrait Construction of Florida, Inc. | Butch Charlan (Charlan Brock & Associates) | |
| 2452 Lake Emma Road Suite 1040 | | |
| Lake Mary, Florida 32746 | | |

CONTRACT FOR: Future at Nona Cove - Building

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.



1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date (Column G on detail sheet)
5. Retainage:
   a. 10.00% of completed work
   b. 0.00% of stored material
   Total retainage (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage (Line 4 less Line 5 Total)
7. Less previous certificates for payment (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _(signature)_                                           Date: 1-25-25

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 25th day of January 2023
Notary Public: Suesa m George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp: 9/19/2020

**ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:     $_____

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform the amount certified.)

ARCHITECT/ENGINEER:

By: _(signature)_                                           Date: 2/15/23

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

**CONTINUATION SHEET**                                  *DOCUMENT DETAIL SHEET*                                  Page 2 of 5

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 26
APPLICATION DATE: 1/20/2023
PERIOD: 12/21/22 - 01/20/23

Contract Lines

| A | | B | C | D | | E | F | G | | H | | I |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | | | |
| 1 | 02-02113-50.S Construction Survey.Subcontract | Construction Surveying | | | $0.00 | | $0.00 | | | | | |
| 2 | 03-03100-50.S Building Foundations.Subcontract | Building Concrete | | | $0.00 | | $0.00 | | | | | |
| 3 | 03-03719-50.S Elevated Concrete.Subcontract | Elevated Concrete | | | $0.00 | | $0.00 | | | | | |
| 4 | 03-04123-60.S Precast Stair Towers.Subcontract | Precast Stair Towers | | | $0.00 | | $0.00 | | | | | |
| 5 | 03-04800-59.S Precast Elevator Towers.Subcontract | Precast Elevator Tower | | | $0.00 | | $0.00 | | | | | |
| 6 | 03-05413-58.S Gypcrete.Subcontract | Gypcrete | | | $0.00 | | $0.00 | | | | | |
| 7 | 04-00525-56.S Hardscape Masonry.Subcontract | Building Masonry | | | $0.00 | | $0.00 | | | | | |
| 8 | 26-01100-90.S Structural Steel.Subcontract | Structural Steel Bldg | | | $0.00 | | $0.00 | | | | | |
| 9 | 05-01700-50.S Steel Hardware Materials.Subcontract | Hold Down Hardware | | | $0.00 | | $0.00 | | | | | |
| 10 | 05-05900-50.S Miscellaneous Steel.Subcontract | Speciality Metals - Building | | | $0.00 | | $0.00 | | | | | |
| 11 | 06-01005-50.S Rough Carpentry - Labor.Subcontract | Framing Labor | | | $0.00 | | $0.00 | | | | | |
| 12 | 06-01010-50.S Rough Carpentry - Material.Subcontract | Lumber | | | $0.00 | | $0.00 | | | | | |
| 13 | 06-01753-50.S Trusses.Subcontract | Trusses | | | $0.00 | | $0.00 | | | | | |
| 14 | 06-02000-50.S Finish Carpentry.Subcontract | Interior Trim & Doors | | | $0.00 | | $0.00 | | | | | |
| 15 | 06-02200-55.S Club Millwork Subcontract | Club Millwork | | | $0.00 | | $0.00 | | | | | |
| 16 | 07-00513-55.S SS Fireproof Coating.Subcontract | SS Fireproofing | | | $0.00 | | $0.00 | | | | | |

CONTINUATION SHEET                    *DOCUMENT DETAIL SHEET*                    Page 3 of 5

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR F) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 17 | 07-02100-50.S Insulation.Subcontract | Insulation - Building | | | | | | | | |
| 18 | 07-05423-50.S TPO Roofing System.Subcontract | Roofing - Building | | | | | | | | |
| 19 | 07-09200-50.S Sealants and Caulking - Units.Subcontract | Waterproofing - Building | | | | | | | | |
| 20 | 08-01000-50.S Doors & Hardware - Units.Subcontract | Building Interior Doors | | | | | | | | |
| 21 | 08-04710-55.S Glass Pivot Doors.Subcontract | Glass & Pivot Doors | | | | | | | | |
| 22 | 08-04313-55.S Aluminum Storefront.Subcontract | Storefront & Folding Glass | | | | | | | | |
| 23 | 08-05000-50.S Window Installation Labor.Subcontract | Window Install | | | | | | | | |
| 24 | 08-05313-50.S Vinyl Windows.Subcontract | Windows | | | | | | | | |
| 25 | 08-05890-50.S Windows & Doors Aluminum/Vinyl.Subcontracted | Building Exterior Doors | | | | | | | | |
| 26 | 09-02116-50.S Drywall.Subcontract | Drywall | | | | | | | | |
| 27 | 09-02423-55.S Cement Stucco - Units.Subcontract | Exterior Cladding | | | | | | | | |
| 28 | 09-03013-50.S Ceramic Tile - Units.Subcontract | Wall Tiles | | | | | | | | |
| 29 | 09-06500-50.S Resilient Flooring - Units.Subcontract | Flooring | | | | | | | | |
| 30 | 09-06816-50.S Units Bedroom Carpet.Subcontract | Carpet | | | | | | | | |
| 31 | 09-09100-55.S Interior Paint.Subcontract | Building Painting | | | | | | | | |
| 32 | 10-02819-50.S Tub and Shower Doors.Subcontract | Shower Door Enclosures | | | | | | | | |
| 33 | 10-07313-50.S Awnings.Subcontract | Prefabricated Metal Awnings | | | | | | | | |
| 34 | 10-09950-50.S Miscellaneous Specialties.Subcontract | Miscellaneous Specialties | | | | | | | | |

**CONTINUATION SHEET**     *DOCUMENT DETAIL SHEET*     Page 4 of 5

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 35 | 11-03100-50 S Residential Appliances.Subcontract | Appliances | | | | | | | | |
| 36 | 11-03150-55 S Appliances - Leasing/Amenities Subcontract | Amenity Appliances | | | | | | | | |
| 37 | 12-02000-50 S Window Treatments.Subcontract | Blinds | | | | | | | | |
| 38 | 12-03530-50 S Cabinets.Subcontract | Cabinets | | | | | | | | |
| 39 | 12-03531-50 S Cabinets Install.Subcontract | Cabinets Install | | | | | | | | |
| 40 | 12-03661-50 S Unit Countertops.Subcontract | Countertops | | | | | | | | |
| 41 | 14-02100-50 S Elevators - Units.Subcontract | Elevators - Building | | | | | | | | |
| 42 | 14-09162-50 S Trash Chutes - Units.Subcontract | Trash Chutes - Building | | | | | | | | |
| 43 | 21-01300-50 S Fire Sprinklers - Units.Subcontract | Fire Sprinklers - Building | | | | | | | | |
| 44 | 21-01301-50 S Fire Sprinkler Design.Subcontract | Fire Sprinkler Design | | | | | | | | |
| 45 | 22-00700-50 S Plumbing - Units.Subcontract | Plumbing - Building | | | | | | | | |
| 46 | 23-00700-50 S HVAC - Units.Subcontract | HVAC - Building | | | | | | | | |
| 47 | 26-00900-50 S Electrical Wiring - Units.Subcontract | Electrical - Building | | | | | | | | |
| 48 | 27-05319-50 S DAS - Emergency Response RF Subcontract | DAS | | | | | | | | |
| 49 | 28-05119-55 S Low Voltage AV System.Subcontract | Low Voltage AV System | | | | | | | | |
| 50 | 31-02113-50 S Radon Mitigation - Site.Subcontract | Radon Mitigation | | | | | | | | |
| 51 | | General Requirements | | | | | | | | |
| 52 | 90-12000-90 O Contractor Overhead.Other | Builders Overhead | | | | | | | | |

CONTINUATION SHEET                          *DOCUMENT DETAIL SHEET*                          Page 5 of 5



| A | | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | | | TOTALS: | | | | | | | |

Grand Totals:

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

APPLICATION AND CERTIFICATE FOR PAYMENT     *DOCUMENT SUMMARY SHEET*     Page 1 of 3

**TO OWNER/CLIENT:**

**PROJECT:**
Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

**APPLICATION NO:** 26
**INVOICE NO:** 26
**PERIOD:** 12/21/22 - 01/20/23
**PROJECT NO:** 50818
**CONTRACT DATE:**

**FROM CONTRACTOR:**
Portrait Construction of Florida, Inc.
3452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**VIA ARCHITECT/ENGINEER:**

**CONTRACT FOR:** Futura at Nona Cove - Garage

---

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 + 2)
4. Total completed and stored to date (Column G on detail sheet)
5. Retainage:
   a. 10.00% of completed work
   b. 0.00% of stored material
   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage (Line 4 less Line 5 Total)
7. Less previous certificates for payment (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage (Line 3 less Line 6)

The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.



By: _____     Date: 1-25-23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 25th day of January 2023
Notary Public: Teresa M. George
My commission expires:

> Notary Public State of Florida
> Teresa M George
> My Commission
> HH 176517
> Exp. 9/19/2025

---

**CHANGE ORDER SUMMARY**

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

**ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:     169,164.55

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)*

ARCHITECT/ENGINEER:

By: _____     Date: 2/15/23

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

**CONTINUATION SHEET**

*DOCUMENT DETAIL SHEET*

Page 2 of 3

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 26

APPLICATION DATE: 1/20/2023

PERIOD: 12/21/22 - 01/20/23

Contract Lines

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 03-03600-40.S Garage Concrete.Subcontract | Garage Concrete | | | | | | | | |
| 2 | 03-04100-40.S Pre-Cast Garage Structure.Subcontract | Precast Parking Garage | | | | | | | | |
| 3 | 04-02226-40.S Garage Masonry.Subcontract | Garage Masonry | | | | | | | | |
| 4 | 05-01219-40.S Steel Wall Braces.Subcontract | Steel Wall Braces | | | | | | | | |
| 5 | 05-01516-40.S Barrier Cable Guard Railing.Subcontract | Barrier Cable Guard Railing | | | | | | | | |
| 6 | 05-05900-40.S Specialty Metals - Garage.Subcontract | Specialty Metals - Garage | | | | | | | | |
| 7 | 05-33113-40.S Aluminum Entry Gate.Subcontract | Aluminum Roll-up Entry Gate | | | | | | | | |
| 8 | 07-09200-40.S Sealants and Caulking - Bldg.Subcontract | Waterproofing - Garage | | | | | | | | |
| 9 | 08-03323-40.S Rolling Metal OH Door w Remote.Subcontract | Garage Exterior Doors | | | | | | | | |
| 10 | 09-09100-40.S Exterior Paint.Subcontract | Garage Painting | | | | | | | | |
| 11 | 11-01200-40.S Parking Control Equipment.Subcontract | Parking Control Equipment | | | | | | | | |
| 12 | 14-02100-40.S Elevators - Garage.Subcontract | Elevators - Garage | | | | | | | | |
| 13 | 21-01300-40.S Fire Sprinklers - Bldg.Subcontract | Fire Sprinklers - Garage | | | | | | | | |
| 14 | 22-21428-40.S Trench Drains.Subcontract | Plumbing - Garage | | | | | | | | |
| 15 | 23-03500-40.S Garage Ventilation.Subcontract | HVAC - Garage | | | | | | | | |
| 16 | 26-00500-40.S | Electrical - Garage | | | | | | | | |

**CONTINUATION SHEET**

*DOCUMENT DETAIL SHEET*

Page 3 of 3

| A | B | B | C | D | E | F | G | % (G / C) | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | Electrical Wiring - Bldg. Subcontract | | | | | | | | | |
| | | TOTALS: | | | | | | | | |

**Grand Totals**

| A | B | C | D | E | F | G | % (G / C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

**APPLICATION AND CERTIFICATE FOR PAYMENT**  *DOCUMENT SUMMARY SHEET*  Page 1 of 3

TO OWNER/CLIENT:

PROJECT:
Futura at Nona Cove
19453 Boggy Creek Road
Orlando, Florida 32832

APPLICATION NO: 26
INVOICE NO: 29
PERIOD: 12/21/22 - 01/20/23
PROJECT NO: 50818

FROM CONTRACTOR:

VIA ARCHITECT/ENGINEER:

CONTRACT DATE:

CONTRACT FOR: Futura at Nona Cove - Sitework

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date (Column G on detail sheet)
5. Retainage:
   a. 9.43% of completed work
   b. 0.00% of stored material
   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage
   (Line 4 less Line 5 Total)
7. Less previous certificates for payment
   (Line 6 from prior certificate)
8. Current payment due
9. Balance to finish, including retainage
   (Line 3 less Line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR:

By _____  Date: 1-25-23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 25th day of January 2023
Notary Public: Teresa M George
My commission expires: _____

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

**ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:                               $147,018.50

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)

ARCHITECT/ENGINEER:

By _____  Date: 2/15/23

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

CONTINUATION SHEET                    *DOCUMENT DETAIL SHEET*                    Page 2 of 3

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 26
APPLICATION DATE: 1/20/2023
PERIOD: 12/21/22 - 01/20/23

Contract Lines

| A | B | C | D | | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | | BALANCE TO FINISH (C - G) | RETAINAGE |
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | % (G / C) | | |
| 1 | 13-01123-30.S Swimming Pool.Subcontract | Swimming Pool | | | | | | | | |
| 2 | 13-01210-48.S Dog Spa.Subcontract | Dog Spa | | | | | | | | |
| 3 | 13-01213-30.S Equipment for Special Areas.Subcontract | Fountain Structure | | | | | | | | |
| 4 | 13-01235-30.S Floating Spray Fountain.Subcontract | Floating Spray Fountain | | | | | | | | |
| 5 | 13-03133-30.S Shade Sail Structure.Subcontract | Shade Structure at Summer Kitchen | | | | | | | | |
| 6 | 31-01100-30.S Clearing and Grubbing.Subcontract | Earthwork | | | | | | | | |
| 7 | 31-03116-30.S Miscellaneous Earthwork.Subcontract | Termite Control | | | | | | | | |
| 8 | 32-01216-30.S Asphalt Paving - Site.Subcontract | Roadways | | | | | | | | |
| 9 | 32-01413-30.S Concrete Unit Pavers.Subcontract | Pavers Courtyard & Walks | | | | | | | | |
| 10 | 32-01523-30.S Sidewalks - Site.Subcontract | Concrete Sidewalks | | | | | | | | |
| 11 | 32-01813-30.S Artificial Turf.Subcontract | Turf | | | | | | | | |
| 12 | 32-01823-30.S Bocce Court.Subcontract | Bocce Court | | | | | | | | |
| 13 | 32-03219-30.S Fencing/Walls - Site.Subcontract | Precast Screen Wall | | | | | | | | |
| 14 | 32-03223-30.S Segmental Retaining Wall.Subcontract | Segmental Retaining Wall | | | | | | | | |
| 15 | 32-08000-30.S Miscellaneous (Irrigation).Subcontract | Irrigation | | | | | | | | |
| 16 | 32-09419-30.S Landscaping.Subcontract | Landscape | | | | | | | | |
| 17 | 33-03113-30.S | Site Utilities | | | | | | | | |

CONTINUATION SHEET                    *DOCUMENT DETAIL SHEET*                                      Page 3 of 3

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | Sewer Improvements.Subcontrac t | | | | | | | | | |
| 18 | 35-04900-30.S Bridges.Subcontract | IPE Deck & Deck | | | | | | | | |
| | | TOTALS: | | | | | | | | |

Grand Totals

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

APPLICATION AND CERTIFICATE FOR PAYMENT
DOCUMENT SUMMARY SHEET
Page 1 of 2

TO OWNER/CLIENT:

PROJECT:
Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32532

FROM CONTRACTOR:
Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

VIA ARCHITECT/ENGINEER:

APPLICATION NO: 26
INVOICE NO: 26
PERIOD: 12/21/22 - 01/20/23
PROJECT NO: 50816
CONTRACT DATE:

CONTRACT FOR: Futura at Nona Cove - Other Fees & Bond

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date
   (Column G on detail sheet)
5. Retainage:
   a. 0.00% of completed work
   b. 0.00% of stored material
   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage
   (Line 4 less Line 5 Total)
7. Less previous certificates for payment
   (Line 6 from prior certificate)
8. Current payment due
9. Balance to finish, including retainage
   (Line 3 less Line 6)



| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _____    Date: 1-25-23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 25th day of January 2023
Notary Public: Teresa M George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/15/2025

### ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:                                              $0.00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)

ARCHITECT/ENGINEER

By: _____    Date: 2/15/23

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

**CONTINUATION SHEET**

*DOCUMENT DETAIL SHEET*

Page 2 of 2

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 26

APPLICATION DATE: 1/20/2023

PERIOD: 12/21/22 - 01/20/23

**Contract Lines**

| A | B | C | D | E | F | G | % (G / C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 01-04126-85.O Other Permits - Subcontractors.Other | Building Permits - Subcontractors | | | | | | | | |
| 2 | 01-05110-85.O Other Utility Installation.Other | Utility Connection/Hook-up Charges | | | | | | | | |
| 3 | 01-05115-85.O Temp Utility Relocation.Other | Utility Relocations Fees | | | | | | | | |
| 4 | 31-02100-85.S Radon Unit Testing.Subcontract | Radon Unit Testing HUD | | | | | | | | |
| 5 | 33-01929-85.S Water Hook-up and Meter Fees.Subcontract | Water Hook-up and Meter Fees | | | | | | | | |
| 6 | 33-05900-85.S Gas Service.Meter Fees.Subcontract | Gas Service/Meter Fees | | | | | | | | |
| 7 | 90-14000-90.O Bond.Other | Bond | | | | | | | | |
| | | TOTALS: | | | | | | | | |

**Grand Totals**

| A | B | C | D | E | F | G | % (G / C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | | |

**APPLICATION AND CERTIFICATE FOR PAYMENT**                    DOCUMENT CONTINUATION SHEET                          Page 1 of 2

**TO OWNER/CLIENT:**         **PROJECT:**                          **APPLICATION NO:** 26

                            Futura at Nona Cove                   **INVOICE NO:** 26
                            19463 Boggy Creek Road                    **PERIOD:** 12/21/22 - 01/20/23
                            Orlando, Florida 32832                **PROJECT NO:** 50818

**FROM CONTRACTOR:**        **VIA ARCHITECT/ENGINEER:**          **CONTRACT DATE:**

Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**CONTRACT FOR:** Futura at Nona Cove - Builders Profit

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Contract. Continuation
Sheet is attached.

1.  Original Contract Sum
2.  Net change by change orders
3.  Contract Sum to date (Line 1 ± 2)
4.  Total completed and stored to date
    (Column G on detail sheet)
5.  Retainage:

    a. 0.00% of completed work

    b. 0.00% of stored material

    Total retainage
    (Line 5a + 5b or total in column I of detail sheet)
6.  Total earned less retainage
    (Line 4 less Line 5 Total)
7.  Less previous certificates for payment
    (Line 6 from prior certificate)
8.  Current payment due:
9.  Balance to finish, including retainage
    (Line 3 less Line 6)

The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the
Work covered by this Application for Payment has been completed in accordance with the Contract
Documents, that all amounts have been paid by the Contractor for Work which previous Certificates
for payment were issued and payments received from the Owner/Client, and that current payments
shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.



By: _____        Date: 1-25-23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 25th        day of January 2023
Notary Public: _____
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 126617
Exp. 9/19/2025

**ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on the on-site observations and the data
comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the
Architect's/Engineer's knowledge, information and belief that Work is in accordance with the
Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:                                                              $40,960.46

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this
Application and on the Continuation Sheet that are changed to confirm the amount certified.)*

ARCHITECT/ENGINEER:

By: _____        Date: 2/17/23

This certificate is not negotiable. The amount certified is payable only to the Contractor named
herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the
Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 26

APPLICATION DATE: 1/20/2023

PERIOD: 12/21/22 - 01/20/23

**Contract Lines**

| A | B | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 90-11000-90.O Contractor Profit.Other | Contractor Profit | | | | | | | | |
| | | TOTALS: | | | | | | | | |

**Grand Totals**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |



## UNCONDITIONAL PARTIAL WAIVER AND RELEASE

For payment of **$66,107.67** for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned does hereby waive, release and relinquish any and all rights, claims, demands, liens, claims for relief, causes of action and the like, whether arising at law, under contract, in tort, in equity or otherwise, against **LN Apartments LLC**, its surety, if any, the Owner, and the Project's real property, which the undersigned has now or may have had arising out of the performance of work or the furnishing of labor or materials by the undersigned through **11/20/22** the effective date of this Waiver and Release, pursuant to Subcontract or Purchase Order with **LN Apartments LLC** in connection with construction of ("the Project)

| | |
|---|---|
| **PROJECT NAME:** | HUD #067-35564 Futura @ Nona Cove – Escrow Fees |
| **PROJECT LOCATION:** | 19465 Boggy Creek Rd., Orlando, FL |
| **PROJECT NO.:** | 50818 |

Use of the term "PCF" shall be deemed to mean and refer to PORTRAIT CONSTRUCTION of FLORIDA and its agents, representatives, employees, directors, and all those acting on their behalf.

This Waiver and Release applies to all facts, acts, events, circumstances, changes, constructive or actual delays, accelerations, extra work, disruptions, interferences and the like which have occurred, or may be claimed to have occurred, prior to the effective date hereof, excepting only retainage, if any, held under the Subcontract, and Subcontractor (or Supplier) expressly waives all claims as herein above described. This Waiver and Release is intended to apply to and protect PCF'S payment and performance bond surety, if any, as well as anyone claiming by or through PCF, the Owner, or the surety in connection with any claim, demand, lien, claim for relief, cause of action and the like waived, release and relinquished by the terms of this Waiver and Release.

This Waiver and Release is freely and voluntarily given and the undersigned acknowledges, warrants and represents that it has fully reviewed the terms and conditions of this Waiver and Release, that it is fully informed with respect to the legal effect of this Waiver and Release and that it has voluntarily chosen to accept the terms and conditions of this Waiver and Release in return for the payment recited above.

The undersigned further represents that all employees, laborers, materialmen, and subcontractors employed by the undersigned in connection with the Project and all bills currently due for labor, materials, supplies, and taxes furnished by others to the undersigned in connection with construction of improvements upon the Project have been fully paid and that no obligations, legal, equitable or otherwise are owed by the undersigned in connection with its work on the Project. With respect to this representation and warranty, the undersigned does hereby agree to indemnify and hold harmless PCF, its payment and performance bond surety, if any, the Owner and any others claiming by or through them, from any and all claims, damages, losses, expenses and the like incurred by reason of any claim that the undersigned has not fully paid for all labor, materials, and expenses incurred in connection with its work on the Project.

The undersigned further agrees that making and receipt of payment and execution of the Waiver and Release shall in no way release the undersigned from its continuing obligations with respect to the completion of any work remaining undone, punch list work, warranty and guaranty work, and any other obligations of the undersigned to PCF, its surety, if any, and/or the Owner.

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

**Portrait Construction of Florida**
Subcontractor/Supplier Company Name

Signature: _____

Title: _____President_____

Date: _____1/25/2023_____

Sworn to and subscribed before me this __25th__ day of __January__, 2023

_____
Signature of Notary Public

State of __Florida__, County of __Seminole__

Personally known __X__ or Produced Identification _____ Type of Identification: Driver's License _____ Other _____



## CONDITIONAL PARTIAL WAIVER AND RELEASE

For and in consideration of the payment of **$40,950.46** and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned does hereby waive, release and relinquish any and all rights, claims, demands, liens, claims for relief, causes of action and the like, whether arising at law, under contract, in tort, in equity or otherwise, against **LN Apartments LLC**, its surety, if any, the Owner, and the Project's real property, which the undersigned has now or may have had arising out of the performance of work or the furnishing of labor or materials by the undersigned through _1/20/23_ the effective date of this Waiver and Release, pursuant to Subcontract or Purchase Order with **LN Apartments, LLC** in connection with construction of ("the Project"):

| | |
|---|---|
| **PROJECT NAME:** | **HUD #067-35564 Futura @ Nona Cove** |
| **PROJECT LOCATION:** | **1946 Boggy Creek Rd., Orlando, Florida** |
| **PROJECT NO.:** | **50818** |

**Use of the term "PCF" shall be deemed to mean and refer to PORTRAIT CONSTRUCTION OF FLORIDA and its agents, representatives, employees, directors, and all those acting on their behalf.**

This Waiver and Release applies to all facts, acts, events, circumstances, changes, constructive or actual delays, accelerations, extra work, disruptions, interferences and the like which have occurred, or may be claimed to have occurred, prior to the effective date hereof, excepting only retainage, if any, held under the Subcontract, and Subcontractor (or Supplier) expressly waives all claims as herein above described. This Waiver and Release is intended to apply to and protect PCF'S payment and performance bond surety, if any, as well as anyone claiming by or through PCF, the Owner, or the surety in connection with any claim, demand, lien, claim for relief, cause of action and the like waived, release and relinquished by the terms of this Waiver and Release

This Waiver and Release is freely and voluntarily given and the undersigned acknowledges, warrants and represents that it has fully reviewed the terms and conditions of this Waiver and Release, that it is fully informed with respect to the legal effect of this Waiver and Release and that it has voluntarily chosen to accept the terms and conditions of this Waiver and Release in return for the payment recited above.

The undersigned further represents that all employees, laborers, materialmen, and subcontractors employed by the undersigned in connection with the Project and all bills currently due for labor, materials, supplies, and taxes furnished by others to the undersigned in connection with construction of improvements upon the Project have been fully paid and that no obligations, legal, equitable or otherwise are owed by the undersigned in connection with its work on the Project. With respect to this representation and warranty, the undersigned does hereby agree to indemnify and hold harmless PCF, its payment and performance bond surety, if any, the Owner and any others claiming by or through them, from any and all claims, damages, losses, expenses and the like incurred by reason of any claim that the undersigned has not fully paid for all labor, materials, and expenses incurred in connection with its work on the Project.

The undersigned further agrees that making and receipt of payment and execution of the Waiver and Release shall in no way release the undersigned from its continuing obligations with respect to the completion of any work remaining undone, punch list work, warranty and guaranty work, and any other obligations of the undersigned to PCF, its surety, if any, and/or the Owner.

_Notary Public State of Florida_
_Teresa M George_
_My Commission_
_HH 176817_
_Exp. 9/19/2025_

Portrait Construction of Florida, Inc.
Subcontractor/Supplier Company Name

Signature: _____

Title: ___**President**___

Date: ___**1/25/23**___

Sworn to and subscribed before me this ___25th___ day of ___January___ 2023

_Signature of Notary Public_

State of ___Florida___, County of ___Seminole___

Personally known ___✓___ or Produced Identification _____ Type of Identification: Driver's License _____ Other _____

**APPLICATION AND CERTIFICATE FOR PAYMENT**          DOCUMENT SUMMARY SHEET                                                    Page 1 of 3

**TO OWNER/CLIENT:**

LN Apartments, LLC
2901 Clint Moore Rd, Suite 408
Boca Raton, Florida 33496

**FROM CONTRACTOR:**

Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**PROJECT:**

Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

**VIA ARCHITECT/ENGINEER:**

Butch Charlan (Charlan Brock & Associates)

**APPLICATION NO:** 26
**INVOICE NO:** 26
**PERIOD:** 12/21/22 - 01/20/23
**PROJECT NO:** 50818
**CONTRACT DATE:**

**CONTRACT FOR:** Futura at Nona Cove Change Orders

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.



1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date
   (Column G on detail sheet)
5. Retainage:
   a. 9.34% of completed work
   b. 0.00% of stored material
   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage
   (Line 4 less Line 5 Total)
7. Less previous certificates for payment
   (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage
   (Line 3 less Line 6)

The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _____         Date: 1-25-23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 25th day of January 2023
Notary Public: _____
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 126612
Exp. 9/19/2025

**ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:                                                        $122,419.72

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)

ARCHITECT/ENGINEER:

By: _____         Date: 2/17/23

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client | | |
| Total approved this month: | | |
| Totals: | | |
| Net change by change orders: | | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 26

APPLICATION DATE: 1/20/2023

PERIOD: 12/21/22 - 01/20/23

**Contract Lines**

| A | B | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | COST CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | | **TOTALS:** | | | | | | | | |

**Change Orders**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | PCCO#001 | | | | | | | | |
| 1.1 | PCO#001 | | | | | | | | |
| 1.1.1 | 31-01100-30.S Clearing and Grubbing.Subcontract Removal and replacement of unsuitable soils. | | | | | | | | |
| 2 | PCCO#002 | | | | | | | | |
| 2.1 | PCO#002 | | | | | | | | |
| 2.1.1 | 31-01100-30.S Clearing and Grubbing.Subcontract Installation of Crushed Concrete | | | | | | | | |
| 3 | PCCO#003 | | | | | | | | |
| 3.1 | PCO#003 | | | | | | | | |
| 3.1.1 | 01-03100-80.O Project Manager.Other Change GC Name to Portrait Construction of Florida, Inc. | | | | | | | | |
| 4 | PCCO#004 | | | | | | | | |
| 4.1 | PCO#004 | | | | | | | | |
| 4.1.1 | 06-01010-50.S Rough Carpentry - Material.Subcontract Lumber Increases | | | | | | | | |
| 5 | PCCO#005 | | | | | | | | |
| 5.1 | PCO#005 | | | | | | | | |
| 5.1.1 | 26-00500-50.S Electrical Wiring - Units.Subcontract Power Poles for Cameras | | | | | | | | |
| 6 | PCCO#006 | | | | | | | | |
| 6.1 | PCO#006 | | | | | | | | |
| 6.1.1 | 13-01213-30.S Equipment for Special Areas.Subcontract Fountain Redesign | | | | | | | | |
| 7 | PCCO#007 | | | | | | | | |
| 7.1 | PCO#007 | | | | | | | | |
| 7.1.1 | 03-03800-50.S Post-Tension Slab on Grade.Subcontract Slab extensions for bumpout framing not shown on Architectural or Structural drawings. RFI #111 was submitted on 2/11/22 and we received a response on 2/22/22 with detail (11 day response time). It took an additional 10 days to complete the work with inspections. | | | | | | | | |

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 8 | PCCO#008 (PCO 9) | | | | | | | | |
| 8.1 | PCO#009 | | | | | | | | |
| 8.1.1 | 06-01005-50.S Rough Carpentry - Labor.Subcontract Labor | | | | | | | | |
| 8.1.2 | 06-01010-50.S Rough Carpentry - Material.Subcontract Self Performed by Portrait | | | | | | | | |
| 9 | PCCO#009 (PCO 11) | | | | | | | | |
| 9.1 | PCO#011 | | | | | | | | |
| 9.1.1 | 06-01010-50.S Rough Carpentry - Material.Subcontract Added TV Blocking per Revised Plans | | | | | | | | |
| 9.1.2 | 06-01005-50.S Rough Carpentry - Labor.Subcontract Labor | | | | | | | | |
| | TOTALS: | | | | | | | | |

**Grand Totals**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

# Contractor's Requisition

**U.S. Department of Housing and Urban Development**
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0026 (Exp. 09/30/2022)

Project Mortgages

**To be submitted to mortgagee in quadruplicate**

This information is used to verify program benefits consisting of distribution of insured mortgage proceeds when construction costs are involved. The information regarding completed work items is used by HUD to ensure that payments from mortgage proceeds are made for work actually completed in a satisfactory manner. This information is a requirement under Section 207 (b) of the National Housing Act (Public Law 479, 48 Stat. 1246, 12 U.S.C. 1701 et seq.) authorizing the Secretary of HUD to insure mortgages. This information collection does not contain information of a sensitive nature.

Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not collect this information, and you are not required to compete this form, unless it displays a currently valid OMB control number.

| To (owner) | Requisition Number |
| --- | --- |
| **LN Apartments, LLC** | 27 |

| Project | Project Number | Location |
| --- | --- | --- |
| **Futura @ Nona Cove** | **067-35564** | **Orlando, FL** |

In accordance with the provision of the contract dated  **11/5/2020**  and Contractor's and/or Mortgagor's Cost Breakdown (Schedule of Values) attached thereto, this requisition is submitted for the amount of  **$**  **1,628,875.23** due for work performed up to the __20th___ day of February_2023__ and as itemized below by the trades listed in the Schedule of Values.

| DIV | Trade Item | Cost as per Cost Breakdown (A) | Amounts Complete (B) | For HUD-FHA Use (C) |
| --- | --- | --- | --- | --- |
| 3 | Concrete | $ | | |
| 4 | Masonry | $ | | |
| 5 | Metals | $ | | |
| 6 | Rough Carpentry | $ | | |
| 6 | Finish Carpentry | $ | | |
| 7 | Waterproofing | $ | | |
| 7 | Insulation | $ | | |
| 7 | Roofing | $ | | |
| 7 | Sheet Metal | $ | | |
| 8 | Doors | $ | | |
| 8 | Windows | $ | | |
| 9 | Glass | $ | | |
| 9 | Lath and Plaster | $ | | |
| 9 | Drywall | $ | | |
| 9 | Tile Work | $ | | |
| 9 | Acoustical | $ | $ | |
| 9 | Wood Flooring | $ | $ | |
| 9 | Resilient Flooring | $ | | |
| 9 | Painting and Decorating | $ | | |
| 10 | Specialties | $ | | |
| 11 | Special Equipment | $ | | |
| 11 | Cabinets | $ | | |
| 11 | Appliances | $ | | |
| 12 | Blinds and Shades, Artwork | $ | | |
| 12 | Carpets | $ | | |
| 13 | Special Construction | $ | | |
| 14 | Elevators | $ | | |
| 15 | Plumbing and Hot Water | $ | | |
| 15 | Heat and Ventilation | $ | | |
| 15 | Air Conditioning | $ | | |
| 16 | Electrical | $ | | |
| | Accessory Buildings | $ | | |
| # | Earth Work | $ | | |
| 2 | Site Utilities | $ | | |
| 2 | Roads and Walks | $ | | |
| 2 | Site Improvement | $ | | |
| 2 | Lawns and Planting | $ | | |
| 2 | Unusual Site Conditions | $ | | |
| 1 | General Requirements | $ | | |
| 1 | Bond Premium ($ 221442 ) | | | |

| DIV | Trade Item | Cost as per Cost Breakdown (A) | Enter Amounts to Nearest Even Dollar | | |
|---|---|---|---|---|---|
| | | | Amounts Complete (B) | | For HUD-FHA Use (C) |
| 1 | Other Fees    (§ 38891 ) | | | | |
| (1) | Subtotal of Breakdown Items | $ | | | $ |
| (2) | Builder's Overhead | $ | | | $ |
| (3) | Builder's Profit | | | | $ |
| (4) | Total of Cost Breakdown Items | $ | | | $ |
| (5) | Inventory of Materials Stored On-site (See Note Below) | | | | $ |
| (6) | Inventory of Materials Stored Off-Site (See Note Below) | | 0.00% | $             - | $ |
| (7) | Sum of Cost Breakdown Items Plus Inventories of Materials | | | $ | $ |
| (8) | Less Net Decrease in Cost as a Result of Approved Changes | | | $ | $ |
| (9) | Total After Adjusting for Net Decrease to Approved Changes | | | $ | $ |
| (10) | Less Retained 10% | | | $ | $ |
| (11) | Bal.: Total Amount Due to Date on Account of Construction Contract | | | $ | $ |
| (12) | Less Previous Payments | | | $ | $ |
| (13) | Net Amount of This Requisition | | | $ | $ |

I certify that the Work covered by this requisition has been completed in accordance with the Contract Documents, and that I have actually received $30,894,971 for Work
to the 20th day of December, 2022. (date of previous requisition).

| Date | | Contractor |
|---|---|---|
| 3/1/2023 | | Portrait Construction of Florida, Bruce L Abbey. |

* Percentage derived from subtotal of Breakdown Items (col. B divided by col. A)  Note: Attached Inventory of Materials items ... to ...
** (Col. C divided by Col. A) Exclusive of Bond Premium

**For Use of HUD - Federal Housing Commissioner**

| Date | Net Amount Approved for Payment | Column C Completed by (Mortgage Credit Examiner) |
|---|---|---|
| Reviewed and Approved by (Chief, Mortgage Credit) | Director, Housing Development | |

**Architect's Certificate:** I certify, based on my on-site observations (or those of my authorized representative) and the data comprising this requisition, that the work has progressed to the point indicated; that to the best of my knowledge, information and belief the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the amount certified.

| Date | Architect | |
|---|---|---|
| 3/1/2023, 3/10/23 | Charlan Brock Architects, Martin Lehr | Martin Lehr |

**Inspector's Certificate:**    ☒ Amount Modified         ☐ No Modification

I certify that I have visited the site on this date  2-23-23  , observed the Work, and monitored the log and reports of the Architect (if an architect is administering the Construction Contract); that to the best of my knowledge, information and belief the amount certified represents acceptable Work; and that I have no personal interest, present or prospective, in the property, applicant or proceeds of the mortgage.

| Date | Inspector | |
|---|---|---|
| 3-16-23 | Jeff Clair | This pay app is revised from the 2-23-23 inspection |

**Contractor's Prevailing Wage Certificate** (For use under all sections of the National Housing Act requiring certification as to payment of prevailing wages. To be completed with each request for insurance of advance of mortgage proceeds which includes a payment on account of construction cost, or at the time the mortgage is presented for insurance pursuant to a commitment to insure upon completion.)

| To | Date | Advance No. |
|---|---|---|
| Manager | Project Name **Futura @ Nona Cove** | |
| Field Office | Project Number **067-35564** | |

The undersigned, as principal contractor in connection with the construction of the above project, states that he/she is fully familiar with applicable wage determination decision of the Secretary of Labor and certifies that:

a. A copy of the applicable wage determination decision is posted in a conspicuous place at the site of the work and he/she has required each subcontractor as a part of his/her contract, to agree to pay wages at rates not less than those contained in the decision.

b. All laborers and mechanics employed in the construction of the project have been, to the date hereof, paid for such employment at wage rates not less than those contained in the applicable wage determination decision of the Secretary of Labor and no deductions or rebates have been made, either directly or indirectly, from the full weekly wages earned by any person, other than permissable deductions as defined in Regulations of the Secretary of Labor, Part 3 (29 CFR Part 3)

c. He/She has fulfilled his/her obligations, to the date hereof, under The Labor Standards Provisions of the Supplementary Conditions of the Contract for Construction and has included said conditions in all subcontracts.

This certificate is executed by the undersigned for the purpose of inducing the Commissioner to approve for insurance that certain mortgage loan, or an advance thereof, made or to be made by the mortgagee in connection with the construction of the project, and with the intent that the Commissioner rely upon this certification to establish compliance with the provisions of Section 212 of the National Housing Act, which provides in part: The Commissioner shall not insure ... unless the principal contractor files a certificate ... certifying that the laborers and mechanics ... have not been paid ... not less than the wages prevailing...as determined by the Secretary of Labor..."

I hereby Certify that all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.

**Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties (18 U.S.C 1001, 1010, 1012, 31 U.S.C 3729, 3802)

| Contractor | By: | Date: |
|---|---|---|
| Portrait Construction of Florida, Bruce L Abbey, President | x | 3/1/2023 |

**Construction Progress
Schedule**

U.S. Department of Housing
and Urban Development

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | |
|---|---|---|---|---|
| | Department of Housing and Urban Development | | | |
| 2. City | | 3. State | 5. Project Name | |
| Orlando | | Florida | Futura at Nona Cove Apartments | |
| 4. Location | | | 6. Project Number | |
| 19465 Boggy Creek Road | | | 067-35564 | |
| 7. Contract For | | | 8. Contract Time (Days) | |
| General Construction | | | 600 | |
| 9. From (mm/dd/yyyy)    To (mm/dd/yyyy) | | | 10. Contract Price $ | |
| 11/5/2020 | 6/27/2022 | | $41,302,387.00 | |
| 11. Number of Buildings | | 12. Number of Dwelling Units | 13. Number of Rooms | |
| 1 | | 260 | 1675 | |

| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | ▇▇▇▇ | | ▇▇▇▇ | | | | 2021 |
|---|---|---|---|---|---|---|---|---|
| | Month | November | December | January | Feburary | March | April | May |
| Actual Monthly Value, Work in Place | ($) | ▇ | | | | | | |
| Actual Accumulated Progress | (%) | ▇ | | | | | | |
| Anticipated Monthly Value | ($) | ▇ | | | | | | |
| Accumulated Scheduled Progress | (%) | ▇ | | | | | | |

| Submitted by: | Contractor's Name: | | | |
|---|---|---|---|---|
| | Portrait Construction of Florida - Bruce L. Abbey | | | |
| | Title | Authorizing Signature | | Date (mm/dd/yyyy) |
| | President | | | 3/1/2023 |
| Approved by: | PHA/IHA | | | |
| | Title | | | Date (mm/dd/yyyy) |
| Approved by: | Architect | | | Date (mm/dd/yyyy) |
| | Charlan Brock and Associates    Martin Lehr | | | 3/10/23 |

**Construction Progress Schedule**

U.S. Department of Housing and Urban Development

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | | | |
|---|---|---|---|---|---|---|
| Department of Housing and Urban Development | | | | | | |

| 2. City | | 3. State | 5. Project Name | | | |
|---|---|---|---|---|---|---|
| Orlando | | Florida | Futura at Nona Cove Apartments | | | |

| 4. Location | | | 6. Project Number | | | |
|---|---|---|---|---|---|---|
| 19465 Boggy Creek Road | | | 067-35564 | | | |

| 7. Contract For | | | 8. Contract Time (Days) | | | |
|---|---|---|---|---|---|---|
| General Construction | | | 600 | | | |

| 9. From (mm/dd/yyyy) | To (mm/dd/yyyy) | | 10. Contract Price $ | | | |
|---|---|---|---|---|---|---|
| 11/5/2020 | 6/27/2022 | | $41,302,367.00 | | | |

| 11. Number of Buildings | 12. Number of Dwelling Units | | 13. Number of Rooms | | | |
|---|---|---|---|---|---|---|
| 1 | 260 | | 1675 | | | |

| (Submit as many pages as necessary to cover the construction period) | Year (yyyy) | | | | | | | | 2021 |
|---|---|---|---|---|---|---|---|---|---|
| | Month | June | July | August | September | October | November | December |
| Actual Monthly Value, Work in Place | ($) | | | | | | | |
| Actual Accumulated Progress | (%) | | | | | | | |
| Anticipated Monthly Value | ($) | | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | | |

| Submitted by: | (Contractor's Name:) | | | |
|---|---|---|---|---|
| | Portrait Construction of Florida – Bruce L. Abbey | | | |
| | Title | Authorizing Signature | | Date (mm/dd/yyyy) |
| | President | | | 3/1/2023 |
| Approved by: | PHA/IHA | | | |
| | Title | | | Date (mm/dd/yyyy) |
| Approved by: | Architect | | | Date (mm/dd/yyyy) |
| | Charlan Brock and Associates | Martin Lehr | | 3/10/23 |

# Construction Progress Schedule

**U.S. Department of Housing and Urban Development**

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA)

Department of Housing and Urban Development

| 2. City | 3. State | 5. Project Name |
|---|---|---|
| Orlando | Florida | Futura at Nona Cove Apartments |

| 4. Location | 6. Project Number |
|---|---|
| 19465 Boggy Creek Road | 067-35564 |

| 7. Contract For | 8. Contract Time (Days) |
|---|---|
| General Construction | 600 |

| 9. From (mm/dd/yyyy) | To (mm/dd/yyyy) | 10. Contract Price $ |
|---|---|---|
| 11/5/2020 | 6/27/2022 | $41,302,367.00 |

| 11. Number of Buildings | 12. Number of Dwelling Units | 13. Number of Rooms |
|---|---|---|
| 1 | 260 | 1675 |

| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | | | | | | | 2022 |
|---|---|---|---|---|---|---|---|---|
| | Month | January | Feburary | March | April | May | June | July |
| Actual Monthly Value, Work in Place | ($) | | | | | | | |
| Actual Accumulated Progress | (%) | | | | | | | |
| Anticipated Monthly Value | ($) | | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | | |

| Submitted by: | (Contractor's Name) Portrait Construction of Florida - Bruce L. Abbey | | |
|---|---|---|---|
| | Title President | Authorizing Signature | Date (mm/dd/yyyy) 3/1/2023 |
| Approved by: | PHA/IHA | | |
| | Title | | Date (mm/dd/yyyy) |
| Approved by: | Architect Charlan Brock and Associates    Martin Lehr | | Date (mm/dd/yyyy) 3/10/23 |

**Construction Progress Schedule**

U.S. Department of Housing and Urban Development

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA)

Department of Housing and Urban Development

| 2. City | 3. State | 5. Project Name |
|---|---|---|
| Orlando | Florida | Futura at Nona Cove Apartments |

| 4. Location | 6. Project Number |
|---|---|
| 19465 Boggy Creek Road | 067-35564 |

| 7. Contract For | 8. Contract Time (Days) |
|---|---|
| General Construction | 600 |

| 9. From (mm/dd/yyyy) | To (mm/dd/yyyy) | 10. Contract Price $ |
|---|---|---|
| 11/5/2020 | 6/27/2022 | $41,302,367 |

| 11. Number of Buildings | 12. Number of Dwelling Units | 13. Number of Rooms |
|---|---|---|
| 1 | 260 | 1675 |

| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | | | | | | | 2023 |
|---|---|---|---|---|---|---|---|---|
| | Month | August | September | October | November | December | January | February |
| Actual Monthly Value, Work in Place | ($) | | | | | | | |
| Actual Accumulated Progress | (%) | | | | | | | |
| Anticipated Monthly Value | ($) | | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | | |

| Submitted by: | (Contractor's Name:) Portrait Construction of Florida - Bruce L. Abbey | | |
|---|---|---|---|
| | Title President | Authorizing Signature | Date (mm/dd/yyyy) 3/1/2023 |
| Approved by: | PHA/HA | | |
| | Title | | Date (mm/dd/yyyy) |
| Approved by: | Architect Charlan Brock and Associates    Martin Lehr | | Date (mm/dd/yyyy) 3/10/23 |

Page 4 of 4

form HUD-5372 (2/93)
ref Handbook 7417.1, 7485.1, 7450.1 & 7460.8



## CONDITIONAL PARTIAL WAIVER AND RELEASE

For and in consideration of the payment of **$1,474,477.00** and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned does hereby waive, release and relinquish any and all rights, claims, demands, liens, claims for relief, causes of action and the like, whether arising at law, under contract, in tort, in equity or otherwise, against **Berkadia**, its surety, if any, the Owner, and the Project's real property, which the undersigned has now or may have had arising out of the performance of work or the furnishing of labor or materials by the undersigned through **2/20/23** the effective date of this Waiver and Release, pursuant to Subcontract or Purchase Order with **LN Apartments, LLC** in connection with construction of ("the Project"):

| | |
|---|---|
| **PROJECT NAME:** | HUD #067-35564 Futura @ Nona Cove |
| **PROJECT LOCATION:** | 1946 Boggy Creek Rd., Orlando, Florida |
| **PROJECT NO.:** | 50818 |

Use of the term "PCF" shall be deemed to mean and refer to PORTRAIT CONSTRUCTION of FLORIDA and its agents, representatives, employees, directors, and all those acting on their behalf.

This Waiver and Release applies to all facts, acts, events, circumstances, changes, constructive or actual delays, accelerations, extra work, disruptions, interferences and the like which have occurred, or may be claimed to have occurred, prior to the effective date hereof, excepting only retainage, if any, held under the Subcontract, and Subcontractor (or Supplier) expressly waives as herein above described. This Waiver and Release is intended to apply to and protect PCF'S payment and performance bond surety, if any, as well as anyone claiming by or through PCF, the Owner, or the surety in connection with any claim, demand, lien, claim for relief, cause of action and the like waived, release and relinquished by the terms of this Waiver and Release.

This Waiver and Release is freely and voluntarily given and the undersigned acknowledges, warrants and represents that it has fully reviewed the terms and conditions of this Waiver and Release, that it is fully informed with respect to the legal effect of this Waiver and Release and that it has voluntarily chosen to accept the terms and conditions of this Waiver and Release in return for the payment recited above.

The undersigned further represents that all employees, laborers, materialmen, and subcontractors employed by the undersigned in connection with the Project and all bills currently due for labor, materials, supplies, and taxes furnished by others to the undersigned in connection with construction of improvements upon the Project have been fully paid and that no obligations, legal, equitable or otherwise are owed by the undersigned in connection with its work on the Project. With respect to this representation and warranty, the undersigned does hereby agree to indemnify and hold harmless PCF, its payment and performance bond surety, if any, the Owner and any others claiming by or through them, from any and all claims, damages, losses, expenses and the like incurred by reason of any claim that the undersigned has not fully paid for all labor, materials, and expenses incurred in connection with its work on the Project.

The undersigned further agrees that making and receipt of payment and execution of the Waiver and Release shall in no way release the undersigned from its continuing obligations with respect to the completion of any work remaining undone, punch list work, warranty and guaranty work, and any other obligations of the undersigned to PCF, its surety, if any, and/or the Owner.

|  | |
|---|---|
|  | **Portrait Construction of Florida, Inc.** |
|  | Subcontractor/Supplier Company Name |
| Notary Public State of Florida<br>Teresa M George<br>My Commission<br>HH 176617<br>Exp. 9/19/2025 | Signature: _____ |
|  | Title: _____President_____ |
|  | Date: __3/14/2023__ |

Sworn to and subscribed before me this __14th__ day of __March__, 2023.

_____
Signature of Notary Public

State of __Florida__, County of __Seminole__

Personally known __✓__ or Produced Identification _____    Type of Identification: Driver's License _____    Other _____

APPLICATION AND CERTIFICATE FOR PAYMENT — Case 6:24-cv-01416-JSS-DCI    Document 96-1    Filed 04/15/25    Page 258 of 336 — DOCUMENT SUMMARY SHEET — PageID 1909

Page 1 of 5

**TO OWNER/CLIENT:**

LN Apartments, LLC
2901 Clint Moore Rd, Suite 408
Boca Raton, Florida 33496

**FROM CONTRACTOR:**

Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**CONTRACT FOR:** Futura at Nona Cove - Building

**PROJECT:**

Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

**VIA ARCHITECT/ENGINEER:**

Butch Charlan (Charlan Brock & Associates)

**APPLICATION NO:** 27
**INVOICE NO:** 27
**PERIOD:** 01/21/23 - 02/20/23
**PROJECT NO:** 50818
**CONTRACT DATE:** 11/5/2020

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date
   (Column G on detail sheet)
5. Retainage:

   a. 10.00% of completed work

   b. 0.00% of stored material

   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage
   (Line 4 less Line 5 Total)
7. Less previous certificates for payment
   (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage
   (Line 3 less Line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _____  Date: _____

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 1st      day of March 2023
Notary Public: Teresa M. George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 17661
Exp: 8/18/2025

### ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)*

ARCHITECT/ENGINEER:

By: **Martin Lehr**      Date: 3/10/23

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
| --- | --- | --- |
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 27
APPLICATION DATE: 3/1/2023
PERIOD: 01/21/23 - 02/20/23

**Contract Lines**

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 02-02113-50.S Construction Survey.Subcontract | Construction Surveying | | | | | | | | |
| 2 | 03-03100-50.S Building Foundations.Subcontract | Building Concrete | | | | | | | | |
| 3 | 03-03719-50.S Elevated Concrete.Subcontract | Elevated Concrete | | | | | | | | |
| 4 | 03-04123-50.S Precast Stair Towers.Subcontract | Precast Stair Towers | | | | | | | | |
| 5 | 03-04600-50.S Precast Elevator Towers.Subcontract | Precast Elevator Tower | | | | | | | | |
| 6 | 03-05413-50.S Gypcrete.Subcontract | Gypcrete | | | | | | | | |
| 7 | 04-00525-50.S Hardscape Masonry.Subcontract | Building Masonry | | | | | | | | |
| 8 | 05-01100-50.S Structural Steel.Subcontract | Structural Steel Bldg | | | | | | | | |
| 9 | 05-01700-50.S Steel Hardware Materials.Subcontract | Hold Down Hardware | | | | | | | | |
| 10 | 05-09900-50.S Miscellaneous Steel.Subcontract | Specialty Metals - Building | | | | | | | | |
| 11 | 06-01005-50.S Rough Carpentry - Labor.Subcontract | Framing Labor | | | | | | | | |
| 12 | 06-01010-50.S Rough Carpentry - Material.Subcontract | Lumber | | | | | | | | |
| 13 | 06-01753-50.S Trusses.Subcontract | Trusses | | | | | | | | |
| 14 | 06-02000-50.S Finish Carpentry.Subcontract | Interior Trim & Doors | | | | | | | | |
| 15 | 06-02200-55.S Club Millwork.Subcontract | Club Millwork | | | | | | | | |
| 16 | 07-00513-55.S SS Fireproof Coating.Subcontract | SS Fireproofing | | | | | | | | |

| A | | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 17 | 07-02100-50.S Insulation.Subcontract | Insulation - Building | | | | | | | | |
| 18 | 07-05423-50.S TPO Roofing System.Subcontract | Roofing - Building | | | | | | | | |
| 19 | 07-09200-50.S Sealants and Caulking - Units.Subcontract | Waterproofing - Building | | | | | | | | |
| 20 | 08-01000-50.S Doors & Hardware - Units.Subcontract | Building Interior Doors | | | | | | | | |
| 21 | 08-04210-55.S Glass Pivot Doors.Subcontract | Glass & Pivot Doors | | | | | | | | |
| 22 | 08-04313-55.S Aluminum Storefront.Subcontract | Storefront & Folding Glass | | | | | | | | |
| 23 | 08-05000-50.S Window Installation Labor.Subcontract | Window Install | | | | | | | | |
| 24 | 08-05313-50.S Vinyl Windows.Subcontract | Windows | | | | | | | | |
| 25 | 08-05990-50.S Windows & Doors Aluminum/Vinyl.Subcontract | Building Exterior Doors | | | | | | | | |
| 26 | 09-02116-50.S Drywall.Subcontract | Drywall | | | | | | | | |
| 27 | 09-02423-50.S Cement Stucco - Units.Subcontract | Exterior Cladding | | | | | | | | |
| 28 | 09-03013-50.S Ceramic Tile - Units.Subcontract | Wall Tiles | | | | | | | | |
| 29 | 09-06500-50.S Resilient Flooring - Units.Subcontract | Flooring | | | | | | | | |
| 30 | 09-06816-50.S Units Bedroom Carpet.Subcontract | Carpet | | | | | | | | |
| 31 | 09-09100-50.S Interior Paint.Subcontract | Building Painting | | | | | | | | |
| 32 | 10-02819-50.S Tub and Shower Doors.Subcontract | Shower Door Enclosures | | | | | | | | |
| 33 | 10-07313-50.S Awnings.Subcontract | Prefabricated Metal Awnings | | | | | | | | |
| 34 | 10-09900-50.S Miscellaneous Specialties.Subcontract | Miscellaneous Specialties | | | | | | | | |

These values are not certified by CBA due to non-conforming work. Refer to previous correspondence on non-conforming items. Please be advised that CBA will not certify future requisitions for these line items until either the work becomes conforming or the contractor and owner reach a settlement on the matter.

| A | | B | C | D | E | | | | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | DATE (D + E + F) | (%) (G/C) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | |
| 35 | 11-03100-50.S Residential Appliances.Subcontract | Appliances | | | | | | | |
| 36 | 11-03100-55.S Appliances - Leasing/Amenities.Subcontract | Amenity Appliances | | | | | | | |
| 37 | 12-02000-50.S Window Treatments.Subcontract | Blinds | | | | | | | |
| 38 | 12-03530-50.S Cabinets.Subcontract | Cabinets | | | | | | | |
| 39 | 12-03531-50.S Cabinets Install.Subcontract | Cabinets Install | | | | | | | |
| 40 | 12-03661-50.S Unit Countertops.Subcontract | Countertops | | | | | | | |
| 41 | 14-02100-50.S Elevators - Units.Subcontract | Elevators - Building | | | | | | | |
| 42 | 14-09182-50.S Trash Chutes - Units.Subcontract | Trash Chutes - Building | | | | | | | |
| 43 | 21-01300-50.S Fire Sprinklers - Units.Subcontract | Fire Sprinklers - Building | | | | | | | |
| 44 | 21-01301-50.S Fire Sprinkler Design.Subcontract | Fire Sprinkler Design | | | | | | | |
| 45 | 22-00700-50.S Plumbing - Units.Subcontract | Plumbing - Building | | | | | | | |
| 46 | 23-00700-50.S HVAC - Units.Subcontract | HVAC - Building | | | | | | | |
| 47 | 26-00500-50.S Electrical Wiring - Units.Subcontract | Electrical - Building | | | | | | | |
| 48 | 27-05319-50.S DAS - Emergency Response RF.Subcontract | DAS | | | | | | | |
| 49 | 28-05119-55.S Low Voltage AV System.Subcontract | Low Voltage AV System | | | | | | | |
| 50 | 31-02113-30.S Radon Mitigation - Site.Subcontract | Radon Mitigation | | | | | | | |
| 51 | | General Requirements | | | | | | | |
| 52 | 90-12000-90.O Contractor Overhead.Other | Builders Overhead | | | | | | | |

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | | TOTALS: | | | | | | | | |

**Grand Totals**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

**APPLICATION AND CERTIFICATE FOR PAYMENT** DOCUMENT SUMMARY SHEET

**TO OWNER/CLIENT:**

**PROJECT:**
Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

**APPLICATION NO:** 27
**INVOICE NO:** 27
**PERIOD:** 01/21/23 - 02/20/23
**PROJECT NO:** 60818

**FROM CONTRACTOR:**
Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**VIA ARCHITECT/ENGINEER:**

**CONTRACT DATE:**

**CONTRACT FOR:** Futura at Nona Cove - Garage

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date (Column G on detail sheet)
5. Retainage:
   a. 10.00% of completed work
   b. 0.00% of stored material
   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage
   (Line 4 less Line 5 Total)
7. Less previous certificates for payment
   (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage
   (Line 3 less Line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _____  Date: _____

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this  1st  day of  March 2023
Notary Public: Teresa M George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 176817
Exp. 9/9/2025

**ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)*

ARCHITECT/ENGINEER:

By: Martin Lehr    Date: 3/10/23

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 27

APPLICATION DATE: 3/1/2023

PERIOD: 01/21/23 - 02/20/23

Contract Lines

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 03-03800-40.S Garage Concrete.Subcontract | Garage Concrete | | | | | | | | |
| 2 | 03-04100-40.S Pre-Cast Garage Structure.Subcontract | Precast Parking Garage | | | | | | | | |
| 3 | 04-02226-40.S Garage Masonry.Subcontract | Garage Masonry | | | | | | | | |
| 4 | 05-01219-40.S Steel Wall Braces.Subcontract | Steel Wall Braces | | | | | | | | |
| 5 | 05-01516-40.S Barrier Cable Guard Railing.Subcontract | Barrier Cable Guard Railing | | | | | | | | |
| 6 | 05-09900-40.S Specialty Metals - Garage.Subcontract | Speciality Metals - Garage | | | | | | | | |
| 7 | 05-33113-40.S Aluminum Entry Gate.Subcontract | Aluminum Roll-up Entry Gate | | | | | | | | |
| 8 | 07-09200-40.S Sealants and Caulking - Bldg.Subcontract | Waterproofing - Garage | | | | | | | | |
| 9 | 08-03323-40.S Rolling Metal OH Door w Remote.Subcontract | Garage Exterior Doors | | | | | | | | |
| 10 | 09-09100-40.S Exterior Paint.Subcontract | Garage Painting | | | | | | | | |
| 11 | 11-01200-40.S Parking Control Equipment.Subcontract | Parking Control Equipment | | | | | | | | |
| 12 | 14-02100-40.S Elevators - Garage.Subcontract | Elevators - Garage | | | | | | | | |
| 13 | 21-01300-40.S Fire Sprinklers - Bldg.Subcontract | Fire Sprinklers - Garage | | | | | | | | |
| 14 | 22-21426-40.S Trench Drains.Subcontract | Plumbing - Garage | | | | | | | | |
| 15 | 23-03500-40.S Garage Ventilation.Subcontract | HVAC - Garage | | | | | | | | |
| 16 | 26-00500-40.S | Electrical - Garage | | | | | | | | |

| A | B | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | Electrical Wiring - Bldg.Subcontract | | | | | | | | | |
| TOTALS: | | | | | | | | | | |

Grand Totals

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| GRAND TOTALS: | | | | | | | | | |

**TO OWNER/CLIENT:**

**PROJECT:**

Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

**FROM CONTRACTOR:**

**VIA ARCHITECT/ENGINEER:**

**APPLICATION NO:** 27

**INVOICE NO:** 27

**PERIOD:** 01/21/23 - 02/20/23

**PROJECT NO:** 50818

**CONTRACT DATE:**

**CONTRACT FOR:** Futura at Nona Cove - Sitework

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date (Column G on detail sheet)
5. Retainage:
   a. 9.49% of completed work
   b. 0.00% of stored material
   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage (Line 4 less Line 5 Total)
7. Less previous certificates for payment (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage (Line 3 less Line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR:

By: _____  Date: _____

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 1st day of March 2023
Notary Public: Teresa M George
My commission expires: _____

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 01/10/2025

**ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)*

ARCHITECT/ENGINEER:

By: **Martin Lehr**     Date: 3/10/23

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 27
APPLICATION DATE: 3/1/20B
PERIOD: 01/21/B - 02/20/23

**Contract Lines**

| A | | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 13-01123-30.S Swimming Pool.Subcontract | Swimming Pool | | | | | | | | |
| 2 | 13-01210-40.S Dog Spa.Subcontract | Dog Spa | | | | | | | | |
| 3 | 13-01213-30.S Equipment for Special Areas.Subcontract | Fountain Structure | | | | | | | | |
| 4 | 13-01233-30.S Floating Spray Fountain.Subcontract | Floating Spray Fountain | | | | | | | | |
| 5 | 13-03133-30.S Shade Sail Structure.Subcontract | Shade Structure at Summer Kitchen | | | | | | | | |
| 6 | 31-01100-30.S Clearing and Grubbing.Subcontract | Earthwork | | | | | | | | |
| 7 | 31-03116-30.S Miscellaneous Earthwork.Subcontract | Termite Control | | | | | | | | |
| 8 | 32-01216-30.S Asphalt Paving - Site.Subcontract | Roadways | | | | | | | | |
| 9 | 32-01413-30.S Concrete Unit Pavers.Subcontract | Pavers Courtyard & Walks | | | | | | | | |
| 10 | 32-01623-30.S Sidewalks - Site.Subcontract | Concrete Sidewalks | | | | | | | | |
| 11 | 32-01813-30.S Artificial Turf.Subcontract | Turf | | | | | | | | |
| 12 | 32-01823-30.S Boccee Court.Subcontract | Boccee Court | | | | | | | | |
| 13 | 32-03219-30.S Fencing/Walls - Site.Subcontract | Precast Screen Wall | | | | | | | | |
| 14 | 32-03223-30.S Segmental Retaining Wall.Subcontract | Segmental Retaining Wall | | | | | | | | |
| 15 | 32-08000-30.S Miscellaneous (Irrigation).Subcontract | Irrigation | | | | | | | | |
| 16 | 32-09419-30.S Landscaping.Subcontract | Landscape | | | | | | | | |
| 17 | 33-03113-30.S | Site Utilities | | | | | | | | |

| A | | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | Sewer Improvements.Subcontract | | | | | | | | | |
| 18 | 35-04900-30.S Bridges.Subcontract | IPE Dock & Deck | | | | | | | | |
| | | TOTALS: | | | | | | | | |

Grand Totals

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

**TO OWNER/CLIENT:**

**PROJECT:**
Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

**APPLICATION NO:** 27
**INVOICE NO:** 27
**PERIOD:** 01/21/23 - 02/20/23
**PROJECT NO:** 50816
**CONTRACT DATE:**

**FROM CONTRACTOR:**
Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**VIA ARCHITECT/ENGINEER:**

**CONTRACT FOR:** Futura at Nona Cove - Other Fees & Bond

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date (Column G on detail sheet)
5. Retainage:
   a. 0.00% of completed work
   b. 0.00% of stored material
   Total retainage
   (Line 5a + 5b or total in column I of detail sheet
6. Total earned less retainage (Line 4 less Line 5 Total)
7. Less previous certificates for payment (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage (Line 3 less Line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and tht current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _____  Date: _____

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 1st day of March, 2023
Notary Public: Teresa M George
My commission expires:

Notary Pulic State of Florida
TeresaM George
My Commission
HH 16617
Exp: 9/8/2025

**ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client tht to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:                                                    $0.00

*(Attach explanation if amount certified differs from the amount applied for. Initi all figures on this Application and on the Continuation Sheet that are changed to confirm the amout certified.)*

ARCHITECT/ENGINEER:

By: **Martin Lehr** [Digitally signed by Martin Lehr]     Date: 3/10/23

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice o the rights of the Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 27

APPLICATION DATE: 3/1/2023

PERIOD: 01/21/23 - 02/20/23

Contract Lines

| A | B | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 01-04126-85.O Other Permits - Subcontractors.Other | Building Permits - Subcontractors | | | | | | | | |
| 2 | 01-05110-85.O Other Utility Installation.Other | Utility Connection/Hook-up Charges | | | | | | | | |
| 3 | 01-05115-85.O Temp Utility Relocation.Other | Utility Relocations Fees | | | | | | | | |
| 4 | 31-02100-85.S Radon Unit Testing.Subcontract | Radon Unit Testing HUD | | | | | | | | |
| 5 | 33-01929-85.S Water Hook-up and Meter Fees.Subcontract | Water Hook-up and Meter Fees | | | | | | | | |
| 6 | 33-05900-85.S Gas Service /Meter Fees.Subcontract | Gas Service /Meter Fees | | | | | | | | |
| 7 | 90-14000-90.O Bond.Other | Bond | | | | | | | | |
| | | TOTALS: | | | | | | | | |

Grand Totals

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

APPLICATION AND CERTIFICATE FOR PAYMENT    Case 6:24-cv-01416-JSS-DCI   DOCUMENT SUMMARY SHEET   Document 96-1   Filed 04/15/25    Page 271 of 336     Page 1 of 2

PageID 1922

**TO OWNER/CLIENT:**

**PROJECT:**
Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

**APPLICATION NO:** 27
**INVOICE NO:** 27
**PERIOD:** 01/21/23 - 02/20/23
**PROJECT NO:** 50818
**CONTRACT DATE:**

**FROM CONTRACTOR:**
Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**VIA ARCHITECT/ENGINEER:**

**CONTRACT FOR:** Futura at Nona Cove - Builders Profit

---

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date
   (Column G on detail sheet)
5. Retainage:
   a. 0.00% of completed work
   b. 0.00% of stored material
   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage
   (Line 4 less Line 5 Total)
7. Less previous certificates for payment
   (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage
   (Line 3 less Line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _____  Date: 4-4-23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 4th day of April 2023
Notary Public: Teresa M George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

### ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)*

ARCHITECT/ENGINEER:

By: _____  Date: _____

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

---

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
| --- | --- | --- |
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

**Contract Lines**

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 90-11000-90.O Contractor Profit.Other | Contractor Profit | | | | | | | | |
| | | TOTALS: | | | | | | | | |

**Grand Totals**

| A | B | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | | |

**PORTRAIT**

## CONDITIONAL PARTIAL WAIVER AND RELEASE

For and in consideration of the payment of **$36,197.61** and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned does hereby waive, release and relinquish any and all rights, claims, demands, liens, claims for relief, causes of action and the like, whether arising at law, under contract, in tort, in equity or otherwise, against **LN Apartments LLC**, its surety, if any, the Owner, and the Project's real property, which the undersigned has now or may have had arising out of the performance of work or the furnishing of labor or materials by the undersigned through **2/20/23** the effective date of this Waiver and Release, pursuant to Subcontract or Purchase Order with **LN Apartments, LLC** in connection with construction of ("the Project");

| | |
|---|---|
| **PROJECT NAME:** | HUD #067-35564 Futura @ Nona Cove |
| **PROJECT LOCATION:** | 1946 Boggy Creek Rd., Orlando, Florida |
| **PROJECT NO.:** | 50818 |

Use of the term "PCF" shall be deemed to mean and refer to PORTRAIT CONSTRUCTION OF FLORIDA and its agents, representatives, employees, directors, and all those acting on their behalf.

This Waiver and Release applies to all facts, acts, events, circumstances, changes, constructive or actual delays, accelerations, extra work, disruptions, interferences and the like which have occurred, or may be claimed to have occurred, prior to the effective date hereof, excepting only retainage, if any, held under the Subcontract, and Subcontractor (or Supplier) expressly waives all claims as herein above described. This Waiver and Release is intended to apply to and protect PCF'S payment and performance bond surety, if any, as well as anyone claiming by or through PCF, the Owner, or the surety in connection with any claim, demand, lien, claim for relief, cause of action and the like waived, release and relinquished by the terms of this Waiver and Release.

This Waiver and Release is freely and voluntarily given and the undersigned acknowledges, warrants and represents that it has fully reviewed the terms and conditions of this Waiver and Release, that it is fully informed with respect to the legal effect of this Waiver and Release and that it has voluntarily chosen to accept the terms and conditions of this Waiver and Release in return for the payment recited above.

The undersigned further represents that all employees, laborers, materialmen, and subcontractors employed by the undersigned in connection with the Project and all bills currently due for labor, materials, supplies, and taxes furnished by others to the undersigned in connection with construction of improvements upon the Project have been fully paid and that no obligations, legal, equitable or otherwise are owed by the undersigned in connection with its work on the Project. With respect to this representation and warranty, the undersigned does hereby agree to indemnify and hold harmless PCF, its payment and performance bond surety, if any, the Owner and any others claiming by or through them, from any and all claims, damages, losses, expenses and the like incurred by reason of any claim that the undersigned has not fully paid for all labor, materials, and expenses incurred in connection with its work on the Project.

The undersigned further agrees that making and receipt of payment and execution of the Waiver and Release shall in no way release the undersigned from its continuing obligations with respect to the completion of any work remaining undone, punch list work, warranty and guaranty work, and any other obligations of the undersigned to PCF, its surety, if any, and/or the Owner.

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

Portrait Construction of Florida, Inc.
Subcontractor/Supplier Company Name

Signature: _____

Title:  **President**

Date:  **4/4/23**

Sworn to and subscribed before me this ___**4th**___ day of ___April___, 2023.

_____
Signature of Notary Public

State of ___Florida___, County of ___Seminole___

Personally known ___✓___ or Produced Identification _____  Type of Identification: Driver's License _____ Other _____

# Contractor's Requisition

**U.S. Department of Housing
and Urban Development**

Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0028 (Exp. 09/30/2022)

Project Mortgages

**To be submitted to mortgagee in quadruplicate**

This information is used to verify program benefits consisting of distribution of insured mortgage proceeds when construction costs are involved. The information regarding completed work items is used by HUD to ensure that payments from mortgage proceeds are made for work actually completed in a satisfactory manner. This information is a requirement under Section 207 (b) of the National Housing Act (Public Law 479, 48 Stat. 1246, 12 U.S.C. 1701 et seq ) authorizing the Secretary of HUD to insure mortgages. This information collection does not contain information of a sensitive nature.

Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not collect this information, and you are not required to compete this form, unless it displays a currently valid OMB control number.

| To (owner) **LN Apartments, LLC** | | Requisition Number | **28** | |
|---|---|---|---|---|
| Project **Futura @ Nona Cove** | Project Number **067-35564** | | | Location **Orlando, FL** |

In accordance with the provision of the contract dated    **11/5/2020**    and Contractor's and/or Mortgagor's Cost Breakdown
(Schedule of Values) attached thereto, this requisition is submitted for the amount of    $    **776,276.20** due for work
performed up to the ___20th___ day of March_2023__ and as itemized below by the trades listed in the Schedule of Values.

| DIV | Trade Item | Cost as per Cost Breakdown (A) | Enter Amounts to Nearest Even Dollar | |
|---|---|---|---|---|
| | | | Amounts Complete (B) | For HUD-FHA Use (C) |
| 3 | Concrete | $ | | |
| 4 | Masonry | $ | | |
| 5 | Metals | $ | | |
| 6 | Rough Carpentry | $ | | |
| 6 | Finish Carpentry | $ | | |
| 7 | Waterproofing | $ | | |
| 7 | Insulation | $ | | |
| 7 | Roofing | $ | | |
| 7 | Sheet Metal | $ | | |
| 8 | Doors | $ | | |
| 8 | Windows | $ | | |
| 8 | Glass | $ | | |
| 9 | Lath and Plaster | $ | | |
| 9 | Drywall | $ | | |
| 9 | Tile Work | $ | | |
| 9 | Acoustical | $ | | |
| 9 | Wood Flooring | $ | | |
| 9 | Resilient Flooring | $ | | |
| 9 | Painting and Decorating | $ | | |
| 10 | Specialties | $ | | |
| 11 | Special Equipment | $ | | |
| 11 | Cabinets | $ | | |
| 11 | Appliances | $ | | |
| 12 | Blinds and Shades, Artwork | $ | | |
| 12 | Carpets | $ | | |
| 13 | Special Construction | $ | | |
| 14 | Elevators | $ | | |
| 15 | Plumbing and Hot Water | $ | | |
| 15 | Heat and Ventilation | $ | | |
| 15 | Air Conditioning | $ | | |
| 16 | Electrical | $ | | |
| | Accessory Buildings | $ | | |
| 2 | Earth Work | $ | | |
| 2 | Site Utilities | $ | | |
| 2 | Roads and Walks | $ | | |
| 2 | Site Improvement | $ | | |
| 2 | Lawns and Planting | $ | | |
| 2 | Unusual Site Conditions | $ | | |
| 1 | General Requirements | $ | | |
| 1 | Bond Premium ($ 221442 ) | | | |

| DIV | Trade Item | Cost as per Cost Breakdown (A) | Enter Amounts to Nearest Even Dollar | |
|---|---|---|---|---|
| | | | Amounts Complete (B) | For HUD-FHA Use (C) |
| 1 | Other Fees    ($ 38891  ) | | | |
| (1) | Subtotal of Breakdown Items | $ | | $ |
| (2) | Builder's Overhead | $ | | $ |
| (3) | Builder's Profit | | | $ |
| (4) | Total of Cost Breakdown Items | $ | | $ |
| (5) | Inventory of Materials Stored On-site  (See Note  Below) | | | $ |
| (6) | Inventory of Materials Stored Off-Site  (See Note Below) | | | $ |
| (7) | Sum of Cost Breakdown Items Plus Inventories  of Materials | | | $ |
| (8) | Less Net Decrease in Cost as a Result of Approved Changes | | | $ |
| (9) | Total After Adjusting for Net Decrease to Approved Changes | | | $ |
| (10) | Less Retained 10% | | | $ |
| (11) | Bal.: Total Amount Due to Date on Account of Construction Cont | | | $ |
| (12) | Less Previous Payments | | | $ |
| (13) | Net Amount of This Requisition | | | $ |

I certify that the Work covered by this requisition has been completed in accordance with the Contract Documents, and that I have actually received $31,856,310 for Work performed and materials purchased up to the 25th day of January, 2023, (date of previous requisition).

| Date | | Contractor | |
|---|---|---|---|
| 3/29/2023 | | | Portrait Construction of Florida, Bruce L Abbey, President |

* Percentage derived from subtotal of Breakdown items (col. B divided by col, A)  Note: Attached inventory of Materials itemized as to quantities and costs.
** (Col. C divided by Col. A) Exclusive of Bond Premium

**For Use of HUD - Federal Housing Commissioner**

| Date | Net Amount Approved for Payment | Column C Completed by (Mortgage Credit Examiner) |
|---|---|---|
| Reviewed and Approved by  (Chief , Mortgage Credit) | Director, Housing Development | |

**Architect's Certificate:**  I certify, based on my on-site observations (or those of my authorized representative) and the data comprising this requisition, that the work has progressed to the point indicated; that to the best of my knowledge, information and belief the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the amount certified.

| Date | Architect |
|---|---|
| 3/29/2023 | Charlan Brock Architects, Martin Lehr |

**Inspector's Certificate:**    ☐ Amount Modified        ☐ No Modification

I certify that I have visited the site on this date _____, observed the Work, and monitored the log and reports of the Architect (if an architect is administering the Construction Contract); that to the best of my knowledge, information and belief the amount certified represents acceptable Work; and that I have no personal interest, present or prospective, in the property, applicant or proceeds of the mortgage.

| Date | Inspector |
|---|---|

**Contractor's Prevailing Wage Certificate**  (For use under all sections of the National Housing Act requiring certification as to payment of prevailing wages. To be completed with each request for insurance of advance of mortgage proceeds which includes a payment on account of construction cost, or at the time the mortgage is presented for insurance pursuant to a commitment to insure upon completion.)

| To | Date | Advance No |
|---|---|---|
| Manager | Project Name Futura @ Nona Cove | |
| Field Office | Project Number 067-35564 | |

The undersigned, as principal contractor in connection with the construction of the above project, states that he/she is fully familiar with applicable wage determination decision of the Secretary of Labor and certifies that:

a.  A copy of the applicable wage determination decision is posted in a conspicuous place at   the site of the work and he/she has required each
     subcontractor as a part of his/her contract, to agree to pay wages at rates not less than those contained in the decision.

b.  All laborers and mechanics employed in the construction of the project have been, to the date hereof, paid for such employment at wage rates not
     less than those contained in the applicable wage determination decision of the Secretary of Labor and no deductions or rebates have been made, either
     directly or indirectly, from the full weekly wages earned by any person, other than permissable deductions as defined in Regulations of the Secretary
     of Labor, Part 3 (29 CFR Part 3).

c.  He/She has fulfilled his/her obligations, to the date hereof, under The Labor Standards Provisions of the Supplementary Conditions of the Contract
     for Construction and has included said conditions in all subcontracts.

This certificate is executed by the undersigned for the purpose of inducing the Commissioner to approve for insurance that certain mortgage loan, or an advance thereof, made or to be made by the mortgagee in connection with the construction of the project, and with the intent that the Commissioner rely upon this certification to establish compliance with the provisions of Section 212 of the National Housing Act, which provides in part: The Commissioner shall not insure ... unless the principal contractor files a certificate ... certifying that the laborers and mechanics ... have not been paid not less than the wages prevailing ...as determined by the Secretary of Labor..."

I hereby Certify that all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.

**Warning: HUD will prosecute false claims and statements.** Conviction may result in criminal and/or civil penalties (18 U.S.C 1001, 1010, 1012, 31 U.S.C 3729, 3802)

| Contractor: | By: | Date: |
|---|---|---|
| Portrait Construction of Florida, Bruce L Abbey, President | x | 3/29/2023 |

# Construction Progress Schedule

**U.S. Department of Housing and Urban Development**

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | |
|---|---|---|---|---|
| Department of Housing and Urban Development | | | | |
| 2. City | | 3. State | 5. Project Name | |
| Orlando | | Florida | Futura at Nona Cove Apartments | |
| 4. Location | | | 6. Project Number | |
| 19465 Boggy Creek Road | | | 067-35564 | |
| 7. Contract For | | | 8. Contract Time (Days) | |
| General Construction | | | 600 | |
| 9. From (mm/dd/yyyy)  11/5/2020 | To (mm/dd/yyyy)  6/27/2022 | | 10. Contract Price $  $41,302,367.00 | |
| 11. Number of Buildings  1 | | 12. Number of Dwelling Units  260 | 13. Number of Rooms  1675 | |

| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | ▇▇▇▇ | | ▇▇▇▇ | | | | 2021 |
|---|---|---|---|---|---|---|---|---|
| | Month | November | December | January | Feburary | March | April | May |
| Actual Monthly Value, Work in Place | ($) | | | | | | | |
| Actual Accumulated Progress | (%) | | | | | | | |
| Anticipated Monthly Value | ($) | | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | | |

| Submitted by: | Contractor's Name | | |
|---|---|---|---|
| | Portrait Construction of Florida - Bruce L. Abbey | | |
| | Title  President | Authorizing Signature | Date (mm/dd/yyyy)  3/29/2023 |
| Approved by: | PHA/HA | | |
| | Title | | Date (mm/dd/yyyy) |
| Approved by: | Architect  Charlan Brock and Associates | | Date (mm/dd/yyyy) |

**Construction Progress Schedule**

U.S. Department of Housing and Urban Development

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| | | | | |
|---|---|---|---|---|
| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | |
| | Department of Housing and Urban Development | | | |
| 2. City   Orlando | | 3. State   Florida | 5. Project Name   Futura at Nona Cove Apartments | |
| 4. Location   19465 Boggy Creek Road | | | 6. Project Number   067-35564 | |
| 7. Contract For   General Construction | | | 8. Contract Time (Days)   600 | |
| 9. From (mm/dd/yyyy)   11/5/2020 | To (mm/dd/yyyy)   6/27/2022 | | 10. Contract Price $   $41,302,367.00 | |
| 11. Number of Buildings   1 | | 12. Number of Dwelling Units   260 | 13. Number of Rooms   1675 | |

| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | ▆▆▆▆▆▆ | | ▆▆▆▆▆▆ | | | | 2021 |
|---|---|---|---|---|---|---|---|---|
| | Month | June | July | August | September | October | November | December |
| Actual Monthly Value, Work in Place | ($) | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | | | | | | |
| Actual Accumulated Progress | (%) | | | | | | | |
| Anticipated Monthly Value | ($) | | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | | |

| | | |
|---|---|---|
| Submitted by: | (Contractor's Name:)   Portrait Construction of Florida - Bruce L. Abbey | |
| | Title   President | Authorizing Signature | Date (mm/dd/yyyy)   3/29/2023 |
| Approved by: | PHA/IHA | |
| | Title | Date (mm/dd/yyyy) |
| Approved by: | Architect   Charlan Brock and Associates | Date (mm/dd/yyyy) |

**Construction Progress
Schedule**

U.S. Department of Housing
and Urban Development

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collecton displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | | |
|---|---|---|---|---|---|
| | | | Department of Housing and Urban Development | | |
| 2. City | | 3. State | 5. Project Name | | |
| Orlando | | Florida | Futura at Nona Cove Apartments | | |
| 4. Location | | | 6. Project Number | | |
| 19465 Boggy Creek Road | | | 067-35564 | | |
| 7. Contract For | | | 8. Contract Time (Days) | | |
| General Construction | | | 600 | | |
| 9. From (mm/dd/yyyy) 11/5/2020 | To (mm/dd/yyyy) 6/27/2022 | | 10. Contract Price $ $41,302,367.00 | | |
| 11. Number of Buildings 1 | | 12. Number of Dwelling Units 260 | | 13. Number of Rooms 1675 | |

| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | ████████████ | | ████████████ | | | 2022 |
|---|---|---|---|---|---|---|---|
| | Month | January | Feburary | March | April | May | June | July |
| Actual Monthly Value, Work in Place | ($) | ████ | ████ | ████ | ████ | ████ | ████ | |
| Actual Accumulated Progress | (%) | | | | | | | |
| Anticipated Monthly Value | ($) | | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | | |

| Submitted by: | (Contractor's Name:) Portrait Construction of Florida - Bruce L. Abbey | | |
|---|---|---|---|
| | Title President | Authorizing Signature | Date (mm/dd/yyyy) 3/29/2023 |
| Approved by: | PHA/HA | | |
| | Title | | Date (mm/dd/yyyy) |
| Approved by: | Architect Chartan Brock and Associates | | Date (mm/dd/yyyy) |

Previous edition is obsolete

Page 3 of 5

form HUD-5372 (2/93)
ref Handbook 7417.1, 7485.1, 7450.1 & 7460.8

**Construction Progress Schedule**

U.S. Department of Housing and Urban Development

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | | |
|---|---|---|---|---|---|
| | | | Department of Housing and Urban Development | | |
| 2. City | | | 3. State | 5. Project Name | |
| | Orlando | | Florida | Futura at Nona Cove Apartments | |
| 4. Location | | | | 6. Project Number | |
| | 19465 Boggy Creek Road | | | 067-35564 | |
| 7. Contract For | | | | 8. Contract Time (Days) | |
| | General Construction | | | 600 | |
| 9. From (mm/dd/yyyy) | | To (mm/dd/yyyy) | | 10. Contract Price $ | |
| 11/5/2020 | | 6/27/2022 | | $41,302,367 | |
| 11. Number of Buildings | | | 12. Number of Dwelling Units | | 13. Number of Rooms |
| 1 | | | 260 | | 1675 |

| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | | | | | | | 2023 |
|---|---|---|---|---|---|---|---|---|
| | Month | August | September | October | November | December | January | February |
| Actual Monthly Value, Work in Place | ($) | | | | | | | |
| Actual Accumulated Progress | (%) | | | | | | | |
| Anticipated Monthly Value | ($) | | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | | |

| Submitted by: | (Contractor's Name:) Portrait Construction of Florida - Bruce L. Abbey | | |
|---|---|---|---|
| | Title President | Authorizing Signature | Date (mm/dd/yyyy) 3/29/2023 |
| Approved by: | PHA/IHA | | |
| | Title | | Date (mm/dd/yyyy) |
| Approved by: | Architect Charlan Brock and Associates | | Date (mm/dd/yyyy) |

# Construction Progress
# Schedule

**U.S. Department of Housing
and Urban Development**

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Department of Housing and Urban Development | | | | |
| 2. City | | | 3. State | 5. Project Name | | | |
| | Orlando | | Florida | | Futura at Nona Cove Apartments | | |
| 4. Location | | | | 6. Project Number | | | |
| | 19465 Boggy Creek Road | | | | 067-35564 | | |
| 7. Contract For | | | | 8. Contract Time (Days) | | | |
| | General Construction | | | | 600 | | |
| 9. From (mm/dd/yyyy) | | To (mm/dd/yyyy) | | 10. Contract Price $ | | | |
| 11/5/2020 | | | 6/27/2022 | | $41,302,367 | | |
| 11. Number of Buildings | | | 12. Number of Dwelling Units | | 13. Number of Rooms | | |
| 1 | | | 260 | | 1675 | | |
| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | 2023 | ███████████ | | ███████████ | | |
| | Month | March | | | | | |
| Actual Monthly Value, Work in Place | ($) | ███ | | | | | |
| Actual Accumulated Progress | (%) | ███ | | | | | |
| Anticipated Monthly Value | ($) | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | |

| Submitted by: | (Contractor's Name:) | | | |
|---|---|---|---|---|
| | Portrait Construction of Florida - Bruce L. Abbey | | | |
| | Title | Authorizing Signature | | Date (mm/dd/yyyy) |
| | President | *[signature] Bruce L Abbey Portrait* | | 3/29/2023 |
| Approved by: | PHA/HA | | | |
| | Title | | | Date (mm/dd/yyyy) |
| Approved by: | Architect | | | Date (mm/dd/yyyy) |
| | Charlan Brock and Associates | | | |

form HUD-5372 (2/93)
ref Handbook 7417.1, 7485.1, 7450.1 & 7460.8



## UNCONDITIONAL PARTIAL WAIVER AND RELEASE

For payment of **$764,333.00** for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned does hereby waive, release and relinquish any and all rights, claims, demands, liens, claims for relief, causes of action and the like, whether arising at law, under contract, in tort, in equity or otherwise, against **Berkadia**, its surety, if any, the Owner, and the Project's real property, which the undersigned has now or may have had arising out of the performance of work or the furnishing of labor or materials by the undersigned through **1/20/2023** the effective date of this Waiver and Release, pursuant to Subcontract or Purchase Order with **LN Apartments LLC** in connection with construction of ("the Project)

PROJECT NAME:       HUD #067-35564 Futura @ Nona Cove
PROJECT LOCATION:   19465 Boggy Creek Rd., Orlando, FL
PROJECT NO.:        50818

**Use of the term "PCF" shall be deemed to mean and refer to PORTRAIT CONSTRUCTION of FLORIDA and its agents, representatives, employees, directors, and all those acting on their behalf.**

This Waiver and Release applies to all facts, acts, events, circumstances, changes, constructive or actual delays, accelerations, extra work, disruptions, interferences and the like which have occurred, or may be claimed to have occurred, prior to the effective date hereof, excepting only retainage, if any, held under the Subcontract; and Subcontractor (or Supplier) expressly waives all claims as herein above described. This Waiver and Release is intended to apply to and protect PCF'S payment and performance bond surety, if any, as well as anyone claiming by or through PCF, the Owner, or the surety in connection with any claim, demand, lien, claim for relief, cause of action and the like waived, release and relinquished by the terms of this Waiver and Release.

This Waiver and Release is freely and voluntarily given and the undersigned acknowledges, warrants and represents that it has fully reviewed the terms and conditions of this Waiver and Release, that it is fully informed with respect to the legal effect of this Waiver and Release and that it has voluntarily chosen to accept the terms and conditions of this Waiver and Release in return for the payment recited above.

The undersigned further represents that all employees, laborers, materialmen, and subcontractors employed by the undersigned in connection with the Project and all bills currently due for labor, materials, supplies, and taxes furnished by others to the undersigned in connection with construction of improvements upon the Project have been fully paid and that no obligations, legal, equitable or otherwise are owed by the undersigned in connection with its work on the Project. With respect to this representation and warranty, the undersigned does hereby agree to indemnify and hold harmless PCF, its payment and performance bond surety, if any, the Owner and any others claiming by or through them, from any and all claims, damages, losses, expenses and the like incurred by reason of any claim that the undersigned has not fully paid for all labor, materials, and expenses incurred in connection with its work on the Project.

The undersigned further agrees that making and receipt of payment and execution of the Waiver and Release shall in no way release the undersigned from its continuing obligations with respect to the completion of any work remaining undone, punch list work, warranty and guaranty work, and any other obligations of the undersigned to PCF, its surety, if any, and/or the Owner.

Portrait Construction of Florida Inc.
Subcontractor/Supplier Company Name

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

Signature _____

Title:   **President**

Date:    **3/29/2023**

Sworn to and subscribed before me this __29th__ day of __March__ 2023

_Teresa M George_
Signature of Notary Public

State of __Florida__ County of __Seminole__

Personally known ✓ or Produced Identification _____

Type of Identification Driver's License _____ Other _____



## CONDITIONAL PARTIAL WAIVER AND RELEASE

For and in consideration of the payment of **$776,276.00** and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned does hereby waive, release and relinquish any and all rights, claims, demands, liens, claims for relief, causes of action and the like, whether arising at law, under contract, in tort, in equity or otherwise, against **Berkadia**, its surety, if any, the Owner, and the Project's real property, which the undersigned has now or may have had arising out of the performance of work or the furnishing of labor or materials by the undersigned through _3/20/23_ the effective date of this Waiver and Release, pursuant to Subcontract or Purchase Order with **LN Apartments, LLC** in connection with construction of ("the Project"):

| | |
|---|---|
| **PROJECT NAME:** | HUD #067-35564 Futura @ Nona Cove |
| **PROJECT LOCATION:** | 1946 Boggy Creek Rd., Orlando, Florida |
| **PROJECT NO.:** | 50818 |

Use of the term "PCF" shall be deemed to mean and refer to PORTRAIT CONSTRUCTION of FLORIDA and its agents, representatives, employees, directors, and all those acting on their behalf.

This Waiver and Release applies to all facts, acts, events, circumstances, changes, constructive or actual delays, accelerations, extra work, disruptions, interferences and the like which have occurred, or may be claimed to have occurred, prior to the effective date hereof, excepting only retainage, if any, held under the Subcontract, and Subcontractor (or Supplier) expressly waives all claims as herein above described. This Waiver and Release is intended to apply to and protect PCF'S payment and performance bond surety, if any, as well as anyone claiming by or through PCF, the Owner, or the surety in connection with any claim, demand, lien, claim for relief, cause of action and the like waived, release and relinquished by the terms of this Waiver and Release.

This Waiver and Release is freely and voluntarily given and the undersigned acknowledges, warrants and represents that it has fully reviewed the terms and conditions of this Waiver and Release, that it is fully informed with respect to the legal effect of this Waiver and Release and that it has voluntarily chosen to accept the terms and conditions of this Waiver and Release in return for the payment recited above.

The undersigned further represents that all employees, laborers, materialmen, and subcontractors employed by the undersigned in connection with the Project and all bills currently due for labor, materials, supplies, and taxes furnished by others to the undersigned in connection with construction of improvements upon the Project have been fully paid and that no obligations, legal, equitable or otherwise are owed by the undersigned in connection with its work on the Project. With respect to this representation and warranty, the undersigned does hereby agree to indemnify and hold harmless PCF, its payment and performance bond surety, if any, the Owner and any others claiming by or through them, from any and all claims, damages, losses, expenses and the like incurred by reason of any claim that the undersigned has not fully paid for all labor, materials, and expenses incurred in connection with its work on the Project.

The undersigned further agrees that making and receipt of payment and execution of the Waiver and Release shall in no way release the undersigned from its continuing obligations with respect to the completion of any work remaining undone, punch list work, warranty and guaranty work, and any other obligations of the undersigned to PCF, its surety, if any, and/or the Owner.

Portrait Construction of Florida, Inc.
Subcontractor/Supplier Company Name

Signature: _____

Title: _____ President _____

Date: _____ 3/29/2023 _____

Notary Public State of Florida
Teresa M George
My Commission
HH 170617
Exp. 9/19/2025

Sworn to and subscribed before me this _29th_ day of _March_ 2023.

Signature of Notary Public

State of _Florida_ County of _Seminole_

Personally known ___✓___ or Produced Identification _____ Type of Identification: Driver's License _____ Other _____

APPLICATION AND CERTIFICATE FOR PAYMENT    DOCUMENT G702 CONTINUATION SHEET    Page 1 of 5

**TO OWNER/CLIENT:**

LN Apartments, LLC
2901 Clint Moore Rd, Suite 408
Boca Raton, Florida 33496

**FROM CONTRACTOR:**

Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**CONTRACT FOR:** Futura at Nona Cove - Building

**PROJECT:**

Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

**VIA ARCHITECT/ENGINEER:**

Butch Charlan (Charlan Brock & Associates)

**APPLICATION NO:** 28

**INVOICE NO:** 28

**PERIOD:** 02/21/23 - 03/20/23

**PROJECT NO:** 50818

**CONTRACT DATE:** 11/5/2020

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.



1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date (Column G on detail sheet)
5. Retainage:
   a. 10.00% of completed work
   b. 0.00% of stored material
   Total retainage (Line 5a + 5b or total in column I of detail)
6. Total earned less retainage (Line 4 less Line 5 Total)
7. Less previous certificates for payment (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage (Line 3 less Line 6)

The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _____ PRES    Date: 3-29-23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 29th    day of March  2023
Notary Public: Teresa m George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 176517
Exp. 9/19/2025

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

## ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)

ARCHITECT/ENGINEER:

By: _____    Date: _____

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

**CONTINUATION SHEET**

DOCUMENT SUMMARY SHEET

Page 2 of 5

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 28
APPLICATION DATE: 3/28/2023
PERIOD: 02/21/23 - 03/20/23

Contract Lines

| A | | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 02-02113-50.S Construction Survey.Subcontract | Construction Surveying | | | | | | | | |
| 2 | 03-03100-50.S Building Foundations.Subcontract | Building Concrete | | | | | | | | |
| 3 | 03-03719-50.S Elevated Concrete.Subcontract | Elevated Concrete | | | | | | | | |
| 4 | 03-04123-50.S Precast Stair Towers.Subcontract | Precast Stair Towers | | | | | | | | |
| 5 | 03-04800-50.S Precast Elevator Towers.Subcontract | Precast Elevator Tower | | | | | | | | |
| 6 | 03-05413-50.S Gypcrete.Subcontract | Gypcrete | | | | | | | | |
| 7 | 04-00525-50.S Hardscape Masonry.Subcontract | Building Masonry | | | | | | | | |
| 8 | 05-01100-50.S Structural Steel.Subcontract | Structural Steel Bldg | | | | | | | | |
| 9 | 05-01700-50.S Steel Hardware Materials.Subcontract | Hold Down Hardware | | | | | | | | |
| 10 | 05-09900-50.S Miscellaneous Steel.Subcontract | Speciality Metals - Building | | | | | | | | |
| 11 | 06-01005-50.S Rough Carpentry - Labor.Subcontract | Framing Labor | | | | | | | | |
| 12 | 06-01010-50.S Rough Carpentry - Material.Subcontract | Lumber | | | | | | | | |
| 13 | 06-01753-50.S Trusses.Subcontract | Trusses | | | | | | | | |
| 14 | 06-02000-50.S Finish Carpentry.Subcontract | Interior Trim & Doors | | | | | | | | |
| 15 | 06-02200-55.S Club Millwork.Subcontract | Club Millwork | | | | | | | | |
| 16 | 07-00513-55.S SS Fireproof Coating.Subcontract | SS Fireproofing | | | | | | | | |

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 17 | 07-02100-50.S Insulation.Subcontract | Insulation - Building | | | | | | | | |
| 18 | 07-05423-50.S TPO Roofing System.Subcontract | Roofing - Building | | | | | | | | |
| 19 | 07-09200-50.S Sealants and Caulking - Units.Subcontract | Waterproofing - Building | | | | | | | | |
| 20 | 08-01000-50.S Doors & Hardware - Units.Subcontract | Building Interior Doors | | | | | | | | |
| 21 | 08-04210-55.S Glass Pivot Doors.Subcontract | Glass & Picot Doors | | | | | | | | |
| 22 | 08-04313-55.S Aluminum Storefront.Subcontract | Storefront & Folding Glass | | | | | | | | |
| 23 | 08-05000-50.S Window Installation Labor.Subcontract | Window Install | | | | | | | | |
| 24 | 08-05313-50.S Vinyl Windows.Subcontract | Windows | | | | | | | | |
| 25 | 08-05990-50.S Windows & Doors Aluminum/Vinyl.Subcontract | Building Exterior Doors | | | | | | | | |
| 26 | 09-02116-50.S Drywall.Subcontract | Drywall | | | | | | | | |
| 27 | 09-02423-50.S Cement Stucco - Units.Subcontract | Exterior Cladding | | | | | | | | |
| 28 | 09-03013-50.S Ceramic Tile - Units.Subcontract | Wall Tiles | | | | | | | | |
| 29 | 09-06500-50.S Resilient Flooring Units.Subcontract | Flooring | | | | | | | | |
| 30 | 09-06816-50.S Units Bedroom Carpet.Subcontract | Carpet | | | | | | | | |
| 31 | 09-09100-50.S Interior Paint.Subcontract | Building Painting | | | | | | | | |
| 32 | 10-02819-50.S Tub and Shower Doors.Subcontract | Shower Door Enclosures | | | | | | | | |
| 33 | 10-07313-50.S Awnings.Subcontract | Prefabricated Metal Awnings | | | | | | | | |
| 34 | 10-09900-50.S Miscellaneous Specialties.Subcontract | Miscellaneous Specialties | | | | | | | | |

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 35 | 11-03100-50.S Residential Appliances.Subcontract | Appliances | | | | | | | | |
| 36 | 11-03100-55.S Appliances - Leasing/Amenities.Subcontract | Amenity Appliances | | | | | | | | |
| 37 | 12-02000-50.S Window Treatments.Subcontract | Blinds | | | | | | | | |
| 38 | 12-03530-50.S Cabinets.Subcontract | Cabinets | | | | | | | | |
| 39 | 12-03531-50.S Cabinets Install.Subcontract | Cabinets Install | | | | | | | | |
| 40 | 12-03661-50.S Unit Countertops.Subcontract | Countertops | | | | | | | | |
| 41 | 14-02100-50.S Elevators - Units.Subcontract | Elevators - Building | | | | | | | | |
| 42 | 14-09182-50.S Trash Chutes - Units Subcontract | Trash Chutes - Building | | | | | | | | |
| 43 | 21-01300-50.S Fire Sprinklers - Units.Subcontract | Fire Sprinklers - Building | | | | | | | | |
| 44 | 21-01301-50.S Fire Sprinkler Design.Subcontract | Fire Sprinkler Design | | | | | | | | |
| 45 | 22-00700-50.S Plumbing - Units.Subcontract | Plumbing - Building | | | | | | | | |
| 46 | 23-00700-50.S HVAC - Units.Subcontract | HVAC - Building | | | | | | | | |
| 47 | 26-00500-50.S Electrical Wiring - Units.Subcontract | Electrical - Building | | | | | | | | |
| 48 | 27-05319-50.S DAS - Emergency Response RF.Subcontract | DAS | | | | | | | | |
| 49 | 28-05119-55.S Low Voltage AV System.Subcontract | Low Voltage AV System | | | | | | | | |
| 50 | 31-02113-30.S Radon Mitigation Site.Subcontract | Radon Mitigation | | | | | | | | |
| 51 | | General Requirements | | | | | | | | |
| 52 | 90-12000-90.O Contractor Overhead.Other | Builders Overhead | | | | | | | | |

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | | TOTALS: | | | | | | | | |

Grand Totals

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS | | | | | | | | |

APPLICATION AND CERTIFICATE FOR PAYMENT    DOCUMENT SUMMARY SHEET    Page 1 of 3

TO OWNER/CLIENT:

PROJECT:
Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

APPLICATION NO: 28
INVOICE NO: 28
PERIOD: 02/21/23 - 03/20/23
PROJECT NO: 50818
CONTRACT DATE:

FROM CONTRACTOR:
Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

VIA ARCHITECT/ENGINEER:

CONTRACT FOR: Futura at Nona Cove - Garage

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1.  Original Contract Sum
2.  Net change by change orders
3.  Contract Sum to date (Line 1 ± 2)
4.  Total completed and stored to date (Column G on detail sheet)
5.  Retainage:
    a. 10.00% of completed work
    b. 0.00% of stored material
    Total retainage
    (Line 5a + 5b or total in column I of detail sheet)
6.  Total earned less retainage
    (Line 4 less Line 5 Total)
7.  Less previous certificates for payment
    (Line 6 from prior certificate)
8.  Current payment due:
9.  Balance to finish, including retainage
    (Line 3 less Line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _____ Pres Date: 3-29-23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 29 th day of March 2023
Notary Public: Teresa M George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

### ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)

ARCHITECT/ENGINEER:

By: _____    Date: _____

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client | $0.00 | $0.00 |
| Total approved this month | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 28

APPLICATION DATE: 3/28/2023

PERIOD: 02/21/23 - 03/20/23

Contract I lines

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 03-03800-40.S Garage Concrete.Subcontract | Garage Concrete | | | | | | | | |
| 2 | 03-04100-40.S Pre-Cast Garage Structure.Subcontract | Precast Parking Garage | | | | | | | | |
| 3 | 04-02226-40.S Garage Masonry.Subcontract | Garage Masonry | | | | | | | | |
| 4 | 05-01219-40.S Steel Wall Braces.Subcontract | Steel Wall Braces | | | | | | | | |
| 5 | 05-01516-40.S Barrier Cable Guard Railing.Subcontract | Barrier Cable Guard Railing | | | | | | | | |
| 6 | 05-09900-40.S Specialty Metals - Garage.Subcontract | Speciality Metals - Garage | | | | | | | | |
| 7 | 05-33113-40.S Aluminum Entry Gate.Subcontract | Aluminum Roll-up Entry Gate | | | | | | | | |
| 8 | 07-09200-40.S Sealants and Caulking - Bldg.Subcontract | Waterproofing - Garage | | | | | | | | |
| 9 | 08-03323-40.S Rolling Metal OH Door w Remote.Subcontract | Garage Exterior Doors | | | | | | | | |
| 10 | 09-09100-40.S Exterior Paint.Subcontract | Garage Painting | | | | | | | | |
| 11 | 11-01200-40.S Parking Control Equipment.Subcontract | Parking Control Equipment | | | | | | | | |
| 12 | 14-02100-40.S Elevators - Garage.Subcontract | Elevators - Garage | | | | | | | | |
| 13 | 21-01300-40.S Fire Sprinklers - Bldg.Subcontract | Fire Sprinklers - Garage | | | | | | | | |
| 14 | 22-21426-40.S Trench Drains.Subcontract | Plumbing - Garage | | | | | | | | |
| 15 | 23-03500-40.S Garage Ventilation.Subcontract | HVAC - Garage | | | | | | | | |
| 16 | 26-00500-40.S | Electrical - Garage | | | | | | | | |

| A | B | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | Electrical Wiring - Bldg. Subcontract | | | | | | | | | |
| | | TOTALS: | | | | | | | | |

Grand Totals

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

**APPLICATION AND CERTIFICATE FOR PAYMENT**

DOCUMENT G702 APPLICATION AND CERTIFICATE FOR PAYMENT CONTINUATION SHEET

Page 1 of 3

| | | |
|---|---|---|
| **TO OWNER/CLIENT:** | **PROJECT:**<br>Futura at Nona Cove<br>19463 Boggy Creek Road<br>Orlando, Florida 32832 | **APPLICATION NO:** 28<br>**INVOICE NO:** 28<br>**PERIOD:** 02/21/23 - 03/20/23<br>**PROJECT NO:** 50818 |
| **FROM CONTRACTOR:** | **VIA ARCHITECT/ENGINEER:** | **CONTRACT DATE:** |

**CONTRACT FOR:** Futura at Nona Cove - Sitework

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.



1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date (Column G on detail sheet)
5. Retainage:
   a. 9.50% of completed work
   b. 0.00% of stored material
   Total retainage (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage (Line 4 less Line 5 Total)
7. Less previous certificates for payment (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

**CONTRACTOR:**

By: ~~Brian L Ashley~~ PRES Date: 3-29-23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 29th day of March 2023
Notary Public: Teresa M George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

**ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)*

ARCHITECT/ENGINEER:

By: _____  Date: _____

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 28
APPLICATION DATE: 3/28/2023
PERIOD: 02/21/23 - 03/20/23

Continues Lines

| A | | | C | D | E | F | G | | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 13-01123-30.S Swimming Pool.Subcontract | Swimming Pool | | | | | | | | |
| 2 | 13-01210-40.S Dog Spa.Subcontract | Dog Spa | | | | | | | | |
| 3 | 13-01213-30.S Equipment for Special Areas.Subcontract | Fountain Structure | | | | | | | | |
| 4 | 13-01233-30.S Floating Spray Fountain.Subcontract | Floating Spray Fountain | | | | | | | | |
| 5 | 13-03133-30.S Shade Sail Structure.Subcontract | Shade Structure at Summer Kitchen | | | | | | | | |
| 6 | 31-01100-30.S Clearing and Grubbing.Subcontract | Earthwork | | | | | | | | |
| 7 | 31-03116-30.S Miscellaneous Earthwork.Subcontract | Termite Control | | | | | | | | |
| 8 | 32-01216-30.S Asphalt Paving - Site.Subcontract | Roadways | | | | | | | | |
| 9 | 32-01413-30.S Concrete Unit Pavers.Subcontract | Pavers Courtyard & Walks | | | | | | | | |
| 10 | 32-01623-30.S Sidewalks - Site.Subcontract | Concrete Sidewalks | | | | | | | | |
| 11 | 32-01813-30.S Artificial Turf.Subcontract | Turf | | | | | | | | |
| 12 | 32-01823-30.S Boccee Court.Subcontract | Boccee Court | | | | | | | | |
| 13 | 32-03219-30.S Fencing/Walls - Site.Subcontract | Precast Screen Wall | | | | | | | | |
| 14 | 32-03223-30.S Segmental Retaining Wall.Subcontract | Segmental Retaining Wall | | | | | | | | |
| 15 | 32-08000-30.S Miscellaneous (Irrigation).Subcontract | Irrigation | | | | | | | | |
| 16 | 32-09419-30.S Landscaping.Subcontract | Landscape | | | | | | | | |
| 17 | 33-03113-30.S | Site Utilities | | | | | | | | |

| A | B | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | Sewer Improvements.Subcontrac 1 | | | | | | | | | |
| 18 | 35-04900-30.S Bridges.Subcontract | IPE Dock & Deck | | | | | | | | |
| | | TOTALS: | | | | | | | | |

**Grand Totals**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

**APPLICATION AND CERTIFICATE FOR PAYMENT**

Page 1 of 2

| TO OWNER/CLIENT: | PROJECT: | APPLICATION NO: 28 |
|---|---|---|
| | Futura at Nona Cove | INVOICE NO: 28 |
| | 19463 Boggy Creek Road | PERIOD: 02/21/23 - 03/20/23 |
| | Orlando, Florida 32832 | PROJECT NO: 50818 |

**FROM CONTRACTOR:** **VIA ARCHITECT/ENGINEER:** **CONTRACT DATE:**

Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**CONTRACT FOR:** Futura at Nona Cove - Other Fees & Bond

---

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date
   (Column G on detail sheet)
5. Retainage:
   a. 0.00% of completed work
   b. 0.00% of stored material
   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage
   (Line 4 less Line 5 Total)
7. Less previous certificates for payment
   (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage
   (Line 3 less line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _____ PRES Date: 3-29-23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 29th day of March 2023
Notary Public: Teresa M George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

**ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED: $0.00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)

ARCHITECT/ENGINEER:

By: _____ Date: _____

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

**CONTINUATION SHEET**

DOCUMENT SUMMARY SHEET

Page 2 of 2

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 28

APPLICATION DATE: 3/28/2023

PERIOD: 02/21/23 - 03/20/23

**Contract Lines**

| A | B | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 01-04126-85.O Other Permits - Subcontractors.Other | Building Permits - Subcontractors | | | | | | | | |
| 2 | 01-05110-85.O Other Utility Installation.Other | Utility Connection/Hook-up Charges | | | | | | | | |
| 3 | 01-05115-85.O Temp Utility Relocation.Other | Utility Relocations Fees | | | | | | | | |
| 4 | 31-02100-85.S Radon Unit Testing.Subcontract | Radon Unit Testing HUD | | | | | | | | |
| 5 | 33-01929-85.S Water Hook-up and Meter Fees.Subcontract | Water Hook-up and Meter Fees | | | | | | | | |
| 6 | 33-05900-85.S Gas Service /Meter Fees.Subcontract | Gas Service /Meter Fees | | | | | | | | |
| 7 | 90-14000-90.O Bond.Other | Bond | | | | | | | | |
| | | TOTALS: | | | | | | | | |

**Grand Totals**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

**TO OWNER/CLIENT:**

**PROJECT:**

Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

**APPLICATION NO:** 28
**INVOICE NO:** 28
**PERIOD:** 02/21/23 - 03/20/23
**PROJECT NO:** 50818

**FROM CONTRACTOR:**

Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**VIA ARCHITECT/ENGINEER:**

**CONTRACT DATE:**

**CONTRACT FOR:** Futura at Nona Cove - Builders Profit

---

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date
   (Column G on detail sheet)
5. Retainage:

   a. 0.00% of completed work

   b. 0.00% of stored material

   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage
   (Line 4 less Line 5 Total)
7. Less previous certificates for payment
   (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage
   (Line 3 less Line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _____  Date: 4-4-23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 4th day of April 2023
Notary Public: Teresa M George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

**ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)*

ARCHITECT/ENGINEER:

By: _____  Date: _____

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 28

APPLICATION DATE: 4/4/2023

PERIOD: 02/21/23 - 03/20/23

**Contract Lines**

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 90-11000-90.O Contractor Profit.Other | Contractor Profit | | | | | | | | |
| | | TOTALS: | | | | | | | | |

**Grand Totals**

| A | B | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | | |

PORTRAIT

## CONDITIONAL PARTIAL WAIVER AND RELEASE

For and in consideration of the payment of **$20,003.95** and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned does hereby waive, release and relinquish any and all rights, claims, demands, liens, claims for relief, causes of action and the like, whether arising at law, under contract, in tort, in equity or otherwise, against **LN Apartments LLC**, its surety, if any, the Owner, and the Project's real property, which the undersigned has now or may have had arising out of the performance of work or the furnishing of labor or materials by the undersigned through 3/20/23 the effective date of this Waiver and Release, pursuant to Subcontract or Purchase Order with **LN Apartments, LLC** in connection with construction of ("the Project"):

PROJECT NAME:        HUD #067-35564 Futura @ Nona Cove
PROJECT LOCATION:    1946 Boggy Creek Rd., Orlando, Florida
PROJECT NO.:         50818

Use of the term "PCF" shall be deemed to mean and refer to PORTRAIT CONSTRUCTION OF FLORIDA and its agents, representatives, employees, directors, and all those acting on their behalf.

This Waiver and Release applies to all facts, acts, events, circumstances, changes, constructive or actual delays, accelerations, extra work, disruptions, interferences and the like which have occurred, or may be claimed to have occurred, prior to the effective date hereof, excepting only retainage, if any, held under the Subcontract, and Subcontractor (or Supplier) expressly waives all claims as herein above described. This Waiver and Release is intended to apply to and protect PCF'S payment and performance bond surety, if any, as well as anyone claiming by or through PCF, the Owner, or the surety in connection with any claim, demand, lien, claim for relief, cause of action and the like waived, release and relinquished by the terms of this Waiver and Release.

This Waiver and Release is freely and voluntarily given and the undersigned acknowledges, warrants and represents that it has fully reviewed the terms and conditions of this Waiver and Release, that it is fully informed with respect to the legal effect of this Waiver and Release and that it has voluntarily chosen to accept the terms and conditions of this Waiver and Release in return for the payment recited above.

The undersigned further represents that all employees, laborers, materialmen, and subcontractors employed by the undersigned in connection with the Project and all bills currently due for labor, materials, supplies, and taxes furnished by others to the undersigned in connection with construction of improvements upon the Project have been fully paid and that no obligations, legal, equitable or otherwise are owed by the undersigned in connection with its work on the Project. With respect to this representation and warranty, the undersigned does hereby agree to indemnify and hold harmless PCF, its payment and performance bond surety, if any, the Owner and any others claiming by or through them, from any and all claims, damages, losses, expenses and the like incurred by reason of any claim that the undersigned has not fully paid for all labor, materials, and expenses incurred in connection with its work on the Project.

The undersigned further agrees that making and receipt of payment and execution of the Waiver and Release shall in no way release the undersigned from its continuing obligations with respect to the completion of any work remaining undone, punch list work, warranty and guaranty work, and any other obligations of the undersigned to PCF, its surety, if any, and/or the Owner.

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

Portrait Construction of Florida, Inc.
Subcontractor/Supplier Company Name

Signature: _____

Title: __President__

Date: __4/4/23__

Sworn to and subscribed before me this __4th__ day of __April__, 2023.

_____
Signature of Notary Public

State of __Florida__, County of __Seminole__

Personally known __V__ or Produced Identification _____  Type of Identification: Driver's License _____  Other _____

**Contractor's Requisition**

U.S. Department of Housing
and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0028 (Exp. 09/30/2022)

Project Mortgages

**To be submitted to mortgagee in quadruplicate**

This information is used to verify program benefits consisting of distribution of insured mortgage proceeds when construction costs are involved. The information regarding completed work items is used by HUD to ensure that payments from mortgage proceeds are made for work actually completed in a satisfactory manner. This information is a requirement under Section 207 (b) of the National Housing Act (Public Law 479, 48 Stat. 1246, 12 U.S.C. 1701 et seq.) authorizing the Secretary of HUD to insure mortgages. This information collection does not contain information of a sensitive nature.

Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not collect this information, and you are not required to compete this form, unless it displays a currently valid OMB control number.

| To (owner) | | | Requisition Number | |
|---|---|---|---|---|
| **LN Apartments, LLC** | | | **29** | |
| Project | | Project Number | | Location |
| **Futura @ Nona Cove** | | **067-35564** | | **Orlando, FL** |

In accordance with the provision of the contract dated    **11/5/2020**    and Contractor's and/or Mortgagor's Cost Breakdown
(Schedule of Values) attached thereto, this requisition is submitted for the amount of    $    **511,010.80** due for work
performed up to the __20th___ day of April_2023__ and as itemized below by the trades listed in the Schedule of Values.

| DIV | Trade Item | Cost as per Cost Breakdown (A) | Amounts Complete (B) | For HUD-FHA Use (C) |
|---|---|---|---|---|
| 3 | Concrete | $ | | |
| 4 | Masonry | $ | | |
| 5 | Metals | $ | | |
| 6 | Rough Carpentry | $ | | |
| 6 | Finish Carpentry | $ | | |
| 7 | Waterproofing | $ | | |
| 7 | Insulation | $ | | |
| 7 | Roofing | $ | | |
| 7 | Sheet Metal | $ | | |
| 8 | Doors | $ | | |
| 8 | Windows | $ | | |
| 8 | Glass | $ | | |
| 9 | Lath and Plaster | $ | | |
| 9 | Drywall | $ | | |
| 9 | Tile Work | $ | | |
| 9 | Acoustical | $ | | |
| 9 | Wood Flooring | $ | | |
| 9 | Resilient Flooring | $ | | |
| 9 | Painting and Decorating | $ | | |
| 10 | Specialties | $ | | |
| 11 | Special Equipment | $ | | |
| 11 | Cabinets | $ | | |
| 11 | Appliances | $ | | |
| 12 | Blinds and Shades, Artwork | $ | | |
| 12 | Carpets | $ | | |
| 13 | Special Construction | $ | | |
| 14 | Elevators | $ | | |
| 15 | Plumbing and Hot Water | $ | | |
| 15 | Heat and Ventilation | $ | | |
| 15 | Air Conditioning | $ | | |
| 16 | Electrical | $ | | |
| | Accessory Buildings | $ | | |
| 2 | Earth Work | $ | | |
| 2 | Site Utilities | $ | | |
| 2 | Roads and Walks | $ | | |
| 2 | Site Improvement | $ | | |
| 2 | Lawns and Planting | $ | | |
| 2 | Unusual Site Conditions | $ | | |
| 1 | General Requirements | $ | | |
| 1 | Bond Premium ($ 221442  ) | | | |

| DIV | Trade Item | Cost as per Cost Breakdown (A) | Amounts Complete (B) | For HUD-FHA Use (C) |
|---|---|---|---|---|
| 1 | Other Fees    ($ 38891 ) | | | |
| (1) | Subtotal of Breakdown Items | $ | | |
| (2) | Builder's Overhead | $ | | |
| (3) | Builder's Profit | | | |
| (4) | Total of Cost Breakdown Items | $ | | |
| (5) | Inventory of Materials Stored On-site  (See Note Below) | | | |
| (6) | Inventory of Materials Stored Off-Site  (See Note Below) | | | |
| (7) | Sum of Cost Breakdown Items Plus Inventories of Materials | | | |
| (8) | Less Net Decrease in Cost as a Result of Approved Changes | | | |
| (9) | Total After Adjusting for Net Decrease to Approved Changes | | | |
| (10) | Less Retained 10% | | | |
| (11) | Bal.: Total Amount Due to Date on Account of Construction Contract | | | |
| (12) | Less Previous Payments | | | |
| (13) | Net Amount of This Requisition | | | |

**Enter Amounts to Nearest Even Dollar**

I certify that the Work covered by this requisition has been completed in accordance with the Contract Documents, and that I have actually received $33,133,798 for Work performed and materials purchased up to the 20th day of February, 2023. (date of previous requisition).

| Date | Contractor |
|---|---|
| 4/27/2023 | Portrait Construction of Florida, Bruce L Abbey, President |

\* Percentage derived from subtotal of Breakdown items (col. B divided by col, A)   Note: Attached inventory of Materials itemized as to quantities and costs.
\*\* (Col. C divided by Col. A) Exclusive of Bond Premium

**For Use of HUD – Federal Housing Commissioner**

| Date | Net Amount Approved for Payment | Column C Completed by (Mortgage Credit Examiner) |
|---|---|---|
| Reviewed and Approved by   (Chief , Mortgage Credit) | Director, Housing Development | |

**Architect's Certificate:**  I certify, based on my on-site observations (or those of my authorized representative) and the data comprising this requisition, that the work has progressed to the point indicated; that to the best of my knowledge, information and belief the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the amount certified.

| Date | Architect |
|---|---|
| 4/27/2023 | Charlan Brock Architects, Martin Lehr |

**Inspector's Certificate:**   ☐ Amount Modified        ☐ No Modification

I certify that I have visited the site on this date _____, observed the Work, and monitored the log and reports of the Architect (if an architect is administering the Construction Contract); that to the best of my knowledge, information and belief the amount certified represents acceptable Work; and that I have no personal interest, present or prospective, in the property, applicant or proceeds of the mortgage.

| Date | Inspector |
|---|---|

**Contractor's Prevailing Wage Certificate**  (For use under all sections of the National Housing Act requiring certification as to payment of prevailing wages. To be completed with each request for insurance of advance of mortgage proceeds which includes a payment on account of construction cost, or at the time the mortgage is presented for insurance pursuant to a commitment to insure upon completion.)

| To | Date | Advance No. |
|---|---|---|
| Manager | Project Name: Futura @ Nona Cove | |
| Field Office | Project Number: 067-35564 | |

The undersigned, as principal contractor in connection with the construction of the above project, states that he/she is fully familiar with applicable wage determination decision of the Secretary of Labor and certifies that:

a.  A copy of the applicable wage determination decision is posted in a conspicuous place at  the site of the work and he/she has required each subcontractor as a part of his/her contract, to agree to pay wages at rates not less than those contained in the decision.

b.  All laborers and mechanics employed in the construction of the project have been, to the date hereof, paid for such employment at wage rates not less than those contained in the applicable wage determination decision of the Secretary of Labor and no deductions or rebates have been made, either directly or indirectly, from the full weekly wages earned by any person, other than permissable deductions as defined in Regulations of the Secretary of Labor, Part 3 (29 CFR Part 3)

c.  He/She has fulfilled his/her obligations, to the date hereof, under The Labor Standards Provisions of the Supplementary Conditions of the Contract for Construction and has included said conditions in all subcontracts.

This certificate is executed by the undersigned for the purpose of inducing the Commissioner to approve for insurance that certain mortgage loan, or an advance thereof, made or to be made by the mortgagee in connection with the construction of the project, and with the intent that the Commissioner rely upon this certification to establish compliance with the provisions of Section 212 of the National Housing Act, which provides in part: The Commissioner shall not insure ... unless the principal contractor files a certificate ... certifying that the laborers and mechanics ... have not been paid not less than the wages prevailing...as determined by the Secretary of Labor..."

I hereby Certify that all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.

**Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties (18 U.S.C 1001, 1010, 1012, 31 U.S.C 3729, 3802)

| Contractor: | By | Date: |
|---|---|---|
| Portrait Construction of Florida, Bruce L Abbey, President | x | 4/27/2023 |

# Construction Progress Schedule

**U.S. Department of Housing and Urban Development**

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | | |
|---|---|---|---|---|---|
| Department of Housing and Urban Development | | | | | |
| 2. City Orlando | | 3. State Florida | 5. Project Name Futura at Nona Cove Apartments | | |
| 4. Location 19465 Boggy Creek Road | | | 6. Project Number 067-35564 | | |
| 7. Contract For General Construction | | | 8. Contract Time (Days) 600 | | |
| 9. From (mm/dd/yyyy) 11/5/2020 | To (mm/dd/yyyy) 6/27/2022 | | 10. Contract Price $ $41,302,367.00 | | |
| 11. Number of Buildings 1 | | 12. Number of Dwelling Units 260 | 13. Number of Rooms 1675 | | |

| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | ███ | | ███ | | | 2021 |
|---|---|---|---|---|---|---|---|
| | Month | November | December | January | Feburary | March | April | May |
| Actual Monthly Value, Work in Place | ($) | | | | | | |
| Actual Accumulated Progress | (%) | | | | | | |
| Anticipated Monthly Value | ($) | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | |

| Submitted by: | Contractor's Name Portrait Construction of Florida - Bruce L. Abbey | | |
|---|---|---|---|
| | Title President | Authorizing Signature | Date (mm/dd/yyyy) 4/27/2023 |
| Approved by: | PHA/IHA | | |
| | Title | | Date (mm/dd/yyyy) |
| Approved by: | Architect Charlan Brock and Associates | | Date (mm/dd/yyyy) |

Previous edition is obsolete

Page 1 of 5

form HUD-5372 (2/93)
ref Handbook 7417.1, 7485.1, 7450.1 & 7460.8

**Construction Progress Schedule**

U.S. Department of Housing and Urban Development

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Department of Housing and Urban Development | | | | | | | |
| 2. City | | 3. State | | 5. Project Name | | | |
| Orlando | | Florida | | Futura at Nona Cove Apartments | | | |
| 4. Location | | | | 6. Project Number | | | |
| 19465 Boggy Creek Road | | | | 067-35564 | | | |
| 7. Contract For | | | | 8. Contract Time (Days) | | | |
| General Construction | | | | 600 | | | |
| 9. From (mm/dd/yyyy) | | To (mm/dd/yyyy) | | 10. Contract Price $ | | | |
| 11/5/2020 | | 6/27/2022 | | $41,302,367.00 | | | |
| 11. Number of Buildings | | 12. Number of Dwelling Units | | 13. Number of Rooms | | | |
| 1 | | 260 | | 1675 | | | |

| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | ▮▮▮▮ | | | | ▮▮▮▮ | | 2021 |
|---|---|---|---|---|---|---|---|---|
| | Month | June | July | August | September | October | November | December |
| Actual Monthly Value, Work in Place | ($) | ▮ | | | | | | |
| Actual Accumulated Progress | (%) | ▮ | | | | | | |
| Anticipated Monthly Value | ($) | ▮ | | | | | | |
| Accumulated Scheduled Progress | (%) | ▮ | | | | | | |

| Submitted by: | (Contractor's Name:) | | |
|---|---|---|---|
| | Portrait Construction of Florida - Bruce L. Abbey | | |
| | Title | Authorizing Signature | Date (mm/dd/yyyy) |
| | President | | 4/27/2023 |
| Approved by: | PHA/IHA | | |
| | Title | | Date (mm/dd/yyyy) |
| Approved by: | Architect | | Date (mm/dd/yyyy) |
| | Charlan Brock and Associates | | |

Previous edition is obsolete

Page 2 of 5

form HUD-5372 (2/93)
ref Handbook 7417.1, 7485.1, 7450.1 & 7460.8

| **Construction Progress Schedule** | | **U.S. Department of Housing and Urban Development** | | | OMB Approval No. 2577-0157 (Exp. 03/31/2020) | | |

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Department of Housing and Urban Development | | | | |
| 2. City | | | 3. State | 5. Project Name | | | |
| | Orlando | | Florida | Futura at Nona Cove Apartments | | | |
| 4. Location | | | | 6. Project Number | | | |
| | 19465 Boggy Creek Road | | | 067-35564 | | | |
| 7. Contract For | | | | 8. Contract Time (Days) | | | |
| | General Construction | | | 600 | | | |
| 9. From (mm/dd/yyyy) | | To (mm/dd/yyyy) | | 10. Contract Price $ | | | |
| 11/5/2020 | | 6/27/2022 | | $41,302,367.00 | | | |
| 11. Number of Buildings | | | 12. Number of Dwelling Units | | 13. Number of Rooms | | |
| 1 | | | 260 | | 1675 | | |
| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | | | | | | 2022 |
| | Month | January | Feburary | March | April | May | June | July |
| Actual Monthly Value, Work in Place | ($) | | | | | | |
| Actual Accumulated Progress | (%) | | | | | | |
| Anticipated Monthly Value | ($) | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | |

| Submitted by: | (Contractor's Name) | | | | |
|---|---|---|---|---|---|
| | Portrait Construction of Florida - Bruce L. Abbey | | | | |
| | Title | | Authorizing Signature | | Date (mm/dd/yyyy) |
| | President | | | | 4/27/2023 |
| Approved by: | PHA/IHA | | | | |
| | Title | | | | Date (mm/dd/yyyy) |
| Approved by: | Architect | | | | Date (mm/dd/yyyy) |
| | Charlan Brock and Associates | | | | |

**Construction Progress Schedule**

U.S. Department of Housing and Urban Development

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | | |
|---|---|---|---|---|---|
| | | Department of Housing and Urban Development | | | |
| 2. City | Orlando | 3. State Florida | 5. Project Name | Futura at Nona Cove Apartments | |
| 4. Location | 19465 Boggy Creek Road | | 6. Project Number | 067-35564 | |
| 7. Contract For | General Construction | | 8. Contract Time (Days) | 600 | |
| 9. From (mm/dd/yyyy) 11/5/2020 | To (mm/dd/yyyy) | 6/27/2022 | 10. Contract Price $ | $41,302,367 | |
| 11. Number of Buildings 1 | | 12. Number of Dwelling Units 260 | | 13. Number of Rooms 1675 | |

| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | ██████ | | ██████ | | | | 2023 |
|---|---|---|---|---|---|---|---|---|
| | Month | August | September | October | November | December | January | February |
| Actual Monthly Value, Work in Place | ($) | ████ | | | | | | |
| Actual Accumulated Progress | (%) | ████ | | | | | | |
| Anticipated Monthly Value | ($) | ████ | | | | | | |
| Accumulated Scheduled Progress | (%) | ████ | | | | | | |

| Submitted by: | (Contractor's Name:) Portrait Construction of Florida - Bruce L. Abbey | | |
|---|---|---|---|
| | Title President | Approving Signature | Date (mm/dd/yyyy) 4/27/2023 |
| Approved by: | PHA/IHA | | |
| | Title | | Date (mm/dd/yyyy) |
| Approved by: | Architect Charlan Brock and Associates | | Date (mm/dd/yyyy) |

Previous edition is obsolete

Page 4 of 5

form HUD-5372 (2/93)
ref Handbook 7417.1, 7485.1, 7450.1 & 7460.8

**Construction Progress Schedule**

U.S. Department of Housing and Urban Development

OMB Approval No. 2577-0157 (Exp. 03/31/2020)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Construction practices and HUD administrative requirements establish the need that HAs maintain certain records or submit certain documents in conjunction with the oversight of the award of construction contracts for the construction of new low-income housing developments or modernization of existing developments. These forms are used by HAs to provide information on the construction progress schedule and schedule of amounts for contract payments. Responses to the collection of information are required to obtain a benefit or to retain a benefit. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency/Indian Housing Authority (PHA/IHA) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Department of Housing and Urban Development | | | | | | |
| 2. City | | 3. State | | 5. Project Name | | | |
| Orlando | | Florida | | Futura at Nona Cove Apartments | | | |
| 4. Location | | | | 6. Project Number | | | |
| 19465 Boggy Creek Road | | | | 067-35564 | | | |
| 7. Contract For | | | | 8. Contract Time (Days) | | | |
| General Construction | | | | 600 | | | |
| 9. From (mm/dd/yyyy) | | To (mm/dd/yyyy) | | 10. Contract Price $ | | | |
| 11/5/2020 | | 6/27/2022 | | $41,302,367 | | | |
| 11. Number of Buildings | | 12. Number of Dwelling Units | | 13. Number of Rooms | | | |
| 1 | | 260 | | 1675 | | | |
| (Submit as many pages as necessary to cover the construction period.) | Year (yyyy) | | | | | | |
| | Month | March | April | | | | |
| Actual Monthly Value, Work in Place | ($) | | | | | | |
| Actual Accumulated Progress | (%) | | | | | | |
| Anticipated Monthly Value | ($) | | | | | | |
| Accumulated Scheduled Progress | (%) | | | | | | |

| Submitted by: | (Contractor's Name:) | | |
|---|---|---|---|
| | Portrait Construction of Florida - Bruce L. Abbey | | |
| | Title | Authorizing Signature | Date (mm/dd/yyyy) |
| | President | | 4/27/2023 |
| Approved by: | PHA/IHA | | |
| | Title | | Date (mm/dd/yyyy) |
| Approved by: | Architect | | Date (mm/dd/yyyy) |
| | Charlan Brock and Associates | | |

Previous edition is obsolete

Page 5 of 5

form HUD-5372 (2/93)
ref Handbook 7417.1, 7485.1, 7450.1 & 7460.8



PORTRAIT

## CONDITIONAL PARTIAL WAIVER AND RELEASE

For and in consideration of the payment of **$511,011.00** and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned does hereby waive, release and relinquish any and all rights, claims, demands, liens, claims for relief, causes of action and the like, whether arising at law, under contract, in tort, in equity or otherwise, against **Berkadia**, its surety, if any, the Owner, and the Project's real property, which the undersigned has now or may have had arising out of the performance of work or the furnishing of labor or materials by the undersigned through **4/20/23** the effective date of this Waiver and Release, pursuant to Subcontract or Purchase Order with **LN Apartments, LLC** in connection with construction of ("the Project"):

| | |
|---|---|
| **PROJECT NAME:** | HUD #067-35564 Futura @ Nona Cove |
| **PROJECT LOCATION:** | 1946 Boggy Creek Rd., Orlando, Florida |
| **PROJECT NO.:** | 50818 |

**Use of the term "PCF" shall be deemed to mean and refer to PORTRAIT CONSTRUCTION of FLORIDA and its agents, representatives, employees, directors, and all those acting on their behalf.**

This Waiver and Release applies to all facts, acts, events, circumstances, changes, constructive or actual delays, accelerations, extra work, disruptions, interferences and the like which have occurred, or may be claimed to have occurred, prior to the effective date hereof, excepting only retainage, if any, held under the Subcontract, and Subcontractor (or Supplier) expressly waives all claims as herein above described. This Waiver and Release is intended to apply to and protect PCF'S payment and performance bond surety, if any, as well as anyone claiming by or through PCF, the Owner, or the surety in connection with any claim, demand, lien, claim for relief, cause of action and the like waived, release and relinquished by the terms of this Waiver and Release.

This Waiver and Release is freely and voluntarily given and the undersigned acknowledges, warrants and represents that it has fully reviewed the terms and conditions of this Waiver and Release, that it is fully informed with respect to the legal effect of this Waiver and Release and that it has voluntarily chosen to accept the terms and conditions of this Waiver and Release in return for the payment recited above.

The undersigned further represents that all employees, laborers, materialmen, and subcontractors employed by the undersigned in connection with the Project and all bills currently due for labor, materials, supplies, and taxes furnished by others to the undersigned in connection with construction of improvements upon the Project have been fully paid and that no obligations, legal, equitable or otherwise are owed by the undersigned in connection with its work on the Project. With respect to this representation and warranty, the undersigned does hereby agree to indemnify and hold harmless PCF, its payment and performance bond surety, if any, the Owner and any others claiming by or through them, from any and all claims, damages, losses, expenses and the like incurred by reason of any claim that the undersigned has not fully paid for all labor, materials, and expenses incurred in connection with its work on the Project.

The undersigned further agrees that making and receipt of payment and execution of the Waiver and Release shall in no way release the undersigned from its continuing obligations with respect to the completion of any work remaining undone, punch list work, warranty and guaranty work, and any other obligations of the undersigned to PCF, its surety, if any, and/or the Owner.

Portrait Construction of Florida, Inc.
Subcontractor/Supplier Company Name

Signature: _____

Title: _____President_____

Date: _____4/27/2023_____

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

Sworn to and subscribed before me this ___29th___ day of ___April___, 2023.

_____
Signature of Notary Public

State of ___Florida___ County of ___Seminole___

Personally known __✓__ or Produced Identification _____ Type of Identification: Driver's License _____ Other _____

**TO OWNER/CLIENT:**

LN Apartments, LLC
2901 Clint Moore Rd, Suite 408
Boca Raton, Florida 33496

**FROM CONTRACTOR:**

Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**CONTRACT FOR:** Futura at Nona Cove - Building

**PROJECT:**

Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

**VIA ARCHITECT/ENGINEER:**

Butch Charlan (Charlan Brock & Associates)

**APPLICATION NO:** 29

**INVOICE NO:** 29

**PERIOD:** 03/21/23 - 04/20/23

**PROJECT NO:** 50818

**CONTRACT DATE:** 11/5/2020

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date
   (Column G on detail sheet)
5. Retainage:

   a. 10.00% of completed work

   b. 0.00% of stored material

   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage
   (Line 4 less Line 5 Total)
7. Less previous certificates for payment
   (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage
   (Line 3 less Line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _Paul Ashley_   Date: _4/27/23_

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 27th day of April 2025
Notary Public: Teresa M George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

### ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)*

ARCHITECT/ENGINEER:

By: _____   Date: _____

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 29
APPLICATION DATE: 4/14/2023
PERIOD: 03/21/23 - 04/20/23

Contract Lines

| A | B | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 02-02113-50.S Construction Survey.Subcontract | Construction Surveying | | | | | | | | |
| 2 | 03-03100-50.S Building Foundations.Subcontract | Building Concrete | | | | | | | | |
| 3 | 03-03719-50.S Elevated Concrete.Subcontract | Elevated Concrete | | | | | | | | |
| 4 | 03-04123-50.S Precast Stair Towers.Subcontract | Precast Stair Towers | | | | | | | | |
| 5 | 03-04800-50.S Precast Elevator Towers.Subcontract | Precast Elevator Tower | | | | | | | | |
| 6 | 03-05413-50.S Gypcrete.Subcontract | Gypcrete | | | | | | | | |
| 7 | 04-00525-50.S Hardscape Masonry.Subcontract | Building Masonry | | | | | | | | |
| 8 | 05-01100-50.S Structural Steel.Subcontract | Structural Steel Bldg | | | | | | | | |
| 9 | 05-01700-50.S Steel Hardware Materials.Subcontract | Hold Down Hardware | | | | | | | | |
| 10 | 05-09900-50.S Miscellaneous Steel.Subcontract | Speciality Metals - Building | | | | | | | | |
| 11 | 06-01005-50.S Rough Carpentry - Labor.Subcontract | Framing Labor | | | | | | | | |
| 12 | 06-01010-50.S Rough Carpentry - Material.Subcontract | Lumber | | | | | | | | |
| 13 | 06-01753-50.S Trusses.Subcontract | Trusses | | | | | | | | |
| 14 | 06-02000-50.S Finish Carpentry.Subcontract | Interior Trim & Doors | | | | | | | | |
| 15 | 06-02200-55.S Club Millwork.Subcontract | Club Millwork | | | | | | | | |
| 16 | 07-00513-55.S SS Fireproof Coating.Subcontract | SS Fireproofing | | | | | | | | |

| A | B | B | C | D | E | F | G | G | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 17 | 07-02100-50.S Insulation.Subcontract | Insulation - Building | | | | | | | | |
| 18 | 07-05423-50.S TPO Roofing System.Subcontract | Roofing - Building | | | | | | | | |
| 19 | 07-09200-50.S Sealants and Caulking - Units.Subcontract | Waterproofing - Building | | | | | | | | |
| 20 | 08-01000-50.S Doors & Hardware - Units.Subcontract | Building Interior Doors | | | | | | | | |
| 21 | 08-04210-55.S Glass Pivot Doors.Subcontract | Glass & Pivot Doors | | | | | | | | |
| 22 | 08-04313-55.S Aluminum Storefront.Subcontract | Storefront & Folding Glass | | | | | | | | |
| 23 | 08-05000-50.S Window Installation Labor.Subcontract | Window Install | | | | | | | | |
| 24 | 08-05313-50.S Vinyl Windows.Subcontract | Windows | | | | | | | | |
| 25 | 08-05990-50.S Windows & Doors Aluminum/Vinyl.Subcontract | Building Exterior Doors | | | | | | | | |
| 26 | 09-02116-50.S Drywall.Subcontract | Drywall | | | | | | | | |
| 27 | 09-02423-50.S Cement Stucco - Units.Subcontract | Exterior Cladding | | | | | | | | |
| 28 | 09-03013-50.S Ceramic Tile - Units.Subcontract | Wall Tiles | | | | | | | | |
| 29 | 09-06500-50.S Resilient Flooring - Units.Subcontract | Flooring | | | | | | | | |
| 30 | 09-06816-50.S Units Bedroom Carpet.Subcontract | Carpet | | | | | | | | |
| 31 | 09-09100-50.S Interior Paint.Subcontract | Building Painting | | | | | | | | |
| 32 | 10-02819-50.S Tub and Shower Doors.Subcontract | Shower Door Enclosures | | | | | | | | |
| 33 | 10-07313-50.S Awnings.Subcontract | Prefabricated Metal Awnings | | | | | | | | |
| 34 | 10-09900-50.S Miscellaneous Specialties.Subcontract | Miscellaneous Specialties | | | | | | | | |

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 35 | 11-03100-50.S Residential Appliances.Subcontract | Appliances | | | | | | | | |
| 36 | 11-03100-55.S Appliances - Leasing/Amenities.Subcontract | Amenity Appliances | | | | | | | | |
| 37 | 12-02000-50.S Window Treatments.Subcontract | Blinds | | | | | | | | |
| 38 | 12-03530-50.S Cabinets.Subcontract | Cabinets | | | | | | | | |
| 39 | 12-03531-50.S Cabinets Install.Subcontract | Cabinets Install | | | | | | | | |
| 40 | 12-03661-50.S Unit Countertops.Subcontract | Countertops | | | | | | | | |
| 41 | 14-02100-50.S Elevators - Units.Subcontract | Elevators - Building | | | | | | | | |
| 42 | 14-09182-50.S Trash Chutes - Units.Subcontract | Trash Chutes - Building | | | | | | | | |
| 43 | 21-01300-50.S Fire Sprinklers - Units.Subcontract | Fire Sprinklers - Building | | | | | | | | |
| 44 | 21-01301-50.S Fire Sprinkler Design.Subcontract | Fire Sprinkler Design | | | | | | | | |
| 45 | 22-00700-50.S Plumbing - Units.Subcontract | Plumbing - Building | | | | | | | | |
| 46 | 23-00700-50.S HVAC - Units.Subcontract | HVAC - Building | | | | | | | | |
| 47 | 26-00500-50.S Electrical Wiring - Units.Subcontract | Electrical - Building | | | | | | | | |
| 48 | 27-05319-50.S DAS - Emergency Response RF.Subcontract | DAS | | | | | | | | |
| 49 | 28-05119-55.S Low Voltage AV System.Subcontract | Low Voltage AV System | | | | | | | | |
| 50 | 31-02113-30.S Radon Mitigation - Site.Subcontract | Radon Mitigation | | | | | | | | |
| 51 | | General Requirements | | | | | | | | |
| 52 | 90-12000-90.O Contractor Overhead.Other | Builders Overhead | | | | | | | | |

| A | B | B | C | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION | THIS PERIOD | | | | | |
| | | TOTALS: | | | | | | | | |

Grand Totals

| A | B | C | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

**TO OWNER/CLIENT:**

**PROJECT:**
Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

**APPLICATION NO:** 29
**INVOICE NO:** 29
PERIOD: 03/21/23 - 04/20/23
**PROJECT NO:** 50818

**FROM CONTRACTOR:**
Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**VIA ARCHITECT/ENGINEER:**

**CONTRACT DATE:**

**CONTRACT FOR:** Futura at Nona Cove - Garage

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date (Column G on detail sheet)
5. Retainage:
   a. 10.00% of completed work
   b. 0.00% of stored material
   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage (Line 4 less Line 5 Total)
7. Less previous certificates for payment (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage (Line 3 less Line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _____ Date: 4/27/23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 27th day of April 2023
Notary Public: Teresa M George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 176817
Exp. 9/19/2025

### ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)*

ARCHITECT/ENGINEER:

By: _____ Date: _____

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 29
APPLICATION DATE: 4/14/2023
PERIOD: 03/21/23 - 04/20/23

**Contract Lines**

| A | B | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 03-03800-40.S Garage Concrete.Subcontract | Garage Concrete | | | | | | | | |
| 2 | 03-04100-40.S Pre-Cast Garage Structure.Subcontract | Precast Parking Garage | | | | | | | | |
| 3 | 04-02226-40.S Garage Masonry.Subcontract | Garage Masonry | | | | | | | | |
| 4 | 05-01219-40.S Steel Wall Braces.Subcontract | Steel Wall Braces | | | | | | | | |
| 5 | 05-01516-40.S Barrier Cable Guard Railing.Subcontract | Barrier Cable Guard Railing | | | | | | | | |
| 6 | 05-09900-40.S Specialty Metals - Garage.Subcontract | Speciality Metals - Garage | | | | | | | | |
| 7 | 05-33113-40.S Aluminum Entry Gate.Subcontract | Aluminum Roll-up Entry Gate | | | | | | | | |
| 8 | 07-09200-40.S Sealants and Caulking - Bldg.Subcontract | Waterproofing - Garage | | | | | | | | |
| 9 | 08-03323-40.S Rolling Metal OH Door w Remote.Subcontract | Garage Exterior Doors | | | | | | | | |
| 10 | 09-09100-40.S Exterior Paint.Subcontract | Garage Painting | | | | | | | | |
| 11 | 11-01200-40.S Parking Control Equipment.Subcontract | Parking Control Equipment | | | | | | | | |
| 12 | 14-02100-40.S Elevators - Garage.Subcontract | Elevators - Garage | | | | | | | | |
| 13 | 21-01300-40.S Fire Sprinklers - Bldg.Subcontract | Fire Sprinklers - Garage | | | | | | | | |
| 14 | 22-21428-40.S Trench Drains.Subcontract | Plumbing - Garage | | | | | | | | |
| 15 | 23-03500-40.S Garage Ventilation.Subcontract | HVAC - Garage | | | | | | | | |
| 16 | 26-00500-40.S | Electrical - Garage | | | | | | | | |

| A | B | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | Electrical Wiring - Bldg.Subcontract | | | | | | | | | |
| | | TOTALS: | | | | | | | | |

**Grand Totals**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

APPLICATION AND CERTIFICATE FOR PAYMENT Case 6:24-cv-01416-JSS-DCI Document 96-1 SHE Filed 04/15/25 Page 315 of 336 Page 1 of 3

PageID 1966

| | | |
|---|---|---|
| **TO OWNER/CLIENT:** | **PROJECT:** | **APPLICATION NO:** 29 |
| | Futura at Nona Cove | **INVOICE NO:** 29 |
| | 19463 Boggy Creek Road | **PERIOD:** 03/21/23 - 04/20/23 |
| | Orlando, Florida 32832 | **PROJECT NO:** 50818 |
| **FROM CONTRACTOR:** | **VIA ARCHITECT/ENGINEER:** | **CONTRACT DATE:** |

**CONTRACT FOR:** Futura at Nona Cove - Sitework

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date
   (Column G on detail sheet)
5. Retainage:
   a. 9.55% of completed work
   b. 0.00% of stored material
   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage
   (Line 4 less Line 5 Total)
7. Less previous certificates for payment
   (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage
   (Line 3 less Line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR:

By: _(signature)_      Date: 4/27/23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 27th day of April 2023
Notary Public: Teresa M George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
Exp. 9/13/2025

### ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)*

ARCHITECT/ENGINEER:

By: _____ Date: _____

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 29

APPLICATION DATE: 4/14/2023

PERIOD: 03/21/23 - 04/20/23

**Contract Lines**

| A | B | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | | BALANCE TO FINISH (C - G) | |
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | % (G / C) | | RETAINAGE |
| 1 | 13-01123-30.S Swimming Pool.Subcontract | Swimming Pool | | | | | | | | |
| 2 | 13-01210-40.S Dog Spa.Subcontract | Dog Spa | | | | | | | | |
| 3 | 13-01213-30.S Equipment for Special Areas.Subcontract | Fountain Structure | | | | | | | | |
| 4 | 13-01233-30.S Floating Spray Fountain.Subcontract | Floating Spray Fountain | | | | | | | | |
| 5 | 13-03133-30.S Shade Sail Structure.Subcontract | Shade Structure at Summer Kitchen | | | | | | | | |
| 6 | 31-01100-30.S Clearing and Grubbing.Subcontract | Earthwork | | | | | | | | |
| 7 | 31-03116-30.S Miscellaneous Earthwork.Subcontract | Termite Control | | | | | | | | |
| 8 | 32-01216-30.S Asphalt Paving - Site.Subcontract | Roadways | | | | | | | | |
| 9 | 32-01413-30.S Concrete Unit Pavers.Subcontract | Pavers Courtyard & Walks | | | | | | | | |
| 10 | 32-01623-30.S Sidewalks - Site.Subcontract | Concrete Sidewalks | | | | | | | | |
| 11 | 32-01813-30.S Artificial Turf.Subcontract | Turf | | | | | | | | |
| 12 | 32-01823-30.S Boccee Court.Subcontract | Boccee Court | | | | | | | | |
| 13 | 32-03219-30.S Fencing/Walls - Site.Subcontract | Precast Screen Wall | | | | | | | | |
| 14 | 32-03223-30.S Segmental Retaining Wall.Subcontract | Segmental Retaining Wall | | | | | | | | |
| 15 | 32-08000-30.S Miscellaneous (Irrigation).Subcontract | Irrigation | | | | | | | | |
| 16 | 32-09419-30.S Landscaping.Subcontract | Landscape | | | | | | | | |
| 17 | 33-03113-30.S | Site Utilities | | | | | | | | |

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | Sewer Improvements.Subcontract | | | | | | | | | |
| 18 | 35-04900-30.S Bridges.Subcontract | IPE Dock & Deck | | | | | | | | |
| | | TOTALS: | | | | | | | | |

**Grand Totals**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

APPLICATION AND CERTIFICATE FOR PAYMENT — Case 6:24-cv-01416-JSS-DCI   Document 96-1   Filed 04/15/25   Page 318 of 336    Page 1 of 2

PageID 1969

**TO OWNER/CLIENT:**

**PROJECT:**
Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

**APPLICATION NO:** 29
**INVOICE NO:** 29
**PERIOD:** 03/21/23 - 04/20/23
**PROJECT NO:** 50818

**FROM CONTRACTOR:**
Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**VIA ARCHITECT/ENGINEER:**

**CONTRACT DATE:**

**CONTRACT FOR:** Futura at Nona Cove - Other Fees & Bond

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date (Column G on detail sheet)
5. Retainage:
   a. 0.00% of completed work
   b. 0.00% of stored material
   Total retainage
   (Line 5a + 5b or total in column I of detail sheet)
6. Total earned less retainage (Line 4 less Line 5 Total)
7. Less previous certificates for payment (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage (Line 3 less Line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _[signature]_     Date: 4/27/27

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 27th      day of April 20
Notary Public: Teresa M George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 176617
Exp. 9/19/2025

### ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:      $0.00

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)*

ARCHITECT/ENGINEER:

By: _____     Date: _____

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 29

APPLICATION DATE: 4/14/2023

PERIOD: 03/21/23 - 04/20/23

**Contract Lines**

| A | B | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 01-04126-85.O Other Permits - Subcontractors.Other | Building Permits - Subcontractors | | | | | | | | |
| 2 | 01-05110-85.O Other Utility Installation.Other | Utility Connection/Hook-up Charges | | | | | | | | |
| 3 | 01-05115-85.O Temp Utility Relocation.Other | Utility Relocations Fees | | | | | | | | |
| 4 | 31-02100-85.S Radon Unit Testing.Subcontract | Radon Unit Testing HUD | | | | | | | | |
| 5 | 33-01929-85.S Water Hook-up and Meter Fees.Subcontract | Water Hook-up and Meter Fees | | | | | | | | |
| 6 | 33-05900-85.S Gas Service /Meter Fees.Subcontract | Gas Service /Meter Fees | | | | | | | | |
| 7 | 90-14000-90.O Bond.Other | Bond | | | | | | | | |
| | | TOTALS: | | | | | | | | |

**Grand Totals**

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | | | | | | | | |

**TO OWNER/CLIENT:**

**PROJECT:**
Futura at Nona Cove
19463 Boggy Creek Road
Orlando, Florida 32832

**FROM CONTRACTOR:**
Portrait Construction of Florida, Inc.
2452 Lake Emma Road Suite 1040
Lake Mary, Florida 32746

**VIA ARCHITECT/ENGINEER:**

**APPLICATION NO:** 29
**INVOICE NO:** 29
**PERIOD:** 03/21/23 - 04/20/23
**PROJECT NO:** 50818
**CONTRACT DATE:**

**CONTRACT FOR:** Futura at Nona Cove - Builders Profit

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. Original Contract Sum
2. Net change by change orders
3. Contract Sum to date (Line 1 ± 2)
4. Total completed and stored to date (Column G on detail sheet)
5. Retainage:
   a. 0.00% of completed work
   b. 0.00% of stored material

   Total retainage
   (Line 5a + 5b or total in column I of detail sh
6. Total earned less retainage (Line 4 less Line 5 Total)
7. Less previous certificates for payment (Line 6 from prior certificate)
8. Current payment due:
9. Balance to finish, including retainage (Line 3 less Line 6)



The undersigned certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

CONTRACTOR: Portrait Construction of Florida, Inc.

By: _____ Date: 4/27/23

State of: Florida
County of: Seminole
Subscribed and sworn to before
me this 27th day of April 2023
Notary Public: Teresa M George
My commission expires:

Notary Public State of Florida
Teresa M George
My Commission
HH 176517
Exp. 9/19/2025

**ARCHITECT'S/ENGINEER'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application, the Architect/Engineer certifies to the Owner/Client that to the best of the Architect's/Engineer's knowledge, information and belief that Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED:

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to confirm the amount certified.)*

ARCHITECT/ENGINEER:

By: _____ Date: _____

This certificate is not negotiable. The amount certified is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to the rights of the Owner/Client or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $0.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |
| Net change by change orders: | $0.00 | |

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 29

APPLICATION DATE: 4/14/2023

PERIOD: 03/21/23 - 04/20/23

**Contract Lines**

| A | B | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| ITEM NO. | BUDGET CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 90-11000-90.O Contractor Profit.Other | Contractor Profit | | | | | | | | |
| | | TOTALS: | | | | | | | | |

**Grand Totals**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | $1,190,711.00 | $1,093,072.70 | $16,550.88 | $0.00 | $1,109,623.58 | 93.19% | $81,087.42 | $0.00 |

**PORTRAIT**

## CONDITIONAL PARTIAL WAIVER AND RELEASE

For and in consideration of the payment of $16,550.88 and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned does hereby waive, release and relinquish any and all rights, claims, demands, liens, claims for relief, causes of action and the like, whether arising at law, under contract, in tort, in equity or otherwise, against LN Apartments LLC, its surety, if any, the Owner, and the Project's real property, which the undersigned has now or may have had arising out of the performance of work or the furnishing of labor or materials by the undersigned through 4/20/23 the effective date of this Waiver and Release, pursuant to Subcontract or Purchase Order with LN Apartments, LLC in connection with construction of ("the Project"):

PROJECT NAME:        HUD #067-35564 Futura @ Nona Cove
PROJECT LOCATION:   1946 Boggy Creek Rd., Orlando, Florida
PROJECT NO.:         50818

Use of the term "PCF" shall be deemed to mean and refer to PORTRAIT CONSTRUCTION OF FLORIDA and its agents, representatives, employees, directors, and all those acting on their behalf.

This Waiver and Release applies to all facts, acts, events, circumstances, changes, constructive or actual delays, accelerations, extra work, disruptions, interferences and the like which have occurred, or may be claimed to have occurred, prior to the effective date hereof, excepting only retainage, if any, held under the Subcontract, and Subcontractor (or Supplier) expressly waives all claims as herein above described. This Waiver and Release is intended to apply to and protect PCF'S payment and performance bond surety, if any, as well as anyone claiming by or through PCF, the Owner, or the surety in connection with any claim, demand, lien, claim for relief, cause of action and the like waived, release and relinquished by the terms of this Waiver and Release.

This Waiver and Release is freely and voluntarily given and the undersigned acknowledges, warrants and represents that it has fully reviewed the terms and conditions of this Waiver and Release, that it is fully informed with respect to the legal effect of this Waiver and Release and that it has voluntarily chosen to accept the terms and conditions of this Waiver and Release in return for the payment recited above.

The undersigned further represents that all employees, laborers, materialmen, and subcontractors employed by the undersigned in connection with the Project and all bills currently due for labor, materials, supplies, and taxes furnished by others to the undersigned in connection with construction of improvements upon the Project have been fully paid and that no obligations, legal, equitable or otherwise are owed by the undersigned in connection with its work on the Project. With respect to this representation and warranty, the undersigned does hereby agree to indemnify and hold harmless PCF, its payment and performance bond surety, if any, the Owner and any others claiming by or through them, from any and all claims, damages, losses, expenses and the like incurred by reason of any claim that the undersigned has not fully paid for all labor, materials, and expenses incurred in connection with its work on the Project.

The undersigned further agrees that making and receipt of payment and execution of the Waiver and Release shall in no way release the undersigned from its continuing obligations with respect to the completion of any work remaining undone, punch list work, warranty and guaranty work, and any other obligations of the undersigned to PCF, its surety, if any, and/or the Owner.

Notary Public State of Florida
Teresa M George
My Commission
HH 176017
Exp. 9/19/2025

Portrait Construction of Florida, Inc.
Subcontractor/Supplier Company Name

Signature: _____

Title: ____President____

Date: ____4/27/23____

Sworn to and subscribed before me this  27th  day of  April  , 2023.

____Teresa M George____
Signature of Notary Public

State of  Florida  County of  Seminole

Personally known  ✓  or Produced Identification _____    Type of Identification: Driver's License _____    Other _____

# Exhibit D



**KIRWIN NORRIS, PA**
15 W Church Street
Suite 301
Orlando, FL 32801



DOC# 20230380959
07/07/2023 02:13:46 PM  Page 1 of 2
Rec Fee: $10.50
Phil Diamond, Comptroller
Orange County, FL
MB — Ret To: KIRWIN NORRIS PA

## WARNING!

**THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.**

### CLAIM OF LIEN
(per §713.08, *The Florida Statutes*)

State of Florida
County of Orange

Before me, the undersigned notary public, personally appeared Bruce L. Abbey, who was duly sworn and says that he is the Agent of the lienor herein, Portrait Construction of Florida, Inc. f/k/a Mark Baron Construction, Inc. d/b/a Mark Portrait Construction, whose address is 2452 Lake Emma Road, Suite 1040, Lake Mary, Florida 32746; and that in accordance with a contract with LN Apartments, LLC, lienor furnished labor, services, or material for the improvements on the following described real property in Orange County, Florida:

> **Job Name:** Futura @ Nona Cove Apartments; **Job Address:** 19465 Boggy Creek Road, Orlando, Florida 32832; **Legal Description:** Lot 1, of NONA COVE, according to the plat thereof, recorded in Plat Book 101, Page 128, of the public records of Orange County, Florida **Folio Number:** 32-24-31-5148-01-000, as recorded in the public records of Orange County, Florida (FHA/HUD Project No.: 067-35564)

which is owned by LN Apartments, LLC, of a total value in excess of $36,640,289.42, of which there remains unpaid the lienable amount of $6,976,419.34 (which does not include

breach of contract damages, interest, attorneys' fees and costs, or unbilled amounts), and furnished the first of the items on 12/1/20 and the last of the items no earlier than 4/17/23.

**DATED: July 7, 2023**

Sworn to by:
**Portrait Construction of Florida, Inc. f/k/a Mark Baron Construction, Inc. d/b/a Mark Portrait Construction**

*Bruce L Abbey*

_____
Bruce L. Abbey – Authorized Agent

State of Florida
County of Orange

    The foregoing instrument was sworn and subscribed before me by means of online notarization on July 7, 2023, by Bruce L. Abbey, who presented a Florida Driver License as identification.



_____
Notary Public – State of Florida

This constitutes the notarization involved this use of audio/video communication technology

Copies furnished to:

| | |
|---|---|
| LN Apartments, LLC<br>2901 Clint Moore Road, Suite 408<br>Boca Raton, Florida 33496<br>(via U.S. Certified Mail:<br>9589071052700425138224) | Michael K. Wilson, Esq.<br>Nelson Mullins<br>390 N. Orange Avenue, Suite 1400<br>Orlando, Florida 32801<br>(via U.S. Certified Mail:<br>9589071052700425137982) |
| Berkadia Commercial Mortgage, LLC<br>323 Norristown Road, Suite 300<br>Ambler, PA 19002<br>(via U.S. Certified Mail:<br>9589071052700425137968) | |

# Composite

# Exhibit E



August 2, 2023

**VIA U.S. CERTIFIED MAIL**

Reinerio P. Falfe
LN Apartments, LLC
147 East Lyman Ave, Suite C
Winter Park, Florida 32789
Cert. Mail No. 9589071052700709392328

Reinerio P. Faife
LN Apartments, LLC
2901 Clim Moore Rd, Suite 408
Boca Raton, Florida 33496
Cert. Mail No. 9589071052700709392293

Michael K. Wilson, Esq.
Nelson Mullins
390 N. Orange Ave, Suite 1400
Orlando, Florida 32801
Cert. Mail No. 9589071052700709392274

Re:    Futura at Nona Cove Apartments

## CONTRACTOR'S FINAL PAYMENT AFFIDAVIT

STATE OF FLORIDA
COUNTY OF ORANGE

Before me, the undersigned authority, personally appeared Bruce L. Abbey, who, after being first duly sworn, deposes and says of his personal knowledge the following:

1.  He is an authorized representative of Portrait Construction of Florida, Inc. f/k/a Mark Baron Construction, Inc. d/b/a Mark Portrait Construction, which does business in the State of Florida, hereinafter referred to as the "Contractor."

2.  Contractor, pursuant to a contract with LN Apartments, LLC hereinafter referred to as the "Owner," has furnished or caused to be furnished labor, materials, and services for the construction of certain improvements to real property as more particularly set forth in said contract. The subject project is commonly known as Futura at Nona Cove Apartments located in Orlando, Florida.

3.  This affidavit is executed by Contractor in accordance with section 713.06 of the Florida Statutes for the purposes of obtaining final payment from the Owner in the amount of at least $9,138,198.16, which includes amounts known as of the date of this affidavit owed by Owner to Contractor, including lienable and non-lienable amounts. However, the aforesaid amount excludes amounts for extended general conditions, unresolved change order requests, and other damages to be determined as part of the litigation referenced below. On July 7, 2023, Contractor recorded a

Claim of Lien against Owner's property in the amount of $6,976,419.34 (Orange County Comptroller Doc. No. 20230380959). Owner allegedly terminated the subject contract and Contractor is no longer serving as the general contractor for the subject project as of the date of this affidavit. Owner and Contractor are currently engaged in litigation occurring in Orange County Circuit Court located in Orlando, Florida (Case No. 2023-CA-008215-O).

4. All work to be performed under the contract has not been fully completed due to Owner's wrongful termination of the subject contract. Contractor is the principal of a private payment bond issued pursuant to section 713.23 that applies to the construction of the subject project. As such, the term "lienor" as utilized in section 713.06(3)(d) is interpreted strictly with section 713.01(18) in that it means a "subcontractor," "sub-subcontractor," "laborer," "materialman," or "professional lienor." Under the current circumstances, and considering the payment bond, the term "lienor" does not denote the persons or entities below actually have potential lien rights against Owner. Moreover, some amounts below may include amounts for retainage, which Contractor contends said amounts have not been paid by Owner to Contractor as of the date of this affidavit. With that understanding, all lienors under direct contract have been paid in full, except the following lienors:

| NAME OF LIENOR | AMOUNT DUE |
|---|---|
| Above and Beyond Cleaning Solutions LLC | $14,690.00 |
| Acro Plants | $154.28 |
| All United Contracting, Inc. | $308,122.55 |
| Alliance Building Material (Windows Install) | $13,000.00 |
| Alliance Building Material (Storefront) | $98,940.00 |
| Alliance Building Material (Doors & Trim) | $487,610.11 |
| Armstrong Air & Heating[2] | $161,336.35 |
| Ailance Steel | $16,740.00 |
| Barrios Roofing & Waterproofing | $67,969.03 |
| BFA/JK Exteriors[3] | $188,885.37 |
| Complex Group | $55,268.51 |
| Complete Access Control of Central FL | $192,128.20 |
| Complete Access (Low Voltage) | $45,500.00 |
| Coreslab Structures | $152,500.00 |
| C.Q. Insulation | $221,472.00 |
| Eden Site Development | $174,095.03 |
| EquipmentShare | $1,113.94 |
| Express Plumbing[4] | $192,128.20 |
| Fender Marine Construction | $21,500.00 |
| Ferguson Enterprises | $8,557.73 |
| Florida Construction and Framing | $238,594.75 |

---

[1] Per Fla. Stat. § 713.06(3)(d): "The contractor shall execute the affidavit and deliver it to the owner at least 5 days before instituting an action as a prerequisite to the institution of any action to enforce his or her lien under this chapter, even if the final payment has not become due because the contract is terminated for a reason other than completion and regardless of whether the contractor has any lienors working under him or her or not."

[2] Disputed payment bond claim amount: $372,639.66

[3] Disputed payment bond claim amount: $204,239.00

[4] Disputed payment bond claim amount: $795,824.77

| Florida Door Solutions | $31,307.00 |
| Haier US Appliance Solutions | $294,822.04 |
| Hamilton Engineering | $3,275.00 |
| Herc Rentals | $880.41 |
| Imperial Drywall | $185,582.64 |
| KP's Commal Flooring | $134,739.91 |
| Lake Conway Landscaping of Orlando | $415,493.12 |
| Legato Kitchen & Bath | $16,355.60 |
| Magnider Concrete Solutions | $94,023.92 |
| Master Wood Craft Cabinetry | $422,897.98 |
| Otis Elevator Company | $52,940.96 |
| QLC | $11,763.29 |
| Paverscape | $20,849.00 |
| Professional Painting of Central Florida | $181,700.00 |
| Randall Engineered Wall Systems | $137,701.08 |
| Rockledge Winsupply | $8,514.74 |
| Sonus Cabinets | $95,100.00 |
| South Florida Fire Protection | $92,826.50 |
| Stable Foundations | $77,301.50 |
| Taurus Chutes | $1,920.00 |
| Tenacon | $2,200.00 |
| Theisen Brothers Pools | $31,700.00 |

Signed, sealed, and delivered this 2nd day of August, 2023,

Portrait Construction of Florida, Inc. f/k/a
Mark Boron Construction, Inc. d/b/a
Mark Portrait Construction

Bruce L Abbey

By:    Bruce L. Abbey

Title:    Director/Treasurer

Sworn to and subscribed before me by means of online notarization, this 2nd day of August, 2023, by Bruce L. Abbey.

Signature of NOTARY PUBLIC

James A. Ford, Jr.

Print, stamp or type name of Notary

Affiant is personally known to me.



This reveals online notarization involved the use of audio/visual communication technology

¹ Disputed payment fund claim amount: $136,944.59

3

# USPS Tracking®

FAQs >

Tracking Number:                                                    Remove ✕

# 95890710527007909392328

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 7:37 am on August 4, 2023 in ORLANDO, FL 32802.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
ORLANDO, FL 32802
August 4, 2023, 7:37 am

See All Tracking History

---

Text & Email Updates                                               ⌄

---

USPS Tracking Plus®                                                 ⌄

---

Product Information                                                 ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Exhibit F



April 10, 2023

**VIA CERTIFIED MAIL**

Portrait Construction of Florida LLC          Travelers Casualty and
2542 Lake Emma Rd                             Surety Co. of America
Suite 1040                                    1 Tower Square
Lake Mary, FL 33496                           Hartford, CT 06183

RE:    Futura @ Nana Cove Apartments ("Project")
       Principal: Mark Baron Construction Inc. ("Owner")
       Band Number: 107226735
       Obligee: LN Apartments LLC
       Surety: Travelers Casualty and Surety Co. of America ("Travelers")

Dear Sirs:

This letter is a notice pursuant to Article 14.2.2 of the Owner's intent to terminate employment of Mark Baron Construction Inc n/k/a Portrait Construction of Florida LLC ("Contractor") with cause on the Project seven days from the date of this letter, due to Contractor's repeated and unmitigated breaches and default of the Contract for Construction of the Project.

Owner has previously notified Contractor of Contractor's repeated refusal and/or failure to supply enough properly skilled workers or proper materials, repeated disregard for applicable laws, statues, ordinances, codes, rules and regulations, or lawful orders of a public authority, and your otherwise substantial breaches of provisions of the Contract Documents.

These repeated breached of the Contract, and your failure to cure these breached despite repeated opportunities to do so, form the basis of a termination for cause as outlined in Section 14.2.1 and14.2.2 of the General Conditions of the Contract for Construction. The Architect of record determined on April 7, 2023, that sufficient cause exists to justify Owner's termination of the Contract for Construction.

By copy of this letter to Travelers pursuant to the terms of the Performance Bond issued by Travelers on the Project, Owner demands Travelers cure its Principal's default under the subject Contract for Construction. Absent such prompt action by Travelers to cure Contractor's default, Owner will make good such default, and seek all costs and damages resulting from such default.

Portrait Construction of Florida LLC          FUTURA                    April 10, 2023

Owner reserves all rights available to it under the subject Contract, Performance Bond, and applicable law.

Sincerely,

Reinerio P. Faife
Manager

cc:    Michael K. Wilson, Esq.
       Doug Anderson, CBA Architects
       Farshad Charmforoosh, Olympia Structures, LLC
       Ryan Mesce, LN Apartments, LLC
       Berkadia

# Exhibit G



**LN Apartments, LLC**

April 20, 2023

<u>**VIA CERTIFIED MAIL**</u>
Bruce Abbey
Portrait Construction of Florida LLC
2542 Lake Emma Rd
Suite 1040
Lake Mary, FL 33496

Travelers Casualty and
Surety Co. of America
1 Tower Square
Hartford, CT 06183

RE:    Futura @ Nona Cove Apartments ("Project")
        Principal: Mark Baron Construction Inc. ("Owner")
        Bond Number: 107226735
        Obligee: LN Apartments LLC
        Surety: Travelers Casualty and Surety Co. of America ("Travelers")

Dear Sirs:

On April 10th, 2023, LN Apartments LLC ("Owner") notified you of its intent to terminate the Contract for Construction for the project due to Contractor's default under the terms of the Contract for Construction. This letter is sent pursuant to section 14.2.2 of the A201 General Conditions of the Contract for Construction to notify you of the Owner's termination of employment of the Contractors. Pursuant to 14.2.2, Contractor is excluded from the site, and will take all possession of all materials, equipment, tools, and construction equipment owned by contractor, and will finish work by whatever reasonable method the owner may deem expedient.

Contractor is not entitled to further payment as the Contractor's termination is for cause, due to Contractors breaches and default as a result of the reasons previously identified as listed in Section 1.2.1 of A201 of the General Conditions of the Contract.

Upon completion of the Project, Owner will provide Contractor and Travelers an accounting of the costs incurred to complete the Project, and all damages incurred as a result of the Contractor's breaches pursuant to section 14.2.1 of the A201 General Conditions of the Contract. To the extent such costs and damages exceed the remaining balance of the Contract Sum, owner reserves the right to demand reimbursement for such cost and damages as set forth in Section 14.2.4 from Contractor and Travelers.

Portrait Construction of Florida, LLC
April 20, 2023
Page 2 of 2

Owner reserves all rights available to it under the subject Contract, Performance Bond, and applicable law.

Sincerely,

Reinerio Faife
Manager

cc:    Michael K. Wilson, Esq.
       Doug Anderson, CBA