# EXHIBIT D



305 Madison Avenue
Morristown, NJ 07960

October 16, 2020

**Re:**  LN Apartments, LLC
GLO-067512

# THANK YOU FOR THE ORDER.

# PLEASE REVIEW THIS POLICY CAREFULLY.

# THE COVERAGES AND TERMS OF THE POLICY MAY DIFFER FROM THOSE REQUESTED IN YOUR APPLICATION AND/OR YOUR EXPIRING POLICY.

# PLEASE ADVISE US IMMEDIATELY IN WRITING IF YOU REQUIRE ANY CHANGES TO YOUR POLICY.

Telephone: 1 (800) 762-6837 **–** Email: ssl.indexingmail@cfins.com

 **CRUM & FORSTER®**
A FAIRFAX COMPANY

## COMMERCIAL GENERAL LIABILITY INSURANCE POLICY

## DECLARATIONS

**POLICY NUMBER:** GLO-067512

| | | |
|---|---|---|
| **Date Issued:** 10/16/2020 | | **Renewal Or Replacement Of:** New |

| | | |
|---|---|---|
| **Item 1.** | **Named Insured And Address:**<br>LN Apartments, LLC<br>DBA Futura<br>2901 Clint Moore Road #408<br>Boca Raton, FL 33496 | |
| **Item 2.** | **Form Of Business:** | Limited Liability Company |
| | **Description Of Business:** | Contractors - subcontracted work - in connection with construction, reconstruction, repair or erection of buildings |
| **Item 3.** | **Policy Period:** | Policy Effective From: 09/30/2020 To: 09/30/2022<br>at 12:01 a.m. Standard Time at the Named Insured's address as stated above. |
| **Item 4.** | **Company Name:**<br>Crum & Forster Specialty Insurance Company | **Broker:**<br>R-T SPECIALTY, LLC<br>3900 W Alameda Ave, 20th Fl<br>Burbank, California 91505 |
| **Item 5.** | **Limits Of Insurance:**<br>Each Occurrence Limit:<br>Personal & Advertising Injury Limit:<br>General Aggregate Limit:<br>Products-Completed Operations Aggregate Limit:<br>Damage To Premises Rented To You Limit:<br>Medical Payments Limit: | $2,000,000<br>$1,000,000<br>$2,000,000<br>$2,000,000<br>Excluded<br>Excluded |
| **Item 6.** | **Endorsements Attached To This Policy:** See Schedule Of Forms And Endorsements. | |
| **Item 7.** | **Deposit Premium:**<br>**Inspection Fee:**          **Processing Fee:** | |
| **Item 8.** | **Audit Period:** Policy Term | |

**THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER. SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

**THESE DECLARATIONS, SCHEDULE OF FORMS AND ENDORSEMENTS, FORMS, AND ENDORSEMENTS, IF ANY, ARE ISSUED AS PART OF, AND IN THE COMPLETION OF, THE ABOVE-NUMBERED POLICY.**

# EXTENSION OF DECLARATIONS

Policy Number: GLO-067512

**Location Of Premises:**

1          19463 Boggy Creek Road , Orlando, FL 32832

**Classification And Premium:**

| Exposure Basis | Exposure Amount | Rate | Deposit Premium |
|---|---|---|---|
| Per $1,000 Of Construction Cost | $55,000,000 | $4.250000 | $233,750 |

Insured:        LN Apartments, LLC
Policy Number: GLO-067512

# SCHEDULE OF FORMS AND ENDORSEMENTS
(other than applicable forms shown elsewhere in the policy)

Forms and Endorsements applying to and made part of this policy at the time of issuance:

| | |
|---|---|
| CFSIC SP 001 0518 | Crum & Forster Specialty Insurance Company Signature Page |
| CFSIC OFAC (12/12) | U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholders |
| CG 00 01 04 13 | Commercial General Liability Coverage Form |
| GU 207 (06/78) | Named Insured Extension |
| SOP CF (07/16) | Service Of Process Clause |
| CG 20 10 04 13 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization |
| CG 20 12 04 13 | Additional Insured - State Or Governmental Agency Or Subdivision Or Political Subdivision - Permits Or Authorizations |
| CG 20 18 04 13 | Additional Insured - Mortgagee, Assignee Or Receiver |
| CG 20 34 04 13 | Additional Insured - Lessor Of Leased Equipment - Automatic Status When Required In Lease Agreement With You |
| CG 20 37 04 13 | Additional Insured - Owners, Lessees Or Contractors - Completed Operations |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 32 05 09 | Communicable Disease Exclusion |
| CG 21 45 07 98 | Exclusion - Damage To Premises Rented To You |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 65 12 04 | Total Pollution Exclusion With A Building Heating, Cooling And Dehumidifying Equipment Exception And A Hostile Fire Exception |
| CG 21 67 12 04 | Fungi Or Bacteria Exclusion |
| CG 21 75 01 15 | Exclusion Of Certified Acts Of Terrorism And Exclusion Of Other Acts Of Terrorism Committed Outside The United States |
| CG 21 86 12 04 | Exclusion - Exterior Insulation And Finish Systems |
| CG 22 79 04 13 | Exclusion - Contractors - Professional Liability |
| CG 23 01 04 13 | Exclusion - Real Estate Agents Or Brokers Errors Or Omissions |
| CG 24 04 05 09 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us |
| CG 24 26 04 13 | Amendment Of Insured Contract Definition |
| CFSIC GL 2015 (01/14) | Policy Deductible Endorsement |
| CFSIC GL 2077 (09/14) | Hazardous Materials Exclusion |
| CFSIC GL 2243 (02/12) | Unintentional Failure To Disclose Hazards |
| CFSIC GL 2313 (02/15) | Knowledge Of Occurrence |
| CFSIC GL 2496 (10/13) | Policyholder Notice - Certificates Of Insurance |
| CFSIC GL 2584 (03/15) | Amendment Of Limits Endorsement - General Aggregate Reinstatement |
| CFSIC GL 2588 (08/18) | Cross Liability Exclusion For Products-Completed Operations - With Designated Exception(s) |
| CFSIC GL 2624A (07/19) | Construction Project Endorsement - OCIP/CCIP Version 8 |
| CFSIC GL 2745 (11/17) | Premium Computation And Minimum Premium Endorsement |
| CFSIC GL 2851 (07/19) | Exclusion - Glyphosate |
| CFSIC GL 2861 (07/19) | Exclusion - Condominium, Townhouse And Other Multi-Family Residential Property (Other Than Apartments) |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| CFSIC - Claim (08/18) | Claim Notification |

**Crum & Forster Specialty Insurance Company**
**A Delaware Corporation**
**Home Office: Wilmington, DE**

(A Capital Stock Company)

SIGNATURE

Marc J. Adee
Chairman and CEO

SIGNATURE

James Kraus
Secretary

CFSIC SP 001 05 18

# U.S. TREASURY DEPARTMENT'S
# OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency." OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons." This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

CFSIC OFAC 12 12

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

  **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

  **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.  Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

  **(a)** Less than 26 feet long; and

  **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

  **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

  **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h.  Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.  War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.  Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

p. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

  **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

    **(1)** "Bodily injury" or "personal and advertising injury":

      **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

      **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

      **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

      **(d)** Arising out of his or her providing or failing to provide professional health care services.

    **(2)** "Property damage" to property:

      **(a)** Owned, occupied or used by;

      **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

    you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

  **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

  **c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

  **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

  **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

  **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

  **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

  **a.** Insureds;

  **b.** Claims made or "suits" brought; or

  **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

  **a.** Medical expenses under Coverage **C**;

  **b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

  **c.** Damages under Coverage **B**.

    © Insurance Services Office, Inc., 2012    CG 00 01 04 13

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A;** and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

## ENDORSEMENT

This endorsement, effective on     <u>09/30/2020</u>     at 12:01 A.M. standard time, forms a part of
(DATE)

Policy No.  GLO-067512     of    CRUM & FORSTER SPECIALTY INSURANCE COMPANY

Issued to    LN Apartments, LLC

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE NAMED INSURED SHALL READ AS FOLLOWS:

LN Apartments, LLC dba Futura

GU 207 (Ed. 6-78)                                           Page 1 of 1

# SERVICE OF PROCESS CLAUSE

The Insurance Commissioner, Director of Insurance, Superintendent of Insurance, or other officer specified by law, pursuant to the laws of the state where this policy is delivered, is hereby designated as the true and lawful attorney of the Company upon whom may be served all lawful process in any action, suit, or proceeding arising out of this policy. The Company further designates:

Name:                                    Marc Adee, President

Name of Company or Firm:                 Crum & Forster Specialty Insurance Company

Mailing Address:                         305 Madison Avenue
                                         Morristown, NJ 07960

as its person to whom such process shall be forwarded by the Insurance Commissioner, Director of Insurance, Superintendent of Insurance, or other officer specified by law.

All other terms and conditions of the policy remain unchanged.

SOP CF 07 16

POLICY NUMBER: GLO-067512

**COMMERCIAL GENERAL LIABILITY
CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| Any person or organization you have agreed in a written contract to add as an additional insured on your policy provided the written contract is signed prior to the "bodily injury", "property damage" or "personal and advertising injury" | Locations and operations covered under this policy when required by written contract signed prior to the "bodily injury", "property damage" or "personal and advertising injury" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

  **1.** Your acts or omissions; or

  **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

  **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

  **2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**                    © Insurance Services Office, Inc., 2012                    **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: GLO-067512

**COMMERCIAL GENERAL LIABILITY**
**CG 20 12 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION – PERMITS OR AUTHORIZATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| State Or Governmental Agency Or Subdivision Or Political Subdivision: |
|---|
| Any agency or subdivision you have agreed in a written contract to add as an additional insured on your policy provided the written contract is signed prior to the "bodily injury", "property damage" or "personal and advertising injury" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured any state or governmental agency or subdivision or political subdivision shown in the Schedule, subject to the following provisions:

1. This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

    However:

    a. The insurance afforded to such additional insured only applies to the extent permitted by law; and

    b. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

2. This insurance does not apply to:

    a. "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the federal government, state or municipality; or

    b. "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 12 04 13 © Insurance Services Office, Inc., 2012 Page 1 of 1

POLICY NUMBER: GLO-067512

**COMMERCIAL GENERAL LIABILITY**
**CG 20 18 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| Any person or organization you have agreed in a written contract to add as an additional insured on your policy provided the written contract is signed prior to the "bodily injury", "property damage" or "personal and advertising injury" | Premises covered under this policy when required by written contract signed prior to the "bodily injury", "property damage" or "personal and advertising injury" |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

COMMERCIAL GENERAL LIABILITY
CG 20 34 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT – AUTOMATIC STATUS WHEN REQUIRED IN LEASE AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement you have entered into with the additional insured; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: GLO-067512

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| As required by written contract signed prior to the "bodily injury" or "property damage". | As required by written contract signed prior to the "bodily injury" or "property damage" and if covered under this policy. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

COMMERCIAL GENERAL LIABILITY
CG 21 32 05 09

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverages – Coverage A – Bodily Injury And Property Damage Liability**:

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrong-doing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverages – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrong-doing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

© Insurance Services Office, Inc., 2008

COMMERCIAL GENERAL LIABILITY
CG 21 45 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DAMAGE TO PREMISES RENTED TO YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The last paragraph ("Exclusions **c.** through **n.** do not apply . . . ") of Paragraph **2., Exclusions** under Section **I – Coverage A – Bodily Injury And Property Damage Liability** is deleted.

**B.** The first exception ("Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply . . . ") to Exclusion **j., Damage To Property** of Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is deleted.

**C.** Paragraph **6.** of **Section III – Limits Of Insurance** is deleted.

**D.** Any reference in the Declarations to "Damage To Premises Rented To You" is deleted.

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 65 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

**(a)** "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests; or

**(b)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(i)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(ii)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

© ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Fungi Or Bacteria**

   **a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

   **b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

   This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Fungi Or Bacteria**

   **a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

   **b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

   "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

COMMERCIAL GENERAL LIABILITY
CG 21 75 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism", or out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in US dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    **a.** Physical injury that involves a substantial risk of death; or

    **b.** Protracted and obvious physical disfigurement; or

    **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

   b. The act resulted in damage:

      (1) Within the United States (including its territories and possessions and Puerto Rico); or

      (2) Outside of the United States in the case of:

         (a) An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

         (b) The premises of any United States mission; and

   c. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

   Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

          © Insurance Services Office, Inc., 2015          **CG 21 75 01 15**

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

**1.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

**2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**3.** A reinforced or unreinforced base coat;

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**1.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

**a.** Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

**b.** Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

**2.** Subject to Paragraph **3.** below, professional services include:

**a.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

**b.** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

**3.** Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

COMMERCIAL GENERAL LIABILITY
CG 23 01 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – REAL ESTATE AGENTS OR BROKERS ERRORS OR OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

© Insurance Services Office, Inc., 2012

POLICY NUMBER:GLO-067512

**COMMERCIAL GENERAL LIABILITY**
**CG 24 04 05 09**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| **Name Of Person Or Organization:** |
| --- |
| Any person or organization you have agreed in a written contract to waive any right of recovery against provided the written contract is signed prior to the injury or damage |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

© Insurance Services Office, Inc., 2008

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

 © Insurance Services Office, Inc., 2012

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# POLICY DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

#### SCHEDULE

| | AMOUNT AND BASIS OF DEDUCTIBLE | |
|---|---|---|
| **COVERAGE A** | **PER CLAIM** | **PER OCCURRENCE** |
| **BODILY INJURY LIABILITY** | $ | $ |
| **OR** | | |
| **PROPERTY DAMAGE LIABILITY** | $ | $ |
| **OR** | | |
| **BODILY INJURY LIABILITY AND/OR PROPERTY DAMAGE LIABILITY COMBINED** | $ | $ 25,000 |
| | **PER INJURY** | |
| **COVERAGE B** | | |
| **PERSONAL AND ADVERTISING INJURY LIABILITY** | $ 25,000 | |
| **COVERAGE C** | **PER CLAIM** | **PER OCCURRENCE** |
| **MEDICAL PAYMENTS** | $ | $ |

**A.** Our obligation under the Bodily Injury Liability, Property Damage Liability, Personal and Advertising Injury Liability or Medical Payments Coverages to pay damages and Supplementary Payments on your behalf applies only to the amount of damages and Supplementary Payments in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** Your policy may have a deductible amount on either a per claim, a per "occurrence," or a per injury basis. Your deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

    **1.** **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

        **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

        **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage";

        **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

            **(1)** "Bodily injury";

            **(2)** "Property damage"; or

            **(3)** "Bodily injury" and "property damage" combined; or

        **d.** Under Supplementary Payments – Coverages **A** and **B**, to all amounts we pay in the defense and investigation of any claim or "suit" to which this insurance applies;

        **e.** Under Medical Payments Coverage **C**, to all damages sustained by any one person because of "bodily injury";

    as the result of any one "occurrence."

    If damages are claimed for care, loss of services or death resulting at any time from "bodily injury," a separate deductible amount will be applied to each person making a claim for such damages.

    With respect to "property damage," person includes an organization.

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a per "occurrence" basis, that deductible amount applies as follows:

   a.  Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

   b.  Under Property Damage Liability Coverage, to all damages because of "property damage";

   c.  Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

      (1)  "Bodily injury";

      (2)  "Property damage"; or

      (3)  "Bodily injury" and "property damage" combined; or

   d.  Under Supplementary Payments – Coverages **A** and **B**, to all amounts we pay in the defense and investigation of any claim or "suit" to which this insurance applies.

   e.  Under Medical Payments Coverage **C**, to all damages sustained by any one person because of "bodily injury";

   as the result of any one "occurrence," regardless of the number of persons or organizations who sustain damages because of that "occurrence."

3. **PER INJURY BASIS.** If the deductible amount indicated in the Schedule above is on a per injury basis, the deductible amount applies as follows:

   a.  Under the Personal and Advertising Injury Liability Coverage to all damages because of "personal and advertising injury" sustained by any one person or organization as a result of any one injury.

   b.  Under Supplementary Payments – Coverages **A** and **B**, to all amounts we pay in the defense and investigation of any claim or "suit" to which this insurance applies.

**C.**  The terms of this insurance, including those with respect to:

   1.  Our right and duty to defend the insured against any "suits" seeking those damages; and

   2.  Your duties in the event of an "occurrence," claim, or "suit"

   apply irrespective of the application of the deductible amount.

**D.**  We, at our sole election and option, may either:

   1.  Pay any part of or all of the deductible amount to effect settlement of any claim or "suit" or payment of Supplementary Payments. Upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us; or

   2.  Simultaneously upon receipt of notice of any claim or "suit," or at any time thereafter, request you pay or deposit with us all or any part of the deductible amount, to be held and applied by us as herein provided.

**E.**  The deductible may not be satisfied by payments made by any additional insured, any other insurance, or any other insurer, unless such payments are made under a policy written specifically to cover the deductible obligations under this policy.

F.  Notwithstanding any other provision of this policy or any endorsements thereto, including the Separation of Insureds Condition, all Named Insureds are jointly and severally liable to us for payment of the full deductible amounts applicable to any and all claims and "occurrences" to which this policy may apply.

### ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the policy.)

Endorsement effective                    Policy No.                    Endorsement No.

Named Insured

Countersigned by _____

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# HAZARDOUS MATERIALS EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE COVERAGE PART**

A.  **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions,** and **SECTION I – COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, 2. Exclusions,** and **SECTION I – COVERAGES, PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, and SECTION I – COVERAGES BODILY INJURY AND PROPERTY DAMAGE LIABILITY** are amended and the following Exclusion is added:

This insurance does not apply to:

**Hazardous Materials**

**(1)**  "Bodily injury**,**" "property damage" or "personal and advertising injury" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, ingestion, inhalation, dispersal, seepage, migration, release or escape of "hazardous materials" at any time.

**(2)**  Any loss, cost or expense arising out of any:

**(a)**  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "hazardous materials"; or

**(b)**  Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of  "hazardous materials.**"**

**(3)**  Any obligations to share damages with or indemnify another party whom must pay damages because of injury or damage relating to "hazardous materials."

**(4)**  Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with paragraphs **(1)**, **(2)**, or **(3)** above.

This exclusion applies whether or not such "hazardous material(s)" has any function in your business, operations, premises, site or location.

B.  **SECTION V – DEFINITIONS** is amended and the following added:

**"Hazardous materials"** means materials that are radioactive, corrosive, oxidizers, asphyxiates, biohazardous, toxic, pathogen or allergen substances and organisms, lead, asbestos, silica and materials containing them.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**


This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)


Endorsement effective                          Policy No.                          Endorsement No.

Named Insured

Countersigned by _____

CFSIC-GL-2077(09/2014)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

The following is added under **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

Failure of the insured to disclose all hazards existing as of the time you made application for this policy or the inception date of the policy shall not prejudice the insured with respect to the coverage afforded by this policy provided such failure or any omission was not intentional.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective                          Policy No.                          Endorsement No.

Named Insured

                                               Countersigned by _____

CFSIC-GL-2243(02/2012)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# KNOWLEDGE OF OCCURRENCE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

The following is added under **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

The requirement in condition 2.a. that you must see to it that we are notified of an "occurrence" or offense applies only when the "occurrence" or offense is known to the following parties:

Any named insured, partner, executive officer or an employee designated by you to give us such notice

The requirement in condition 2.b. that you must see to it that we receive notice of a claim or "suit" will not be considered breached unless the breach occurs after such claim or "suit" is known to the following parties:

Any named insured, partner, executive officer or an employee designated by you to give us such notice

Knowledge of an "occurrence," claim or "suit" by the agent, servant or employee of any insured shall not in itself constitute knowledge of the insured unless individuals in the above noted positions shall have received such notice from the agent, servant or employee.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective                    Policy No.                          Endorsement No.

Named Insured
                                         Countersigned by _____

CFSIC-GL-2313(02/2015)

# POLICYHOLDER NOTICE – CERTIFICATES OF INSURANCE

The issuance of a certificate of insurance shall not amend, extend, or alter the coverage provided by this policy or change the person(s) or entities to whom such coverage is afforded under this policy.  In no event shall a certificate of insurance include any change and/or modification of the policy terms or conditions or purport to add any named insured or any additional named insured unless such change, modification, or addition is first approved by a policy endorsement issued by the First Mercury Insurance Company providing this insurance (Company) and signed by an officer of the Company.

The Company will not be responsible for any liability resulting from the issuance of any certificate of insurance.  In no event does anyone have the authority to issue a certificate of insurance which includes any addition(s) and/or modification(s) to the policy terms and conditions, including but not limited to waivers of subrogation, additional insureds, or any special additional coverages unless expressly approved in writing by an endorsement issued by the Company.  No one, other than this Company, can issue an endorsement or change the terms of the policy on behalf of the Company.

The Company will not review, accept, or retain copies of any certificates of insurance or additional insured endorsements prepared by anyone.  A certificate of insurance is intended to be informational only and should not be relied upon to confer or alter coverage or used to request or evidence a change to the policy. The Company will not be responsible for any liability or claims of reliance resulting from the issuance of any unauthorized endorsement or certificate, or the issuance of an endorsement which has been authorized by the Company but where the authorized wording is amended or revised in any way.  The Company providing this insurance does not approve or authorize any certificates that are prohibited by law or otherwise prepared in violation of an applicable insurance code or statute.

CFSIC-GL-2496(10/2013)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AMENDMENT OF LIMITS ENDORSEMENT – GENERAL AGGREGATE REINSTATEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

Under **SECTION III – LIMITS OF INSURANCE**, the final paragraph immediately following subparagraph **7.** is deleted and replaced with the following:

Except with respect to the General Aggregate Limit, the Limits of Insurance of this Coverage Part apply to the entire "policy period" and to any Coverage Extension Period provided by endorsement to this policy.

The General Aggregate Limit applies separately to each of the following periods of time:

**1.** 09/30/2020-09/30/2021 ; and

**2.** 10/01/2021-09/30/2022

with each period beginning and ending at 12:01a.m. standard time at the mailing address shown on the Declarations. If the "policy period" is extended after issuance for an additional period of time, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

As used in this endorsement, "policy period" means the policy period shown on the Declarations and includes any extension of such policy period by endorsement.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective:                    Policy No.:              Endorsement No.:

Named Insured:

Countersigned by _____

CFSIC-GL-2584(03/2015)                                                        Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CROSS LIABILITY EXCLUSION FOR PRODUCTS-COMPLETED OPERATIONS – WITH DESIGNATED EXCEPTION(S)

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS COVERAGE PART**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions,** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** are amended and the following is added:

This insurance does not apply to any demand, allegation, claim or "suit" for "property damage" included in the "products-completed operations hazard" that is made or brought by any person or organization qualifying as a Named Insured under this policy against any other person or organization qualifying as a Named Insured under this policy.

However, this exclusion does not apply to:

LN Apartments, LLC dba Futura

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CONSTRUCTION PROJECT ENDORSEMENT – OCIP/CCIP VERSION 8

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The **Project Schedule** referred to throughout this endorsement appears at the end of this endorsement.

**A.** **SECTION I – COVERAGES** is amended as follows:

    **1.** Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **1. Insuring Agreement**, paragraph **b.**, subparagraphs **b. (1)** and **b. (2)** are replaced with the following:

        **b.** This insurance applies to "bodily injury" and "property damage" only if:

            **(1)** The "bodily injury" or "property damage" is caused by an "occurrence";

            **(2)** The "bodily injury" or "property damage" occurs during the policy period, or during the Coverage Extension Periods as set forth under Paragraph **F.** of this endorsement; and

    **2.** Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **1. Insuring Agreement**, paragraph **b.**, the following subparagraph **b. (4)** applies in addition to subparagraphs **b. (1), b. (2)** and **b. (3)**:

        **b.** This insurance applies to "bodily injury" and "property damage" only if:

            **(4)** The "bodily injury" or "property damage" occurs at the Project(s) or arises out of construction operations performed at the Project(s) shown and as described in the **Project Schedule** (hereafter referred to as the Project), and pursuant to a contract involving an owner controlled insurance program or a contractor controlled insurance program, whichever is applicable.

    **3.** Under **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**, **1. Insuring Agreement**, paragraph **b.** is replaced with the following:

        **b.** This insurance applies to "personal and advertising injury" caused by an offense, but only if the offense:

            **(1)** Arises out of construction operations performed at the Project(s), and pursuant to a contract involving an owner controlled insurance program or a contractor controlled insurance program, whichever is applicable; and

            **(2)** Was committed at or in relation to the Project(s); and

            **(3)** Was committed in the "coverage territory" during the policy period.

**B.** Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **2. Exclusions** is amended to include the following additional exclusions:

This insurance does not apply to "property damage" to the Project(s) or any part of the Project(s) that occurs during the course of construction. The Project(s) or any part of the Project(s) will be deemed to be within the course of construction until the Project(s) is "completed."

**C.** Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **2. Exclusions**:

    **1.** Subparagraphs **(1), (2), (5)** and **(6)** of Exclusion **j. Damage To Property**, and any references thereto, are deleted.

    **2.** Exclusion **k. Damage To Your Product** and Exclusion **l. Damage To Your Work** are deleted.

**D.** **COVERAGE C MEDICAL PAYMENTS** does not apply under this policy and is deleted in its entirety.

**E.** The Declarations is amended to include the following as Named Insureds:

Any contractor "enrolled" in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable), provided such contractor is "enrolled":

1. Prior to the actual or alleged existence of any "bodily injury," "property damage" or "personal and advertising injury" caused by an "occurrence" or an offense insured under this policy for which such contractor may be held liable;

2. Prior to any claim or "suit" being brought against such contractor insured under this policy; and

3. During the policy period, but before the Project(s) is "completed."

However, the following persons or organizations are not included as Named Insureds unless the name of the person or organization is specifically listed by endorsement in this policy:

a. Any contractor or subcontractor that is specifically excluded from participation in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable) by contract or other agreement;

b. Manufacturers, dealers, vendors or suppliers of materials;

c. Any contractor or subcontractor engaged in blasting, hauling, delivery, or environmental work including evaluation, mitigation, hazardous waste removal, and cleanup work,;  or

d. Any professionals, including but not limited to, architects, engineers, geologists, soils professionals including soil engineers or surveyors.

**F.    Coverage Extension Period**

1. This insurance for the Project(s) is extended for an additional period of time with respect to liability for "bodily injury" or "property damage" included within the "products-completed operations hazard." This Coverage Extension Period will commence at the earlier of:

   a. the date that "your work" is "completed"; or

   b. the end of the policy period shown in the Declarations.

2. This insurance for the Project(s) is extended for an additional period of time for "bodily injury" or "property damage" not included in the "products-completed operations hazard" arising out of "repair work" performed after the Project(s) is "completed," provided such "repair work" was performed:

   a. By a licensed contractor(s) "enrolled" during the policy period; and

   b. Pursuant to a statute or express warranty pertaining to such "repair work."

   This Coverage Extension Period will commence at the earlier of:

   (1) the date that "your work" is "completed"; or

   (2) the end of the policy period shown in the Declarations.

   Any damages we pay for "bodily injury" or "property damage" arising out of such "repair work" will reduce and be subject to the Products-Completed Operations Aggregate Limit rather than the General Aggregate Limit.

3. The Coverage Extension Periods set forth under subparagraphs **F. 1.** and **F. 2.** above will be equal to the time period imposed under the statute of repose or statute of limitations, whichever is applicable, for any claim or "suit" for such "bodily injury" or "property damage" as provided by the controlling law of the jurisdiction where the Project(s) is located.

4. The Limits Of Insurance set forth in the Declarations continue to apply and are not separate or different from, increased with respect to, or reinstated for the Coverage Extension Periods referred to in subparagraphs **F. 1.** and **F. 2.** above.

5. The Coverage Extension Periods set forth under subparagraphs **F. 1.** and **F. 2.** above will not apply if the Project(s) is not "completed" prior to the end of the policy period shown on the Declarations.

6. If this policy is cancelled for any reason prior to the end of the policy period shown in the Declarations, then the Coverage Extension Periods set forth in subparagraph **F. 1.** and **F. 2.** above will not apply.

7. We may cancel the insurance provided by the Coverage Extension Periods described in subparagraphs **F. 1.** and **F. 2.** above after the end of the policy period shown in the Declarations by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation for:

   a. Nonpayment of premium, including failure to pay additional premium due to us as determined by a premium audit, or failure to comply with policy conditions, including examination of your books and records;

    **b.**    Failure to reimburse us for deductible payments when billed and due;

    **c.**    Material misrepresentation by you; or

    **d.**    Failure to comply with loss control recommendations.

**G.**    Under **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**, **4. Other Insurance**:

    **1.**    Paragraph **a. Primary Insurance** is replaced with the following:

        **a.**    **Primary Insurance**

        This insurance is primary except when Paragraph **b.** below applies. We will not seek contribution from any other insurance available to a Named Insured. With respect to other insureds, and subject to the **Primary And Noncontributory Insurance** provision below, if this insurance is primary our obligations are not affected unless any of the other insurance is also primary. Then we will share with that other insurance by the method described in **c.** below.

    **2.**    Subparagraph **(b)** of paragraph **b. Excess Insurance** is deleted.

    **3.**    The following provision is added:

    This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

        **a.**    The additional insured is a Named Insured under such other insurance; and

        **b.**    You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

**H.**    The following definitions are added to **SECTION V – DEFINITIONS**:

    **1.**    Paragraph **a.** of definition **16.** "Products-completed operations hazard" is deleted and replaced with the following:

        **16.**    "Products-completed operations hazard":

            **a.**    Includes all "bodily injury" and "property damage" arising out of "your product" or "your work" except:

                **(1)**    Products that are still in your physical possession; or

                **(2)**    Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

                    **(a)**    Completion and acceptance of the entire Project(s) by all parties designated in its construction agreement;

                    **(b)**    When all of the work to be done at a location shown in the **Project Schedule** has been completed if the Project(s) calls for work at more than one location;

                    **(c)**    When that part of the work done at the Project(s) has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same Project(s).

            Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **2.**    The following definitions are added:

        **a.**    "Completed" means deemed completed as set forth under subparagraph **a. (2)** of Definition **16.** "products-completed operations hazard" (in paragraph **H. 1.** above).

        **b.**    "Enrolled" means:

            **(1)**    Authorized to participate in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable), as evidenced by an enrollment certificate or other written documentation; or

            **(2)**    Performed or performing work pursuant to a signed written contract or signed written agreement for construction operations at the Project(s), if such contract or agreement specifies, enrollment in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable).

However, **b. (2)** above does not apply to any contractor that is specifically excluded from participation in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable) by contract or other agreement.

**c.**    "Repair work" means work performed subsequent to the Project(s) being "completed" for the purpose of repairing, replacing or restoring a part or parts of the Project(s).

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

---

**Project Schedule**

| | |
|---|---|
| **Project Name:** | Nona Cove |
| **Project Location:** | 19463 Boggy Creek Road, Orlando, FL 32832 |
| **Project Description:** | Phase I – Apartments + Parking - Apartments 5 story wood frame – 260 units with 6 story parking garage(GC: Mark Portrait Construction); Phase II – Commercial/Retail Space - 28,000 square feet of commercial/retail space (GC: Mark Construction); Phase III – Self Storage Facility - 122,000 Square feet, four story, climate controlled building (GC: JH Williams). All construction operations taking place within 1,000 feet of the project location that are directly related to the designated project, including staging areas within 1,000 feet. |

---

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PREMIUM COMPUTATION AND MINIMUM PREMIUM ENDORSEMENT

### THE FOLLOWING ADDITIONAL CONDITIONS SUPERSEDE ANY OTHER POLICY CONDITIONS TO THE CONTRARY.

**A.** The Deposit Premium shown on the Declarations is subject to premium audit and adjustment. Any premium adjustments made during the "policy period" will be included in the Deposit Premium. Flat charges are not refundable and will not be included in Deposit Premium when calculating return premium. This Policy is subject to minimum premiums in accordance with paragraphs B.1. and C.1.ii of this endorsement.

We may examine and audit your books and records as they relate to this Policy at any time during the "policy period" and up to three years afterward.

**B.** If the Policy is not cancelled we will audit the Policy and compute the total premium due to us at the close of the "policy period." Notice of the computed premium will be sent to the first Named Insured.

    **1.** The minimum premium due to us at audit is <u>100</u>% of the Deposit Premium.

    **2.** If the Deposit Premium is greater than the computed premium at audit we will return the excess to the first Named Insured subject to the minimum premium in paragraph B.1 of this endorsement.

    **3.** If the Deposit Premium is less than the computed premium at audit the first Named Insured will be billed for additional premium due.

**C.** If the Policy is cancelled we will audit the Policy and compute the total premium due to us upon cancellation. If the Deposit Premium is less than the computed premium at audit the first Named Insured will be billed for additional premium due. If the Deposit Premium is greater than the computed premium at audit, the return premium will be sent to the first Named Insured. Return premium will be computed as follows:

    **1.** The Deposit Premium is fully earned by <u>09/30/2022</u>. There will be no return of premium if you cancel this Policy after that date. If you cancel the Policy prior to that date the return premium will be the lesser of:

        i. Deposit Premium minus the computed total premium at audit.

        ii. <u>75</u>% of the Deposit Premium.

        iii. 90% of Deposit Premium pro rated commensurate with the number of days in the "policy period."

    **2.** If we cancel the Policy the return premium will be the lesser of:

        i. Deposit Premium minus the computed total premium at audit.

        ii. Deposit Premium pro rated commensurate with the number of days in the "policy period."

    **3.** If the first Named Insured fails to remit premium payment when due, such failure shall be considered a request by the Named Insured to cancel this Policy and the return premium will be determined in accordance with paragraph C.1. of this endorsement.

**D.** If, after three documented attempts, we are unable to examine your books and records to obtain the information required to complete the audit, the audit will be deemed unproductive and not in compliance with the Policy terms and conditions.

An Audit Premium endorsement will be issued as follows:

    **1.** We will estimate your Exposure Amount for audit, compute the total premium due to us in accordance with B., issue an Audit Premium endorsement and bill the first Named insured for premium due.

    **2.** You must remit payment for the full amount of any additional premium upon receipt.

    **3.** If you dispute the estimated Exposure Amount for audit you must provide the information required to complete the audit to us within 30 days of receipt. Failure to do so shall be deemed as your agreement with the estimated Exposure Amount for audit.

If the insured requests documentation of the unproductive attempts to collect, the required audit information will be provided.

**E.** For the purposes of this endorsement, "policy period" means the period of time from the Effective Date to the Expiration Date shown in the Declarations.

**F.** The following definition(s) apply for the Exposure Basis designated in the Policy Declarations Extension:

    **"Gross Sales** or **Receipts"** is defined as the gross amount charged by the Named Insured, concessionaires of the Named Insured, or by others trading under the Insured's name for:

    **1.** All goods or products sold or distributed including intercompany sales in the coverage territory as defined in the Policy;

    **2.**   Operations performed during the "policy period";

    **3.**   Rentals during the "policy period"; and

    **4.**   Dues or fees during the "policy period."

Only the following items shall be deducted from gross sales or receipts:

    **1.**   Sales or excise taxes which are collected and remitted directly to a governmental division;

    **2.**   Credits for repossessed merchandise and products returned;

    **3.**   Finance charges for items sold on installment;

    **4.**   Freight charges on sales if freight is charged as a separate item on customer's invoice; and

    **5.**   Royalty income from patent rights or copyrights which are not product sales.

**"Construction Costs"** is defined as the total cost for all work performed during the "policy period" by you or for you by independent contractors and/or subcontractors at all levels, including:

    **1.**   The cost of all labor, materials, equipment and supplies furnished, used or delivered for use in the execution of such work, whether furnished by the owner, by the contractors, or by subcontractors at any level; and

    **2.**   General conditions, contingency fees, overhead and profit.

"Construction costs" does not include soft costs, including but not limited to the cost of land acquisition, financing (including lender's fees), insurance premiums, attorneys, environmental audits, architectural fees, engineering fees, design costs, permitting costs, consulting costs and other associated fees.

**"Payroll"** or **"Remuneration"** is defined as the sum of salaries, wages, tips, piece of work, commission, bonuses, "overtime," board and meals for work performed.

Overtime is defined as hours worked at increased rates of pay in excess of hours normally worked in a given day or week. If there is a guaranteed wage plan which assures employees a given wage for working a specific number of hours per week, then the "overtime" means only the hours worked in excess of that specific amount. If there are records available showing the wages paid for "overtime" separately, which exceed the amount that would have been paid for the same work during normal hours, then all such excess wages are excluded. If these records show only the total of wages paid, including "overtime" on a time and one-half basis, then one-third of those wages should be excluded. If double time is paid for "overtime" and the total pay for such "overtime" is recorded separately, one-half of the total pay for double time shall be excluded.

Excluded from "payroll" is "remuneration" paid to clerical office employees, including those whose duties are strictly limited to keeping the Insured's books or records, conducting correspondence, or engaged in clerical work in these areas. Anyone who does not work in the area separated physically by walled floors, or partitions from all other work areas of the Insured is not considered. An exception to this is if the "payroll" or clerical office employees are specifically included in a classification wording or footnote of the ISO general liability classification.

**"Subcontracted Costs"** is defined as the total costs of all work, all labor, materials and equipment furnished, used or delivered for use in the execution of work that has been contracted by the Insured to be performed by an independent party.

**"Units"** is defined as the number of persons or items described.

**"Rental Receipts"** is defined as the gross amount charged by the Named Insured, concessionaires of the Named Insured, or by others trading under the Insured's name for rental of equipment.

**"Admissions"** is defined as the total number of persons, other than employees of the Named Insured, admitted to an event or events conducted on the premises, whether on paid admission, tickets, complimentary tickets, or passes.

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective                    Policy No.                    Endorsement No.

Named Insured

                                     Countersigned by _____

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – GLYPHOSATE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE COVERAGE PART**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions,** and **SECTION I – COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, 2. Exclusions,** and **SECTION I – COVERAGES, PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, and SECTION I – COVERAGES BODILY INJURY AND PROPERTY DAMAGE LIABILITY** are amended and the following Exclusion is added:

This insurance does not apply to:

**Glyphosate**

**(1)**   "Bodily injury**,**" "property damage" or "personal and advertising injury" arising out of, in any way related to, or which would not have occurred in whole or in part but for the actual, alleged or threatened application, discharge, ingestion, inhalation, dispersal, seepage, migration, release, escape, spill, leakage, handling, manufacture, installation, use, sale, removal, distribution, remediation, monitoring, testing, investigation, detoxification, consumption, dermal absorption, disposal, storage, or "advertisement" of, or exposure to, any glyphosate, or materials, products or waste containing glyphosate, at any time.

**(2)**   Any loss, cost or expense arising out of any:

   **(a)**   Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of glyphosate, or materials, products or waste containing glyphosate; or

   **(b)**   Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of glyphosate, or materials, products or waste containing glyphosate**.**

**(3)**   Any obligations to share damages with or indemnify another party whom must pay damages because of injury or damage relating to glyphosate, or materials, products or waste containing glyphosate.

**(4)**   Any supervision, instructions, recommendations, warnings or advice given, or which should have been given in connection with paragraphs **(1)**, **(2)**, or **(3)** above.

This exclusion applies whether or not such glyphosate, or materials, products or waste containing glyphosate, have any function in your business, operations, premises, site or location, and whether or not such glyphosate, or materials, products or waste containing glyphosate, are being used as directed or intended.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – CONDOMINIUM, TOWNHOUSE AND OTHER MULTI-FAMILY RESIDENTIAL PROPERTY (OTHER THAN APARTMENTS)

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

**A.**    The following additional exclusion applies under paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY and PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

This insurance does not apply to "bodily injury," "property damage" or "personal and advertising injury" that in any way, in whole or in part, arises out of, or relates to "multi-family residential property."  This exclusion includes, but is not limited to, any such injury or damage arising out of, relating to or resulting from the construction, development, maintenance, repair, renovation, ownership, occupation or use of "multi-family residential property."  This exclusion also applies to improvements to land including but not limited to grading, excavating, utilities, road paving, curbs, and sidewalks prior to, during, and after construction of the "multi-family residential property."  We will have no duty to defend any insured, including any additional insured, against any "suit" involving "multi-family residential property."  This exclusion also applies to any obligation to share damages with, repay, or indemnify someone else who must pay damages because of such "bodily injury," "property damage" or "personal and advertising injury."

**A.**    The following additional definition applies under **SECTION V – DEFINITIONS**:

"Multi-family residential property" means any structure and associated real property where the structure or any portion of the structure is, or is intended to be, used for residential occupancy by multiple families.  "Multi-family residential property" includes, but is not limited to, duplexes, townhouses, condominiums, cooperative apartments, time-shared properties, and the entirety of any mixed use structure where any portion of the structure is, or is intended to be, used for residential occupancy by multiple families.  Any structure or associated real property that becomes or is converted to "multi-family residential property" shall be deemed to be "multi-family residential property" as of the date of its original construction.  "Multi-family residential property" does not include apartments intended to be leased or rented out to others.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

**1.** We have the right to:

   **a.** Make inspections and surveys at any time;

   **b.** Give you reports on the conditions we find; and

   **c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   **a.** Are safe or healthful; or

   **b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

     Copyright, Insurance Services Office, Inc., 1998         ☐

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property threat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

  **(a)** Any "nuclear reactor";

  **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

  **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

  **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007



# Report a Claim

Delivering superior claims service means more than carrying out contractual responsibilities. It means providing the highest level of professionalism and fairness.

Crum & Forster offers four ways for you to report new losses:



**Phone:**          **1-800-690-5520  (24/7)**

A Crum & Forster representative is ready to make immediate contact with you when a loss is an emergency.



**Fax:**          **1-877-622-6218**



**Email:**          **crumandforsternol@cfins.com**

 :

Online: using our secure site CFConnect.cfins.com for policyholders and producers, if you already have an ID and Password issued by the Company. If you do not have an ID and Password, please contact us to request a password via email CF.Webaccess@cfins.com.  To access online claim reports and loss runs, visit our secure site for registered policyholders and producers.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDING/DELETING ENDORSEMENT

Endorsement No.: 1

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART**

The following endorsement(s) are either added to or deleted from

Policy Number: GLO-067512

Named Insured: LN Apartments, LLC

Effective: 12/08/2020

| ADDED | DELETED | FORM NUMBER | ENDORSEMENT TITLE |
|-------|---------|-------------|-------------------|
| X | | CG 20 11 04 13 | Additional Insured - Managers Or Lessors Of Premises |

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

POLICY NUMBER: GLO-067512

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Designation Of Premises (Part Leased To You): |
| --- |
| 19463 Boggy Creek Road<br>Orlando, FL 32832 |

| Name Of Person(s) Or Organization(s) (Additional Insured): |
| --- |
| Grandstaff Commercial Management, Inc.<br>4104 Millenia Blvd, Suite 100, Orlando, FL 32839 |

| Additional Premium: |
| --- |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

**CG 20 11 04 13**

© Insurance Services Office, Inc., 2012

**Page 1 of 2**

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## COVERAGE TERMS/CONDITIONS
## CHANGES – ENDORSEMENT

Endorsement No.: 2

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART**

The following coverage terms/conditions changes are made to:

Policy Number:  GLO-067512

Named Insured:  LN Apartments, LLC

Effective:  09/30/2020

1) CFSIC-GL-2624A(07/2019)- CONSTRUCTION PROJECT ENDORSEMENT – OC/CCIP VERSION 8 is amended as attached.

2)  GU 207 (06/78) - NAMED INSURED EXTENSION - is amended as attached.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

## ENDORSEMENT

This endorsement, effective on     <u>09/30/2020</u>     at 12:01 A.M. standard time, forms a part of
                                                 (DATE)

Policy No.  GLO-067512     of   CRUM & FORSTER SPECIALTY INSURANCE COMPANY

Issued to    LN Apartments, LLC

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE NAMED INSURED SHALL READ AS FOLLOWS:

LN Apartments, LLC dba Futura
Lake Nona Neighborhood Center, LLC

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CONSTRUCTION PROJECT ENDORSEMENT – OCIP/CCIP
## VERSION 8

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The **Project Schedule** referred to throughout this endorsement appears at the end of this endorsement.

**A.**   **SECTION I – COVERAGES** is amended as follows:

  **1.**   Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **1. Insuring Agreement**, paragraph **b.**, subparagraphs **b. (1)** and **b. (2)** are replaced with the following:

   **b.**   This insurance applies to "bodily injury" and "property damage" only if:

    **(1)**   The "bodily injury" or "property damage" is caused by an "occurrence";

    **(2)**   The "bodily injury" or "property damage" occurs during the policy period, or during the Coverage Extension Periods as set forth under Paragraph **F.** of this endorsement; and

  **2.**   Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **1. Insuring Agreement**, paragraph **b.**, the following subparagraph **b. (4)** applies in addition to subparagraphs **b. (1), b. (2)** and **b. (3)**:

   **b.**   This insurance applies to "bodily injury" and "property damage" only if:

    **(4)**   The "bodily injury" or "property damage" occurs at the Project(s) or arises out of construction operations performed at the Project(s) shown and as described in the **Project Schedule** (hereafter referred to as the Project), and pursuant to a contract involving an owner controlled insurance program or a contractor controlled insurance program, whichever is applicable.

  **3.**   Under **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**, **1. Insuring Agreement**, paragraph **b.** is replaced with the following:

   **b.**   This insurance applies to "personal and advertising injury" caused by an offense, but only if the offense:

    **(1)**   Arises out of construction operations performed at the Project(s), and pursuant to a contract involving an owner controlled insurance program or a contractor controlled insurance program, whichever is applicable; and

    **(2)**   Was committed at or in relation to the Project(s); and

    **(3)**   Was committed in the "coverage territory" during the policy period.

**B.**   Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **2. Exclusions** is amended to include the following additional exclusions:

  This insurance does not apply to "property damage" to the Project(s) or any part of the Project(s) that occurs during the course of construction. The Project(s) or any part of the Project(s) will be deemed to be within the course of construction until the Project(s) is "completed."

**C.**   Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **2. Exclusions**:

  **1.**   Subparagraphs **(1), (2), (5)** and **(6)** of Exclusion **j. Damage To Property**, and any references thereto, are deleted.

  **2.**   Exclusion **k. Damage To Your Product** and Exclusion **l. Damage To Your Work** are deleted.

**D.**   **COVERAGE C MEDICAL PAYMENTS** does not apply under this policy and is deleted in its entirety.

**E.**   The Declarations is amended to include the following as Named Insureds:

  Any contractor "enrolled" in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable), provided such contractor is "enrolled":

1. Prior to the actual or alleged existence of any "bodily injury," "property damage" or "personal and advertising injury" caused by an "occurrence" or an offense insured under this policy for which such contractor may be held liable;

2. Prior to any claim or "suit" being brought against such contractor insured under this policy; and

3. During the policy period, but before the Project(s) is "completed."

However, the following persons or organizations are not included as Named Insureds unless the name of the person or organization is specifically listed by endorsement in this policy:

a. Any contractor or subcontractor that is specifically excluded from participation in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable) by contract or other agreement;

b. Manufacturers, dealers, vendors or suppliers of materials;

c. Any contractor or subcontractor engaged in blasting, hauling, delivery, or environmental work including evaluation, mitigation, hazardous waste removal, and cleanup work,;  or

d. Any professionals, including but not limited to, architects, engineers, geologists, soils professionals including soil engineers or surveyors.

**F.    Coverage Extension Period**

1. This insurance for the Project(s) is extended for an additional period of time with respect to liability for "bodily injury" or "property damage" included within the "products-completed operations hazard." This Coverage Extension Period will commence at the earlier of:

   a. the date that "your work" is "completed"; or

   b. the end of the policy period shown in the Declarations.

2. This insurance for the Project(s) is extended for an additional period of time for "bodily injury" or "property damage" not included in the "products-completed operations hazard" arising out of "repair work" performed after the Project(s) is "completed," provided such "repair work" was performed:

   a. By a licensed contractor(s) "enrolled" during the policy period; and

   b. Pursuant to a statute or express warranty pertaining to such "repair work."

   This Coverage Extension Period will commence at the earlier of:

   (1)    the date that "your work" is "completed"; or

   (2)    the end of the policy period shown in the Declarations.

   Any damages we pay for "bodily injury" or "property damage" arising out of such "repair work" will reduce and be subject to the Products-Completed Operations Aggregate Limit rather than the General Aggregate Limit.

3. The Coverage Extension Periods set forth under subparagraphs **F. 1.** and **F. 2.** above will be equal to the time period imposed under the statute of repose or statute of limitations, whichever is applicable, for any claim or "suit" for such "bodily injury" or "property damage" as provided by the controlling law of the jurisdiction where the Project(s) is located.

4. The Limits Of Insurance set forth in the Declarations continue to apply and are not separate or different from, increased with respect to, or reinstated for the Coverage Extension Periods referred to in subparagraphs **F. 1.** and **F. 2.** above.

5. The Coverage Extension Periods set forth under subparagraphs **F. 1.** and **F. 2.** above will not apply if the Project(s) is not "completed" prior to the end of the policy period shown on the Declarations.

6. If this policy is cancelled for any reason prior to the end of the policy period shown in the Declarations, then the Coverage Extension Periods set forth in subparagraph **F. 1.** and **F. 2.** above will not apply.

7. We may cancel the insurance provided by the Coverage Extension Periods described in subparagraphs **F. 1.** and **F. 2.** above after the end of the policy period shown in the Declarations by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation for:

   a. Nonpayment of premium, including failure to pay additional premium due to us as determined by a premium audit, or failure to comply with policy conditions, including examination of your books and records;

    **b.**    Failure to reimburse us for deductible payments when billed and due;

    **c.**    Material misrepresentation by you; or

    **d.**    Failure to comply with loss control recommendations.

**G.**    Under **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**, **4. Other Insurance**:

    **1.**    Paragraph **a. Primary Insurance** is replaced with the following:

        **a.**    **Primary Insurance**

        This insurance is primary except when Paragraph **b.** below applies. We will not seek contribution from any other insurance available to a Named Insured. With respect to other insureds, and subject to the **Primary And Noncontributory Insurance** provision below, if this insurance is primary our obligations are not affected unless any of the other insurance is also primary. Then we will share with that other insurance by the method described in **c.** below.

    **2.**    Subparagraph **(b)** of paragraph **b. Excess Insurance** is deleted.

    **3.**    The following provision is added:

    This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

        **a.**    The additional insured is a Named Insured under such other insurance; and

        **b.**    You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

**H.**    The following definitions are added to **SECTION V – DEFINITIONS**:

    **1.**    Paragraph **a.** of definition **16.** "Products-completed operations hazard" is deleted and replaced with the following:

        **16.**    "Products-completed operations hazard":

            **a.**    Includes all "bodily injury" and "property damage" arising out of "your product" or "your work" except:

                **(1)**    Products that are still in your physical possession; or

                **(2)**    Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

                    **(a)**    Completion and acceptance of the entire Project(s) by all parties designated in its construction agreement;

                    **(b)**    When all of the work to be done at a location shown in the **Project Schedule** has been completed if the Project(s) calls for work at more than one location;

                    **(c)**    When that part of the work done at the Project(s) has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same Project(s).

            Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **2.**    The following definitions are added:

        **a.**    "Completed" means deemed completed as set forth under subparagraph **a. (2)** of Definition **16.** "products-completed operations hazard" (in paragraph **H. 1.** above).

        **b.**    "Enrolled" means:

            **(1)**    Authorized to participate in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable), as evidenced by an enrollment certificate or other written documentation; or

            **(2)**    Performed or performing work pursuant to a signed written contract or signed written agreement for construction operations at the Project(s), if such contract or agreement specifies, enrollment in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable).

However, **b. (2)** above does not apply to any contractor that is specifically excluded from participation in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable) by contract or other agreement.

**c.**    "Repair work" means work performed subsequent to the Project(s) being "completed" for the purpose of repairing, replacing or restoring a part or parts of the Project(s).

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

| Project Schedule | |
|---|---|
| **Project Name:** | Nona Cove |
| **Project Location:** | Apartments Lot 1: 32-24-31-5148-01-000 19465 Boggy Creek Rd - leasing office/apartments 19467 Boggy Creek Rd - trash compactor/dumpster pad 19463 Boggy Creek Rd - illuminated monument sign; Storage / Retail  Lot 3: 32-24-31-5148-03-000 14800 Narcoossee Rd - retail units 14804 Narcoossee Rd - transformer 14808 Narcoossee Rd - transformer 14812 Narcoossee Rd - storage building;  Retail  Lot 4 32-24-31-5148-04-000 Lot 5    32-24-31-5148-05-000 Lot 2    32-24-31-5148-02-000, Orlando, FL 32832 |
| **Project Description:** | Phase I – Apartments + Parking - Apartments 5 story wood frame – 260 units with 6 story parking garage(GC: Mark Portrait Construction); Phase II – Commercial/Retail Space - 28,000 square feet of commercial/retail space (GC: Mark Construction); Phase III – Self Storage Facility - 122,000 Square feet, four story, climate controlled building (GC: JH Williams). All construction operations taking place within 1,000 feet of the project location that are directly related to the designated project, including staging areas within 1,000 feet. |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## NAMED INSURED/ADDRESSES/ADDITIONAL INSURED
## CHANGES – ENDORSEMENT

Endorsement No.: 3

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**LIQUOR LIABILITY COVERAGE PART**

The following named insured/addresses/additional insured changes are made to:

Policy Number: GLO-067512

Named Insured: LN Apartments, LLC

Effective: 07/26/2021

GU 207 (06/78) - NAMED INSURED EXTENSION - is amended as attached.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

# ENDORSEMENT

This endorsement, effective on ⎯⎯07/26/2021⎯⎯ at 12:01 A.M. standard time, forms a part of
(DATE)

Policy No.  GLO-067512     of    CRUM & FORSTER SPECIALTY INSURANCE COMPANY


Issued to    LN Apartments, LLC

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE NAMED INSURED SHALL READ AS FOLLOWS:


LN Apartments, LLC dba Futura
Lake Nona Neighborhood Center, LLC
LN Storage, LLC
LN Retail, LLC

GU 207 (Ed. 6-78)                                                                              Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## COVERAGE TERMS/CONDITIONS
## CHANGES – ENDORSEMENT

Endorsement No.: 4

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART**

The following coverage terms/conditions changes are made to:

Policy Number:  GLO-067512

Named Insured:  LN Apartments, LLC

Effective:  01/21/2022

CFSIC-GL-2624A(07/2019)- CONSTRUCTION PROJECT ENDORSEMENT – OC/CCIP VERSION 8 is amended as attached.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONSTRUCTION PROJECT ENDORSEMENT – OCIP/CCIP VERSION 8

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The **Project Schedule** referred to throughout this endorsement appears at the end of this endorsement.

**A.**   **SECTION I – COVERAGES** is amended as follows:

    **1.**   Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **1. Insuring Agreement**, paragraph **b.**, subparagraphs **b. (1)** and **b. (2)** are replaced with the following:

        **b.**   This insurance applies to "bodily injury" and "property damage" only if:

            **(1)**   The "bodily injury" or "property damage" is caused by an "occurrence";

            **(2)**   The "bodily injury" or "property damage" occurs during the policy period, or during the Coverage Extension Periods as set forth under Paragraph **F.** of this endorsement; and

    **2.**   Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **1. Insuring Agreement**, paragraph **b.**, the following subparagraph **b. (4)** applies in addition to subparagraphs **b. (1)**, **b. (2)** and **b. (3)**:

        **b.**   This insurance applies to "bodily injury" and "property damage" only if:

            **(4)**   The "bodily injury" or "property damage" occurs at the Project(s) or arises out of construction operations performed at the Project(s) shown and as described in the **Project Schedule** (hereafter referred to as the Project), and pursuant to a contract involving an owner controlled insurance program or a contractor controlled insurance program, whichever is applicable.

    **3.**   Under **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**, **1. Insuring Agreement**, paragraph **b.** is replaced with the following:

        **b.**   This insurance applies to "personal and advertising injury" caused by an offense, but only if the offense:

            **(1)**   Arises out of construction operations performed at the Project(s), and pursuant to a contract involving an owner controlled insurance program or a contractor controlled insurance program, whichever is applicable; and

            **(2)**   Was committed at or in relation to the Project(s); and

            **(3)**   Was committed in the "coverage territory" during the policy period.

**B.**   Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **2. Exclusions** is amended to include the following additional exclusions:

This insurance does not apply to "property damage" to the Project(s) or any part of the Project(s) that occurs during the course of construction. The Project(s) or any part of the Project(s) will be deemed to be within the course of construction until the Project(s) is "completed."

**C.**   Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **2. Exclusions**:

    **1.**   Subparagraphs **(1)**, **(2)**, **(5)** and **(6)** of Exclusion **j. Damage To Property**, and any references thereto, are deleted.

    **2.**   Exclusion **k. Damage To Your Product** and Exclusion **l. Damage To Your Work** are deleted.

**D.**   **COVERAGE C MEDICAL PAYMENTS** does not apply under this policy and is deleted in its entirety.

**E.**   The Declarations is amended to include the following as Named Insureds:

Any contractor "enrolled" in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable), provided such contractor is "enrolled":

1.  Prior to the actual or alleged existence of any "bodily injury," "property damage" or "personal and advertising injury" caused by an "occurrence" or an offense insured under this policy for which such contractor may be held liable;

2.  Prior to any claim or "suit" being brought against such contractor insured under this policy; and

3.  During the policy period, but before the Project(s) is "completed."

However, the following persons or organizations are not included as Named Insureds unless the name of the person or organization is specifically listed by endorsement in this policy:

a.  Any contractor or subcontractor that is specifically excluded from participation in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable) by contract or other agreement;

b.  Manufacturers, dealers, vendors or suppliers of materials;

c.  Any contractor or subcontractor engaged in blasting, hauling, delivery, or environmental work including evaluation, mitigation, hazardous waste removal, and cleanup work,; or

d.  Any professionals, including but not limited to, architects, engineers, geologists, soils professionals including soil engineers or surveyors.

**F.  Coverage Extension Period**

1.  This insurance for the Project(s) is extended for an additional period of time with respect to liability for "bodily injury" or "property damage" included within the "products-completed operations hazard." This Coverage Extension Period will commence at the earlier of:

    a.  the date that "your work" is "completed"; or

    b.  the end of the policy period shown in the Declarations.

2.  This insurance for the Project(s) is extended for an additional period of time for "bodily injury" or "property damage" not included in the "products-completed operations hazard" arising out of "repair work" performed after the Project(s) is "completed," provided such "repair work" was performed:

    a.  By a licensed contractor(s) "enrolled" during the policy period; and

    b.  Pursuant to a statute or express warranty pertaining to such "repair work."

    This Coverage Extension Period will commence at the earlier of:

    (1)  the date that "your work" is "completed"; or

    (2)  the end of the policy period shown in the Declarations.

    Any damages we pay for "bodily injury" or "property damage" arising out of such "repair work" will reduce and be subject to the Products-Completed Operations Aggregate Limit rather than the General Aggregate Limit.

3.  The Coverage Extension Periods set forth under subparagraphs **F. 1.** and **F. 2.** above will be equal to the time period imposed under the statute of repose or statute of limitations, whichever is applicable, for any claim or "suit" for such "bodily injury" or "property damage" as provided by the controlling law of the jurisdiction where the Project(s) is located.

4.  The Limits Of Insurance set forth in the Declarations continue to apply and are not separate or different from, increased with respect to, or reinstated for the Coverage Extension Periods referred to in subparagraphs **F. 1.** and **F. 2.** above.

5.  The Coverage Extension Periods set forth under subparagraphs **F. 1.** and **F. 2.** above will not apply if the Project(s) is not "completed" prior to the end of the policy period shown on the Declarations.

6.  If this policy is cancelled for any reason prior to the end of the policy period shown in the Declarations, then the Coverage Extension Periods set forth in subparagraph **F. 1.** and **F. 2.** above will not apply.

7.  We may cancel the insurance provided by the Coverage Extension Periods described in subparagraphs **F. 1.** and **F. 2.** above after the end of the policy period shown in the Declarations by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation for:

    a.  Nonpayment of premium, including failure to pay additional premium due to us as determined by a premium audit, or failure to comply with policy conditions, including examination of your books and records;

    **b.**    Failure to reimburse us for deductible payments when billed and due;

    **c.**    Material misrepresentation by you; or

    **d.**    Failure to comply with loss control recommendations.

**G.**    Under **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**, **4. Other Insurance**:

    **1.**    Paragraph **a. Primary Insurance** is replaced with the following:

        **a.**    **Primary Insurance**

        This insurance is primary except when Paragraph **b.** below applies. We will not seek contribution from any other insurance available to a Named Insured. With respect to other insureds, and subject to the **Primary And Noncontributory Insurance** provision below, if this insurance is primary our obligations are not affected unless any of the other insurance is also primary. Then we will share with that other insurance by the method described in **c.** below.

    **2.**    Subparagraph **(b)** of paragraph **b. Excess Insurance** is deleted.

    **3.**    The following provision is added:

        This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

        **a.**    The additional insured is a Named Insured under such other insurance; and

        **b.**    You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

**H.**    The following definitions are added to **SECTION V – DEFINITIONS**:

    **1.**    Paragraph **a.** of definition **16.** "Products-completed operations hazard" is deleted and replaced with the following:

        **16.**    "Products-completed operations hazard":

        **a.**    Includes all "bodily injury" and "property damage" arising out of "your product" or "your work" except:

            **(1)**    Products that are still in your physical possession; or

            **(2)**    Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

                **(a)**    Completion and acceptance of the entire Project(s) by all parties designated in its construction agreement;

                **(b)**    When all of the work to be done at a location shown in the **Project Schedule** has been completed if the Project(s) calls for work at more than one location;

                **(c)**    When that part of the work done at the Project(s) has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same Project(s).

            Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **2.**    The following definitions are added:

        **a.**    "Completed" means deemed completed as set forth under subparagraph **a. (2)** of Definition **16.** "products-completed operations hazard" (in paragraph **H. 1.** above).

        **b.**    "Enrolled" means:

            **(1)**    Authorized to participate in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable), as evidenced by an enrollment certificate or other written documentation; or

            **(2)**    Performed or performing work pursuant to a signed written contract or signed written agreement for construction operations at the Project(s), if such contract or agreement specifies, enrollment in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable).

However, **b. (2)** above does not apply to any contractor that is specifically excluded from participation in the owner controlled insurance program or contractor controlled insurance program (whichever is applicable) by contract or other agreement.

**c.**     "Repair work" means work performed subsequent to the Project(s) being "completed" for the purpose of repairing, replacing or restoring a part or parts of the Project(s).

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

| Project Schedule |
| --- |

| | |
| --- | --- |
| **Project Name:** | Nona Cove |
| **Project Location:** | Apartments Lot 1: 32-24-31-5148-01-000 19465 Boggy Creek Rd - leasing office/apartments 19467 Boggy Creek Rd - trash compactor/dumpster pad 19463 Boggy Creek Rd - illuminated monument sign; Storage / Retail  Lot 3: 32-24-31-5148-03-000 14800 Narcoossee Rd - retail units 14804 Narcoossee Rd - transformer 14808 Narcoossee Rd - transformer 14812 Narcoossee Rd - storage building;  Retail  Lot 4 32-24-31-5148-04-000 Lot 5      32-24-31-5148-05-000 Lot 2      32-24-31-5148-02-000, Orlando, FL 32832 |
| **Project Description:** | Phase I – Apartments + Parking - Apartments 5 story wood frame – 260 units with 6 story parking garage(GC: Mark Portrait Construction); Phase II – Commercial/Retail Space - 28,000 square feet of commercial/retail space (GC: Mark Construction); Phase III – Self Storage Facility - 122,000 Square feet, four story, climate controlled building (GC: Park & Eleazer). All construction operations taking place within 1,000 feet of the project location that are directly related to the designated project, including staging areas within 1,000 feet. |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDING/DELETING ENDORSEMENT

Endorsement No.: 5

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**LIQUOR LIABILITY COVERAGE PART**

The following endorsement(s) are either added to or deleted from

Policy Number: GLO-067512

Named Insured: LN Apartments, LLC

Effective: 02/10/2022

| ADDED | DELETED | FORM NUMBER | ENDORSEMENT TITLE |
|-------|---------|-------------|-------------------|
| X | | CG 20 18 04 13 | Additional Insured - Mortgagee, Assignee Or Receiver |

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

POLICY NUMBER: GLO-067512

**COMMERCIAL GENERAL LIABILITY**
**CG 20 18 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED –
# MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| ACRES Loan Origination, LLC as Administrative Agent, for the benefit of each of the Lenders under and pursuant to the Loan Agreement dated 2/10/2022 among LN STORAGE, LLC, each of the Lenders Party Thereto and ACRES Loan Origination, LLC, as Administrative Agent, ISAOA, ATIMA<br><br>865 Merrick Avenue, Suite 200S , Westbury, NY 11590 | Premises covered under this policy when required by written contract signed prior to the "bodily injury", "property damage" or "personal and advertising injury |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDING/DELETING ENDORSEMENT

Endorsement No.: 6

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART**

The following endorsement(s) are either added to or deleted from

Policy Number: GLO-067512

Named Insured: LN Apartments, LLC

Effective: 01/21/2022

| ADDED | DELETED | FORM NUMBER | ENDORSEMENT TITLE |
|-------|---------|-------------|-------------------|
| X |   | CFSIC GL 2229 (03/19) | Exterior Insulation And Finish Systems Coverage Limitation |
|   | X | CG 21 86 12 04 | Exclusion - Exterior Insulation And Finish Systems |

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXTERIOR INSULATION AND FINISH SYSTEMS COVERAGE LIMITATION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS COVERAGE PART**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** are amended and the following is added:

**EXTERIOR INSULATION AND FINISH SYSTEMS EXCLUSION**

This insurance does not apply to "bodily injury" or "property damage" arising out of, caused by, or attributable to, whether in whole or in part, the following:

1. The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish systems" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

2. "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish systems," or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

However, this exclusion does not apply if the "exterior insulation and finish system" is applied over a commercial grade steel or cement exterior wall structure.

The following definition is added to **SECTION V – DEFINITIONS**:

"**Exterior insulation and finish systems**" means a non-load bearing exterior cladding or finish systems, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COVERAGE TERMS/CONDITIONS
# CHANGES – ENDORSEMENT

Endorsement No.: 7

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**LIQUOR LIABILITY COVERAGE PART**

In consideration of a ▇▇▇▇▇ flat, fully earned additional premium, the following coverage terms/conditions changes are made to:

Policy Number:  GLO-067512

Named Insured:  LN Apartments, LLC

Effective:  09/14/2022

CFSIC-GL-DS-0001 (03/19) – COMMERCIAL GENERAL LIABILITY POLICY DECLARATIONS is amended to read:

ITEM 3.  POLICY PERIOD:  From: 09/30/2020   To:  05/31/2023

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## COVERAGE TERMS/CONDITIONS
## CHANGES – ENDORSEMENT

Endorsement No.: 8

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**LIQUOR LIABILITY COVERAGE PART**

In consideration of a ▮▮▮▮ flat, fully earned additional premium, the following coverage terms/conditions changes are made to:

Policy Number:  GLO-067512

Named Insured:  LN Apartments, LLC

Effective:  05/26/2023

CFSIC-GL-DS-0001 (03/19) – COMMERCIAL GENERAL LIABILITY POLICY DECLARATIONS is amended to read:

ITEM 3.  POLICY PERIOD:  From: 09/30/2020   To:  08/31/2023

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## COVERAGE TERMS/CONDITIONS
## CHANGES – ENDORSEMENT

Endorsement No.: 9

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART**

In consideration of a ███████ flat, fully earned additional premium, the following coverage terms/conditions changes are made to:

Policy Number:  GLO-067512

Named Insured:  LN Apartments, LLC

Effective:  08/30/2023

CFSIC-GL-DS-0001 (03/19) – COMMERCIAL GENERAL LIABILITY POLICY DECLARATIONS is amended to read:

ITEM 3.  POLICY PERIOD:  From: 09/30/2020   To:  11/30/2023

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## COVERAGE TERMS/CONDITIONS
## CHANGES – ENDORSEMENT

Endorsement No.: 10

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART**

In consideration of a ▮▮▮▮▮ flat, fully earned additional premium, the following coverage terms/conditions changes are made to:

Policy Number:  GLO-067512

Named Insured:  LN Apartments, LLC

Effective:  11/29/2023

CFSIC-GL-DS-0001 (03/19) – COMMERCIAL GENERAL LIABILITY POLICY DECLARATIONS is amended to read:

ITEM 3.  POLICY PERIOD:  From: 09/30/2020   To:  08/31/2024

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**