# EXHIBIT E

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COVERAGE TERMS/CONDITIONS
# CHANGES – ENDORSEMENT

Endorsement No. 4

This endorsement modifies insurance provided under the following:

**EXCESS LIABILITY COVERAGE FORM**
**COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM**
**RETAINED AMOUNT LIABILITY COVERAGE FORM**

In consideration of a ▮▮▮▮▮ flat, fully earned additional premium, the following coverage terms/conditions changes are made to:

Policy Number: SEO-110003

Named Insured: LN Apartments, LLC dba Futura

Effective: 11/29/2023

1) FM 101.0.303 08 18 EXCESS LIABILITY INSURANCE POLICY DECLARATIONS is amended to read:

ITEM 2: POLICY PERIOD   From: 09/30/2020  To: 08/31/2024

2) Schedule CFSIC-UL – SCHEDULE OF UNDERLYING INSURANCE is amended as attached.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

# SCHEDULE OF UNDERLYING INSURANCE

This Schedule forms a part of your Policy No. SEO-110003
Coverage only applies in excess of those policies and limits scheduled below:

---

| 1. Commercial General Liability | Primary |
| | Controlling Underlying Insurance |

Insurance Company: Crum & Forster Specialty Insurance Co
Policy Number:     GLO-067512
Policy Period:     09/30/2020 to 08/31/2024
Coverage:          Occurrence
Defense Costs:     Outside Limits

| | |
|---|---|
| Each Occurrence Limit: | $2,000,000 |
| General Aggregate Limit (Other Than Products/Completed Operations): | $2,000,000 |
| Products/Completed Operations Aggregate Limit: | $2,000,000 |
| Personal And Advertising Injury Limit: | $1,000,000 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COVERAGE TERMS/CONDITIONS
# CHANGES – ENDORSEMENT

Endorsement No. 3

This endorsement modifies insurance provided under the following:

**EXCESS LIABILITY COVERAGE FORM**
**COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM**
**RETAINED AMOUNT LIABILITY COVERAGE FORM**

In consideration of a ▮▮▮▮▮▮ additional premium, the following coverage terms/conditions changes are made to:

Policy Number: SEO-110003

Named Insured: LN Apartments, LLC dba Futura

Effective: 08/23/2023

1) FM 101.0.303 08 18 EXCESS LIABILITY INSURANCE POLICY DECLARATIONS is amended to read:

ITEM 2: POLICY PERIOD  From: 09/30/2020  To: 11/30/2023

2) Schedule CFSIC-UL – SCHEDULE OF UNDERLYING INSURANCE is amended as attached.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

# SCHEDULE OF UNDERLYING INSURANCE

This Schedule forms a part of your Policy No. SEO-110003
Coverage only applies in excess of those policies and limits scheduled below:

---

1. Commercial General Liability

Primary
Controlling Underlying Insurance

Insurance Company:   Crum & Forster Specialty Insurance Co
Policy Number:       GLO-067512
Policy Period:       09/30/2020 to 11/30/2023
Coverage:            Occurrence
Defense Costs:       Outside Limits

| | |
|---|---|
| Each Occurrence Limit: | $2,000,000 |
| General Aggregate Limit (Other Than Products/Completed Operations): | $2,000,000 |
| Products/Completed Operations Aggregate Limit: | $2,000,000 |
| Personal And Advertising Injury Limit: | $1,000,000 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## COVERAGE TERMS/CONDITIONS
## CHANGES – ENDORSEMENT

Endorsement No. 2

This endorsement modifies insurance provided under the following:

**EXCESS LIABILITY COVERAGE FORM**
**COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM**
**RETAINED AMOUNT LIABILITY COVERAGE FORM**

In consideration of a ████████ flat, fully earned additional premium, the following coverage terms/conditions changes are made to:

Policy Number: SEO-110003

Named Insured: LN Apartments, LLC dba Futura

Effective: 05/26/2023

1) FM 101.0.303 08 18 EXCESS LIABILITY INSURANCE POLICY DECLARATIONS is amended to read:

ITEM 2: POLICY PERIOD  From: 09/30/2020 To: 08/31/2023

2) Schedule CFSIC-UL – SCHEDULE OF UNDERLYING INSURANCE is amended as attached.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

# SCHEDULE OF UNDERLYING INSURANCE

This Schedule forms a part of your Policy No. SEO-110003
Coverage only applies in excess of those policies and limits scheduled below:

---

1. Commercial General Liability

Primary
Controlling Underlying Insurance

| | |
|---|---|
| Insurance Company: | Crum & Forster Specialty Insurance Co |
| Policy Number: | GLO-067512 |
| Policy Period: | 09/30/2020 to 08/31/2023 |
| Coverage: | Occurrence |
| Defense Costs: | Outside Limits |

| | |
|---|---|
| Each Occurrence Limit: | $2,000,000 |
| General Aggregate Limit (Other Than Products/Completed Operations): | $2,000,000 |
| Products/Completed Operations Aggregate Limit: | $2,000,000 |
| Personal And Advertising Injury Limit: | $1,000,000 |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## COVERAGE TERMS/CONDITIONS
## CHANGES – ENDORSEMENT

Endorsement No. 1

This endorsement modifies insurance provided under the following:

**EXCESS LIABILITY COVERAGE FORM
COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM
RETAINED AMOUNT LIABILITY COVERAGE FORM**

In consideration of a ▮▮▮▮▮ flat, fully earned additional premium, the following coverage terms/conditions changes are made to:

Policy Number: SEO-110003

Named Insured: LN Apartments, LLC dba Futura

Effective: 09/30/2022

1) FM 101.0.303 08 18 EXCESS LIABILITY INSURANCE POLICY DECLARATIONS is amended to read:

ITEM 2: POLICY PERIOD  From: 09/30/2020  To: 05/31/2023

2) Schedule CFSIC-UL – SCHEDULE OF UNDERLYING INSURANCE is amended as attached.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

# SCHEDULE OF UNDERLYING INSURANCE

This Schedule forms a part of your Policy No. SEO-110003
Coverage only applies in excess of those policies and limits scheduled below:

---

1. Commercial General Liability

Primary
Controlling Underlying Insurance

| | |
|---|---|
| Insurance Company: | Crum & Forster Specialty Insurance Co |
| Policy Number: | GLO-067512 |
| Policy Period: | 09/30/2020 to 05/31/2023 |
| Coverage: | Occurrence |
| Defense Costs: | Outside Limits |

| | |
|---|---|
| Each Occurrence Limit: | $2,000,000 |
| General Aggregate Limit (Other Than Products/Completed Operations): | $2,000,000 |
| Products/Completed Operations Aggregate Limit: | $2,000,000 |
| Personal And Advertising Injury Limit: | $1,000,000 |



305 Madison Avenue
Morristown, NJ 07960

11/10/2020

**Re:** LN Apartments, LLC dba Futura
SEO-110003

# THANK YOU FOR THE ORDER.

## PLEASE REVIEW THIS POLICY CAREFULLY.

## THE COVERAGES AND TERMS OF THE POLICY MAY DIFFER FROM THOSE REQUESTED IN YOUR APPLICATION AND/OR YOUR EXPIRING POLICY.

## PLEASE ADVISE US IMMEDIATELY IN WRITING IF YOU REQUIRE ANY CHANGES TO YOUR POLICY.


**CRUM & FORSTER®**
A FAIRFAX COMPANY
EST. 1822

## EXCESS LIABILITY INSURANCE POLICY

## DECLARATIONS

**POLICY NUMBER**: SEO-110003

| | | |
|---|---|---|
| Date Issued: 11/10/2020 | | Renewal Or Replacement Of: New |
| Item 1. | **Named Insured And Address:** LN Apartments, LLC dba Futura 2901 Clint Moore Road, #408 Boca Raton, FL 33496 | |
| Item 2. | **Policy Period:** Policy Effective From: 09/30/2020 To: 09/30/2022 at 12:01 a.m. Standard Time at the Named Insured's address as stated above | |
| Item 3. | **Company Name:** Crum & Forster Specialty Insurance Company | **Broker:** R-T SPECIALTY, LLC 3900 W Alameda Ave, 20th Fl Burbank, California 91505 |
| Item 4. | **Limits Of Insurance:** Each Occurrence Limit: $5,000,000 General Aggregate Limit: $5,000,000 Products-Completed Operations Aggregate Limit: $5,000,000 | |
| Item 5. | **Endorsements Attached To This Policy:** See Schedule Of Forms And Endorsements. | |
| Item 6. | **Deposit Premium:** ▮▮▮▮ | ▮▮▮▮ |

**THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER. SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

THESE DECLARATIONS, SCHEDULE OF FORMS AND ENDORSEMENTS, FORMS, AND ENDORSEMENTS, IF ANY, ARE ISSUED AS PART OF, AND IN THE COMPLETION OF, THE ABOVE-NUMBERED POLICY.

# SCHEDULE OF UNDERLYING INSURANCE

This Schedule forms a part of your Policy No. SEO-110003
Coverage only applies in excess of those policies and limits scheduled below:

---

| 1. Commercial General Liability | Primary |
| | Controlling Underlying Insurance |

Insurance Company:   Crum & Forster Specialty Insurance Co
Policy Number:       GLO-067512
Effective From:      09/30/2020 to 09/30/2022
Coverage:            Occurrence
Defense Costs:       Outside Limits

| | |
|---|---:|
| Each Occurrence Limit: | $2,000,000 |
| General Aggregate Limit (Other Than Prod/Completed Ops): | $2,000,000 |
| Products/Completed Operations Aggregate Limit: | $2,000,000 |
| Personal And Advertising Injury Limit: | $1,000,000 |

Insured:          LN Apartments, LLC dba Futura
Policy Number:    SEO-110003

# SCHEDULE OF FORMS AND ENDORSEMENTS
## (other than applicable forms shown elsewhere in the policy)

Forms and Endorsements applying to and made part of this policy at the time of issuance:

| | |
|---|---|
| Schedule CFSIC UL | Schedule Of Underlying Form |
| CFSIC SP 001 05 18 | Crum & Forster Specialty Insurance Company Signature Page |
| CFSIC OFAC (12/12) | U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholders |
| CFSIC EX 101 0 302 08 18 | Excess Liability Coverage Form |
| SOP CF (07/16) | Service Of Process Clause |
| CFSIC EX 2357 03 15 | Amendment To Pollution Exclusion |
| CFSIC EX 2476 09 13 | Knowledge Of Occurrence |
| CFSIC EX 2600 04 15 | Exclusion Of Certified Acts Of Terrorism And Exclusion Of Other Acts Of Terrorism Committed Outside The United States |
| CFSIC EX 2706 01 20 | Amendment - Follow Form Coverage Extension Period And Follow Form Aggregate Limits Of Insurance |
| CFSIC EX 2750 11 17 | Premium Computation And Minimum Premium Endorsement (Excess Follow Form Exposure Base) |
| CFSIC EX 2849 06 19 | Amendment – Follow Form Other Insurance Clause |
| CFSIC - Claim (08/18) | Claim Notification |

**Crum & Forster Specialty Insurance Company**
**A Delaware Corporation**
**Home Office: Wilmington, DE**

(A Capital Stock Company)

SIGNATURE

Marc J. Adee
Chairman and CEO

SIGNATURE

James Kraus
Secretary

CFSIC SP 001 05 18

# U.S. TREASURY DEPARTMENT'S
# OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency." OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons." This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

CFSIC OFAC 12 12



## EXCESS LIABILITY COVERAGE FORM

Various provisions in this Policy restrict coverage. Read the entire Policy carefully to determine rights, duties and what is and is not covered.

Throughout this Policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this Policy. The words "we", "us" and "our" refer to the company providing this insurance.  The word "insured" means any person or organization qualifying as such under the "controlling underlying insurance".

Other words and phrases that appear in quotation marks in this Policy have special meaning. Refer to **SECTION IV – DEFINITIONS.**  Other words and phrases that are not defined under this Policy but defined in the "controlling underlying insurance" will have the meaning described in the policy of "controlling underlying insurance".

### SECTION I – COVERAGES

1.  **Insuring Agreement**

    a.  We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "injury or damage" to which this insurance applies.

       We will have the right and duty to defend the insured against any "suit" seeking damages for such "injury or damage" when the "retained limit" has been paid in full.  When we have no duty to defend, we will have the right to defend, or to associate in the defense of, the insured against any "suit" seeking damages for "injury or damage".

       However, we will have no duty to defend the insured against any "suit" seeking damages for which insurance under this Policy does not apply.

       At our discretion, we may investigate any "event" that may involve this insurance and settle any resultant claim or "suit".

       But:

       (1)  The amount we will pay for "ultimate net loss" is limited as described in **SECTION II – LIMITS OF INSURANCE**; and

       (2)  Our right and duty to defend ends when we have paid the applicable limit of insurance in the payment of judgments or settlements under this Policy. However, if the policy of "controlling underlying insurance" specifies that limits are reduced by defense expenses, our right and duty to defend ends when we have paid the applicable limit of insurance in the payment of defense expenses, judgments, or settlements under this Policy.

    b.  The insurance under this Policy will follow the same provisions, exclusions, conditions and limitations that are contained in the applicable "controlling underlying insurance", unless otherwise directed by this Policy. To the extent such provisions differ or conflict, the provisions of this Policy will apply. However, the coverage under this Policy will not be broader than that provided by any "underlying insurance".

       If any applicable "underlying insurance" does not pay for "ultimate net loss" for any reason other than the exhaustion of its applicable limit of insurance by payment of claims or "suits", then this Policy will not cover such "ultimate net loss".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

c. There may be more than one "controlling underlying insurance" listed in the Schedule of Underlying Insurance, and there may be terms and provisions in those respective policies that are in conflict and which are not superseded by the provisions of this Policy. In such a case, the provisions, exclusions and limitations of the "controlling underlying insurance" applicable to the particular "event" for which a claim is made or "suit" is brought will apply.

d. If any other limit, such as a sublimit, is specified in the "underlying insurance", this insurance does not apply to "injury or damage" arising out of that exposure unless that limit is specified in the Schedule of Underlying Insurance.

e. Any person or entity qualifying as an additional insured under the "controlling underlying insurance" will be an additional insured under this Policy. If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the minimum amount of insurance required by the contract or agreement less any amounts payable by "underlying insurance" and all other insurance available to the additional insured. Under no circumstances will we pay on behalf of the additional insured an amount exceeding the available Limit of Insurance applicable under this Policy.

Additional insured coverage, as provided by this Policy, will not be broader than coverage provided by any "underlying insurance".

2. **Exclusions**

Insurance provided under this Policy does not apply to:

a. **Asbestos**

"Injury or damage", loss, cost or expense directly or indirectly caused by, resulting from, in consequence of, or in any way involving asbestos or any materials containing asbestos in whatever form or quantity.

This exclusion applies regardless of any other contributing or aggravating cause or "event" that contributes concurrently or in any sequence to the "injury or damage", loss, cost or expense.

b. **Auto**

"Injury or damage", loss, cost or expense payable under or resulting from any of the following auto coverages:

(1) First-party physical damage coverage;
(2) No-fault coverage;
(3) Personal injury protection or auto medical payments coverage; or
(4) Uninsured or underinsured motorists' coverage.

c. **Pollution**

(1) "Injury or damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release, or escape of "pollutants" at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to, or assessing the effects of "pollutants".

This exclusion applies whether or not such "pollutants" have any function in your business, operations, premises, site, or location.

d. **Workers' Compensation and Similar Laws**

Any obligation of any insured under a workers' compensation, disability benefits, unemployment compensation law, or any similar law.

## SECTION II – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought or number of vehicles involved;

   c. Persons or organizations making claims or bringing "suits"; or

   d. Limits available under any "underlying insurance".

2. The Limits of Insurance as shown in the Declarations will apply as follows:

   a. This insurance only applies in excess of the "retained limit".

   b. The Total Policy Aggregate Limit, if stated in the Declarations, is the most we will pay for the sum of all "ultimate net loss" for all "injury or damage" covered under this Policy other than any claims for damages arising out of the ownership, maintenance, or use of a covered auto. The Total Policy Aggregate Limit applies regardless of the sums indicated in the Declarations for any General Aggregate Limit or Products-Completed Operations Aggregate Limit, and applies collectively, rather than separately, to all locations or projects.

   c. Subject to **2.b.** above, the General Aggregate Limit, if stated in the Declarations, is the most we will pay for the sum of all "ultimate net loss" for all "injury or damage" covered under this Policy other than any claims for damages falling within the products-completed operations hazard or arising out of the ownership, maintenance or use of a covered auto.

   Subject to **2.b.** above, the Products-Completed Operations Aggregate Limit, if stated in the Declarations, is the most we will pay for the sum of all "ultimate net loss" for all "injury or damage" included within the products-completed operations hazard.

   However, if any "underlying insurance" does not provide separate aggregate limits for "ultimate net loss" within the products-completed operations hazard, the General Aggregate set forth above is the most we will pay for all "ultimate net loss", including "ultimate net loss" within the products-completed operations hazard. Under such circumstances, any limit appearing in the Declarations for a Products-Completed Operations Aggregate Limit does not apply.

   d. Subject to Paragraph **2.b.** and **2.c.** above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under this Policy because of all "injury or damage" arising out of any one "event".

   e. If the Limits of Insurance of the "controlling underlying insurance" are reduced by defense expenses by the terms of that policy, any payments for defense expenses we make will reduce our applicable Limits of Insurance in the same manner.

3. The Aggregate Limits of "underlying insurance", where applicable, shall be unimpaired at the attachment date of this Policy, and for the purpose of this insurance, only "events" to which this insurance applies, taking place during the Policy Period of this Policy, shall be considered in determining the extent of any exhaustion of the Aggregate Limits of "underlying insurance", where applicable.

4. If this Policy and any other policy issued to us, or by any other affiliated insurance company within the Crum & Forster group of companies, applies to the same incident, "event," act, offense, claim, "suit," or occurrence for which any insured under this Policy is legally liable, then the maximum limit of insurance payable for all "injury or damage" covered under the policies will not exceed the highest applicable Each Occurrence limit of insurance available under any one policy for the incident, "event," act, offense, claim, "suit," or occurrence. However, this does not apply to any other insurance issued to you by us, or by any affiliated insurance company within the Crum & Forster group of companies, which is specifically written to be either primary or in excess of this Policy.

The General Aggregate Limit, the Products-Completed Operations Aggregate Limit, and the Total Policy Aggregate Limit of this Policy apply separately to each consecutive annual period of this Policy and to any

remaining period of this Policy of less than 12 months, starting with the beginning of the Policy Period shown in the Declarations, unless the Policy Period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION III – CONDITIONS

The following conditions apply:

1. **Appeals**

   If any "underlying insurer" or insured elects not to appeal a judgment in excess of the amount of the "retained limit", we may do so at our own expense. We also will pay for taxable court costs, pre and post judgment interest and disbursements associated with such appeal. In no event will this provision increase our liability beyond the applicable Limits of Insurance described in **SECTION II – LIMITS OF INSURANCE**.

2. **Bankruptcy**

   a. **Bankruptcy or Insolvency of Insured**

      Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Policy.

   b. **Bankruptcy of Underlying Insurer**

      Bankruptcy or insolvency of any "underlying insurer" will not relieve us of our obligations under this Policy. However, insurance provided under this Policy will not replace any "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer". The insurance provided under this Policy will apply as if the "underlying insurance" were in full effect and recoverable.

3. **Cancellation**

   a. The first Named Insured shown in the Declarations may cancel this Policy by mailing or delivering to us advance written notice of cancellation.

   b. We may cancel this Policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

      (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
      (2) 30 days before the effective date of cancellation if we cancel for any other reason.

   c. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

   d. Notice of cancellation will state the effective date of cancellation. The Policy Period will end on that date.

   e. If this Policy is cancelled, subject to any audit, we will send the first Named Insured any premium refund due. If we cancel, any refund will be pro rata. If the first Named Insured cancels, any refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

   f. If notice is mailed, proof of mailing will be sufficient proof of notice.

4. **Changes**

   This Policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured is authorized by all other insureds to make changes in the terms and conditions of this Policy, with our consent, provided, however, that this Policy's terms and conditions can be amended or waived only by written endorsement issued by us and made a part of this Policy.

5. **Duties in the Event of a Claim, Event, or Suit**

   a. You must see to it that we are notified as soon as practicable of an "event", regardless of the amount, which may result in a claim under this Policy. To the extent possible, notice should include:

      (1) How, when and where the "event" took place;
      (2) The names and addresses of any injured persons and witnesses; and
      (3) The nature and location of any "injury or damage" arising out of the "event".

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

    (2) Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c.  You and any other insured involved must:

    (1) Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the claim or "suit";

    (2) Authorize us to obtain records and other information;

    (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

    (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury or damage" to which this insurance may also apply.

d.  No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## 6. Examination of Your Books and Records

We may examine and audit your books and records as they relate to this Policy at any time during the Policy Period and up to three years afterward.

## 7. First Named Insured Duties

The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums. The first Named Insured will act on behalf of all other insureds for giving and receiving of notice of cancellation or the receipt of any return premium that may become payable.

The first Named Insured will furnish us, as soon as practicable, with a complete copy of any "underlying insurance" and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this Policy.

## 8. Legal Action Against Us

No person or organization has a right under this Policy to join us as a party or otherwise bring us into a "suit" asking for damages from an insured or to sue us on this Policy unless all of its terms have been fully complied with. A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured, but we will not be liable for damages that are not payable under the terms of this Policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, "underlying insurer" and the claimant or the claimant's legal representative.

## 9. Loss Payable

Liability under this Policy does not apply to a given claim unless and until the insured or insured's "underlying insurer" has become obligated to pay the "retained limit", and the obligation of the insured to pay the "ultimate net loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant, "underlying insurer" (or a representative of one or more of these) and us.

## 10. Maintenance of/Changes to Underlying Insurance

Any "underlying insurance" must be maintained in full effect during the Policy Period of this Policy, without change of coverage or reduction of limits except for the reduction of aggregate limits in accordance with the provisions of such "underlying insurance" that results from "injury or damage" to which this insurance applies. Such exhaustion or reduction of limits is not a failure to maintain "underlying insurance".

Failure to maintain "underlying insurance" will not invalidate insurance provided under this Policy, but insurance provided under this Policy will apply as if the "underlying insurance" were in full effect.

The first Named Insured must notify us in writing, as soon as practicable, if any "underlying insurance" is cancelled, not renewed, replaced, otherwise terminated, or if the limits or scope of coverage of any "underlying insurance" is changed.

## 11. Other Insurance

**a.** If other insurance that is not "underlying insurance" applies to any claim or "suit" that is also covered under this Policy, then this Policy shall apply in excess of and shall not contribute with such other insurance.

**b.** When a person or organization that is an additional insured under all "underlying insurance" requires in a written contract with you that this insurance be non-contributory, then we shall not seek contribution from other insurers that provide coverage to the additional insured as a Named Insured for "ultimate net loss" sustained by such additional insured after all underlying limits have been exhausted. If an additional insured has coverage under any other policy[ies] as an additional insured, this Policy applies excess of all such insurance, and this Policy will not contribute to any "ultimate net loss". This provision does not apply to any policy in which the additional insured is a Named Insured on such other policy and where this Policy is required by written contract or written agreement to provide coverage to the additional insured on a primary and non-contributory basis.

The provisions of this Other Insurance condition will not apply if such other insurance is specifically written to be excess of this Policy. If no other insurer defends, we may undertake to do so in accordance with the defense provisions set forth elsewhere in this Policy, but we will be entitled to the insured's rights against all those other insurers.

## 12. Premium

The premium, as stated in the Declarations of this Policy, is a flat premium, unless there is a rate per an exposure base shown on this Policy, and an endorsement stating such is attached to this Policy. In that case, the premium is subject to adjustment in accordance with the terms of that endorsement.

The premium, as stated in the Declarations of this Policy, may be adjusted if an additional premium charge is made to the "underlying insurance" or if there is an increase in the risk assumed by us during the Policy Period of this Policy.

## 13. Transfer of Defense

### a. Defense Transferred to Us

When the "retained limit" has been paid in full, we will cooperate in the transfer of control to us of any outstanding claims or "suits" seeking damages to which this insurance applies and which would have been covered by the "underlying insurance" had the applicable "retained limit" not been exhausted.

Where the settlement of any "suit" defended by any "underlying insurer" results, or will result, in the exhaustion of the "retained limit" and also will require the payment of a portion of the Limits of Insurance under this Policy in order to effectuate the settlement, we will have the right, but not the duty, to assume the transfer of the defense of the insured with respect to that "suit", but we will be under no obligation to have the defense transferred to us unless and until the "retained limit" has been paid in full.

Where the satisfaction of any judgment entered against the insured in a "suit" defended by any "underlying insurer" results, or will result, in the exhaustion of the "retained limit" and also will require the payment of a portion of the Limits of Insurance under this Policy in order to effectuate the satisfaction of that judgment, we will have the right, but not the duty, to defend the insured with respect to that "suit", but we will be under no obligation to have the defense transferred to us.

### b. Defense Transferred by Us

When our limits of insurance have been exhausted, our duty to provide a defense will cease. We will cooperate in the transfer of control of defense to any insurer specifically written as excess over this Policy of any outstanding claims or "suits" seeking damages to which this insurance applies and which would have been covered had the applicable limit not been exhausted.

In the event that there is no insurance written as excess over this Policy, we will cooperate in the transfer of control to the insured and its designated representative.

**14. Transfer of Rights of Recovery Against Others to Us**

If you have rights to recover all or part of any payment we have made under this Policy, those rights are transferred to us. You must do nothing after loss to impair them. At our request, you will bring "suit" or transfer those rights to us and help us enforce them.

If you and any insurer providing "underlying insurance", prior to the time of an "event", waive in writing any right of recovery against a specific person or organization for any liability, we also will waive any rights we may have against such person or organization to the same extent waived by you and any insurer providing "underlying insurance".

The amount recovered shall be apportioned in the inverse order of payment of the "ultimate net loss" to the extent of the actual payment. The expenses of all such recovery proceedings shall be apportioned in the ratio of respective recoveries.

## SECTION IV – DEFINITIONS

As used in this Policy:

1.  **"Controlling underlying insurance"** means a policy of insurance listed in the Schedule of Underlying Insurance and identified as "controlling underlying insurance".

2.  **"Event"** means an occurrence, offense, accident, act, or other event to which the applicable "controlling underlying insurance" applies.

3.  **"Injury or damage"** means any injury or damage covered in the applicable "controlling underlying insurance" arising from an "event".

4.  **"Pollutants"** mean any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

5.  **"Retained limit"** means the sum of all applicable "underlying insurance" shown in the Schedule of Underlying Insurance and any other insurance or self-insurance applicable to the claim or "suit", except insurance specifically written to apply in excess of this Policy.

6.  **"Suit"** means a civil proceeding in which damages because of "injury or damage" to which this insurance applies are alleged. "Suit" includes:

    a.  An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    b.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent or the "underlying insurer's" consent.

7.  **"Ultimate net loss"** means the total sum, after reduction for recoveries or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of:

    a.  Settlements, judgments, binding arbitration; or

    b.  Other binding alternate dispute resolution proceeding entered into with our consent.

    "Ultimate net loss" includes defense expenses if the "controlling underlying insurance" specifies that limits are reduced by defense expenses.

8.  **"Underlying insurance"** means the policy or policies (including any renewal or replacement of such policies) of insurance listed in the Schedule of Underlying Insurance including the "controlling underlying insurance" and any self-insured retentions.

9.  **"Underlying insurer"** means any insurer that provides a policy of insurance listed in the Schedule of Underlying Insurance.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# SERVICE OF PROCESS CLAUSE

The Insurance Commissioner, Director of Insurance, Superintendent of Insurance, or other officer specified by law, pursuant to the laws of the state where this policy is delivered, is hereby designated as the true and lawful attorney of the Company upon whom may be served all lawful process in any action, suit, or proceeding arising out of this policy. The Company further designates:

| | |
|---|---|
| Name: | Marc Adee, President |
| Name of Company or Firm: | Crum & Forster Specialty Insurance Company |
| Mailing Address: | 305 Madison Avenue |
| | Morristown, NJ 07960 |

as its person to whom such process shall be forwarded by the Insurance Commissioner, Director of Insurance, Superintendent of Insurance, or other officer specified by law.

All other terms and conditions of the policy remain unchanged.

SOP CF 07 16

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT TO POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

**EXCESS LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, 2. Exclusions, c. Pollution** is deleted in its entirety and our policy is follow form "controlling underlying insurance" with respect to pollution coverages, limitations and exclusions.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# KNOWLEDGE OF OCCURRENCE

This endorsement modifies insurance provided under the following:

**EXCESS LIABILITY COVERAGE FORM**

The following is added under **SECTION III – CONDITIONS**:

The requirement in condition **5.a.** that you must see to it that we are notified of an "event" or offense applies only when the "event" is known to the following parties:

Any named insured, partner, executive officer or an employee designated by you to give us such notice

The requirement in condition **5.b.** that you must see to it that we receive notice of a claim or "suit" will not be considered breached unless the breach occurs after such claim or "suit" is known to the following parties:

Any named insured, partner, executive officer or an employee designated by you to give us such notice

Knowledge of an "event," claim or "suit" by the agent, servant or employee of any insured shall not in itself constitute knowledge of the insured unless individuals in the above noted positions shall have received such notice from the agent, servant or employee.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES

This endorsement modifies insurance provided under the following:

## EXCESS LIABILITY COVERAGE FORM

Any endorsement addressing acts of terrorism (however defined) in any "controlling underlying insurance" does not apply to this excess insurance. The following provisions addressing acts of terrorism apply with respect to this excess insurance:

**SECTION I – COVERAGES 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**TERRORISM**

"Injury or damage" arising, directly or indirectly, out of a "certified act of terrorism," or out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the coverage territory. However, with respect to an "other act of terrorism," this exclusion applies only when one or more of the following are attributed to such act:

1. The total of insured damage to all types of property exceeds $25,000,000 (valued in US dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

2. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or
   b. Protracted and obvious physical disfigurement; or
   c. Protracted loss of or impairment of the function of a bodily member or organ; or

3. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

4. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**SECTION IV – DEFINITIONS** is amended and the following added:

**"Certified act of terrorism"** means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

    **b.**   The act resulted in damage:

        **(1)**   Within the United States (including its territories and possessions and Puerto Rico); or

        **(2)**   Outside of the United States in the case of:

            **(a)**   An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

            **(b)**   The premises of any United States mission; and

    **c.**   The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the Policy or affect the conduct of the United States Government by coercion.

**"Other act of terrorism"** means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the Policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism."

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for "injury or damage" that is otherwise excluded under this Coverage Part.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT – FOLLOW FORM COVERAGE EXTENSION PERIOD AND FOLLOW FORM AGGREGATE LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

**EXCESS LIABILITY COVERAGE FORM**

A.  To the extent that all "underlying insurance" does likewise, this insurance is extended for an additional period of time with respect to liability for "bodily injury" or "property damage":

   1.  included in the products-completed operations hazard; or

   2.  arising out of repair work.

   This extended additional period of time shall be referred to as the Coverage Extension Period and will follow the terms, limitations, exclusions and conditions set forth under the applicable coverage extension period provisions of the "controlling underlying insurance", whether identified as such or by some other title, unless otherwise directed by this Policy.

B.  If this Policy is cancelled for any reason prior to the end of the Policy Period shown in the Declarations, then the Coverage Extension Period provided herein will not apply.  We may cancel the insurance provided by the Coverage Extension Period for:

   1.  Nonpayment of premium, including failure to pay additional premium due to us as determined by a premium audit, or failure to comply with policy conditions, including examination of your books and records;

   2.  Material misrepresentation by you;

   3.  Failure to comply with loss control recommendations; or

   4.  Any other reason stated in the "controlling underlying insurance" with respect to cancellation of its applicable coverage extension period, whether identified as such or by some other title.

C.  The definitions of "bodily injury" and "property damage" used in this endorsement shall have the same meaning as the definitions of "bodily injury" and "property damage" of the "controlling underlying insurance".

D.  The insurance provided under the Coverage Extension Period shall be no broader than the insurance provided under the "controlling underlying insurance" or any other "underlying insurance".

E.  **SECTION II – LIMITS OF INSURANCE** paragraph **2.c.** is deleted in its entirety and replaced with the following:

   c.  Subject to paragraph **2.b.** above, the General Aggregate Limit of Insurance of this Policy follows the terms and conditions of the general aggregate limit provided by the "controlling underlying insurance". Subject to paragraph **2.b.** above, the Products-Completed Operations Aggregate Limit of Insurance of this Policy follows the terms and conditions of the products-completed operations aggregate limit provided by the "controlling underlying insurance" including with respect to any coverage extension period of the "controlling underlying insurance", whether identified as such or by some other title.

F.  **SECTION II – LIMITS OF INSURANCE**, the last paragraph immediately following subparagraph **4.** is deleted in its entirety.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PREMIUM COMPUTATION AND MINIMUM PREMIUM ENDORSEMENT
## (EXCESS FOLLOW FORM EXPOSURE BASE)

**THE FOLLOWING ADDITIONAL CONDITIONS SUPERSEDE ANY OTHER POLICY CONDITIONS TO THE CONTRARY.**

**A.** The Deposit Premium shown on the Declarations is subject to premium audit and adjustment. Any premium adjustments made during the "policy period" will be included in the Deposit Premium. Flat charges are not refundable and will not be included in Deposit Premium when calculating return premium. This policy is subject to minimum premiums in accordance with paragraphs C.1. and D.1.ii of this endorsement.

We may examine and audit your books and records as they relate to this Policy at any time during the "policy period" and up to three years afterward.

**B.** The rate that will be applied at audit is ███████████████████████

The estimated Exposure Amount is ████████████

**C.** If the Policy is not cancelled we will audit the Policy and compute the total premium due to us at the close of the "policy period." Notice of the computed premium will be sent to the first Named Insured.

    **1.** The minimum premium due to us at audit is <u>100</u> % of the Deposit Premium.

    **2.** If the Deposit Premium is greater than the computed premium at audit we will return the excess to the first Named Insured subject to the minimum premium in C.1. of this endorsement.

    **3.** If the Deposit Premium is less than the computed premium at audit the first Named Insured will be billed for additional premium due.

**D.** If the Policy is cancelled we will audit the Policy and compute the total premium due to us upon cancellation. If the Deposit Premium is less than the computed premium at audit the first Named Insured will be billed for additional premium due. If the Deposit Premium is greater than the computed premium at audit, the return premium will be sent to the first Named Insured. Return premium will be computed as follows:

    **1.** The Deposit Premium is fully earned by <u>09/30/2022</u>. There will be no return of premium if you cancel this Policy after that date. If you cancel the Policy prior to that date the return premium will be the lesser of:

        i. Deposit Premium minus the computed total premium at audit.

        ii. <u>75</u> % of the Deposit Premium.

        iii. <u>90</u> % of Deposit Premium pro rated commensurate with the number of days in the "policy period."

    **2.** If we cancel the Policy the return premium will be the lesser of:

        i. Deposit Premium minus the computed total premium at audit.

        ii. Deposit Premium pro rated commensurate with the number of days in the "policy period."

    **3.** If the first Named Insured fails to remit premium payment when due, such failure shall be considered a request by the first Named Insured to cancel this Policy and the return premium will be determined in accordance with D.1. of this endorsement.

**E.** If, after three documented attempts, we are unable to examine your books and records to obtain the information required to complete the audit, the audit will be deemed unproductive and not in compliance with the Policy terms and conditions.

An Audit Premium endorsement will be issued as follows:

    **1.** We will estimate your Exposure Amount for audit, compute the total premium due to us in accordance with paragraph C. of this endorsement, issue an Audit Premium endorsement and bill the first Named Insured for premium due.

    **2.** You must remit payment for the full amount of any additional premium upon receipt.

3.  If you dispute the estimated Exposure Amount for audit you must provide the information required to complete the audit to us within 30 days of receipt. Failure to do so shall be deemed as your agreement with the estimated Exposure Amount for audit.

    If the first Named Insured requests documentation of the unproductive attempts to collect, the required audit information will be provided.

F.  For the purposes of this endorsement "policy period" means the period of time from the Effective Date to the Expiration Date shown in the Declarations.

G.  Our Policy is follow form "controlling underlying insurance" with respect to the definition(s) that applies for the Exposure Base designated in paragraph B. above.

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective                      Policy No.                      Endorsement No.

Named Insured
                                           Countersigned by _____

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AMENDMENT – FOLLOW FORM OTHER INSURANCE CLAUSE

This endorsement modifies insurance provided under the following:

## EXCESS LIABILITY INSURANCE POLICY

### THE FOLLOWING SUPERSEDES ANY OTHER POLICY CONDITIONS TO THE CONTRARY.

**SECTION III – CONDITIONS** paragraph **11. Other Insurance** is deleted in its entirety and our policy is follow form "controlling underlying insurance" with respect to Other Insurance Conditions.


### ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.



# Report a Claim

Delivering superior claims service means more than carrying out contractual responsibilities. It means providing the highest level of professionalism and fairness.

Crum & Forster offers four ways for you to report new losses:



**Phone:**       **1-800-690-5520  (24/7)**

A Crum & Forster representative is ready to make immediate contact with you when a loss is an emergency.



**Fax:**        **1-877-622-6218**



**Email:**        **crumandforsternol@cfins.com**



Online: using our secure site CFConnect.cfins.com for policyholders and producers, if you already have an ID and Password issued by the Company. If you do not have an ID and Password, please contact us to request a password via email CF.Webaccess@cfins.com.  To access online claim reports and loss runs, visit our secure site for registered policyholders and producers.